IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1575

ERIC COOMER, Ph.D.,

    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,

    Defendants

---

**NOTICE OF RELATED CASES**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Notice of Related Cases and provides this Court with the following information:

| RELATED CASE NUMBER ONE ||
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>Colorado Rule of Civil Procedure 12(b)(5) Motions to Dismiss pending</li><li>All Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 05-13-22</li><li>Multiple Defendants have appealed the 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101</li></ul> |

| | |
|---|---|
| Attorneys Representing Parties in Related Case | **Counsel for Defending the Republic**<br>Michael W. Reagor, #22027<br>mreagor@drc-law.com<br>Christopher Seerveld<br>cseerveld@drc-law.com<br>Dymond • Reagor, PLLC<br>8400 E. Prentice Ave., Suite 1040<br>Greenwood Village, Colorado 80111<br>303-734-3400<br>**Counsel for Donald J. Trump for President, Inc.**<br>John Zakhem, #30089<br>jszakhem@jacksonkelly.com<br>Eric R. Holway, #49263<br>Eric.holway@jacksonkelly.com<br>Nicole B. Grimmesey, #55217<br>Nicole.grimmesey@jacksonkelly.com<br>Jackson Kelly PLLC<br>1099 18th Street, Suite 2150<br>Denver, CO 80202<br>303-390-0016<br>**Counsel for Rudolph Giuiliani**<br>Joe Sibley, # 21PHV6554<br>sibley@camarasibley.com<br>Camara & Sibley, LLP<br>4400 Post Oak Parkway, Suite 2700<br>Houston, TX 77027<br>713-966-6789<br><br>Geoffrey N. Blue, #32684<br>gblue@gesslerblue.com<br>Scott E. Gessler, #28944<br>sgessler@gesslerblue.com<br>Gessler Blue LLC<br>7350 E Progress Pl., Suite 100<br>Greenwood Village, CO 80111<br>303-906-1050 |

| | |
|---|---|
| | **RELATED CASE NUMBER ONE** |
| | **Counsel for Herring Networks, Inc. dba OAN and Chanel Rion**<br>Bryan K. Clark<br>bclark@vedderprice.com<br>Blaine C Kimrey<br>bkimrey@vedderprice.com<br>Julia L. Koechley<br>jkoechley@vedderprice.com<br>Jeanah Park<br>jpark@vedderprice.com<br>Vedder Price, P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>312-609-7810<br><br>Richard A. Westfall, No. 15295<br>rwestfall@westfall.law<br>Westfall Law, LLC<br>5842 W. Marquette Drive<br>Denver, Colorado 80235<br>720-904-6022<br>**Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |

| | **RELATED CASE NUMBER ONE** |
|---|---|
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Gordon A. Queenan, No. 49700<br>gqueenan@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539<br>**Counsel for Eric Metaxas**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Margaret Boehmer, #45169<br>mboehmer@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>**Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>Andrea M. Hall, #36410<br>andrea@thehalllawoffice.com<br>The Hall Law Office, LLC<br>P. O. Box 2251<br>Loveland, CO 80539<br>970-419-8234<br>**Counsel for Sidney Powell and Sidney Powell, P.C.**<br>Barry Arrington, #16486<br>barry@arringtonpc.com<br>Arrington Law Firm<br>3801 E. Florida Avenue, Suite 830<br>Denver, CO 80210<br>303-205-7870-Office<br><br>Shaun Pearman, #16619<br>shaun@pearmanlawfirm.com<br>The Pearman Law Firm, P.C.<br>4195 Wadsworth Boulevard<br>Wheat Ridge, CO 80033<br>303-991-7600 |

4

| RELATED CASE NUMBER TWO ||
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>05-03-22  Defendant Salem Media of Colorado Inc. Rule 12(b)(5) Motion to Dismiss, as well as Defendant Corporon joinder therein filed and pending</li><li>05-03-22  Defendant Salem Media of Colorado Inc. Rule 12(e) Motion for More Definite Statement, as well as Defendant Corporon joinder therein filed and pending</li><li>05-25-22  Plaintiff's Response to Rule 12(b)(5) motion filed</li><li>05-25-22  Plaintiff's Response to Rule 12(e) motion filed</li><li>06-10-22  Salem Media of Colorado Inc. Reply in Support of Rule 12(b)(5) Motion to Dismiss, as well as Defendant Corporon joinder therein filed and pending</li><li>06-10-22  Salem Media of Colorado Inc. Reply in Support of Rule 12(e) Motion for More Definite Statement, as well as Defendant Corporon joinder therein filed and pending</li></ul> |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>    Randy B. Corporon, #29861<br>    rbc@corporonlaw.com<br>    Law Offices of Randy B. Corporon, P.C.<br>    2821 S. Parker Road, Suite 555<br>    Aurora, CO 80014<br>    303-749-0062<br>**Counsel for Salem Media of Colorado Inc.**<br>    Thomas B. Quinn, #17955<br>    tquinn@grsm.com<br>    Gordon Rees Scully Mansukhani, LLP<br>    555 Seventeenth Street, Suite 3400<br>    Denver, CO 80202<br>    303-534-5160 |

| RELATED CASE NUMBER THREE | |
|---|---|
| Cause Number | 1:22-cv-01129 |
| Style of Case | Eric Coomer, Ph.D. vs. Make Your Life Epic, LLC dba Thrivetime Show and Clayton Thomas Clark, Individually |
| Jurisdiction | United States District Court for the District of Colorado |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>03-23-22  Defendants' Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101 filed and pending</li><li>04-13-22  Plaintiff's Response filed</li><li>04-27-22  Defendants' Amended Motion to Strike Declarations in Support of Response to Special Motion to Dismiss filed and pending</li><li>05-18-22  Plaintiff's response to Motion to Strike Declarations filed</li><li>05-24-22  Plaintiff's submission of Notice of Supplemental Authority re Related Case Number One filed</li></ul> |
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>Douglas A. Daniels<br>doug.daniels@dtlawyers.com<br>Heath A. Novosad<br>heath@dtlawyers.com<br>Daniels & Tredennick, PLLC<br>6363 Woodway Drive, Suite 700<br>Houston, Texas 77057<br>713-917-0024 |
| RELATED CASE NUMBER FOUR | |
| Cause Number | 1:22-cv-01129-SKC (formerly 2022CV30920) |
| Style of Case | Eric Coomer, Ph.D. vs. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. |
| Jurisdiction | United States District Court for the District of Colorado (formerly Denver County District Court, Division 414) |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>04-05-22  Original Complaint filed</li><li>04-05-22  Court's preliminary orders issued</li><li>05-05-22  Removed to United States District Court for the District of Colorado</li><li>05-27-22  Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) and brief in support thereof filed</li><li>06-17-22  Amended Complaint filed</li></ul> |

| | |
|---|---|
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>Ryan Malone<br>malone@parkerdk.com<br>Andrew Parker<br>parker@parkerdk.com<br>Jesse Kibort<br>jkibort@parkerdk.com<br>Joe Pull<br>pull@parkerdk.com<br>Parker \| Daniels \| Kibort<br>888 Colwell Building<br>123 North Third Street<br>Minneapolis, Minnesota 55401<br>612-355-4100<br>AND<br>R. Scott Reisch<br>Scott@reischlawfirm.com<br>Jessica L. Hays<br>Jessica@reischlawfirm.com<br>1490 W. 121st Avenue, Suite 202<br>Denver, CO 80234<br>720-904-5797 |

Respectfully submitted this 24th day of June 2022.

                        Respectfully submitted,

                        */s/ Charles J. Cain*
                        Charles J. Cain, No. 51020
                        ccain@cstrial.com
                        Bradley A. Kloewer, No. 50565
                        bkloewer@cstrial.com
                        **Cain & Skarnulis PLLC**
                        P. O. Box 1064
                        Salida, Colorado 81201
                        719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**