**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1575

ERIC COOMER, Ph.D.,
      Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
      Defendants

---

## DECLARATION OF ERIC COOMER

---

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

I, Dr. Eric Coomer, PhD., declare and state as follows:

1.      "My name is Eric Coomer.  I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.      "I am the Plaintiff in the above-captioned lawsuit.  I am a Colorado resident and have lived in Colorado for the past 22 years.  I was employed by Dominion Voting Systems, Inc. (Dominion) beginning in 2010 and as the Director of Product Strategy and Security from 2013 until May 14, 2021.  Dominion's headquarters are in Denver, Colorado.  Dominion's Denver office was my principal place of employment.  In total, I worked with election service companies for 16 years.

3.      "I have heard the Defendants in this case take credit for the publication and distribution of their film, *The Deep Rig* (the Film).  Specifically, on May 28, 2021, Patrick Byrne

and Steven Lucescu appeared remotely at a townhall meeting in Bend, Oregon, that was published online by Anne Vandersteel with the Steel Truth podcast.  Both Byrne and Lucescu spoke at length, promoting the upcoming release of the Film, and showing the trailer for the Film to the gathered audience.  Byrne discussed how they had created a unique distribution model for the Film, stating:

> We are releasing tonight the movie promo for you to watch.  Then we're going to discuss about a very unique way it's going to be distributed that Steve and his colleagues have invented that creates, it's not a production demand pull, a grass roots pull through the system.  It means it can't be cancelled.  It's brilliant.  So we'll get to the distribution method after the trailer.[1]

The trailer for the Film included footage of Oltmann who stated, "You couldn't make this stuff up. You couldn't.  It's unbelievable.  And actually I think that most people that come up with unbelievable things are crazy, until you find out they're true."[2]  Later in the interview, Lucescu described the distribution system that they had built, which allowed them to bypass traditional distribution models and profit from the publication of the Film directly.  He stated:

> The system that we've designed over the last year is based on the blockchain technology.  It uses portions of the deep web so it cannot be traced, it cannot be hacked.  We are trying everything we can to combat the censorship that we've all been under, we've all been experiencing.  I've been banned from almost every platform.  Instagram, Twitter have given me lifetime bans over and over.  I've done revolving jail time with the other media companies, so we have a new system.  Each and every one of you that are watching this, that want to become part of this network, go to thedeeprig.movie.  Go to thedeeprig.com and it'll direct you to the movie site or to Patrick's book.  Thedeeprig.movie.  Sign up, get on the list.  Every single person has the opportunity to become part of our grassroots army, our digital army, as General Flynn calls us.  He calls you, he calls all of us.  We can join together.  You can buy a pass, buy a right to host a viewing in your own basement, in your own living room, in your own media room.  Rent a local theatre, get a church, get a basement, get an outdoor theatre, get a campground, get whatever you want to do, and buy a pass for x amount of people.  Be fair about what it is.

---

[1] *See* Anne Vandersteel, *May 28, 2021 Oregon Townhall with Patrick Byrne*, STEEL TRUTH PODCAST, May 28, 2021, at 40:20, https://caincloud.egnyte.com/dl/Z1YOdGX4f9/20210528_Steel_Truth-Oregon_Townhall_with_Patrick_Byrne.mp4

[2] *Id.*, at 43:42.

> Understand the concept of this movie is.  Don't buy a pass for ten people and try and watch if for fifty.  Buy the pass for what you're going to sell the tickets for, make some money yourself, have some popcorn, sit back and watch this movie with everybody.[3]

4.     "Following this description, Byrne went on to praise Lucescu for devising the distribution model, which Byrne paid to create.  He described how he and Lucescu believed the model they had created was a great way for people to make money, stating:

> All honor and respect for this invention to Steve and his partner.  Let me give a footnote on how it works.  I'll walk you through like a story.  You're going to go to that website and register.  There's going to be on June 19, not the premier but a one-time livestream and as we get close to that date, you're going to have the opportunity to buy a license, and you're going to say I want to buy a license for ten people to see it, let's say.  I'm making up the numbers here so don't hold us to this.  Steve can tell you the numbers.  So let's say, I don't know, a hundred bucks, have ten neighbors over, sell tickets at twenty bucks a piece.  It's a way that we're hoping that folks who are entrepreneurial might make some money.  There's a bunch of closed down theatres around the country.  Buy a title for $500 or something, rent your local theatre, and invite people, sell tickets for twenty bucks a piece.  We think people can make money.  Steve can walk you through the actual numbers if they're ready yet.  But these are priced so we recover the money.[4]

5.     "On June 12, 2021, Defendants released another trailer promoting sales and distribution of the Film, which exclusively featured Oltmann discussing how he "nearly lost it all" following the insurrection at the U.S. Capitol on January 6, 2021.[5]  Byrne published a statement on his Locals page promoting the trailer, the Film, and The America Project.

---

[3] *Id*., at 46:17.

[4] *Id*., at 49:10.

[5]     *See  The  Deep  Rig*  Trailer,  June  12,  2021, https://caincloud.egnyte.com/dl/8GuEWmtxfR/20210612_Deep_Rig_Movie_Clip-Joe_Oltmann-Nearly_lost_it_all.mov



6.      "Six days later, on June 18, 2021, Defendants released another trailer for the Film,

which again exclusively featured Oltmann.  Oltmann stated:

> You have people in the community that watch as murderers and rapists and people
> that come across the border and get free jobs and healthcare.  And they're working
> to support people that aren't even Americans.  Only to find out that your voting
> system is rigged, and you don't even have the ability to have a voice?[6]

The trailer concluded with an advertisement directing viewers to TheAmericaProject.com, stating,

"The America Project was founded to advance freedom and preserve the American way of life."[7]

---

[6]      *See    The    Deep    Rig*    Trailer,    June    18,    2021,    at    1:10,
https://caincloud.egnyte.com/dl/5Z9Z3SohQx/20210618_Deep_Rig_Movie_Clip-Joe_Oltmann-
People_are_waking_up.mov

[7] *Id.*, at 1:36.

4

Byrne again published the trailer to his Locals page, where he directed viewers to both the Film's website and the website for The America Project.



7.      "On June 21, 2021, Byrne and Lucescu did another lengthy interview on Steel Truth promoting the release of the Film. After showing a trailer for the Film that exclusively featured Oltmann talking,[8] Byrne and Lucescu discussed how Oltmann was from Denver, that his Colorado

---

[8] *See* Anne Vandersteel, *Big Announcement – Byrne and Flynn*, STEEL TRUTH PODCAST, June 21, 2021, at 25:20, https://caincloud.egnyte.com/dl/jVnaSaDGwk/20210621_Big_Announcement-Byrne_and_Flynn.mov

organization was FEC United, the fact that he had been sued for defamation, and his significance

and contributions to the Film.  The following exchange occurred.

> Vandersteel: So that was Joe Oltmann, one of the founders of FEC United.  He's
> also named as a defendant, Patrick, in the Dominion Voting, by Dominion Voting
> Systems for alleging that he has proof of voting machine companies and the rig that
> they did to throw this election.  He's on a flight right now so he was going to try to
> be here tonight.  Sadly he is delayed as travel is what it is these days, but Patrick,
> thoughts on his contributions to the movie?

> Byrne: He's terrific.  He's another American hero.  He's from Denver.  He's just
> one of the many, really thousands of people who stepped forward and stepped up
> and started getting in contact with information and such.  In his case, he's been
> terrific to have another CEO out there.  He's the CEO of a tech company.  To have
> another one out there stepping up and explaining to the public what's happened has
> just been terrific.  He's a fine man.

> Vandersteel: Yeah he appears to be, just from the pieces I've seen of him.  Steve,
> you worked with him when you were making this movie.  What are you thoughts
> on what Joe Oltmann brings to *The Deep Rig*?

> Lucescu: He brings a total amount of integrity.  The passion that he's coming forth
> with.  The investigations that he's uncovered and what he is doing.  He has been
> subjected to moles in his organization, people that he's known his whole life have
> been trying to undermine his operation.  Before, when he stepped down from his
> previous company that he had formed and originated many, many years ago.  He
> lost trust with people that he had so close to him that just lied outright to everybody
> that was in that company of his.  So he's put up with a lot.  He's had people mail
> things to his house, to his wife and to his kids opening them up.  Just really low
> level, low class things that they're doing.  So he's a super, super honorable patriot.
> I love working with him.

> Vandersteel: Yeah, he's actually been involved in calling out some journalists, I
> think thirteen of them I read in an article at one point.  He said you guys are
> undercover Antifa, essentially.  Is this really the world we're living in?  Is this why
> rigging the election was so important to these people, Patrick?  Because they've got
> this kind of criminal network everywhere?

> Byrne: I think they knew that their goose was cooked if Trump got back in power.[9]

---

[9] *Id.*, at 24:46

Following this exchange, Lucescu went on to provide viewers with detailed instructions on how to utilitize the website that he and Byrne had created in order to distribute the Film.  He explained:

> If you go down below, at the very bottom of the center, there's a little arrow.  Just keep going down.  Keep going, keep going.  So there you go, there.  So if you look at that, "Register your interest."  So that box, if you put your email in there, you'll get one of our team getting a hold of you to host your own film.  There will be a few questions, if you enter that box you'll start going through a series of I think four questions.  They're going to want to know what size of a venue you want, and you'll be presented with options of how you can host your own event.  That way you can host it.  You can have your own mini theatre going.  You can charge people so you can make some money, as Patrick has pointed out a few times.[10]

8.      "On June 22, 2021, Lucescu and Joe Oltmann did an interview on Steel Truth with Anne Vandersteel to promote distribution of the Film.  Oltmann discussed his false claims about me and their incorporation into the Film at length.  Lucescu then praised Oltmann as a means of bolstering the Film's credibility.  The following exchange occurred between Vandersteel and Lucescu:

> Vandersteel: Steve, you know, when you listen to Joe's story here, you hear what he's talking about and just how diabolical the deep state has been and the threats that they're making, now against Antifa, which would be seemingly one of their own.  You've listened to a lot of these stories from the cast members of this film, all truth tellers coming forward.  What resonates with you as the worst of the worst in all of the stories you've heard?

> Lucescu: Well, I mean, actually I mentioned it last night when I talked a little bit about Joe's situation that he just mentioned.  When they start attacking his home and his family, it just takes things to a whole new low.  You know, there's ways to deal with anybody, whether you have a difference of opinion or not, but it's just the most cowardly thing you can do is to be deceitful behind people's backs and then try to attack their house or their home or their family.  It's just really really cowardly.[11]

---

[10] *Id.*, at 50:45.

[11] *See* Anne Vandersteel, *The Deep Rig – Lucescu and Oltmann*, STEEL TRUTH PODCAST, June 22, 2021, at 6:35 https://caincloud.egnyte.com/dl/gQJsRraKq3/20210622_Oltmann_Steel_Truth_clean.mov

Later in the interview, Oltmann praised both the Film and Lucescu, and insisted the Film presented

facts, not opinion or rhetorical hyperbole.  He stated "One of the things that Steve's been able to

do is put together all of the facts.  It's a culmination of all of the facts coming together, inside of

this documentary, that say listen, at least consider it."[12]



Lucescu appearing with Oltmann to promote distribution of the Film

9.      "I have also seen an interview conducted on or about June 23, 2021, wherein Byrne,

Lucescu, and Michael Flynn spoke to Anne Vandersteel.  The interview which was broadcast by

her podcast, "Steel Truth".  Throughout that interview, all three men promoted the distribution of

the Film.  Mike Flynn, who is a board member of The America Project, stated:

> That's why this movie, *The Deep Rig*, after Patrick's book, *The Deep Rig*, is such
> an important, it's actually a vital piece of history for the world, not just for the
> United States to watch, and to learn from, and to take away all the lessons that are
> brought up in this great movie that's been created by Steve Lucescu.[13]

10.     "The next day, June 24, 2021, Lucescu did another interview for Steel Truth, where

he appeared with the President of The America Project, Inc., Joe Flynn, and the Film's director

---

[12] *Id.*, at 10:45.

[13] *See* Anne Vandersteel, *The Deep Rig – Byrne, Lucescu, and Flynn*, STEEL TRUTH PODCAST, June 23, 2021, at 3:40, https://caincloud.egnyte.com/dl/qlDTD810hZ/20210621_Big_Announcement-Byrne_and_Flynn.mov

Roger Richards.  Throughout the interview, all three men promoted the distribution of the Film.

Lucescu insisted the Film was not presenting opinions or rhetoric, but verifiable facts.  He stated:

> We show the evidence exactly how it is.  That's one thing we set out for in this film.  No theories, no what ifs, no maybes.  Fact, fact, after fact, after fact, after fact.  And what I did the whole time was search for the best.  And this is the best of the best.[14]

As the interview proceeded, Lucescu went on to take responsibility for vetting the information put forward in the Film.  In response to a question about whether or not he turned away potential characters in the Film, Lucescu took personal responsibility for connecting with the Film's stars, collecting evidence from them, and vetting their claims.  The vetting of Oltmann's claims, including review of any alleged evidence, attempts to contact any corroborating witnesses, and any efforts to familiarize himself with the facts and context of Oltmann's false allegations about me necessarily would have required communicating and working with him from his home state of Colorado.  Lucescu stated:

> I did.  I actually made quite a few contacts to different people.  Some people had really good, valid arguments, and other ones did not.  They didn't pan out.  I tried to research everything as best as I could.  It's just something I always do with everybody.  That's why I said before that the people I sought out and the people that I found to go in this film, I really stand behind who they are and what they represent, why they represent what they are, and all of them are in it for the same reason.  The truth.[15]

---

[14] *See* Anne Vandersteel, *The Deep Rig – Piton, Flynn, Lucescu and Richards*, STEEL TRUTH PODCAST, June 24, 2021, at 14:10 https://caincloud.egnyte.com/dl/2NmvY0TIv4/20210624_The_Deep_Rig-Piton,_Flynn,_Lucescu_and_Richards.mov

[15] *Id.*, at 33:10.

11.     "On or about June 24, 2021, I became aware that Byrne took partial credit and responsibility for the distribution of the Film stating, "As far as distribution goes, we architected a system that cannot be canceled by the fascists."[16]

12.     "The next day, on June 25, 2021, Byrne and Lucescu again appeared on Steel Truth with film co-star Jovan Pulitzer to promote the distribution of the Film.  Pulitzer credited Byrne with financing the publication of the Film, stating:

> This wouldn't have happened without you.  You took a bigger risk than most people, financially and reputation and everything else.  You've become the whipping boy for it.  I understand how that goes, but we wouldn't be here right now if you didn't do what you do, sir.  I not only honor you, but I would bow and kiss your feet for making this happen, so thank you.[17]

As the interview proceeded, Lucescu promoted the Film by encouraging viewers to sign up at the Film's website, praising Byrne's various contributions, and promoting the work of The America Project.  He stated:

> I want to actually thank everybody so far.  Everybody who has appeared in this film, everyone who has devoted this time, you for hosting it and giving us this week to promote it.  I really believe that it's going to take each and every person to step up to the plate.  For us right now, for this film to be successful, we're getting hit by censorship left right and center.  Jovan can tell you about him getting booted off platforms, videos being taken down.  So it takes everybody to go to www.thedeeprig.movie Sign up, do something, and understand that as Patrick has, as I've told you many times, Patrick has just so selflessly given so much of his time, so much of his energy, so much of his finances.  He's committed every penny in profit from the sale of his book and from this movie to go to The America Project, to fund projects like this, organizations like this, things that will protect you, your integrity, and the American way of life.  So I'll see you there.[18]

---

[16] *See* Rosalind Helderman, et. al., *Inside the 'shadow reality world' promoting the lie that the presidential election was stolen*, Washington Post, June 24, 2021, https://www.washingtonpost.com/politics/2021/06/24/inside-shadow-reality-world-promoting-lie-that-presidential-election-was-stolen/

[17] *See* Anne Vandersteel, *The Deep Rig – Byrne, Pulitzer and Lucescu*, Steel Truth Podcast, June 25, 2021, at 26:08, https://caincloud.egnyte.com/dl/slCyIZp2l9/20210625_The_Deep_Rig-Byrne,_Pulitzer_and_Lucescu.mov

[18] *Id.*, at 33:45.

13.     "On June 26, 2021, the Film premiered at a live event in Phoenix, which was livestreamed across the country, including to Colorado, where I saw it.  During the premiere, Lucescu, Byrne, and Joe Flynn all made numerous statements promoting the Film and taking credit for the distribution of the Film and promoting The America Project.  For example, the following exchange occurred between Byrne and Anne Vandersteel, who was emceeing the event:

> Byrne: If this plays, it should generate a fair bit of revenue for the America Project.
>
> Vandersteel: Can you explain the revenue generating aspects for the people out here as well?
>
> Byrne: Yeah, I gave my share of the movie to The America Project.  And The America Project is something that I started, and Joe's [Flynn] on the board, and his brother.  Joe and his brother and myself started an enterprise which is basically, as pretentious as it sounds, we think it's what needs to be done to save America.[19]

Byrne then went on to reiterate the means by which The America Project would profit off of the Film, and he suggested that The America Project may make similar films in the future.  He stated:

> We built the organization for you.  It's The America Project.  It's just what Mike Flynn and Joe Flynn and I knew was needed.  So, all my money for this goes to The America Project.  And maybe the America Project will do subsequent movies, or more detailed movies, one never knows.  But it's not the main point of The America Project.[20]

14.     "Byrne and Flynn then went on to discuss how they were utilizing the Film to build the membership rolls of The America Project.  As one example, Byrne promoted a text service that he wanted included in the Film. He stated:

> We've built the system that lets you push back.  It's a network of networks.  It's a way citizens can join to get information, straight information about what's going on, and to be given ways to push back.  If you have a chance, I don't know if it was

---

[19]    *See*    The    Deep    Rig    Premiere,    June    26,    2021,    at    28:06  https://caincloud.egnyte.com/dl/mELQrLT0uT/20210626_Deep_Rig_Q%26A_Panel.mp4

[20] *Id.*, at 29:14.

added to the movie. Is it in there?  Actually I'd like to make a request.  And this is real simple to remember.  Two things you need to remember.  The word USA, and the number 84576.  Eight, 4-5, like a certain president you know, 7-6, like 1776.  Text the word USA to 84576 and that connects you into our network.  We want to be in touch with you.  We think this is going to be a mass movement.[21]

15.     "Joe Flynn also discussed The America Project's efforts to use the Film to help build a national movement, and the following exchange with Vandersteel occurred:

Flynn: We've got to organize in a much more aggressive fashion to get the American people to understand that we have to work together to keep this country as a constitutional republic.  We're going to create this network of networks, and we're going to work our asses off for the American people.

Vandersteel: Here, here!  Text USA to 84576.   Support the America Project because they are going to help teach us how to fight back.[22]

16.     "Members of the Film cast also credited Byrne and Lucescu with being responsible for the Film's distribution model, and encouraged exactly the sort of event that occurred repeatedly in Colorado.[23]  For example, Jovan Pulitzer stated:

Here's what's most important.  Each one of you out there – because they rejected this movie and they're censoring it – you get to become the distributor.  You get to become the movie theatre, and that's one of the most brilliant things that Steve and Patrick and everybody has done.  If you look at the site, where you can sign up, you need to have backyard parties.  You need to have parties at your company.  You need to have viewings at your church, at your business, your sports teams, everywhere that you gather with everybody, get it together and do it and pull those people in and open their eyes.[24]

17.     "Byrne then credited Lucescu with helping to create the Film's distribution model, stating, "Folks watching on livestream should think about this.  This has been set up, thanks to

---

[21] *Id.*, at 29:53.

[22] *Id.*, at 31:50.

[23] *See* Plaintiff's Complaint, at ¶¶ 89-91.

[24] *Supra* n. 16, at 44:26.

Steve and Roger's brilliance, as a way people can really make money out there. And I mean good money."[25]  He confirmed that that Defendants would financially gain from his proposal, stating, "You're giving us 500 bucks, make 8,000 in revenue, pay us the 500.  This has been priced so that patriots can make money."[26]  He went on to say, "So it has been set up to incentivize you, the public, with this very low fee to us so people can really just make money for the next month."[27]  Byrne emphasized that the manner by which the Film was shown in Colorado was precisely the means which Defendants had devised to direct the Film to its audience, and he specifically described why they had created this marketing technique, stating:

> But what we want people to do is do this a lot around the country, and that becomes the marketing arm.  So you become the marketing arm, and we need to do this because, you know, Steve, I did not even know this, but this venue was the first in a hundred.  We've been turned down for a hundred venues to play this.  We don't have a way to get this distributed without you folks doing that for us.  But if you, and I'm talking to the folks on television, want to pick up a few thousand bucks, I could do this if I were still eighteen years old, and still doing things like this, I'd be out there and in two days I'd have this organized and make five thousand bucks.[28]

18.    "Lucescu agreed with Byrne's description, stating, "If you want to get together, we're giving you the opportunity to make money."  With respect to the price, Lucescu stated, "We have a $500 minimum because we want you to get people together.  We want to start everybody gathering, everybody banding together to form your own group of people, and then getting in touch with the America Project and you'll have your network involved."

---

[25] *Id.*, at 47:12.

[26] *Id.*, at 47:57.

[27] *Id.*, at 48:45.

[28] *Id.*, at 49:00.

19.    "The Film included appearances, and on information and belief, creative and editorial input, from all three members of TAP's board of directors: Patrick Byrne, Michael Flynn, and Joe Flynn.  As a result, TAP played an active role in producing the content in the Film.  On information and belief, Byrne paid for production of the Film, and directed his profits from the Film to TAP.  The Film concludes with an image stating that the Film was "Based on actual events" followed by another requesting donations to TAP, stating, "A heartfelt Thanks to all of you, every single one of you… For not giving up, and for demanding an extremely important Election Integrity Process.  Please donate whatever amount you can to the patriotic, and heroic efforts, work and achievements of this incredible cause . . . www.AmericaProject.com" After the release of the Film, TAP went on to spend a substantial amount of money here in Colorado targeting Colorado residents.  For example, TAP recently donated $100,000 to a Colorado based super PAC, Citizens for Election Integrity, to run ads in the primary campaign for the Republican candidate for Secretary of State.[29]  This money was used to promote Tina Peters, and attack Pam Anderson.

20.    "On or about September 28, 2021, Byrne appeared as a guest on Oltmann's podcast, Conservative Daily, to promote the Film and the work of The America Project.  Conservative Daily is typically recorded here in Colorado.  Other stars of the Film also appeared on the show, including Jovan Pulitzer and Phil Waldron.  Oltmann introduced Byrne by stating:

> Patrick, I'm going to let you start this off, and by the way, thank you for everything you're doing.  The America Project, the things you've done on the Arizona audit, things you've done across the country, things you did in *The Deep Rig*.  You know,

---

[29] *See* Nick Corasaniti et. al., *The Strange Tale of Tina Peters*, NEW YORK TIMES, June 28, 2022, https://caincloud.egnyte.com/dl/LxXeAOAWBg/20220626_NYT_The_Strange_Tale_of_Tina_Peters.pdf

I don't think the American people can thank you enough for the commitment, not only time and effort, but also the financial stuff.[30]

As the interview proceeded, both Oltmann and Byrne proceeded to defame me by name, falsely claiming that Dominion machines in Maricopa County utilize Vote Secure Paper, and falsely claiming I was responsible for somehow manipulating the voting process in Arizona by altering a setting on the machines which was not in place and which I could not have possibly manipulated.[31]

21.     "On November 7, 2021, Byrne and TAP President Joe Flynn again appeared on Oltmann's podcast, which was again recorded in Colorado. Both men discussed and promoted the work of The America Project throughout the interview, including their efforts to overturn the election in Arizona, their coordination with Mike Lindell,[32] and their plans to undermine American democracy moving forward. For example, at one point Byrne falsely stated, "In Maricopa we've learned that 15-20% of the vote can be rigged. I thought it was 1-2%. Turns out Maricopa shows it was 300, 400,000 highly sketchy, fraudulent votes out of two million. So they can actually jam 15-20%."[33] This is obviously a lie.

22.     "On or about February 3, 2022, Byrne published a video where he discussed Oltmann's work with both himself and The America Project to assist with building the distribution system for the Film. Byrne stated:

---

[30] *See* Joe Oltmann, *Jovan Pulitzer, Professor Clements, Col. Phil Waldron, and Patrick Byrne*, CONSERVATIVE DAILY PODCAST, Sep. 27, 2021, at 2:40 https://caincloud.egnyte.com/dl/NX9bZYKUFM/20210927_Part_1_Conservative_Daily_PM.mp3

[31] *Id*., at 1:18:24; *see also* Plaintiff's Complaint, at ¶¶ 93-94.

[32] Mike Lindell is a defendant in another related lawsuit filed by Plaintiff against Lindell, MyPillow Inc., and FrankSpeech, LLC, *Coomer v. Lindell et. al*., Civil Action No. 1:22-cv-01129-WJM; pending in the United States District Court for the District of Colorado.

[33] *See* Joe Oltmann, *Joseph Flynn & Patrick Byrne*, CONSERVATIVE DAILY PODCAST, Nov. 5, 2021, at 7:12 https://caincloud.egnyte.com/dl/NCzLAuUmjY/20211105_Joe_Oltmann%2C_Joseph_Flynn_and_Patrick_Byrne.mp4

Joe Oltmann I liked very much, initially.  Joe Oltmann insisted, adamantly, on taking control of *The Deep Rig* movie, and the distribution of *The Deep Rig* movie. We have a wonderful technologist, a high end Silicon Valley technologist who, against his wishes, I said work with Joe.  Joe says he's got some system, he's got some fancy system, this and that.  He believes he can get us fifty million names and raise us fifty million dollars.  And Joe was adamant about it all, and pushy and so forth.  We had enough other things to do this summer, so I said please give him a try.  And our technologists worked for a month, they did everything the guy wanted, they catered and catered.  Everything Joe Oltmann said came to nothing.  Came to nothing.  Nothing whatsoever.  Amateurish.  His technology is garbage.  The technology is garbage, everything he did is garbage.  I mean, fifty million names, this guy couldn't get fifty thousand.  It was a complete waste of time and a setback for that movie, that we ever worked with Joe Oltmann.[34]

23.     "In the same publication, Byrne stated that in every conversation he had been in with Oltmann since before the time of *The Deep Rig*'s publication and distribution that Oltmann was constantly advocating for violence:

Well, I'm just telling you, there's not a conversation that guy has been around where he's, in the six months I've seen, or nine months, where he's not looking for the opportunity to try to draw people into, 'So, what I want to know is when are we going to talk about when we're going to do what needs to be done?  When are we going to take care of business?  When are the bullets going to start flying?'  Joe Oltmann, every conversation that guy is in, that's what he's trying to get people to start talking about.[35]

The threats of violence that Byrne is describing are the same threats of violence that have been directed at me, either by Oltmann himself or by his followers.  Byrne went on to state that "None of the promises he made worked.  None of the promises he made started to work.  None of the promises he made did anything but, like, a faint glow."[36]  He acknowledged that Oltmann is a liar with no technical expertise, stating, "He's lying.  Everything he did was junk.  None of it worked.

---

[34] *See* Patrick Byrne, *Comment on Lin Wood, David Clements, Joe Oltmann, and Dr. Shiva*, LOCALS.COM, Feb. 3, 2022, at 9:43 https://caincloud.egnyte.com/dl/sa2Jtq9zXd/20220203_Comment_on_Lin_Wood.mp4_

[35] *Id.*, at 11:35.

[36] *Id.*, at 17:48.

It's total junk technology.  Really slowed us down to ever try to do that guy a favor."[37]  Referring to Oltmann and another election conspiracy theorist, David Clements, Byrne stated, "They were trying to do something, but I thought that they were kooky or wanted money or something, but now that I'm hearing about violence, I have no obligation to keep silent for these guys.  Do not listen to anything they have to say.  I'm telling you, something is up with them."[38]

24.    "I understand the statements above to confirm that Byrne knew at the time *The Deep Rig* was produced that Oltmann was dishonest and unstable, that he had no meaningful technical knowledge or expertise, and that he routinely made threats of violence, which naturally would have been felt by me directly in Colorado where I live.

25.    "In apparent response to Byrne's statements describing his long history of working with Oltmann, his specific and lengthy efforts working with Oltmann on a distribution model for the Film, and his knowledge prior to the Film's publication and distribution that Oltmann was a dangerous and unstable individual with no meaningful technical expertise, Oltmann published statements later that same day on February 3, 2022.  Oltmann confirmed his close relationship with Byrne even months prior to the release of the Film and with specific regard to matters pertinent to the Film's subject matter.  In particular, Oltmann noted that he was present with Byrne and Rudy Giuliani in the Willard Hotel on the day of the attack on the U.S. Capitol, January 6.  Oltmann claimed that Byrne entered the room to ask that Giuliani arrange a pardon for him.  Oltmann stated that he heard Byrne state that "what I did could have gotten me in jail for a thousand years."[39]

---

[37] *Id.*, at 22:58.

[38] *Id.*, at 23:48.

[39] *See* Joe Oltmann, *GOPers Covering Up Election Fraud*, CONSERVATIVE DAILY PODCAST, Feb. 3, 2022, at 56:50 https://caincloud.egnyte.com/dl/0Ei2OVu2v5/20220203_Conservative_Daily_PM.mp4

Oltmann went on to state that "I'm not the guy that stole a movie from a guy under contract, and then used it at TAP to make money.  I'm not the one that did that.  No that's you, Patrick Byrne. You did that.  You stole it.  Not me.  You did."[40] Oltmann went on to state:

> If you want to go scorched earth pal, let's go.  Matter of fact, why don't you come on the show if you have enough guts?  But I don't think Patrick Byrne does.  I don't think he has enough guts, unless he's trying to plan and ruin people behind their backs and hire media personalities to go and get into everybody's family.  I don't think he has any balls.[41]

26.     "Despite these apparent differences, Byrne and Flynn still maintain a working relationship with Oltmann, and all men share a common goal of undermining American democracy by any means necessary, including by persisting in defaming me with provable falsehoods and obvious lies.  Both Byrne and Flynn appeared on Oltmann's Colorado based podcast on July 29, 2022, after having been served with this lawsuit.  Oltmann took the opportunity to again promote the work of The America Project, stating:

> There's a lot of work that TAP's been doing, that Joe Flynn's been doing, that Patrick Byrne's been doing, that General Flynn's been doing, that others have been doing, in pointing the muskets downstream.  There's some initiatives that they've been working on that align us as a nation.[42]

Oltmann then went on to discuss this lawsuit, and to further defame me just moments before Byrne and Flynn came onto the show as guests.  He stated:

> I do want to also tell you that they got sued as well.  TAP and Patrick Byrne got sued for the movie that they created with Steve Lucescu.  Steve got sued as well. The idea of all this is that it's for defamation, because you're not allowed to speak against this guy Eric Coomer.  I'm just going to say it before they get on, Eric

---

[40] *Id.*, at 56:10.

[41] *Id.*, at 55:35.

[42] *See* Joe Oltmann, Live with Joe Flynn and Patrick Byrne: Restoring Our Elections and Reclaiming Our Voice, CONSERVATIVE       DAILY       PODCAST,       July       28,       2022,       at       2:45 https://caincloud.egnyte.com/dl/S3RgMmHRrY/20220728_Conservative_Daily_PM.mp4

> Coomer is trash.  He is a traitor to this nation, and I am not afraid to talk about his part and what he did in the election in 2020 because I think he tells the story.  A lot of the things that we're finding in these election machines are directly tied to that, so I wanted to say all of that before I brought them on because what they decide to talk about in that case they are welcome to do.[43]

Throughout the interview, Byrne, Flynn, and Oltmann promoted the work of The America Project, and directly solicited donations from Oltmann's Colorado audience.  For example, at one point, the following exchange occurred:

> Byrne: We're involved in so much of this resistance, for freedom, for liberation, for the constitution.  If any one of your listeners can go to The America Project, and Joe Flynn, and Mike Flynn, if you don't want to believe me.

> Oltmann: It's The America Project.

> Byrne: Go to The America Project, just sign up for five bucks a month.  If a few thousand of you sign up for five bucks a month, that makes a huge difference, believe me.  Help us out.[44]

27.    "Prior to the release of *The Deep Rig*, I regularly saw and heard about the Film here in Colorado.  Friends and relatives frequently sent me information about the film to warn me that my life could be in danger when it was released, and I also came across information regarding the Film organically.  I also saw the Film here in Colorado after it was released.  Since the time of the Film's release, I have lived in constant fear that someone who believes the lies about me contained in the Film will attempt to murder or injure me in my home, at my place of business, or even just walking down the street in my hometown of Salida, Colorado.  The fact that Oltmann starred in the Film, that his lies about me are the Film's centerpiece, that he regularly promoted the Film on his Colorado podcast to his Colorado audience, and that the Film serves to legitimize those lies,

---

[43] *Id.*, at 3:00.

[44] *Id.*, at 55:40.

have all given me a sense of constant dread that will likely stay with me for the rest of my life.  I fear for my own life and safety, as well as that of those around me and in my community as a result of Defendants' conduct.  Even to this day, I have had harassment directed at me in my new line of work and at my new business, and I have had to incur additional costs for security as a result of these ongoing threats and harassment.

28.    "Upon information and belief, further evidence of Defendants' distribution relationship with the Film will have additional evidentiary support after a reasonable opportunity for discovery.

29.    "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the 25th day of October 2022, in Salida, Colorado.

Eric Coomer, Ph.D., Declarant