

October 26, 2022

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

*Via Overnight Delivery*
*Federal Express Trk 7703 1522 8303*

Clerk of the Court
Alfred A. Arraj Courthouse, Room A105
901 19th Street
Denver, Colorado 80294

RE: No. 1:22-cv-1575; *Eric Coomer, Ph.D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc.*, pending in the United States District Court of Colorado

Dear Sir or Madam:

    I enclose a USB flash drive containing all audio and video recorded evidence for conventional filing in the referenced matter. These files are contained in links in the Declaration of Eric Coomer, Ph.D. filed in connection with Plaintiff's Omnibus Response to All Defendants' Motions to Dismiss Pursuant to F.R.C.P. 12(b)(2), 12(b)(3), and 12(b)(6) [Dkt. 36-1].

    By copy hereof, counsel for Defendants are being provided with a copy of the USB flash drive as well.

    Thank you.

Sincerely,

Charles J. Cain

CJC/sb
Enclosure



cc: *Via Overnight Delivery*

*Federal Express Trk 7703 1527 7481*
**Counsel for Defendant Patrick Byrne**
Robert N. Driscoll
Alfred D. Carry
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004

*Federal Express Trk 7703 1531 8636*
**Counsel for Defendant Steve Lucescu**
Laurin H. Mills
Samek Werther Mills, LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314

*Federal Express Trk 7703 1534 6143*
**Counsel for Defendant The America Project, Inc.**
Christopher W. Dempsey
Abel Bean Law, P.A.
100 North Laura Street, Suite 501
Jacksonville, FL 32202