**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
      Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
      Defendants

---

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Eric Coomer, Ph.D. Plaintiff makes the following disclosure(s).

1.      If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

      **N/A**

2.      If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity. ]

      **Eric Coomer, Ph.D. is the Plaintiff in this lawsuit and is a resident of the state of Colorado.**

3.      Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**To the best of Plaintiff Eric Coomer, Ph.D.'s knowledge, the following is a list of all parties, attorneys, law firms, or persons that have or may have an interest in the outcome of this lawsuit:**

a) **Apatov, Joseph**
   **Counsel for Defendant Patrick Byrne**

b) **Byrne, Patrick**
   **Defendant**

c) **Cain, Charles J.**
   **Counsel for Plaintiff Eric Coomer, Ph.D.**

d) **Cain & Skarnulis PLLC**
   **Law firm for Plaintiff Eric Coomer, Ph.D.**

e) **Carry, Alfred D.**
   **Counsel for Defendant Patrick Byrne**

f) **Coomer, Ph.D., Eric**
   **Plaintiff**

g) **Dempsey, Christopher W.**
   **Counsel for Defendant The America Project, Inc.**

h) **Dempsey Law, PLLC**
   **Law firm for Defendant The America Project, Inc.**

i) **Driscoll, Robert N.**
   **Counsel for Defendant Patrick Byrne**

j) **Jennings, David E.[1]**
   **Counsel for Plaintiff Eric Coomer, Ph.D.**

k) **Kloewer, Bradley A. – attorney for Eric Coomer**
   **Counsel for Plaintiff Eric Coomer, Ph.D.**

l) **Lucescu, Steven**
   **Defendant**

m) **McGlinchey Stafford PLLC**
   **Law firm for Defendant Patrick Byrne**

---

[1] Mr. Jennings is no longer with the firm of Cain & Skarnulis PLLC has will be filing a Motion to Withdraw as counsel.

**n)** **Mills, Laurin H.**
**Counsel for Defendant Steven Lucescu**

**o)** **The America Project, Inc.**
**Defendant**

**p)** **Werther & Mills, LLC**
**Law firm for Defendant Steven Lucescu**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

**None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None.**

6. Identify each person arguably eligible for restitution:

**Plaintiff Eric Coomer, Ph.D**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 8th day of March 2024.

_____/s/ Charles J. Cain_____
Charles J. Cain*
ccain@cstrial.com
Bradley A. Kloewer*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**