**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S MOTION TO AFFIRM CONTINGENT ORDER GRANTING EXPEDITED DISCOVERY IN AID OF RESPONSE TO DEFENDANTS' SPECIAL MOTIONS TO DISMISS PURSUANT TO C.R.S. § 13-20-1101**

---

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through his undersigned counsel, files this Motion to Affirm Contingent Order Granting Expedited Discovery in Aid of Response to All Defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101 (collectively, the Special Motion(s)), and states as follows:

## INTRODUCTION

1.    Plaintiff sought leave for expedited discovery pursuant to C.R.S. § 13-20-1101(6) when Defendants originally filed their anti-SLAPP Motions to Dismiss in Colorado. *See* Dkt. 33. Defendants opposed that motion. *See* Dkts. 37, 55, 56. In its order requiring Defendants to first file separate motions pursuant to only F.R.C.P. 12, the Court stated its intent to grant that discovery if Defendants ultimately pursued an anti-SLAPP Motion to Dismiss. In the event the Court here determines that a Colorado

anti-SLAPP Motion is applicable in this proceeding,[1] Plaintiff requests the Court issue an order affirming the Court's prior determination on this issue and ordering the corresponding discovery.

**ARGUMENT**

2. Colorado's anti-SLAPP statute allows that "The Court, on noticed motion and for good cause shown, may order that specified discovery be conducted." C.R.S. § 13-20-1101(6). In related proceeding *Coomer v. Donald J. Trump for President, Inc.*, the Court ordered that limited discovery, which included production of various documents and depositions of the parties. Plaintiff sought that same discovery in this proceeding. In its Order requiring the parties to first file Motions to Dismiss pursuant to F.R.C.P. 12 before proceeding with an anti-SLAPP Motion to Dismiss, the Court stated the following:

> In reaching this conclusion, the Court is guided by District Judge William J. Martinez's thoughtful order in *Coomer v. Make Your Life Epic LLC et al.*, 21-cv-03440-WJM-KLM, [Dkt. 45], (Mar. 7, 2023). There, Judge Martinez observed that in a case where, as here, the anti-SLAPP motions are based on a factual challenge, "discovery must be allowed, with opportunities to supplement evidence based on the factual challenges, before any decision is made by the court." *Id.* (*citing Planned Parenthood Fed'n Am., Inc. v. Ctr. Med. Progress*, 890 F.3d 828, 834 (9th Cir. 2018)). Indeed, at least two of the Defendants in this case acknowledge evidence is required in making anti-SLAPP determinations. [See Dkts. 29 at p.19, 31 at p.31.] Thus, the Court VACATES that portion of its previous Order denying Plaintiff's requests for an extension of time and expedited discovery. [Dkt. 58.] Although it is this Court's intent to GRANT Plaintiff limited discovery and an omnibus response should the need arise, the Court will hold that matter in abeyance pending the resolution of the Rule 12(b) issues, particularly the matter of whether this Court has personal jurisdiction over Defendants.

Dkt. 79, Minute Order, at p. 2.

---

[1] Plaintiff files this Motion in an abundance of caution simultaneously with a Motion to Stay Response to Defendants' Motions to Dismiss Until the Court Issues an Order Determining Choice of Law. Plaintiff maintains that the present Motion will be ripe only upon the Court's determination that a Colorado anti-SLAPP motion is permissible in this proceeding.

3. Defendants were aware of this order when they decided to file Motions to Dismiss pursuant to C.R.S. § 13-20-1101 and must have, therefore, anticipated that the expedited discovery previously sought would proceed. Plaintiff, therefore, requests an order granting the expedited discovery sought in Plaintiff's previously filed Motion for Expedited Discovery in Aid of Response to Defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101 [Dkt. 33].

## CONCLUSION

For the reasons stated herein, Plaintiff Eric Coomer, Ph.D. prays that this Court allow him to proceed with limited written discovery and Defendants' depositions and to extend the current briefing schedule for Plaintiff's response to the Motions and Defendants' replies in support thereof. Plaintiff further requests such other and further relief to which he may be justly entitled.

Respectfully submitted this 25th day of March 2024.

    */s/ Charles J. Cain*
Charles J. Cain*
ccain@cstrial.com
Bradley A. Kloewer*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**

## Local Rule 3.01(g) Certification

Counsel for Movant certifies:

a. Plaintiff has conferred with Defendants regarding the relief requested herein;

b. Defendants are opposed to the relief requested in this Motion; and

c. Conferral regarding the relief requested herein was via email correspondence.