IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Supplemental Authority in support of his Omnibus Response[1] to Defendants Motions to Dismiss pursuant to F.R.C.P. 12(b)(6).[2]

1. *Coomer v. Donald J. Trump for President, Inc. et. al.*, 2024 COA 35, 2024 WL 1560462 (Colo. App. Apr. 11, 2024).

2. *15-36, ¶¶ 84-201 affirming Denver District Court's denial of all defendants' anti-SLAPP Motions to Dismiss Dr. Coomer's claim for defamation; *36-37, ¶¶ 202-206, affirming Denver District Court's denial of all defendants' anti-SLAPP Motions to Dismiss Dr. Coomer's claim for intentional infliction of emotional distress.

---

[1] Dkt. 135.

[2] Dkts. 123, 125, and 126, respectively.

3. "The division affirms the district court's denial of the special motions to dismiss the plaintiff's claims for defamation and intentional infliction of emotional distress. It reverses the denial of the special motions to dismiss the plaintiff's conspiracy claim as to certain defendants (those who challenge that ruling on appeal)." *Id.*, *1.

Respectfully submitted this 11th day of April 2024.

Respectfully submitted,

/s/ Bradley A. Kloewer
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**