UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **ERIC COOMER, Ph.D.**, <br><br> Plaintiff, <br><br> v. <br><br> **THE AMERICA PROJECT, INC.**, *et al.*, <br><br> Defendants. | Case No. 8:24-cv-00008-TPB-SPF |

## **JOINT STATUS REPORT**

COME NOW, Defendants The America Project, Inc., Steve Lucescu, and Patrick Bryne (collectively "Defendants"), by and through undersigned counsel, and provide the following Joint Status Report to apprise the Court regarding recent material developments, and respectfully state as follows:

1. On May 17, 2024, counsel for Plaintiff Eric Coomer, Ph.D. served Defendants with Interrogatories and Requests for Production. Counsel also served Defendants Steve Lucescu and Patrick Byrne with Requests for Admission.

2. It remains the position of Defendants that all discovery in this action is currently stayed pending resolution of the dispositive motions filed by Defendants. *See* Joint Motion by Defendants to Continue Stay of Discovery (Dkt. No. 127) filed on March 14, 2024 ("Motion").

3. Defendants respectfully submit that a ruling by the Court on their Motion would obviate any dispute between the Parties regarding the propriety of discovery at this juncture and serve the interest of judicial economy by avoiding litigation of any prospective Motion to Compel filed by Plaintiff.

Dated: June 4, 2024

Respectfully submitted,

*/s/ Christopher W. Dempsey*
Christopher W. Dempsey
M.D. Fla. Bar. No. 1038319
DEMPSEY LAW, PLLC
50 N Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 760-6272
chris@cdempseylaw.com

*Counsel for Defendant*
*The America Project, Inc.*

*/s/ Laurin H. Mills*
Laurin H. Mills (*specially admitted*)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA 22314
(703) 547-4693
laurin@werthermills.com

*Counsel for Defendant*
*Steve Lucescu*

*/s/ Alfred D. Carry*
Robert N. Driscoll
Alfred D. Carry
(specially admitted)
DICKINSON WRIGHT PLLC
1825 Eye Street NW, Suite 900
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

*Counsel for Defendant*
*Patrick Byrne*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the CM/ECF system, which will send notice of the filing to all attorneys of record.

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
*Counsel for Defendant*
*The America Project, Inc.*