IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Local Rule 3.01(i), Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Supplemental Authority in support of his Omnibus Response[1] to Defendants' Motions to Dismiss pursuant to F.R.C.P. 12(b)(6).[2]

1.    *Coomer v. Make Your Life Epic LLC dba ThriveTime Show, Clayton Thomas Clark, Individually, and Reopen America LLC dba ReAwaken American Tour*, Civil Action No. 21-cv-03440-WJM-KAS, pending in the United States District Court for the District of Colorado; Recommendation of United States Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann [Dkt. 144], entered June 14, 2024.

---

[1] Dkt. 135.

[2] Dkts. 123, 125, and 126, respectively.

2. This authority supplements Dr. Coomer's argument with respect to having sufficiently pleaded multiple actual malice factors, including, but not limited to, provable falsity of the defamatory statements at issue, Defendants' reliance on anonymous sources, Defendants' reason to know their source (Oltmann) was unreliable, the inherent implausibility of the allegations published by Defendants, and Defendants' intentional avoidance of the truth. *See* Plaintiff's Omnibus Response to all Defendants' Motions to Dismiss Pursuant to F.R.C.P. 12(b)(6), pp. 21-24, ¶¶ 49-50.[3]

Respectfully submitted this 17th day of June 2024.

                Respectfully submitted,

                */s/ Bradley A. Kloewer*
                Charles J. Cain, CO Atty No. 51020*
                ccain@cstrial.com
                Bradley A. Kloewer, CO Atty No. 50565*
                bkloewer@cstrial.com
                **CAIN & SKARNULIS PLLC**
                P. O. Box 1064
                Salida, Colorado 81201
                719-530-3011
                512-477-5011 (Fax)
                *Appearing via Special Admission
                **ATTORNEYS FOR PLAINTIFF**

---

[3] Dkt. 135.