**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Local Rule 3.01(i), Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Supplemental Authority in support of his Omnibus Response[1] to Defendants' Motions to Dismiss pursuant to F.R.C.P. 12(b)(6).[2]

    1.    *Coomer v. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc.*, Civil Action No. 22-cv-01129-NYW-SBP, pending in the United States District Court for the District of Colorado; Memorandum Opinion and Order Denying Defendants' Motion for Summary Judgment [Dkt. 261], entered August 29, 2024.

    2.    This authority supplements Dr. Coomer's argument with respect to having adequately stated claims for relief, including, but not limited to, defamation, intentional infliction of emotional distress, civil conspiracy, and for

---

[1] Dkt. 135.

[2] Dkts. 123, 125, and 126, respectively.

injunctive relief.  *See* Plaintiff's Omnibus Response to all Defendants' Motions to Dismiss Pursuant to F.R.C.P. 12(b)(6), pp. 14-30, ¶¶ 41-54, 58-65.[3]

Respectfully submitted this 30th day of August 2024.

                                          Respectfully submitted,

                                          */s/ Bradley A. Kloewer*
                                        Charles J. Cain, CO Atty No. 51020*
                                        ccain@cstrial.com
                                        Bradley A. Kloewer, CO Atty No. 50565*
                                        bkloewer@cstrial.com
                                        **CAIN & SKARNULIS PLLC**
                                        P. O. Box 1064
                                        Salida, Colorado 81201
                                        719-530-3011
                                        512-477-5011 (Fax)
                                        *Appearing via Special Admission
                                        **ATTORNEYS FOR PLAINTIFF**

---

[3] Dkt. 135.