IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to Local Rule 3.01(i), Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Supplemental Authority in support of his Omnibus Response[1] to Defendants' Motions to Dismiss pursuant to F.R.C.P. 12(b)(6).[2]

1. *Coomer v. Make Your Life Epic LLC dba ThriveTime Show, Clayton Thomas Clark, individually, and Reopen America LLC dba ReAwaken America Tour*, Civil Action No. 21-cv-03440-WJM-KAS, pending in the United States District Court for the District of Colorado; Order Overruling Joseph Oltmann's Objections and Adopting as Modified the Magistrate Judge's Recommendation [Dkt. 168], entered September 4, 2024.

---

[1] Dkt. 135.

[2] Dkts. 123, 125, and 126, respectively.

2. This authority supplements Dr. Coomer's argument with respect to having sufficiently pleaded multiple actual malice factors, including, but not limited to, provable falsity of the defamatory statements at issue, Defendants' reliance on anonymous sources, Defendants' reason to know their source (Oltmann) was unreliable, the inherent implausibility of the allegations published by Defendants, and Defendants' intentional avoidance of the truth. *See* Plaintiff's Omnibus Response to all Defendants' Motions to Dismiss Pursuant to F.R.C.P. 12(b)(6), pp. 21-24, ¶¶ 49-50.[3]

Respectfully submitted this 5th day of September 2024.

Respectfully submitted,

     */s/ Bradley A. Kloewer*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**

---

[3] Dkt. 135.