# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 4

---

Message

| | |
|---|---|
| **From**: | Lucescu ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| on behalf of | Lucescu ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent**: | 6/21/2021 12:47:37 AM |
| **BCC**: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject**: | Eric Coomer: Dominion Voting Systems VP Pulled Into Election Fraud Theories \| Heavy.com |

https://heavy.com/news/eric-coomer/

# Eric Coomer: Dominion Voting Systems VP Pulled Into Election Fraud Theories

C.C. StrandNov 14, 2020 at 3:29pm



YouTube Eric Coomer

Dr. Eric Coomer is the director of product strategy and security and a vice president of Dominion Voting Systems, the election service company that has become a hub for conspiracy theories around the presidential election. Many conservative pundits and conspiracy theorists, along with the president himself, have pushed the

Lucescu 0000001667

unsubstantiated claim that Dominion altered the election results in some way on behalf of President-elect Joe Biden. Now, they're turning their sights on Coomer.

The conspiracy theories circling Coomer come on the heels of unsubstantiated claims of fraud with Dominion Voting Systems overall. Dominion Voting Systems is an election services company based in Toronto, Canada, that has provided technology for the presidential election in certain counties of the United States.

Earlier this week, President Donald Trump pushed the unsubstantiated claim that Dominion "voting glitches" were responsible for a change in vote counts in pivotal counties in Georgia and Michigan. Jack Nicas debunked this claim for The New York Times:

> The Dominion software was used in only two of the five counties that had problems in Michigan and Georgia, and in every instance there was a detailed explanation for what had happened. In all of the cases, software did not affect the vote counts.

On Thursday, the president retweeted another baseless claim about "election fraud" with Dominion Voting Systems, via a tweet from One America News Network, which alleged the software "deleted 2.7 million Trump votes nationwide," citing "data analysis" as proof of this fraud.

Now, Coomer is the latest to get caught up in the conspiracy theories surrounding Dominion. Many of the posts mentioning Coomer lead back to a website called Gateway Pundit, which purports to be "one of the top conservative news outlets in America." The site, founded by a man named Jim Hoft, features a special section called "ProTrumpNews." "We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media," the site's masthead reads.

In a Friday morning post, Hoft shared a YouTube video (embedded below) of Coomer speaking at an Illinois State Board of Elections meeting in August of 2016 about perceived vulnerabilities in Dominion's systems.

Hoft's post also talks about entrepreneur Joe Oltmann, who reportedly conducted research on Dominion Voting Systems and a "deep dive" on Coomer, unearthing an "Antifa 'manifesto.'" Hoft said Oltmann shared his findings on Twitter, and the site subsequently removed Oltmann's account.

## Coomer Has Filed a Number of Patents for Dominion Voting Systems

Play

According to Justia Patents, Coomer has filed a number of patents on behalf of Dominion Voting Systems. He and several other employees filed 12 patents from

Lucescu 0000001668

2012 to 2014 on behalf of the voting software, the majority of which have to do with "ballot adjudication in voting systems utilizing ballot images," and other systems and measures aimed at increasing security and accuracy around ballot tracking, printing and processing.

Coomer has been a vice president of Dominion Voting Systems since 2010.

Coomer's bio for a speaker series reads:

> Eric entered the elections industry in 2005 as Chief Software Architect at Sequoia Voting Systems. He joined Dominion in 2010 as Vice President of U.S. Engineering, overseeing development and later named Director of Product Strategy and Security to drive the creation of next generation products, while focused on the changing landscape of cybersecurity threats and responses. Eric graduated from the University of California, Berkeley with a Ph.D. in Nuclear Physics.

## Coomer Has Been Director of Product Strategy Since 2015



&lt;img aria-describedby="caption-attachment-2961103" loading="lazy" class="size-large wp-image-2961103" data-lazy-load decoding="async" src="https://heavy.com/wp-content/uploads/2020/11/3360A27C-D7A2-4A32-9EE8-F6C7CECEBEFC.jpeg?quality=65&amp;amp;strip=all&amp;amp;w=264" alt="Eric Coomer" width="264" height="300" srcset="https://heavy.com/wp-content/uploads/2020/11/3360A27C-D7A2-4A32-9EE8-F6C7CECEBEFC.jpeg 264w, https://heavy.com/wp-content/uploads/2020/11/3360A27C-D7A2-4A32-9EE8-F6C7CECEBEFC.jpeg?resize=132,150 132w, https://heavy.com/wp-content/uploads/2020/11/3360A27C-D7A2-4A32-9EE8-F6C7CECEBEFC.jpeg?resize=149,169 149w, https://heavy.com/wp-

content/uploads/2020/11/3360A27C-D7A2-4A32-9EE8-
F6C7CECEBEFC.jpeg?resize=158,180 158w" sizes="(max-width: 264px) 100vw,
264px"&gt;

Eric Coomer

According to the minutes for a Dominion Voting Systems meeting for the state of
Colorado, Coomer has been director of product strategy for the election services
company since 2015.

Per the minutes, Coomer's focus in this role has to do with "driving the creation of
next generation products through close collaboration with customers, combined
with a deep understanding of technology and the needs of Election departments
throughout the United States."

Coomer's bio continues:

Eric has been an active participant in the development of the IEEE common data
format for election systems, as well as the working group for developing standards
for Risk-Limiting Audits for election results. When not designing new products,
Eric supports large and small-scale customers during Election season.

**READ NEXT: Dominion Voting Systems: Glitch, Clinton Tie Cause
Scrutiny in 2020 Election**

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: ████████████████
E: ████████████████
W: http://imdb.com/name/nm0524491

Lucescu 0000001670

Message

| | |
|---|---|
| **From**: | Lucescu ████████████████████████████ |
| on behalf of | Lucescu ████████████████████████████ |
| **Sent**: | 5/1/2021 5:25:06 PM |
| **BCC**: | ████████████████████ |
| **Subject**: | Dominion worker sues Trump campaign and conservative media |

https://apnews.com/article/election-2020-joe-biden-donald-trump-colorado-media-537ef789db98c14dcd4699c9f386a7b2

# Dominion worker sues Trump campaign and conservative media



NEW YORK (AP) — An election systems worker driven into hiding by death threats has filed a defamation lawsuit against President Donald Trump's campaign, two of its lawyers and some conservative media figures and outlets.

Lucescu 0000001834

Eric Coomer, security director at the Colorado-based Dominion Voting Systems, said he wants his life back after being named in false charges as a key actor in "rigging" the election for President-elect Joe Biden. There has been no evidence that the election was rigged.

His lawsuit, filed Dec. 22 in district court in Denver County, Colorado, names the Trump campaign, lawyers Rudy Giuliani and Sidney Powell, conservative columnist Michelle Malkin, the website Gateway Pundit, Colorado conservative activist Joseph Oltmann, and conservative media Newsmax and One America News Network.

"I have been thrust into the public spotlight by people with political and financial agendas but, at heart, I am a private person," Coomer said in a statement.

"While I intend to do everything I can to recapture my prior lifestyle, I have few illusions in this regard," he said. "And so, today, I put my trust in the legal process, which has already exposed the truth of the 2020 presidential election."

Dominion, which provided vote-counting equipment to several states, has denied accusations that it switched Trump votes in Biden's favor, and no evidence has emerged to back those charges up.

Dominion and another voting technology company, Smartmatic, have begun to fight back against being named in baseless conspiracy theories. After legal threats were made, Fox News Channel and Newsmax in recent days have aired segments that challenge false allegations made about the companies on those networks.

Newsmax, in a statement, said it aired allegations that Powell made against Coomer, given public interest in the election aftermath. But Newsmax said it "has not adopted or certified these claims, and has consistently reported that Dominion disputes claims made by President Trump and his supporters."

His lawyers said Coomer has become "the face of the false claims." Coomer's name first got public exposure in a podcast by Oltmann, who claimed to have heard a strategy call of Antifa activists. When the prospect of a Trump victory was brought up, Oltmann said a man identified as "Eric from Dominion" supposedly said "don't worry about the election, Trump is not going to win. I made ... sure of that," adding an expletive.

In an opinion piece written for the Denver Post, Coomer wrote that he has no connections to Antifa, was never on any call and the idea that there is some recording of him is "wholly fabricated."

The fact-checking website Snopes said Oltmann hasn't cooperated in any attempts to verify his claims.

Lucescu 0000001835

Oltmann also claimed that Coomer made anti-Trump comments on Facebook. The lawsuit acknowledged that Coomer made comments critical of the president on his private Facebook page; he now says his page is inactive.

Oltmann's charges spread after he was interviewed by Malkin and Gateway Pundit. Eric Trump tweeted about them. OANN, and its White House correspondent Chanel Rion, reported on them. Powell, misidentifying Coomer as working for Smartmatic, said at a news conference that Coomer's "social media is filled with hatred" for Trump, and she later repeated her charges in a Newsmax interview.

Giuliani, at a news conference, called Coomer "a vicious, vicious man. He wrote horrible things about the president … He is completely warped," according to the lawsuit.

Fox News Channel, another network popular with Trump supporters, is not being sued and Coomer actually uses Fox's Tucker Carlson to buttress his case. The lawsuit notes a scheduled Powell appearance on Carlson's show did not happen after she could not provide evidence for her charges.

Coomer told The Associated Press earlier this month that right-wing websites posted his photo, home address and details about his family. Death threats began almost immediately.

He said his father, an Army veteran, received a handwritten letter asking, "How does it feel to have a traitor for a son."

"It's terrifying," Coomer said. "I've worked in international elections in all sorts of post-conflict countries where election violence is real and people are getting killed over it. And I feel that we're on the verge of that."

————

This story was updated on Jan. 4, 2020, to correct that neither Fox News Channel or Newsmax retracted stories about the companies Dominion Voting Systems or Smartmatic. The story was updated on Jan. 5, 2020, with Newsmax's statement responding to the lawsuit, which came after the original story was published.

Read More

_____

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: ████████████
E: ██████████@█
W: http://imdb.com/name/nm0524491

Lucescu 0000001836

Lucescu 0000001837

Message

| | |
|---|---|
| **From**: | Lucescu ███████████████████████ |
| on behalf of | Lucescu ███████████████████████ |
| **Sent**: | 4/15/2021 1:05:30 AM |
| **BCC**: | ████████████████ |
| **Subject**: | FEC United Founder Threatens Journalists at GOP Candidate Event |

https://coloradotimesrecorder.com/2020/10/fec-united-founder-threatens-journalists-at-gop-candidate-event/31689/

# FEC United Founder Threatens Journalists at GOP Candidate Event

Erik Maulbetsch



At an event yesterday intended to showcase the candidates whom the new conservative political group FEC United is supporting, founder Joe Oltmann threatened to dox journalists who report negatively about the group.

Oltmann claims FEC United has identified Antifa members "that are actually journalists writing stories about us."

"I'll put them on billboards," he told the crowd of Republican candidates and supporters, which took place at Bandimere Speedway in Morrison. "We're coming for you… If you're part of the media and you write something bad about us, better take your byline off it."

&amplt;/p&ampgt;

FEC United is working closely with the Republican Party both nationally and here in Colorado. The event, billed as the FEC United Final Countdown Members Meeting, featured videos messages from both Eric Trump and Colorado GOP Vice Chair Kristi Burton Brown.

&lt;img loading="lazy" src="https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-1024x492.png" alt="" class="wp-image-31714" width="360" height="172" srcset="https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-1024x492.png 1024w, https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-300x144.png 300w,

Lucescu 0000001967

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-768x369.png 768w,

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-1000x480.png 1000w,

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-800x384.png 800w,

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-600x288.png 600w,

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM-400x192.png 400w,

https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-10.44.14-AM.png 1204w" sizes="(max-width: 360px) 100vw, 360px"

data-eio="j" /&gt;

Statehouse GOP officials and candidates in attendance included Rep. Lori Saine of Firestone; Rep. Mark Baisley of Colorado Springs; Lynn Gerber, who's running for a Jefferson County Senate seat; and Bob Roth, a candidate for an Arapahoe County senate seat. Republican state House candidates in attendance included: Vanessa DeMott, Tony Caputo, Larry Braig, and Jonathan Woodley. Congressional candidate Casper Stockham also attended.

Other FEC United Pledge statehouse candidates include Caroline Cornell in Arapahoe County and Stephanie Luck in Otero and Pueblo counties. FEC is organizing field efforts for candidates who sign its pledge.

John Bandimere, who owns the racetrack where the event took place, is suing Colorado and Gov. Polis over COVID-19 public health restrictions, and had hosted previous events opposing lockdowns and closure orders.

&lt;img loading="lazy" src="https://coloradotimesrecorder.com/wp-content/uploads/2020/10/Screen-Shot-2020-10-16-at-8.42.38-AM.jpg" alt="" class="wp-image-31694" width="311" height="406" data-eio="j" /&gt;

Lucescu 0000001968

FEC United American Defense Force militia
members at Bandimere racetrack entrance

The venue was patrolled by numerous FEC United militia members, armed with
both pistols and semiautomatic assault rifles, who were posted at driveway and
walkway entrances, as well as circulating in golf carts.

Led by former Benghazi security contractor John "Tig" Tiegen, the militia, called
United American Defense Force, is another option for people who want to join FEC
United.

Tiegen also spoke at the event, promoting UADF and justifying the membership fee
by listing the benefits such as discounted gear, training and insurance coverage for
the use of force.

*"We're still working on U.S. Law Shield," Tiegen said, referring to an insurance
policy. "So you hopefully you'll be covered with that. That kind of protects you if
you do have to use any kind of force. And it's just not deadly force with the
weapon. It's even if you have to smack someone in the face, you know?"*

Tiegen, who's been tapped multiple times as a spokesman for the Trump Campaign,
also noted that UADF wasn't the only militia offering to train members in "urban
warfare," but he dismissed the other groups because he said they can't turn out
members like his can.

*"We have to come together. Even if you don't join UADF. I know Joe doesn't want
me to say this, but there are other organizations that aren't going to charge you a
member fee. There are other organizations that they'll train you how to do urban*

Lucescu 0000001969

*warfare. They'll train you had do all kinds of stuff. But they never show up either.*
*That's why I'm standing here, because they never showed up."*

A *Colorado Times Recorder* reporter attended the event, providing personal and professional identification at registration. Within five minutes of entering, an armed member of the United American Defense Force militia approached him from behind and placed a hand firmly on the reporter's shoulder. The guard then escorted him from the premises, saying the owners had asked for his removal.

CORRECTION: An earlier version of this article incorrectly attributed a Trump family video message to FEC by Eric Trump to Donald Trump Jr.

---

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: ████████████
E: ████████████
W: http://imdb.com/name/nm0524491

Message

**From:** Lucescu ███████████████████████████████
on behalf of   Lucescu ███████████████████████████████
**Sent:** 1/30/2021 12:56:55 AM
**BCC:** ████████████████████
**Subject:** Michigan Isolated User Error in Antrim County Does Not Affect Election Results, Has no Impact on Other Counties or States
**Attachments:** Antrim_Fact_Check_707197_7.pdf; ATT00002.txt


https://www.michigan.gov/documents/sos/Antrim_Fact_Check_707197_7.pdf



STATE OF MICHIGAN
JOCELYN BENSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

November 7, 2020

## Isolated User Error in Antrim County Does Not Affect Election Results,

## Has no Impact on Other Counties or States

The error in reporting unofficial results in Antrim County Michigan was the result of a user error that was quickly identified and corrected; did not affect the way ballots were actually tabulated; and would have been identified in the county canvass before official results were reported even if it had not been identified earlier. This further explanation of the issue is based on the Bureau of Elections' preliminary review of the issue. The County Clerk and County Board of Canvassers will be able to provide any further detail during the ongoing county canvass.

Antrim County uses the Dominion Voting Systems election management system and voting machines (tabulators), which count hand-marked paper ballots. Counties use election management systems to program tabulators and also to report unofficial election results.

After Antrim County initially programmed its election software for the November Election, the county identified in October two local races where the ballot content had to be updated. The county received updated programming from its election programming vendor, Election Source. The updated programming correctly updated the election software for the county.

When the software was reprogrammed, the County also had to update the software on all of the media drives that are placed in tabulators to ensure tabulators communicate properly with the election management system. The county <u>did</u> update the media drives that went into the tabulators with the corrected local races, but did <u>not</u> update the media drives on the tabulators for the rest of the county. Because the Clerk correctly updated the media drives for the tabulators with changes to races, and because the other tabulators did not have changes to races, <u>all tabulators counted ballots correctly</u>.

However, because the county did not update the media drives for the tabulators that did <u>not</u> have changes to races, those tabulators did not communicate properly with the County's central election management system software when the county combined and reported unofficial results. Every tabulator recorded ballots correctly but the unofficial reports were erroneous.

These errors can always be identified and corrected because every tabulator prints a paper totals tape showing how the ballots for each race were counted. After discovering the error in reporting the unofficial results, the clerk worked diligently to report correct unofficial results by reviewing the printed totals tape on each tabulator and hand-entering the results for each race, for each precinct in the county.

Again, all ballots were properly tabulated. The user error affected only how the results from the tabulators communicated with the election management system for unofficial reporting. Even if the error had not been noticed and quickly fixed, it would have been caught and identified

Lucescu 0000002194

during the county canvass when printed totals tapes are reviewed. This was an isolated error, there is no evidence this user error occurred elsewhere in the state, and if it did it would be caught during county canvasses, which are conducted by bipartisan boards of county canvassers. The Antrim County Canvass is currently ongoing, and the Board of County Canvassers and County Clerk will be able to provide any further necessary details during the course of the county canvass.

As with other isolated user errors that have occurred in the reporting of unofficial results both in this and previous elections, this is not the result of any intentional misconduct by an election official or because of software or equipment malfunctioning or failing to work properly. Municipal and county clerks are dedicated public servants who work hard and with integrity. Sometimes they make honest mistakes, and when they do there are many checks and balances in the election system to ensure they can be identified and corrected so that the official results reflect the complete, accurate count of all votes.

Additional information

https://www.dominionvoting.com
https://www.cisa.gov/rumorcontrol

Lucescu 0000002195

Message

| | |
|---|---|
| **From:** | Lucescu ██████████████████████████ |
| on behalf of | Lucescu ██████████████████████ |
| **Sent:** | 11/21/2020 10:16:54 AM |
| **BCC:** | ████████████████████ |
| **Subject:** | Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference - CNNPolitics |

https://edition.cnn.com/2020/11/19/politics/giuliani-trump-legal-team-press-briefing-fact-check/index.html

# Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference



*(CNN)* — In a wild, tangent-filled and often contentious press briefing led by President Donald Trump's personal attorney Rudy Giuliani, the Trump campaign's legal team laid out its case for widespread voter fraud in the election. The roughly 90-minute briefing was overflowing with falsehoods and conspiracy theories.

At no point did Trump's legal team offer any proof for their allegations of widespread fraud. Jenna Ellis, a legal adviser for the campaign, said the group was laying out an "introductory statement" with more to come, and called the team an

Lucescu 0000002871

"elite strike force." Also working for the campaign, attorney Sidney Powell made extreme, baseless claims about communist Venezuela and George Soros supposedly interfering in the US election. Giuliani on multiple occasions made allegations citing individuals he said couldn't be revealed for their own safety and wellbeing.

Many of their specific claims have already been refuted by federal election security experts and a wide, bipartisan array of election administrators across the country.

Here's a look at some of the top claims made during the briefing and the facts around them.

## Certification in Wayne County

Giuliani said the Trump campaign withdrew one case in Michigan because its goal was to get the Wayne County board to decertify and they did.

**Facts First:** *This is false. The county's results were certified on Tuesday night.*

Two Republican members of the Board initially deadlocked the vote but then reversed their decision and voted to certify Tuesday night. They have since sent in affidavits to rescind their vote but have not filed any lawsuits to try to force the county to call a new meeting. Since the deadline has passed, the certification still stands.

Democratic Vice Chair Jonathan Kinloch said Thursday that board members' votes cannot be changed after the fact.

*-- Tara Subramaniam and Annie Grayer*

## 'Overvotes' in Michigan

"One of the reasons why the Republicans did not certify in Wayne County, Michigan, was because the over-vote was so high," Giuliani claimed. He added, "what I'm describing to you is a massive fraud."

**Facts First:** *This is false.*

What Giuliani called an over-vote is often referred to as an imbalance where the number of ballots tabulated does not equal the number of people signed in to vote at a specific polling location.

Past elections in Michigan with larger imbalances have been certified without issue, including in 2016 when Trump won the state, according the Michigan Secretary of State.

"They certified the vote in 2016 with 80% of Detroit precincts out of balance. And yet today, 42% were out of balance and yet it didn't get certified, so clearly there is no valid point here," Michigan Secretary of State Jocelyn Benson said.

Lucescu 0000002872

Benson told CNN it's "quite common" for precincts to be out of balance but "it doesn't indicate there's any malfeasance," adding "it's more of a bookkeeping, clerical issue."

There are many reasons a precinct could be out of balance and have a discrepancy between the number of ballots cast and the number of people registered into the poll book, according to Chris Thomas who served as a senior adviser to the Detroit City Clerk. Thomas, who has built a decades-long career serving both Republican and Democratic Secretaries of State, told CNN that in general, through his many years of experience, an imbalance should be viewed as clerical mistakes and not fraud.

-- *Tara Subramaniam and Annie Grayer*

## Poll watchers

Giuliani claimed that more than 600,000 ballots in Pennsylvania "weren't inspected which renders them ballots that are null and void."

**Facts First:** *This is false. Nothing is illegitimate about those ballots.*

A Pennsylvania Supreme Court justice decided that the Philadelphia County board of elections complied with the law in how it allowed observers access to the canvassing process.

The law allows the observers to be present, the judge wrote, but they do not have the right to inspect or look over the shoulders of the workers counting the ballots. The judge ruled canvas watchers in Philadelphia cannot challenge ballots and don't need to inspect each individual signature.

-- *Tara Subramaniam*

## Mail-in ballots

Giuliani falsely claimed that mail-in ballots are "prone to fraud."

**Facts First:** *Election experts have* told *CNN time and time again that mail-in ballots are a safe form of voting and not subject to widespread fraud.*

-- *Holmes Lybrand*

## Justice Alito and Pennsylvania

At one point Giuliani suggested that US Supreme Court Justice Samuel Alito intervened in Pennsylvania and told the state that, "any ballot that comes in after 8 o'clock on November 3, 2020 had to be put aside and not opened."

**Facts First:** *It's false for Giuliani to claim Alito ordered counties not to open ballots received after 8 p.m. on Election Day. Instead, Alito* directed *the county boards of election to follow the guidance issued by Pennsylvania's Secretary of*

Lucescu 0000002873

*State, which called for segregating ballots arriving November 4-6, and to keep*
*them separate even if they were counted.*

On November 6, the Republican Party of Pennsylvania asked the US Supreme Court
to order Secretary of State Kathy Boockvar to "log, to segregate, and otherwise not to
take any action related to any ballots that arrive" after Election Day.

Alito said he would refer the application to the court. The justices have yet to rule on
the Republicans' petition that "no action" be taken on the ballots.

Alito, who has jurisdiction over the Pennsylvania region, issued an order November
6 that directed that "all county boards of election" are ordered to "comply with" the
guidelines put forward by the Secretary of the Commonwealth, essentially
maintaining the status quo.

*-- Ariane deVogue and Tara Subramaniam*

## 71% inconsistent data

Ellis, a senior legal adviser for the Trump campaign, claimed that Wayne County,
Michigan, was not going to certify its results "because 71% of counties have
inconsistent data."

**Facts First:** *This is misleading.*

While Ellis did not specify what she meant by inconsistent data, it's likely she was
referring to precincts that are out of balance, where the number of voters recorded
in the poll book doesn't match the number of ballots cast.

According to the Michigan Secretary of State's office, 71% of the absentee ballot-
counting locations in Detroit, which is part of Wayne County, didn't balance.
However, the total number of precincts that did not balance in the city overall was
much lower. Including in-person ballots, 42% of the total precincts in Detroit did
not balance.

Lucescu 0000002874



<image alt="Inside Rudy Giuliani&amp;amp;#39;s attempt to sow chaos on behalf of Trump and steal the election" class="media__image" src="//cdn.cnn.com/cnnnext/dam/assets/201119143047-01-rudy-giuliani-presser-1119-large-169.jpg"&gt;

Imbalances were part of the reason two Republican members of the Wayne County Board of Canvassers temporarily blocked certification of the county's results. The results were ultimately certified after an agreement which stipulated in part that Michigan's Secretary of State would be called on to do a comprehensive audit on the specific precincts in Detroit that did not balance.

Clerical errors resulting in these imbalances have not stopped past certifications in the county. In the August primary, Wayne County certified its results when 72% of absentee counting boards in Detroit and 46% of the total precincts in the county did not reconcile.

For this election the Wayne County Board of Canvassers has not officially released their final report that will include which precincts in the county did not balance.

-- *Tara Subramaniam and Annie Grayer*

## Dominion Voting Systems and Venezuela

Powell claimed that widely used voting machines from the election technology company Dominion Voting Systems featured software created "at the direction" of former Venezuelan President Hugo Chavez to swing his own election results, and that the company has ties to the Clinton Foundation and Soros.

***Facts first:*** *None of this is true. Dominion has no corporate ties with Venezuela, the Clinton Foundation or Soros.*

Powell and other Trump allies have tried to tie Dominion, which sells election technology that was used in more than two dozen states, to another voting company called Smartmatic. During the 2020 election, Smartmatic's technology was used only in Los Angeles County, and not in any swing states, a spokesperson for the company told CNN.

Lucescu 0000002875

Smartmatic was founded in Florida by two Venezuelans, and did provide election technology to the Venezuelan government. Powell has posted on social media a purported affidavit from an unnamed Venezuelan official claiming Smartmatic software was used to change votes in the country. But those claims have no evidence, and there's no reason to believe the company's software was created to make sure Chavez "never lost an election," as Powell claimed. The company actually spoke out to accuse the Venezuelan government of voter fraud in 2017.

The bigger issue with this claim is that there is no evidence that Dominion machines used Smartmatic software, as Powell suggested -- and thus zero connection between Venezuela and the company whose voting machines were actually used in the swing states Trump is focusing on. Both Dominion and Smartmatic have said that they are competitors with no corporate links.

The origin of the claim linking the companies seems to be a convoluted corporate transfer: In 2005, Smartmatic acquired a company called Sequoia Voting Systems, but sold it in 2007 after questions from members of Congress over the acquisition by a company linked to Venezuela. Three years later, Dominion, which was founded as a Canadian company but is now majority owned by Americans, acquired Sequoia. In addition, Smartmatic licensed Dominion machines for use in the Philippines in 2009, but the contract ended in a lawsuit, Dominion said in its statement. Neither Dominion nor Smartmatic have corporate ties to the Clintons or Soros, a major Democratic donor. While Dominion did agree to donate its technology to "emerging democracies" as part of a program run by the Clinton Foundation in 2014, according to the foundation's website, Dominion said in its statement that it has "no company ownership relationships" with the foundation. And while the chairman of the board of Smartmatic's parent company is also on the board of a foundation run by Soros, Open Society Foundations, Soros himself is not involved in either company.

-*Casey Tolan*

## Dominion and algorithms

In one of the most outlandish claims of the press conference, Powell also said that the software used by Dominion "can set and run an algorithm that probably ran all over the country to take a certain percentage of votes from President Trump and flip them to President Biden."

**Facts first:** *There is absolutely no evidence of this happening. Federal officials have said there was no widespread fraud or irregularities during the election, and most states use paper ballots that can be audited to double-check the vote totals.*

Lucescu 0000002876

Experts have said that those ideas are devoid of factual backing. Notably, states are able to review and recount paper ballots, which can validate vote totals. And a joint group of federal, state, local and private election officials called the 2020 election the most secure in American history last week.

While there were a few isolated issues reported with Dominion technology on Election Day and Election Night, there have been no credible reports that any problems with the company's machines affected vote counts.

To allege the possibility of hacking, Powell appeared to cite research by Princeton University professor Andrew Appel, who has warned about potential vulnerabilities in voting machines from Dominion and other companies and has demonstrated the potential that exists to hack those machines. But Appel argued this month that the election results can be trusted due to the paper trail supporting the vote counts. "Vulnerabilities are not the same as rigged elections, especially when we have paper ballots in almost all the states," Appel wrote on his blog last week. "The U.S. mostly uses paper ballots now, and that's how we can trust the election results even though there are some computer vulnerabilities."

*-- Casey Tolan*

*This story has been updated.*

---

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: ████████████████
E: ████████████████████
W: http://imdb.com/name/nm0524491

Message

| | |
|---|---|
| **From:** | Lucescu ████████████████████ |
| on behalf of | Lucescu ██████ |
| **Sent:** | 3/4/2021 12:46:13 PM |
| **BCC:** | ████████████████ |
| **Subject:** | Opinion: My voting technology company has been hit with a tsunami of lies and misinformation - The Globe and Mail |

https://www.theglobeandmail.com/opinion/article-my-voting-technology-company-has-been-hit-with-a-tsunami-of-lies-and/

# My voting technology company has been hit with a tsunami of lies and misinformation

John Poulos Published January 17, 2021



A worker passes a Dominion Voting ballot scanner while setting up a polling location at an elementary school in Gwinnett County, Ga., outside of Atlanta on Jan. 4, 2021.

Ben Gray/The Associated Press

Lucescu 0000004521

*John Poulos is founder and CEO of Dominion Voting Systems.*

A lot has been said about the recent U.S. presidential election. Disinformation concerning states that used voting technology from my company, Dominion Voting Systems, has unfortunately been the subject of much discussion.

We have been hit with tsunami of lies, and I'd like to set the record straight.

Story continues below advertisement

We did not start our company in Venezuela with Cuban money with the intent to rig elections for Hugo Chávez (or anyone else). We have not, and do not, send votes anywhere (let alone across jurisdictional borders). As the U.S. Army has attested, there was no "raid of Dominion servers in Germany." The name "Dominion" does not connote some vast evil conspiracy theory.

Here is the truth: I started the company in Toronto, not Caracas. The first investor was my sister, not Fidel Castro. We picked the company name as an homage to the 1920 Dominion Elections Act. For those that don't know, this piece of legislation removed significant voting barriers, including those focused on voters' sex, religion, race and economic standing. The ideals encapsulated in that piece of legislation reflected our core purpose in founding the company: increasing election transparency and helping voters vote. We started by helping blind voters vote independently with dignity.

During the past few months, many have asked me how it feels to be attacked by a sitting president. The answer is complicated. Dominion's systems are tested by the U.S. federal government and 28 U.S. states long before, leading up to, and right after elections. There were no "switched or deleted votes" involving Dominion machines, nor any other type of manipulation. We understand, however, that candidates (and their supporters) can become very emotional over the loss of an election, especially a highly contentious and divisive one.

In times like these, election officials rely on audit trails and recounts to demonstrate complete transparency. Hand recounts of all paper ballots, in conjunction with robust legal avenues for aggrieved candidates to pursue election challenges, have always won the day.

What we are currently living through, however, is different. The creation, dissemination, and amplification of complete falsehoods – seemingly designed to enflame the raw emotions of supporters upset at the election loss – have overshadowed tried and trusted election-transparency procedures. This has been dangerous on so many levels.

Officials who have told the truth have been labelled traitors and targeted for threats of violence. The list of affected parties now extends far beyond Dominion and

Lucescu 0000004522

includes election workers, secretaries of states, judges, members of the Department of Homeland Security, the Army, the attorney-general and even the Chief Justice of the Supreme Court.

While we have felt a spectrum of emotions throughout these events, we keep coming back to feelings of gratitude for the fact that our systems in all the swing states featured a voter-verified paper ballot. Paper ballots preserve the secrecy of the vote while offering complete transparency, and technology can extend paper balloting in an autonomous way to all voters, regardless of the voter's physical or language abilities.

Story continues below advertisement

Eliminating physical and language barriers to voting isn't the only thing technology can accomplish. Ballot scanners tabulate results far more accurately than humans, especially when ballot counts exceed 500 or feature multiple contests. Ballot scanners also reduce the number of unintentionally spoiled ballots from an estimated six per 1,000 voters to zero by offering voters a chance to confirm the way their ballot is going to be counted while they are casting. Scanners complement polling-place staffing models to enhance the voters' experience and reduce lineups. They make the recruiting of poll workers required on election day much more attainable for election officials. Ballot scanners can solve a variety of very real election problems, while maintaining the same paper ballot voters have come to trust.

The voter-verified paper ballot is the gold standard in elections. Just look at the State of Georgia, the ground zero of the baseless attacks against our technology and customers. All five million official ballots, cast by five million individual voters, were counted three times: twice by ballot scanners and once by hand by thousands of poll-workers, volunteers and poll-watchers. Each count reaffirmed the official result. Our detractors took to a rally stage in Georgia to allege the televised hand count never happened. It did. And it allowed officials to confidently certify the original results recorded by our machines.

Our very first customer, the City of Quinte West, chose Dominion because our accessible technology was built around a voter-verified paper ballot, and has since come to rely on the system's accurate and transparent tabulation. It is also why so many have chosen our technology since. We will continue to provide technology to our customers so that they can facilitate transparent, accurate, secure and accessible elections.

*Keep your Opinions sharp and informed. Get the Opinion newsletter. Sign up today.*

Lucescu 0000004523

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: +██████████████
E: ██████████████
W: http://imdb.com/name/nm0524491

Message

| | |
|---|---|
| **From:** | Lucescu ███████████████████████ |
| **on behalf of** | Lucescu ██████ |
| **Sent:** | 12/22/2020 11:39:38 PM |
| **BCC:** | ████████████████ |
| **Subject:** | Dominion Voting Systems Employee Sues Trump Campaign And Allies, Alleging Defamation : NPR |

https://www.npr.org/2020/12/22/949294173/dominion-voting-systems-employee-sues-trump-campaign-and-allies-for-defamation?utm_medium=social&utm_term=nprnews&utm_source=facebook.com&utm_campaign=npr&fbclid=IwAR2wff_3OAnUyR1S95J_T7G6D8jK65LvF86OH_cxoXL7XdbZs4SD46BEi4o

# Dominion Voting Systems Employee Sues Trump Campaign And Allies, Alleging Defamation

Bente Birkeland December 22, 2020 5:55 PM ET



Rudy Giuliani, President Trump's personal attorney, with lawyer Sidney Powell last month in Washington. They, the Trump campaign and others face a lawsuit by an employee of Dominion Voting Systems, a vendor that has been the subject of disinformation from Trump and his allies.

*Jacquelyn Martin/AP*

*A version of this story was originally published by Colorado Public Radio.*

A top employee of Dominion Voting Systems, who has gone into hiding after becoming the subject of conspiracy theories on the right since the election, is suing the Trump campaign, a number of campaign surrogates and pro-Trump media outlets, alleging defamation.

Eric Coomer, director of product strategy and security for the Denver-based company, has been baselessly accused of using his position to mastermind a high-tech plot to steal the election for President-elect Joe Biden. Biden's victory has been

Lucescu 0000005383

certified in the states by officials of both parties with no evidence of widespread fraud or irregularities.

Coomer's suit, filed Tuesday in Colorado state district court in Denver, accuses those responsible of spreading the falsehoods of intentional infliction of emotional distress and civil conspiracy.

The lawsuit says the claims made about Coomer have led to death threats, constant harassment and "untold damage to his reputation as a national expert on voting systems." Coomer was forced to leave his home one week after the presidential election ended and move to a safe undisclosed location where he remains.

Among those being sued, along with the president's campaign, are his personal attorney Rudy Giuliani and outside lawyer Sidney Powell, who has been spotted at the White House in recent days as the president has continued to look for ways of overturning the election, including a meeting with conservative lawmakers who are planning an ill-fated push to challenge state electors when Congress certifies their votes on Jan. 6.

**Article continues after sponsor message**

Coomer is also suing figures in right-wing media, including the networks Newsmax and One America News Network, OANN reporter Chanel Rion, blogger Michelle Malkin and others.

"Today I have filed a lawsuit in Colorado in an effort to unwind as much of the damage as possible done to me, my family, my life, and my livelihood as a result of the numerous false public statements that I was somehow responsible for 'rigging' the 2020 presidential election," Coomer said in a statement announcing the lawsuit.

"The widespread dissemination of false conspiracy theories about the 2020 presidential election has had devastating consequences both for me personally and for many of the thousands of American election workers and officials, both Republican and Democratic, who put aside their political beliefs to run free, fair, and transparent elections. Elections are not about politics; they are about accurately tabulating legally cast votes," Coomer said.

Dominion Voting Systems provides election equipment and software to 28 states, including the majority of the equipment used in the swing states on which President Trump has focused most of his post-election ire. The company has also started to take legal action against its detractors; it recently demanded that Powell retract baseless claims about the company and its voting systems.

Coomer said the allegations against him began with a conservative Colorado activist and podcaster, Joe Oltmann, who is also named in the suit. Several days after the election Oltmann said that he'd infiltrated an earlier call with Denver-area antifa

members and heard a man identified as "Eric from Dominion" say he would make sure Trump wouldn't win the election. According to Oltmann, the man said, "Don't worry about the election. Trump is not going to win. I made effing sure of that."

Oltmann has never provided a recording of that call, but the allegation spread rapidly through right-wing social media, making its way to pro-Trump media outlets now included in the lawsuit.

Coomer said that conversation never took place and that he has no association with left-wing groups.

"I have a personal political opinion. I may share that with friends and family, but I have never participated, or belonged to, any political groups, political action groups, social justice groups. I do not donate to political campaigns. I don't donate to any PACs or anything like that," he told CPR News.

In addition to his own information, Coomer said the personal addresses of everyone from his parents and siblings to his ex-girlfriends have been posted online. Some have also received threatening letters.

He said he's hopeful this lawsuit will help him reclaim his personal and professional reputation, "While I intend to do everything I can to recapture my prior lifestyle, I have few illusions in this regard."

---

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: ███████████
E: ███████████████████
W: http://imdb.com/name/nm0524491

Lucescu 0000005385

Message

| | |
|---|---|
| **From**: | Lucescu ███████████████████████ |
| on behalf of | Lucescu ███████████ |
| **Sent**: | 12/9/2020 12:43:09 AM |
| **BCC**: | ███████████████████ |
| **Subject**: | I work for Dominion Voting Systems. I did not commit voter fraud. |

https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/

# Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop.

## I work to ensure America's elections are secure. Now that work, and I, are being assaulted with lies.

Eric Coomer December 8, 2020 at 6:00 a.m.

As we enter the final stages of the 2020 election, Americans are focused on the voting process like never before. Even amid a pandemic and its rising death toll, we seek assurances that our democratic institutions are being upheld. I have spent the past 15 years of my life working to ensure the safety and security of elections, and I am especially mindful that Americans deserve to have continued confidence in the officials, companies, and individuals who help conduct free, fair, and transparent elections.



Eric Coomer is the director of product security and strategy for Dominion Voting Systems. He lives in Colorado. This op-ed does not necessarily represent the opinion of Dominion.

In my role as the director for product security and strategy for Dominion Voting
Systems, I have been responsible for ensuring that Dominion customers can rely on
a partner to help support the delivery of secure, accurate, and transparent elections.
Not only have I designed systems and products that directly support the auditing
and validation of election results, but I have championed and helped develop a
vulnerability disclosure program to support more collaboration between election
vendors and independent third-party security researchers in identifying and
mitigating potential security vulnerabilities in election infrastructure.

The safekeeping of elections is of the utmost importance to me personally and
professionally, and I am not alone. Chris Krebs, the former director of the
Cybersecurity and Infrastructure Security Agency appointed by President Donald
Trump, said in recent interviews that the 2020 election was the most secure in
American history. Attorney General William Barr has also confirmed that there is no
evidence of widespread fraud that would have altered the election outcome.

Still, with these assurances and facts that are readily available to all of us,
uninformed and unscrupulous individuals upset by the outcome of a free and fair
election have launched a smear campaign to discredit the professional and diligent
work performed by me, the company I work for, and the thousands of election
workers who worked overtime during a pandemic putting our health and safety at
risk to ensure the votes were counted accurately, securely, and transparently.

Americans need to understand the security of election systems involves a multi-
layered defensive strategy, and the ballot tabulators are only one small piece of the
entire process. Every Dominion system creates a durable, voter-verifiable, paper
record of the cast votes, which is the official record. All election systems are
subjected to rigorous certification standards which include code review, testing, and
verification by an independent and accredited voting system test laboratory.

While no system is 100% defensible against dedicated threats, the multiple layers of
testing, auditing, and process controls ensure the security of U.S. elections. As Krebs
recently said, all votes are counted in the United States. No tabulation or
accumulation of votes happens outside of the United States.

The software "glitch" that some claim "switched" votes between particular
candidates was an easily detected human-induced error. This misreporting of
results was not the result of a software issue, or a dedicated "algorithm" designed to
change the results of the election. Like any system, there are potentials for human
error, but the electoral process is designed with checks and tools to specifically
identify when these situations arise. After submitting the results to a state reporting
site, the totals were checked against the in-precinct results tapes and paper ballots,

and the error was identified and immediately corrected. This is a normal process that occurs during every election.

Fifty-nine election security experts signed a statement on Nov. 16 affirming that the 2020 presidential election was technologically secure. Signatories include computer science professors at Princeton University, Georgetown University, and Stanford University, among many other researchers and scientists.

Despite the election's security, a litany of defamatory statements continues to be made about me by officials with the Trump campaign, the president's personal attorneys, the president's family members, alt-media personalities, and countless social media trolls. I want to be very clear: I have no connection to the Antifa movement, I did not "rig," or influence the election, nor have I participated in any calls, demonstrations, or other demonstrable activity related to any political party or social justice/action group.

All claims that someone recorded me on a call, or even overheard me saying, "Don't worry about the election, Trump's not gonna win. I made (expletive) sure of that!" are wholly fabricated. Moreover, I do not have the capability to do such a thing. I have not written a single line of code in the Dominion Voting Systems product.

The constant repetition of these baseless rumors has not only brought harm to me but also to my family. These lies that aim to ruin my reputation, my livelihood, my relationships, my well-being, and my life will not go unanswered. These fabrications and attacks against me have upended my life, forced me to flee my home, and caused my family and loved ones to fear for my safety, and I fear for theirs.

It is unconscionable that certain fringe media personalities looking to increase personal notoriety, website traffic, and ad revenue would continue to prey on the fears of a public concerned about the safety and security of our electoral system. Additionally, any posts on social media channels purporting to be from me have also been fabricated. I do not have a Twitter account and my Facebook account is not active. These individuals are impersonating me.

While the personal attacks that have no basis in fact are disturbing, I am increasingly distressed by the willingness of so many to embrace these lies with such enthusiasm — calling out openly and loudly for the demise, and even death, of a fellow American who is dedicated to upholding the right of every citizen to express their voice at the ballot box. It isn't right. It must stop.

*Eric Coomer is the director of product security and strategy for Dominion Voting Systems. He lives in Colorado. This op-ed does not necessarily represent the opinion of Dominion.*

Lucescu 0000006440

*To send a letter to the editor about this article, submit online or check out our guidelines for how to submit by email or mail.*

---

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M: █████████████
E: █████████████████████
W: http://imdb.com/name/nm0524491