IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 5**

---

ec2a098a-3e77-44f6-b5e7-ec20da6fc612 -

**Chat Filters** ☑ Events ☑ History ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Joe Oltma nn | | | | 7 | 0 |
| ☑ | Steve Luce | | | | 0 | 0 |

| | Steve Lucescu | | | | 2021-08-01 06:02:39.000 PM |

Hola Brother. How is your weekend going? I just called via FT audio, figuring I'd try you between lunch and dinner today - but stilled missed you. Is there a good time to talk later today?

| | Steve Lucescu | | | | 2021-08-01 07:45:25.000 PM |

Newsmax are a hunch of fascist cowards & Pathetic losers....

| | Steve Lucescu | | | | 2021-08-01 07:45:25.000 PM |

https://www.theepochtimes.com/mkt_morningbrief/dominion-worker-drops-newsmax-from-lawsuit-after-network-apologizes-for-allegations_3798434.html ~/Library/SMS/Attachments/ed/13/CEC489D7-7768-4D29-8E32-0B974AA3B34E/0BE75E44-98E2-4864-BCA4-BFE9A0297A78.04B2F8C7-C311-4BE2-AAB4-92CC405759B9.pluginPayloadAttachment ~/Library/SMS/Attachments/78/08/8F905892-709C-4EA7-8798-569D858A85B0/9EE06C4B-4C42-46A5-9446-54E543518D4E.7CCE2C87-2022-49B6-ACA3-56C01EDD501E.pluginPayloadAttachment
0BE75E44-98E2-4864-BCA4-BFE9A0297A78.04B2F8C7-C311-4BE2-AAB4-92CC405759B9.pluginPayloadAttachment
9EE06C4B-4C42-46A5-9446-54E543518D4E.7CCE2C87-2022-49B6-ACA3-56C01EDD501E.pluginPayloadAttachment

| | Joe Oltmann | | | | 2021-08-01 09:15:29.000 PM |

Go to my telegram

| | Joe Oltmann | | | | 2021-08-01 09:15:38.000 PM |

Watch the video and look at the last three posts

| | Joe Oltmann | | | | 2021-08-01 09:15:46.000 PM |

We caught them

| | Joe Oltmann | | | | 2021-08-01 09:15:57.000 PM |

The gateway pundit

| | Joe Oltmann | | | | 2021-08-01 09:16:02.000 PM |

Ran a story

| | Steve Lucescu | | | | 2021-08-01 09:43:35.000 PM |

Great video. You have every right to be pissed off - and every bit is founded in fact. This is utterly despicable what they have gotten away with so far - and continue to get away with. It's beyond immoral. It's absolutely criminal.

| | Joe Oltmann | | | | 2021-08-01 10:15:28.000 PM |

Not for long

| | Steve Lucescu | | | | 2021-08-01 10:17:03.000 PM |

Exactly why this film has to go out now. People everyone have to have access to it and then a series of followups as the evidence continues to be revealed. Can you talk?

| | Joe Oltmann | | | | 2021-08-01 11:59:31.000 PM |

Yes

Lucescu 0000000818