## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 6

---

3/1 Shoot

Jo #1

Location: Ice House Main Level Chair + Lamp

**17:28:25 TAKE 1**

**17:28:43** Q: General intro
**17:28:56** Im a data CEO from Denver
**17:29:14** Security of dominion voting systems..
**17:29:31** In march 2020, we had been clients and I watched businesses burn.. we threw the constitution away.. I started the reopen Colorado movement.
**17:30:17** I made FEC united.. feed people spiritually without interference from the government.. right to assemble.. helped John to stop antifa and BLM
**17:31:35** people started writing articles saying im a right wing extremist.. we built up 94k members of the community.. why did they write things that weren't true.. these people we'e antifa activists, not journalists. Then I discovered Eric Kumer..
**17:32:33** we discovered 18 antifa journalists. In 9/2020 I set out to infiltrate antifa.. had lunch with a guy.. they have become what they are fighting against. I need to get out, but im too deep into the process.. we could dismantle if we could discover.
**17:33:48** a guy named Eric started speaking in a conference.. they asked who is Eric.. and someone said he was the dominion guy.. someone said what are we going to do if trump wins.. they said "he wouldn't win and we'll make fucking sure of"
**17:34:50** Hung up, researched Eric, heard his voice.. found him on google. He had a phd in nuclear physics..
**17:36:00** thought there was no way this guy was a part fo antifa.. I came out in a meeting.. I know why they are writing bad articles.. its because we are helping the community.. next day they wrote a new article about me.
**17:37:10** as you go down the process there is a ton of tension.. go to sleep with trump ahead and wake up to Biden.. I didn't think of Eric or that phone call.. I thought someone would get to the bottom and it wasn't my fight.
**17:37:50** then I went elk hunting.. I get a text about an article. As I read it, talked about in Georgia the precincts went down, description went down because of an update.. given by Eric Kumer.. my heart sank
**17:39:09** The amount of anti American hate on his page was unbelievable.. he posted the antifa manifesto.. I thought this is nuts.. researched all his social media, going back decades..
**17:33:48** dominion was in 28 states..
**17:40:14** Q Whats happening between you and engaging Eric?
**12:4025** I had to do some soul searching and make a decision.. this would forever change the direction of my life…
**17:41:10** on Monday I did a podcast about Eric and dominion voting systems
**17:41:27** Q: Eric backstory
**17:41:01** I would call Eric a Sociopathic.. phd in Berkeley.. part of an alt-skinhead group there.. arrested.. bankruptcy.. not clean cut individual..
**17:43:00** (reads from phone about Eric)
**17:43:35** His inner connections are scary.. his father worked for military RDA.. when he sued me.. I was like ok its on
**17:44:08** He was unemployed for several years after graduating.. then low line jobs and then became VP of sequoia before being purchased by dominion.. has suicide attempts.. he calls himself a pathological liar.. almost did a year in jail.

Lucescu 0000009363

**17:45:12** Q Lawsuit he filed against you and why?
**17:45:27** When I came out that Monday, I did national podcasts and interviews with OAN, Michelle malkin.. but then twitter took me down immediately..
**17:46:03** head of SIZA said it was the safest election ever.. he's a lawyer not a code writer.. research on the 50 people meeting, none of them understood code anyways.. and Dominion was on that board..
**17:46:50** I had multiple death threats.. I had to get security on my family.. a week before xmas, Kumer said it was all right wing conspiracy theories.. then he sued me for defamation of character and anyone who aired his story.
**17:48:03** They did everything the could to go after me
**17:48:18** what you've seen in other places that brought you to your perspectives
**17:48:50** I have worked in middle east and Africa, I saw first hand what happened and the news would say the opposite.. I thought the journalistic value got it wrong.. but the more I went there, the more apparent there was a fake narrative
**17:49:47** Q Vertical stacking to see a parallel.. what are the variables about what you witnessed that could mirror a grand conspiracy here, include 3 letter agencies in overthrowing countries
**17:50:50** (Might want you to take this out.. ) Sudan.. darfor.. genocide or ethnic cleansing? I identified  economic, social, tribal info and break it down into a high or low probability this occurred. There was a complex thing happening.. rebel groups, Libyan army.. no indications of ethnic cleansing..
**17:52:59** no sign of govt for hundreds of miles.. we were raising billions stateside.. Susan rice telling UN president al bushir was responsible.. I wrote that that never happened to UN (need to probably remove this)
**17:53:30** Foreign and domestic policy are written by people we don't have access to..further down the rabbit hole.. the more I saw indications the US is interfering with the sovereign of other nations.
**17:54:24** Q: talk about the big con little con
**17:54:35** Kumer owns adjudication on dominion.. smart-matic.. tied to Venezuela.. I only researched the architecture when Eric sued me.. it was on.
**17:55:29** I mimicked the 28 prominent states, stacked them on top of each other to see the vulnerabilities.
**17:56:04** I thought what would I do to expose vulnerabilities.. I realized by looking at the other states and created a math equation on those being true.. if 50% is true.. all points were activated..
**17:57:11** to create chaos there needs to be a lot going on.. if you strip away all the noise, you need small cons to do a big con.. like a magic trick.. what's in front of you isn't actually what's happening.
**17:57:54** its an exercise in psy-ops.. if you have big tech and media then its impossible to get to a conclusion in timely was
**17:58:19** Q: How big media and tech are involved

**18:00:01 TAKE 2**

**18:00:34** Media and Big Tech are working together.. snopes will come out and say something is not true.. even if it is..
**18:01:27** there is no recourse on fb.. or twitter.. I saw all the info on Hunter Bidens laptop and anyone who did what he did would be in prison.. but nothing happened to him
**18:02:07** child pornography, emails admissions of bad behavior.. the sheer amount of info.. I had a talk with John Paul.. they said he hacked, but he didn't..
**18:02:54** Q the Flow chart

Lucescu 0000009364

**18:03:03** When stacking the info, I reached out to high level people in trump cabinet.. then I was asked to go to DC got validated by a number of people in intelligence..
**18:04:02** I hadn't talked to Matt deperno.. or anyone.. everyone validated this info.. on jan 5th at the freedom plaza I presented the diagram on the big screen to 25k people.. showed them the big con and the small con.. then all the YouTube channels were taken down and the networks were taken down..
**18:05:00** then I knew I had gotten into something that wasn't going to end well for me..
**18:05:14** start off simple with absentee ballots, ballot harvesting.. needs to go through sig verification is tied to internet.. talks about this price further … first small con.
**18:06:50** next, separate ballots from envelope.. 14-15 days before election days. The envelopes tell you how many absentee ballots you should have, but the envelopes were destroyed..
**18:07:53** tabulation.. but them in a scanner and then you can add in fake ballots or phantom ballots.. made out of thin air.. 2nd adjudication..
**18:08:50** gets tricky.. when you develop or create intent inside the system, it erases the ballot and puts in the intent.. so there is no history.. we know this is the case because of Antrum county..
**18:09:39** the verified process.. when you add blank ballots, you have to find a way to align it with a voter.. the big con begins.
**18:10:13** all you need for the big con is voter registration data.. the system has to come down and then back up.. when the system went down with trump up and came back on with ballots added to Biden..
**18:11:19** tabulation to dominion servers.. when down, they can correlate to who didn't vote and validate new ballots to real people..
**19:11:55** in Wayne county.. not available.. in Georgia we had 1000s of dead voter.. all were done through absentee ballots.. aligned with dirty data from sec of state
**18:12:33** 71% of precincts in Wayne county wouldn't pass , and there was a 700% turnout…
**18:12:50** Louder with crowder started to uncover massive fraud going around and talking in parking lots
**18:13:24** lady got into a car with a thumb drive and then lost it.. it ended up plugged back into the tabulation system she had taken it from..
**18:13:53** on the 5th there was a system run off race.. the systems came down.. that's not human error.. the system was designed to create a controlled outcome..
**18:14:35** I have seen the FBI do incredible things.. when it comes to terrorists.. they can find someone about to do something.. there is no way they didn't know there was election fraud..
**18:15:21** I don't think its possible that I found this and the FBI didn't
**18:15:33** we are all slaves and share croppers on their plantations.. we aren't represented.. its dangerous when you are the last free place on earth
**18:15:58** Q: Bib County
**18:16:11** the Edison API data coming out of Georgia…
**18:18:18** At the top Edison county updates… it showed trump had 29,329, Biden 17k.. 8 minutes later, change one variable.. Edison precinct data.. line by line.. trump become 17k (same as Biden) and Biden had trumps number..
**18:19:40** everything we are heading about Antrum county.. is cheated.. they stole votes..
**18:19:59** Q Your perspective on allied security.
**18:20:22** Met them, geniuses… Chris said they misinterpreted the data..
**18:21:01** the system was designed for a fraudulent outcome.. Texas turned away dominion..
**18:21:40** if the Data tells you there's fraud.. who do you believe them??
**18:22:05** Q I can show you so many ways these machines have been made to commit fraud..
**18:22:44** having the system that can manipulate votes, allows fraud.. why would you build a system with such poor security.. you don't cut the tongue out of someone that's lying.. they

Lucescu 0000009365

have been cutting the tongue from people that disagree with their narrative..
**18:23:5** back to the Kumer call..
**18:24:**02 Q: Black box in plain box
**18:24:20** Kumer is almost taunting people.. checkered past..
**18:35:40** the system is designed to use ballots pushed into adjudication and you can assign it to a candidate.. 68% failure in antrum county..
**18:26:31** 26/26 races that trump was involved in went to a republican. All the campaigns/ no legislatures switched.. and ballots in swing states was 3000% higher than in any previous election…
**18:27:26** Q election integrity points
\*\***18:27:45** Talk to Linda and Don on this\*\*
**18:27:55** Fulton county had 99% votes for Biden..  Trump won 4% of absentee ballots.. impossible..
**18:29:03** you have abetter chance of wining the lottery 30 days in a row than how Fulton county went..
**18:29:20** the election integrity was lead by Don and Linda. They went through the data..
**18:29:53** Q Hugo Chavez connection to election
**18:30:40**  in 2012 dominion was brought into Mongolia.. Sold to them by Kumer. There was also a contested election, in a recount they reversed it..
**18:31:24** Back to smart-matins and dominion.. there was a lawsuit. Sequoia was sold to sell their interest because of connection to Venezeula.. Hugo Chaves was inserted as president, using the same voting systems here.
**18:32:40**  Q: the heat you're facing in big tech and media.. threats
**18:33:02** I went from entrepreneur to pariah of the left.. my kids and wife know my character, but fox, nbc did everything to slander. Which intensified threats.. People showing up at my house with guns, being threatened in super markets.. phone calls.. binoculars watching me..
**18:34:15** Q Whats get you through this?
**18:34:28** This is the path god wants me to be on.
**18:34:40** Q: What brought this sense into you, was it as a child?
**18:35:09** My dads black, moms white. My brother was murdered by police officer. Ive dealt with racism on either side.. Im driven by doing well and wanting to share that..
**18:35:57** im driven by the idea if we don't fix this, there won't be anything to fix.. concerned for future generations..
**18:36:30** Q what are the cross roads and the unifying perspective?
**18:37:12** If we don't fix this, eradicate electronic voting systems, we will never have a free voting system.. they want to hand raising children to teachers unions
**18:37:55** we are seeing foreign interests in the US.. kids are taught things that don't make them stronger on the world forum..
**18:38:26** Q What does this mean for the world? What position does America hold?
**18:38:50** millions around the wold died depending on the US. We stop ethnic cleansing, stop human rights violations.. but if we are doing it at home we can do it in other countries
**18:39:33** Q Other people that know something is off, but won't get involved?
**18:40:09** the number of people willing to fight is diminishing greatly.. there are people in govt working against better interest on both sides..
**18:40:50** Trump had the stamina.. he never got tired.. not many will stand up.. People are always going to be resistant to the first one to be shot.. so ill be the first one..
**18:41:25** Q why you are in this film and what is your hope for this info?
**18:42:08** The goal is to get rid of these voting systems.. we create an environment where people want to listen to the truth. There is no accountability.
**18:42:59** Maricopa.. el paso.. new hampshire.. Georgia.. Texas.. we have progress being made..

Lucescu 0000009366

**18:43:35** Q: what a massive grassroots movement.. any heart felt moments where you have been helped?
**18:44:30** I probably get 1000 emails a week. I get encouragement from people all around the nation.. every day I get reassurance..
**18:45:09** The left is everything they say they are fighting against.. pedophilia.. Michael pinkis..
**18:46:16** Q: 3 letter agency involvement.. cointelpro.. antifa.. what info do you have?
**18:46:54** I think its an orchestrated event.. its not a conspiracy theory..
**18:47:22** the govt has been long been involved in creating environments.. when MLK died he wasn't respected and well known.. but now there is a day for him..
**18:47:58** we are creating entitlements based on skin.. we are creating serration.. I think the agencies are involved..
**18:48:19** Q the left used to get involved, but now they trust the system. What is this reversal?
**18:48:38** Think for yourself.. Go deeper.. find out motives.. we are dealign with big evil..
**18:49:11** if Antifa is against anti fascist, why are the canceling peoples voices and ridiculing and creating fear because that is fascism… why is media propping them off?
**18:49:51** zuckerburg given money.. Time writing about the cabal..
**18:50:21** Antifa isn't well educated.. they can affect a lot of people..
**18:51:16** media creates false narratives to divide us as a community.. and I've lived the life in the minority community and understand racism.. most antifa doesn't know what racism is.. they are crawling out of the basement and spend time on reddit..
**18:52:10** Q: Why is antifa doing this?
**18:52:21** getting paid.. and some are weak and entitled.. it didn't start here.. Arab spring.. tested it there brought it here and we let it happen..
**18:53:10** there are a lot of operatives… and blood might have to get spilled to get back to where we are supposed to be..
**18:53:44** Q Do you see civil war?
**18:53:55** people are waking up to the realization that we are slaves.. 30% of your pay goes to your govt and that can go to foreign interests.. you have no say.. you rent your home.. SS is not going to be there.. retirement may not be there..
**18:55:06** then you find out the election is rigged??? You need a forced vaccine.. make sure there is no religion.. teaching gender fluidity.. the leadership isn't going to do what's necessary..
**18:55:55** after the first amendment comes the second amendment.. and then civil war will be eminent.

**18:58:37 TAKE 3**

**18:59:01** Q: CTA over the next 2 years? How do you reinvigorate life?
**19:00:11** We need a comprehensive rest over the next 2 years… create transparency and restore integrity.. civil war start brewing..
**19:00:51** get involved at a grassroots level.. I don't know many people that agree with the censorship…
**19:01:31** media and the left are the loudest voices..
**19:02:04** CIA, FBI and different organizations are working in self interest..
**19:02:27** the people are stronger than this..we do not have to tolerate it..
**19:02:47** we can be civilly disobedient.. have rallies and protests.. but it take san immense amount of sacrifice..
**19:03:28** Q: I believe in a kingdom.. how this division can go away
**19:04:21** We see they don't have to follow the same rules.. governors having dinners at restaurants.. kids die of suicides..
**19:05:05** I don't know if tis possible to get back unless we get the integrity back from the

Lucescu 0000009367

systems.. the judicial system is not accountable to us..
**19:05:58** Washington is a terrible place of self-interest.. everyone wanted to be the one to save the day.. but not work towards the better interests of the American people..
**19:06:44** we need to start at a bottom level..
**19:06:50** Q any closing thoughts?
**19:07:14** On jan 5, I left behind my company.. the CFO I hired came in after the election.. on the 6th I was at the state dept.. on the 7th the CFO I brought it, a friend, he said the executive team has lost confidence in you..
**19:09:49** When I woke ip the next morning.. they were trying to take me off all the bank accounts.. I called the president.. I still own a majority of the company.. you said you were going to resign.. they lied saying he was in the capital..
**19:10:55** I told the president I wanted him fired…
**19:11:30** I pass over info to intelligence… then they walk him out of the company.. then that same person had worked for HSBC.. the company that did the investment in dominion and worked with CIA.. the guy I brought in as my CFO.. they would have cleaned my accounts..
**19:12:30** as he left.. he said he was going to burn down the company Monday.. I had to tell the entire team.. you didn't give me the benefit of the doubt..
**19:13:22** this is how evil this group is.. do I think there are deep seated groups? I know its the case..
**19:15:49** mark meadows stopped me from getting into a meeting with the president.. so many judas's
**19:16:28** I want you to have a meeting with **Apollo..**
**19:17:34** I think president trump is a very caring man.. he has done things against most peoples idea of what you would think he would do.. so quietly…
**19:18:29** I think military should have stepped in and seized the equipment.. someone else becomes president in the interim…
**19:19:07** We see Trump as a father archetype.. do you think waking away that was a message?
**19:19:39** He wanted to show people that the leftist ideology…crushes Americans.. the pipeline.. 3 people commit suidice.. gas prices 30% increase.. these are real consequences.. govt never lost one paycheck.. what about the single moms?
**19:20:35** real pandemic.. mental health and mass sucides being infected with fear of everything,. And having no hope..
**19:21:33** our government doesn't care bit the American people.. more people are waking up on both sides of the aisle saying that I didn't sign up for this..
**19:22:05** God is at the wheel
**19:22:20** Q back to pipeline and gas increase
**19:22:46** the pipeline.. 3 committed suicide.. we so gas prices have 49.5 increase.. that has real consequences for citizens..

Lucescu 0000009368