**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 7**

---

Message

**From:** PatrickByrne
on behalf of PatrickByrne
**Sent:** 5/13/2021 9:36:54 AM
**To:** Lucescu
**CC:** Chris G
**Subject:** Re: The Deep Rig Movie Notes

Do you have a good idea about how you will distribute? Do you know how to organize and manage premiers?

Patrick M. Byrne

Sent with ProtonMail Secure Email.

‑‑‑‑‑‑‑ Original Message ‑‑‑‑‑‑‑
On Thursday, May 13, 2021 12:55 AM, Lucescu wrote:

Hola Brother.

These are awesome notes.
I'm getting them to my Editors right now to start implementing them into the cut...

Will also start looking into the Fort Bragg and Fort Campbell areas...

Thanks again.
Talks soon.
All the best.

SL

---

Steve Lucescu
Zero Hour Alchemy Inc.
Advanced Cinemagraphic Technologies LLC
M:
E:
W: http://imdb.com/name/nm0524491


On May 12, 2021, at 21:39, PatrickByrne wrote:


1. The opening credit of the movie should start off with "A Quick Review of the Last Five Years" or words to that effect.

2. :55 have title and "Time Magazine" article popup first. Then the quote fills in above it.l So the whole time we are seeing the quote fill in, we already know it is Time.

3. Take out Ruby Freeman social media Confession. Some uestion about whether it was authentic or not

4. 27:00 Background music is too loud, it should not be played continuous. When we get to dramatic moments of testimony, please kill it. It makes the movie much less "serious".

5. Chyrons should be more informative to who is speaking. Time 31:43:19. Chyrons no longer used. Add 31:11 Jovan Chyron.

6. Bernie Sanders 34:00, add date time group of election and when the actual interview was filmed in a caption above the interview.

7. Add subtitles for 25 and 75 throughout video.

8. Change date at 50:34 from **Dec** 4th to Nov 4th.

9. From 51:55 - 53:00,  This clip should be copied and moved to the beginning of movie then freeze frame followed by the question ..... "How did we get here?  Lets review events of the last five years."

10. 53:50  "Password Hard Coded".  Quote up front. 1:00:00, "Chyron Col. Phil Waldren, Military Intelligence Officer".

11. during Quant three minute clip..... have a funny caption come up. "Remaining time of dolphin-speak = 1:23" and it counts down.

12. Check into theaters near Fort Bragg, Fort Campbell, etc. for preview.

13. Montage narration, add headlines and news article splash screen  highlighting the reported water main break that turned out to be a leaking toilet and add Patrick pointing to the chart showing ridiculous spike in votes while voting centers were closed.  Use Colonel Phil Waldren's voice in the background as narrator.

14. 1:03:51 UN would de-certify

15. 1:04:58  closed caption city and state.

16. 1:06:20  Ballot Envelopes

17. Add more dates in Chyron to chronical events.


Sent with ProtonMail Secure Email.

Lucescu 0000009110