## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 8

---

| | |
|---|---|
| Message | |
| **From**: | Cgranito |
| on behalf of | Cgranito |
| **Sent**: | 6/27/2021 12:18:48 AM |
| **To**: | PatrickByrne |
| **Subject**: | Fwd: Film Notes |

Sent from ProtonMail for iOS

---------- Forwarded message ----------
From: <Cgranito
Date: On Mon, May 17, 2021 at 10:39 AM
Subject: Fwd: Film Notes
To: Steve Lucescu
Cc:
Hi Steve,

Below are notes on the film! Please keep in mind that times I'm giving are rough estimates.

2:36 - time, dumb it down so people understand the order in which things are happening

4:47 - add date to show capital still in lockdown take out "stop the steel"

5:30 – too long to get to the title and holds title for too long of a flash

8:16 - music is distracting

9:08 - add joes title

9:40 - transition from Joe to Patrick is not smooth show picture of the magazine end bigger font, key closely to language. Time mag article " " and date. Take background noise away.

10:39 - stay on Joe's interview don't need to drift from him.

11:30 - get rid of music during Patrick's interview and stay on his interview not other shots.

12:44 - title should be italicized

12:58 - somewhere around this time there is a woman fixing Patrick's jacket

14:20 - Patrick narration over the small ability vs. giving the snipits their own time on the screen.

17:34 - no need for any music

18:32 - other images, images of hearings of Ruby Freeman

19:45 - Cut down act one list everything under

21:05 - Add subtitles for distorted voices

22:41 - don't show titles show imagery of evidence, show stuff being talked about

29:10 - Matt Capirno title needs to come up right away

29:26 - Jesus B. Needs title

29:59 - Sidney, title

31:15 - Jovan, add title

33:50 - need to add date

38:10 - take out Doug's self deprecation/discrediting of his homework.

38:25 - add subtitles and you can tell who it is

41:13 - Bobby P count down, counter dolphin speak with time remaining (give people a glimpse of time)

44:52 - Omit statement about Matt

48:10 - Awkward shot of Matt D. Remove "Hi I'm Matt come with me"

47:05 - Add date

49:30 - Add image of dominion mapping or digital image animation

50:25 – dead space, awkward

50:30 – November 4 not December

53:13 – images to help narrate

54:05 – add website link

55:00 – lobbyist for Google/Microsoft? Trying to add detailed title of each individual who speaks

59:30- "fucking..." get video that attaches (Kumar video)

1:03:17 - show video

1:07:09 - animation of adjudication send for review (important)

1:09:26 - Timestamps of vote counting and add before and after

1:25 - Doug clip is awkward

1:25:33 - take "violent reaction out..." misconstrued Jovan clip. Take Jovan out all together.

1:26 - Omit Rudy

PBYRNE0000072
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

1:26:49 - take Sidney + PB out at the end.

*remove music when people are speaking
*add credentials for people while they speak (pedigree)

Best,
Catherine


Sent from ProtonMail for iOS

PBYRNE0000073
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)