IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

**EXHIBIT 9**

# "THE BIG RIG" - INVESTOR'S AGREEMENT

## UNDERSTANDING

Let this serve as a Letter of Understanding between Patrick Byrne, and/or his designated company, AND Steve Lucescu, and his company; Advanced Cinemagraphic Technologies, LLC.

It is the intent to immediately open a separate "Deep Rig", LLC solely for producing a broadcast quality documentary to depict the story of Election Fraud in the 2020 US Presidential Election, as discussed with Patrick Byrne, and also using "The Deep Rig" manuscript that he has provided, and his "Deep Capture" website as references, and resources throughout this production.

Advanced Cinemagraphic Technologies LLC, and the subsequent designated LLC is providing Steve Lucescu as the Producer & Co-Director, and Roger Richards as the Director & Writer.

Delivery Schedule: "The Big Rig" Documentary will be produced, filmed, undergo post-production process consisting of but nothing limited to; editing, sound, color corrections, and all special effects, etc., to be locked and ready for airing and distribution by approximately mid May, 2021.

## INVESTMENT

## TOTAL PRODUCTION COST IS $250,000

Re: The $250,000 Investor Contribution

Investor Patrick Byrne, or his designated Company Receives:

  A. Payback of initial $250,000 Investment **Prior To** any Net Profits distribution.
  B. Additional 33% of all Net Profits collected from any, and all Distribution.

Note: Due to the accelerated time crunch for the release of this documentary, this Election Fraud documentary, is projected to be released in mid-May, thus, possibilities to start earning investment repayment and profits as early as late May or June.

## PROFITS FOR INVESTOR

**Revenue Earnings can be generated, and realized for decades.**

**Note:** It is significant to understand that films, documentaries, television shows, and the like, can generate funds, or revenue, for many decades to come.

Due to the many thousands of channels on satellite & cable, as well as countless new streaming services and platforms, the common aspect is the ever-consuming need for new Content prevalent throughout each.    Films, Television Series and Documentaries that were made five decades ago are still playing, and still collecting revenue.

1

Lucescu 0000008697

Investor (Patrick Byrne, and/or his designated company) will receive 33% of all Producer's Profits realized.

For the $250,000 investment, Patrick Byrne, or his designated company, will receive 33% of the Producer's Profits for the earning lifetime of "The Deep Rig" (working title) documentary.

Producer Profits are the proceeds (profits) forwarded to the production company (ie "working title", LLC that will be formed) after the Investor has received:

1. Payback of funds invested for the production of aforementioned documentary.
2. Minus the standard & applicable marketing, accounting and distribution costs.

**FURTHER COOPERATIONS AND UNDERSTANDINGS**

Patrick Byrne will provide "best efforts" access to facilitate himself, and all known parties, all available knowledge, all available information, and all contacts & his encouragement to same, to facilitate the production, and filming of this documentary.

All footage will be uploaded to an "IO" site as soon as possible after each filming day. Patrick will receive a unique personal login to access, and view all footage as it is uploaded. As the rough edits are being assembled, literally as we are filming each day, Patrick will have instant and continual access, and hence, "a heavy hand" input as requested, whether for any clip to make the edit, or not to make the edit.

The parties intend to enter into a more formal agreement which will include all of the above terms and conditions, and such other terms as may be negotiated in good faith between the parties, and which are standard in motion picture / documentary agreements, but until such time as such formal agreement is executed, the parties shall be bound by the terms and conditions of this Agreement.

Due to the current state of prevalent censoring of any election fraud content, Patrick will be participatory in all discussions and decisions regarding both; widespread free distribution, and/or for-profit distribution.

This is the total understanding regarding "The Deep Rig" (Working Title) Documentary Production, represented by Steve Lucescu, and Investor / Contributor Patrick Byrne.

Signed
Steve Lucescu
Producer / Co-Director

*[signature]*

February 17, 2021

Patrick Byrne
Investor / Contributor

*[signature]*

February 17, 2021

2