# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

# EXHIBIT 10

Message

| | |
|---|---|
| **From:** | jflynn███ |
| **Sent:** | 6/22/2021 3:48:21 PM |
| **To:** | 'Tom Hanks' ███ |
| **CC:** | 'Lucescu' ███ 'Roger Richards' ███ |
| **Subject:** | Wyoming LLC Operating Agreement |
| **Attachments:** | EXECUTED - Deep Rig operating agremment.pdf |

Tom

Enclosed is the current Operating Agreement for the Deep Rig Movie, LLC in Wyoming.

Current principals are myself and Roger Richards the Director who is Steve partner on this film.

We will be creating a new operating agreement shortly which will outline in more detail shareholders, loans etc...

Please feel free to call me with any questions

Best

Joe Flynn

Lucescu 0000003802