## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

## EXHIBIT 11

Message

| | |
|---|---|
| From: | Roger Richards |
| on behalf of | Roger Richards |
| Sent: | 5/24/2021 3:41:58 PM |
| To: | |
| CC: | Lucescu |
| Subject: | Re: Thank You for Your Order with Buffalo Registered Agents LLC |

Thank you Joe, much appreciated.
We need to move ownership of thedeeprig.movie thedeeprigpremiere.com URL to this entity this week also. Steve I'll have Wes get in touch with you to do that transfer so we can get the site up for launch this weekend.


Sent from my iPhone


On May 24, 2021, at 11:54 AM, jflynn064@gmail.com wrote:


Roger and Steve

As you can see below, I have started the process of creating an LLC in Wyoming which is by far the best bet for the Deep Rig Movie. Once I get this and and EIN I will open a bank account with an Internet based bank.

Furthermore we can also create a shareholder agreement that outlines the ownership structure of this entity.

I am glad we had some constructive conversations over the past few days.

I will keep the receipt and the company ( the Deep Rig Movie) can reimburse me when we are up and running.

Thanks

Joe Flynn

**From:** agent@wyregisteredagent.net <agent@wyregisteredagent.net>
**Sent:** Monday, May 24, 2021 2:37 PM
**To:**
**Subject:** Thank You for Your Order with Buffalo Registered Agents LLC


Hello Joseph,

Thank you for placing your order with us. We have received your information and are processing it now. We process orders the same day that we receive them.

## Your Order Details:

Order placed on May 24, 2021

- Registered Agent Service in Wyoming
- Office Lease: Open and Scan
- Standard Wyoming Form a Company (WY) filing
- Renewal Service

Your company, The Deep Rig Movie, will be registered in Wyoming within 1 day. We'll scan the filed documents to you the same day we receive them from the state. Any original documents sent back from the state will also be mailed to you after we scan and upload it to your online account.

## How to use your account?

With your online account you can make a filing, monitor company documents, pay an invoice, utilize the tools and pro filing tips we provide you, and so much more.

We will use the following email address to communicate with you, so it is advisable to set this address as trusted in your inbox, so emails from us don't land in your junk box:

agent@wyregisteredagent.net

Thank you for your business.

Buffalo Registered Agents LLC
412 N Main St Suite 100
Buffalo, Wyoming 82834
T: 307-554-1800
E: agent@wyregisteredagent.net
W: www.wyregisteredagent.net