IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

**EXHIBIT 12**

**329f3dbd-42e9-4d9c-86d6-efa963a1c255**

Chat Filters ☑ Events ☑ History ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | steve.lucescu<br>Steve Lucescu | | steve.lucescu | steve.lucescu | 0 | 0 |
| ☑ | Joe Flynn | | | | 18 | 0 |

---

    Steve Lucescu      2021-07-23 08:39:17.000 AM

Hola Brother. Good morning! What time does Novo open for the day? There is $195,588.89 in there now, and small amounts - 500 to 2000 each day or so have been coming in regularly - so Please make the transfer for $195K... Then we aren't too far away from the invoice amount and most everything can be almost paid. I'll carry the final 10K on my credit card until we make enough again to pay it off.

    Joe Flynn      2021-07-23 08:59:18.000 AM

Did you see the agreement

    Joe Flynn      2021-07-23 09:00:02.000 AM

I was instructed. It to send until you guys sign it

    Joe Flynn      2021-07-23 09:00:09.000 AM

It's in your inbox

    Joe Flynn      2021-07-23 09:01:52.000 AM

Call me if you want

    Steve Lucescu      2021-07-23 09:13:35.000 AM

The agreement does not open. Please forward the DRAFT to me ASAP. My lawyers are in PST zone so i need it for first of business. These Vendors and Workers MUST BE PAID. Tell Faaiz to NOT send it to proton mail and send it to my Gmail address which is the address registered with docuSign. Sending an unencrypted email to an encrypted email server is useless. ~/Library/SMS/Attachments/0c/12/at_0_FEE81FC0-C115-4C99-A52B-773DE84DEE54/Review and sign document(s) DocuSign.png
Review and sign document(s) DocuSign.png

    Joe Flynn      2021-07-23 09:14:01.000 AM

Ok

    Steve Lucescu      2021-07-23 09:27:20.000 AM

Actually - don't bother resending it. It finally opened. Please have Faaiz send an editable document instead of the docuSign. This document is fundamentally wrong starting with the second paragraph, referring to the $250,000 as a "loan". It is very clear in my agreement with Patrick, (that I have already given a copy to you and Faaiz via email, and I would have thought that Patrick would have given to Faaiz) that he "funded the project", and it is definitely not a "loan". As noted - when he started this project - Patrick was uncertain if he was going to release it for free, or try to make a profit - this he "funded the project" with an agreement to realize 33% of the profits if it was sold, as per my previous email to you and clearly outlined in the Feb 17 agreement. Thanks Joe.

    Steve Lucescu      2021-07-23 09:35:19.000 AM

Here is a PDF of the agreement that was just sent to me via DocuSign. ~/Library/SMS/Attachments/a4/04/at_1_9B3C2417-2005-47B1-9EDC-618921577FF0/Please_DocuSign_Assignment_and_Royalty_Agree.pdf
Please_DocuSign_Assignment_and_Royalty_Agree.pdf

    Steve Lucescu      2021-07-23 09:37:09.000 AM

Here is the original agreement with me and Patrick that I also emailed to you and Faaiz. ~/Library/SMS/Attachments/f3/03/at_1_86AB73CD-1DA2-4A36-B638-A8CB5C7577E2/Deep Rig - Advanced Cinemagraphic Final Contract SL & PB SIGNED 20210217.pdf
Deep Rig - Advanced Cinemagraphic Final Contract SL & PB SIGNED 20210217.pdf

    Steve Lucescu      2021-07-23 11:15:44.000 AM

My Bank: M & T Bank 955-969 Payne Avenue North Tonawanda NY 14120 USA P: 716-693-4770

    Steve Lucescu      2021-07-23 11:19:40.000 AM

The Account and Routing info that I sent you previously is associated with this: Name: Advanced Cinemagraphic Technologies LLC Address: 61 Gravitt Drive, Rising Fawn GA 30738-2090 E: Steve.Lucescu      That account number, and routing number that I sent you has already been added as a "payee" on "The Deep Rig" account. Obviously we cannot send the 195K via that payment where I just mentioned it has been added, but at least they have the correc

t Routing and account information on it for you when are talking to them.

Steve Lucescu — 2021-07-23 11:39:17.000 AM

I just received this email... Very confusing as it's only 5K??? ~/Library/SMS/Attachments/0f/15/at_0_32D6CAD6-BE3E-4029-AE7C-18ABC15AB28B/Payment from The Deep Rig Movie is on its way.png
Payment from The Deep Rig Movie is on its way.png

Joe Flynn — 2021-07-23 11:40:01.000 AM

This fucking bank has a daily wire limit of 5K! I am trying to figure out what to do next

Joe Flynn — 2021-07-23 11:40:29.000 AM

I may wire from my own account and pay myself back for them next 39 days

Steve Lucescu — 2021-07-23 11:42:58.000 AM

The 5K limit should only apply to an "ACH transfer", and not a "Wire Transfer", and it is only the default setting. Talking to them should enable a way of sending any amount that is in the account via a normal full wire transfer. My M&T bank allows up to $250,000 ACH transfers - but not by initial default settings. I'll look at the account in settings from my end to see if there's anything I can figure out to do

Joe Flynn — 2021-07-23 11:44:08.000 AM

That is what I thought

Joe Flynn — 2021-07-23 11:50:50.000 AM

Holy fuck this bank does not allow domestic wires!!!

Steve Lucescu — 2021-07-23 11:57:27.000 AM

Call you on a few minutes. On a call

Joe Flynn — 2021-07-23 11:57:36.000 AM

Ok

Joe Flynn — 2021-07-23 11:59:40.000 AM

The only real choice is me sending the money and then gradually over next 40 days paying myself back

Joe Flynn — 2021-07-23 12:00:08.000 PM

We should not deposit any more money here if we can avoid it

Joe Flynn — 2021-07-23 12:38:18.000 PM

I am going to wire from a company called Gulf Shores Medical International

Joe Flynn — 2021-07-23 12:38:49.000 PM

No choice then figure out how to shut this down and get money back

Steve Lucescu — 2021-07-23 12:38:56.000 PM

You still on phone?

Joe Flynn — 2021-07-23 12:39:01.000 PM

No

Steve Lucescu — 2021-07-23 07:25:21.000 PM

Just saw a missed call from you. Heading up the mountain from rehearsals for our daughter. Calling you back in 6 - 8 minutes.

Joe Flynn — 2021-07-23 07:26:14.000 PM

Enjoy we are out to dinner

Steve Lucescu — 2021-07-23 07:35:30.000 PM

Ok - text me when you are free after dinner - I am back up the mountain now & back at the ranch. I'll walk inside and call you whenever you text me...

Steve Lucescu — 2021-07-23 07:36:07.000 PM

| | | |
|---|---|---|
| | Enjoy dinner Brother. Big hugs and hello to Val too... | |
| | Joe Flynn | 2021-07-23 07:28:01.000 PM |
| | They are pulling back from 6 months | |
| | Steve Lucescu | 2021-07-23 07:36:48.000 PM |
| | Not sure what this means... "Pulling back from six months"...??? | |
| | Joe Flynn | 2021-07-23 08:17:39.000 PM |

Don't worry It was an item in the deal