**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 13**

---

**CAIN & SKARNULIS** PLLC

April 24, 2023

Charlie Cain*
ccain@cstrial.com
*Licensed in Texas and Colorado

***Via Email Transmission***

Robert N. Driscoll
rdriscoll@mcglinchey.com
Alfred D. Carry
acarry@mcglinchey.com
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, D.C. 20004

Christopher W. Dempsey
cdempsey@abelbeanlaw.com
Abel Bean Law, P.A.
100 North Laura Street, Suite 501
Jacksonville, Florida 32202

Laurin H. Mills
laurin@samek-law.com
Samek Werther Mills, LLC
2000 Duke Street, Suite 300
Alexandria, Virginia 22314

RE:   No. 22-cv-1575-RM-SKC; *Coomer v. Byrne et. al.*; In the United States District Court for the District of Colorado

Counsel:

You are by now undoubtedly aware of the $787.5 million settlement agreement announced in *Dominion Inc. v. Fox News Network, LLC*. This settlement agreement, though admittedly historic in scope, is unsurprising. Claims that Dominion Voting Systems or anyone acting on its behalf played any role in supposedly rigging the 2020 presidential election have always been obviously false. There has never been any evidence to support these claims, and there never will be. They are lies. Even Fox News, despite its limitless resources, ultimately recognized that it could not defend those lies in front of a jury, and rightly ended litigation of its groundless defense.

Your clients too know that the claims at issue in this dispute are lies. They know that Oltmann is a habitual liar who is constantly publishing calls for violence. They know that he made up countless lies in this case, including that Dr. Coomer was a shareholder of Dominion Voting Systems, that he has overseas bank accounts, that he is somehow tied to George Soros, and of course that he partook in some sort of "Antifa conference call" where he supposedly promised to rig the election. This is all made up nonsense, as your own investigations have undoubtedly confirmed. Your clients also know that Oltmann has fabricated evidence, lied about it under oath, and subsequently admitted to his own tampering.[1] And they know that Dr. Coomer continues to receive death threats as a result of the lies at issue in this dispute.

---

[1] *See* **Exhibit 1**, at 294:13-18. Under oath in related proceeding *Coomer v. Lindell et. al.*, Case No. 1:22-cv-01129-NYW-SKC, Oltmann admitted that he manipulated the supposed Google screenshot of "Eric Dominion Denver Colorado" stating, "I changed the file name."



April 24, 2023
Page 2

Given the foregoing, we again ask that your client(s) re-evaluate their positions and publicly retract all statements and reporting about Dr. Coomer that are based on Joe Oltmann's claims that Dr. Coomer partook in an "Antifa conference call," claimed on that call to have rigged the election, and did in fact rig the election.

While we ask that the public retraction be issued immediately, we demand that it be issued no later than Friday, April 28, 2023.

Thank you.

Sincerely,

Charles J. Cain

CJC/sb
Enclosure
cc: Eric Coomer, Ph.D.

1  that you took on September 26th?
2       A    I wasn't looking for Eric Coomer.
3       Q    That's not my question.  No, you don't have
4  the image that you took on September 26th?
5       A    I just had the URL of me doing the search for
6  Eric Coomer on one computer over another.
7       Q    Okay.
8       A    And so when -- when Randy met with me, he's
9  like, "I need the information back then."  Now, if I
10 wouldn't have gone back through my notes, I didn't even
11 provide this initially, as the initial information on
12 this case, because I didn't have it.
13      Q    So this image, as you just stated, was created
14 on November 11th. Who changed it to say 2020-09-26?  Did
15 you change that date?
16      A    That's the file name.
17      Q    Yes.  Who changed that?
18      A    I changed the file name.
19      Q    You changed file name?  Thank you.  All right.
20      A    You still want me to send you the Advanced
21 Search Criteria and do a video of it?  You still want
22 that?
23      Q    Yes, I do.
24      A    Okay.  I drank way too much coffee.
25      Q    Let's take a look at Exhibit number 9 or

**EXHIBIT 1**