**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 14**

---

# Election Fraud Documentary "The Deep Rig" To Premiere in Naples Florida on July 21, 2022

NEWS PROVIDED BY
**The America Project** →
Jul 07, 2022, 09:58 ET

Patrick Byrne, the founder of Overstock.com and co-creator of The America Project, will hold a special screening of his documentary The Deep Rig, based on his bestselling book of the same name.

SARASOTA, Fla., July 7, 2022 /PRNewswire/ -- On the heels of the release of Dinesh D'Souza's film *2000 Mules*, which documented widespread voter fraud and lack of election integrity in the 2020 elections, businessman-turned-activist Patrick Byrne is planning a re-release of his bestselling book and documentary The Deep Rig, which addressed how election fraud cost President Donald J. Trump re-election to the White House in 2020.

Continue Reading



The Deep Rig



Patrick Byrne

Since D'Souza's film *2000 Mules* showcased ballot fraud done by individuals who illegally collected and deposited ballots into drop boxes using cell phone data to prove this occurred, Byrne was motivated to re-release *The Deep Rig* as a newly edited film, including the publication of never before seen material. The re-release will culminate in a panel with Byrne, Trump political advisor and strategist Roger Stone, and General Michael Flynn.

"When I first released *The Deep Rig*, many in the media and political establishment castigated the findings as dangerous, untrue, and completely fabricated. We knew then, as we do now, that the evidence clearly pointed to widespread voter fraud across America during the 2020 elections. I am incredibly grateful that someone like Dinesh D'Souza has reached the same conclusion and hope that the new evidence we present with this re-release will help the American people understand the root causes of election fraud in the United States of America," stated Byrne.

**The Deep Rig** will premiere at 5pm on July 21, 2022 at Silverspot Cinema located at 9118 Strada Plaza, Naples, Florida 34108. Admission is free to the general public. There will be a panel discussion after with Patrick Byrne, General Flynn, Roger Stone, Joe Flynn and a number of others.

The Premiere also serves as the launch of The America Project's **"7 Ballots Initiative"** featuring the US's only mobile billboards encouraging those who participated in election or ballot fraud to come forward and become whistleblowers. The mobile billboards will be traversing the same routes "mules" were using, starting off in Arizona and Michigan with more on the road soon in other states. Strategically located static billboards will also be utilized to provide information on how people can submit information regarding the ballot trafficking operations running during the 2020 elections.

For more information about the special screening please email Kristin Davis at **340007@email4pr.com** or 212-920-9918

SOURCE The America Project

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
Newsrooms & Influencers

**9k+**
Digital Media Outlets

**270k+**
Journalists Opted In