# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 15

---

**Patrick Byrne** @PatrickByrne · Nov 14

I awoke to news that Eric Coomer (formerly the fake head technologist of Dominion) has shuttered his restaurant and left town.

His lawyer has shuttered his office as well.

Anyone else have information on this?

💬 671     🔁 8.7K     ♡ 28K      1.4M     

**JF** ✓
@worldrekt

Dominion c-suite needs to swing at Gitmo.

2:31 PM · Nov 14, 2024 · **69** Views

