**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 16**

---

Message

| | |
|---|---|
| **From:** | Google Calendar [calendar-notification@google.com] |
| on behalf of | Google Calendar <calendar-notification@google.com> [calendar-notification@google.com] |
| **Sent:** | 6/29/2021 3:29:57 PM |
| **To:** | Steve Lucescu |
| **Subject:** | Notification: TDR Distribution Strategy @ Tue Jun 29, 2021 8pm - 9pm (UTC) |

### TDR Distribution Strategy

| | |
|---|---|
| When | Tue Jun 29, 2021 8pm – 9pm Coordinated Universal Time |
| Where | https://us02web.zoom.us/j/7209497377?pwd=cmNkT2xGQkdqcnRWNHhxRUFreDZMZz09 (map) |
| Calendar | |
| Who | • Joe Oltmann - organizer |
| | • Lyn Duden - creator |
| | • Faaiz Khan |
| | • steve.lucescu |
| | • jflynn |
| | • patrick |

**more details »**
Meeting request per text 6/29/21

---

Conference Room is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/7209497377?pwd=cmNkT2xGQkdqcnRWNHhxRUFreDZMZz09

Meeting ID: 720 949 7377
Passcode: 7377
One tap mobile
+16699006833,,7209497377# US (San Jose)
+12532158782,,7209497377# US (Tacoma)

Dial by your location
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 646 558 8656 US (New York)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
Meeting ID: 720 949 7377
Find your local number: https://us02web.zoom.us/u/keEtq4nCLZ

Join by Skype for Business
https://us02web.zoom.us/skype/7209497377

---

Going  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account steve.lucescu@gmail.com because you are subscribed for notifications on calendar steve.lucescu@gmail.com.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

Lucescu 0000008843