**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 19**

---

# - CONFIDENTIAL INFORMATION -

Receiving Party shall hold and maintain the Confidential Information contained in this presentation in strictest confidence for the sole and exclusive benefit of "The Deep Rig" (working title) Documentary. Receiving Party shall carefully allow access to this Confidential Information to employees, contractors, and third parties as is reasonably required and shall remind those persons that this information is Confidential and should be protective and treated as such. Receiving Party shall not, without prior written approval, use for their own benefit, publish, copy, or otherwise disclose to others, or permit the use by others for their benefit or to the detriment of "The Deep Rig" Documentary, any Confidential Information.

# - CONFIDENTIAL INFORMATION -



PBYRNE0000344
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# MASTER DELIVERY





# PRODUCER
## CHECK LIST

- **FINALIZED CREDIT LIST**
- **NOTES FOR FINAL PASS**
- **FINALIZED AGREEMENTS**
- **MARKETING GREEN LIGHT**
- **EVENT GREEN LIGHT**
- **FINAL QC SCREENING**
- **POINT CONTACT FOR LAUNCH**
- **TALENT CONFLICTS NOTICE**
- **4 WEEK MEETING SCHEDULE**

PBYRNE0000345
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# SCREENING

- **All Raw Interviews**
- **Maricopa Audit**
- **Rough Cuts**
- **Producer Screener**
- **Notation on Clips**
- **Video File Sharing**





**PRODUCER PRELIMINARY SCREENER**

**LINK: https://bit.ly/2RCHrGO**



**LINK: https://bit.ly/2QXAe49**



**MARICOPA AUDIT FOOTAGE**

PBYRNE0000346
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# FILM BRANDING



- Artwork (Poster, Banners, Ad's etc)
- Press Kit
- Teaser (30 sec) and Feature Trailer (120 sec+)
- Marketing Clips
- BTS (behind the scene)
- Marketing Copy (Logline, Bio, Summary)

**GALLERY VIEW OF ASSETS**

**LINK: https://janefender.com/tdr/**





PBYRNE0000347
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# DEEP CAPTURE REBRAND







**CURRENT SITE DESIGN**

**REVISED SITE DESIGN CONCEPT**



PBYRNE0000348
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# INDY DISTRIBUTION

## CENSORSHIP RESISTANT SITE ON THE BLOCKCHAIN





Secure TVOD

Crypto Payment Portal

Micro Site

Launch Marketing 5/17/21

Launch Trailer 5/17/21

Launch Docuseries 5/17/21

Livestream Premiere 5/30/21

30-60 Live Premier Play Back

**LINK: https://muddy-frog-0813.on.fleek.co/**



40.00 Ticket gets Livestream Access and Playback along with a copy of "The Deep Rig" Audio Book and PDF

## PREMEIRE TOUR

- 6 Swing State Tour: NV, AZ, WI, MI, GA, PA, Small 1k Capacity Theatre, Marketing Tour, Live Coverage.
- Live Stream Broadcast: TX/FL - Global Premiere, 10k Capacity Venue, Panel, 40.00 tickets Online/In Person, 100k Person Attendance Live Cap, Unlimited Playback.
- Affiliate Theatre Stream Licensing: Global, 500.00 Per Single Use License.
- Event Affiliate Livestream Premiere: No Mask Mandate States
- Budget 100k

## LIVESTREAM



## PRODUCTION

### No Mask Mandate States - LiveStream Event Affiliate Locations
**Alabama, Alaska, Arizona, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Hampshire, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, Wisconsin, Wyoming**

# TRADITIONAL DISTRIBUTION





- **Deliver Master 5.17.21**
- **Pass QC**
- **30-60 Days to Process**
- **Available on all TVOD's**
- **5 Year Licensing Agreement**
- **Licensing Pitch to all SVOD's**

Content licensing and delivery to 100+ destinations in 100+ countries, marketing support, and a dashboard with distribution insights




PBYRNE0000351
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# FILM OUTLINE

## PREFACE: PRIMER, PRELUDE ETC

## ACT 1: STORY INTRODUCTION

- PRIMER: 2016/SANDERS/FRAUD/PROTESTS/RIOTS/COVID/CAPITOL EVENT
- PRELUDE: CAPITAL INCIDENT
- TITLE SEQUENCE: NEWS CLIPS OF TALENT
- PROLOGUE: BACK STORY / 6 SWING STATES
- ACT 1: STORY INTRODUCTION - JOE F. /PAT

## ACT 2: THE EVIDENCE

- JOVAN: "GRAND CABAL" - "SET UP AUDIT"
- MARICOPA AUDIT SEQUENCE
- DOUG/25/75: BAD NEWS BEARS BACK STORY
- BOBBY: ANALYST - PROBABILITY MAP ANIMATION
- MATT: ALLIED SEC REPORT/FINDINGS
- MATT/DOUG/25/75: FORENSIC EVIDENCE
- JOE O: INVESTIGATOR - ANTIFA/COOMER/DOMINION
- PHIL: NETWORK MAPPING - ANIMATION
- JOE O: VOTE DIAGRAM - ANIMATION
- BOBBY: PHANTOM VOTERS - ANIMATION
- JOVAN: "HACKED PAPER" - PRESENTATION
- PHIL: HARVESTING VOTE - CONCLUSION
- JESSE: NEVADA EVIDENCE - AB4 - HR1

## ACT 3: STORY CONCLUSION/CTA

- WHITE HOUSE VISIT - ANIMATION
- RUDY: PATRICK & SYDNEY
- SIDNEY: BACKSTORY/LEGAL
- MICHAEL: BACKSTORY/DIGITAL GENERAL
- PATRICK: FIRE SIDE CONCLUSION
- JOE/STEVE: CAPITAL RESOLVE
- ALL CAST: CTA MONTAGE
- UPDATE: MARICOPA/ANTRIM/GEORGIA
- CREDIT SEQUENCE: NEWS CLIPS

## PREFACE

PRIMER: NEWS CLIP MONTAGE
PRELUDE: CAPITOL STORY
TITLE: CLIPS & CREDITS
PROLOGUE: NARRATION

## ACT 1 — STORY INTRODUCTION

STORY INTRO | ANON INSIDER | B TALENT | A TALENT






## ACT 2 — THE EVIDENCE

CAST HIGHLIGHTED | CAST HIGHLIGHTED | SENTIMENT SUMMARY | ACT 3 SET UP




## ACT 3 — STORY CONCLUSION

NARRATION | MICRO INTERVIEW | NARRATION



## CTA — EPILOGUE

CAST HIGHLIGHTED




# GRASS ROOTS CTA

# EXPOSE THEM ALL!

- **CALL FOR NEW INFLUENCERS TO STORM POLITICS AND 2022 ELECTION**

- **CALL FOR MASS CLASS ACTION RICO LAWSUIT - BIG TECH, MSM, GOVERNMENT /ALPHABET CORRUPTION AND COLLUSION**

- **GRASS ROOTS DIRECT ACTION - MEET UPS**

PBYRNE0000353
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)

# LAUNCH TIMELINE

# FOUR WEEK SCHEDULE

## MAY 10 - 16th
- ALL PRODUCERS NOTES RECEIVED
- BROLL PASS LOCK
- AUDIO MASTER LOCK
- MASTER EDIT LOCK
- TRAILER LOCK
- PRELIMINARY SCREENER
- EVENT PLANNING LOCK
- MARKETING LAUNCH LOCK
- MARKETING COPY LOCK

## MAY 17 - 23rd
- AGREEMENTS/ENTITY/BANK
- MARKETING LAUNCH 5/17
- TRAILER/TEASER LAUNCH
- INDIVIDUAL EPISODE LAUNCH
- TOUR ANNOUNCED/TICKET SALES
- PREMIERE ANNOUNCED/TICKET SALES
- FINAL QC VIEWING
- DELIVER MASTER 5/23

## MAY 24th - 30th
- 6 STATE TOUR STARTS - 5/24
- PREMEIRE EVENT LIVESTREAM - 5/30
- INDIVIDUAL EPISODE LAUNCH
- TOUR ANNOUNCED/TICKET SALES
- PREMIERE ANNOUNCED/TICKET SALES
- DISTRIBUTION AGREEMENT 1091

## MAY 31st - JUNE 6th
- FOLLOW UP THEATRE TOUR
- WEB MARKETING FOR TVOD LAUNCH
- PRESS CIRCUIT INTERVIEWS
- MARICOPA FOLLOW UP SPECIAL
- ANTRIM FOLLOW UP SPECIAL
- GEORGIA FOLLOW UP SPECIAL

## WEEK ONE QUESTIONS

- HOW WOULD YOU LIKE TO COMMUNICATE YOUR NOTES?
- WOULD YOU LIKE FINAL SAY BEFORE EDIT LOCK?
- WOULD YOU LIKE US TO HANDLE THE EVENT PLANNING?
- WOULD YOU LIKE TO HAVE ALL THE TALENT SCREEN THE FILM AND INTERVIEWS?
- WOULD YOU LIKE FINAL SAY ON THE TRAILER BEFORE EDIT LOCK?
- WOULD YOU LIKE FINAL SAY ON MARKETING COPY LOCK?

## WEEK TWO QUESTIONS

- WOULD YOU LIKE TO BE A PART OF FINALIZING THE AGREEMENTS?
- WOULD YOU LIKE TO HAVE FINAL SAY ON ANY LEGAL?
- WOULD YOU LIKE TO COORDINATE WITH TALENT TO MARKET THE LAUNCH OF THEIR EPISODES?
- WHO IS THE POINT CONTACT ON YOUR TEAM IN REGARDS TO MARKETING DATES/INTERVIEWS?
- WOULD YOU LIKE TO BE A PART OF THE FINAL QC VIEWING?

## WEEK THREE QUESTIONS

- WOULD YOU LIKE US TO HANDLE TOUR BOOKING?
- WOULD YOU LIKE US TO HANDLE VENUE SCOUTING/BOOKING?
- WOULD YOU LIKE US TO HANDLE TALENT COORDINATION FOR MARKETING INDIVIDUAL EPISODES?
- WOULD YOU LIKE TO COORDINATE WITH US IN REGARDS TO ANNOUNCING THE MARKETING?
- WOULD YOU LIKE US TO FACILITATE AN AGREEMENT WITH 1091?

## WEEK FOUR QUESTIONS

- WOULD YOU LIKE US TO BOOK AN INDY THEATRE TOUR?
- WOULD YOU LIKE FINAL SAY ON WEB MARKETING LAUNCH FOR TVOD?
- WOULD YOU LIKE US TO HANDLE BOOKING FOR THE PRESS CIRCUIT?
- WHAT DO YOU THINK WILL BE THE CHANCES OF FOLLOW UPS NEEDED FOR MARICOPA, ANTRIM, AND GEORGIA?
- DO YOU HAVE ANY OTHER QUESTIONS IN REGARDS TO THIS SCHEDULE?

# WHAT IS ❓ PATRICK BYRNE'S
## ARCHETYPAL   HYPERSIGIL


INFLUENCER


PUBLIC SPEAKER


HUMAN RIGHTS


CRYPTO/BLOCKCHAIN


ECOMMERCE


POLITICS

JOURNALISM/MEDIA


ENTREPRENEUR/CEO

## HOW CAN IT **BE BEST** UTILIZED?

PBYRNE0000355
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)



# WHAT IS THE AUYRN?

PBYRNE0000356
Coomer v. Byrne, et al. No. 8:24-cv-00008 (MDFla.)