IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC COOMER, Ph. D.,

    Plaintiff,

vs.

PATRICK BYRNE, STEVEN LUCESCU, and THE AMERICA PROJECT, INC.

    Defendants.

.

Case No. 8:24-cv-00008-TPB-SPF

**DEFENDANT'S MOTION FOR REVISION OF THE TRIAL COURT'S JUNE 10, 2025 ORDERS DENYING ATTORNEY LAMBERT'S MOTION FOR ADMISSION**

Now comes Defendant, Patrick Byrne, and for his motion for revision or rehearing concerning this Court's order of June 10, 2025, states as follows.

1. On June 10, 2025, this Court denied the application for the admission of Attorney Lambert as expert representative counsel of Dr. Byrne in these proceedings.

2. In a follow-up minute order on June 10, 2025, the Court stated:

[The Court would] not restrict [Attorney] Lambert's attendance at depositions or her receipt of confidential information other than as provided in the protective order but will impose one additional requirement. If Byrne has provided or intends to provide Lambert with any confidential documents or information, Byrne is directed to file

with the Court the signed undertaking by Lambert required by the protective order. Failure by Byrne or Lambert to complete the signed undertaking as ordered could subject one, or both, to sanctions including contempt of court.

3. The Court further provided by way of that minute order:

While M.D. Fla. Local Rules don't specifically address reconsideration of bar admission orders, they explicitly reference the 28-day Rule 59(e) deadline…. Local Rule 3.01(c) governs response deadlines but doesn't override Rule 59(e). Local Rule 1.10(d), outlining stays for sealing motions, implicitly recognizes the court's authority to reconsider within similar timeframes flmd.uscourts.gov. Nothing in the local rules extends or shortens the 28-day federal time limit.

4. By way of this timely motion, Dr. Byrne seeks modification of the Court's June 10, 2025 orders.

WHEREFORE, for the reasons stated in this Motion and the accompanying Memorandum in Support, Defendant respectfully requests that the Court modify its June 10, 2025 Order and provide the following relief as follows:     The Court's June 10, 2025 Order is reversed and Attorney Lambert is admitted to practice before this Court to assist Dr. Byrne's Florida counsel, Attorney Peter Ticktin, in the defense of Dr. Byrne.

Respectfully submitted,


/s/ Stefanie Lambert
Law Office of Stefanie L. Lambert PLLC
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
StefanieLambert.com
AttorneyLambert@protonmail.com
(313) 410-6872

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the clerk of the court through the Court's website portal for submission of electronically filed documents and pleadings and same was electronically served upon counsel on July 8, 2025.

Respectfully submitted,

/ Peter Ticktin
Peter Ticktin, Esquire
Florida Bar No.  887935
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv512@LegalBrains.com
Telephone: 561-232-2222
*Attorneys for the Defendant*
*Patrick Byrne*
