IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFFS' UPDATE TO NOTICE OF RELATED CASES**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Update to Notice of Related Cases[1] to reflect updates to the various related cases to reflect the following:

(1) Jury verdict in favor of Plaintiff on claims for defamation, intentional infliction of emotional distress, and for punitive damages in related proceeding *Coomer v. Lindell et. al.*, Case No. 1:22-cv-01129-NYW-SBP;

(2) Notice of settlement with Defendant Eric Metaxas and related public apology and retraction, in *Coomer v. Donald J. Trump for President, Inc. et. al.*; Case No. 2020cv34319;

(3) Notice of settlement with Defendants Clay Clark, Make Your Life Epic LLC dba Thrivetime Show, and Reopen America, LLC, as well as related public apologies and retractions, in related proceeding *Coomer v. Make Your Life Epic et. al.*, Case No. 1:21-cv-03440-WJM-KAS;

---

[1] *See* Dkts. 2, 129, and 148.

1

(4) Notice of settlement with Defendants Salem Media of Colorado, Inc. and Randy Corporon, as well as public apologies and retractions, in related proceeding *Coomer v. Salem Media of Colorado Inc. et. al.*, Case No. 2021cv33632; and

(5) The Tenth Circuit Court of Appeals' Opinion affirming the District Court of Colorado's finding of contempt against third party Joseph Oltmann and awarding Plaintiff all of his fees and costs related to the appeal., Case No. 24-1390 (10th Cir., June 18, 2025).

Further details are listed in the table that follows.

| **RELATED CASE NUMBER ONE** ||
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 04-06-26 Jury Trial (15 days).<br>07-10-25 Joint Stipulation of Dismissal of Defendant Eric Metaxas pursuant to settlement between Eric Metaxas and Eric Coomer, Ph.D., with public apology and retraction issued.<br>03-17-25 Supreme Court issues Order of Court denying Defendants' Petitions for Writ of Certiorari and Eric Coomer, Ph.D.'s Cross-Petition for Writ of Certiorari.<br>08-02-24 Defendant Rudolph Giuliani Bankruptcy Case dismissed.[2]<br>07-24-24 Defendant TGP Communications LLC bankruptcy case dismissed.[3] |
| Attorneys Representing Parties in Related Case | **Counsel for Donald J. Trump for President, Inc.**<br>John Zakhem, #30089<br>jzakhem@ckbrlaw.com<br>Andrew Nickel, #45235<br>anickel@ckbrlaw.com<br>Campbell Killin Brittan & Ray, LLC<br>270 Saint Paul Street, Suite 200<br>Denver, CO 80206<br>303-322-3400 |

---

[2] Previously pending in the United States Bankruptcy Court for the Southern District of New York, bearing Case No. 23-12055 (SHL).

[3] Previously pending in the United States Bankruptcy Court for the Southern District of Florida bearing Case No. 24-13938-MAM.

3

| | |
|---|---|
| **RELATED CASE NUMBER ONE** ||
| | **Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539 |
| | **Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>Andrea M. Hall, No. 036410<br>andrea@thehalllawoffice.com<br>The Hall Law Office, LLC<br>P. O. Box 42<br>Eaton, CO 80615<br>970- 419-8234<br><br>Ingrid J. DeFranco, No. 31206<br>Ingrid.DeFranco@gmail.com<br>Law Office of Ingrid J. DeFranco<br>P. O. Box 128<br>Brighton, CO 80601-0128<br>303-641-6812 |

| **RELATED CASE NUMBER TWO** ||
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Appellate Case Number | 2023ca01235 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 07-15-25   Joint Stipulation of Dismissal of all Defendants pursuant to settlement between the parties, with public apology and retraction issued. |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>John Zakhem, #30089<br>jzakhem@ckbrlaw.com<br>Andrew Nickel, #45235<br>anickel@ckbrlaw.com<br>Campbell Killin Brittan & Ray, LLC<br>270 Saint Paul Street, Suite 200<br>Denver, CO 80206<br>303-322-3400<br><br>**Counsel for Salem Media of Colorado, Inc.**<br>Melissa A. Wiese, #27537<br>mwiese@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |

| **RELATED CASE NUMBER THREE** ||
|---|---|
| Cause Number | 1:21-cv-03440-WJM-KAS |
| Style of Case | Eric Coomer, Ph.D. vs. Make Your Life Epic, LLC dba Thrivetime Show and Clayton Thomas Clark, Individually |
| Jurisdiction | United States District Court for the District of Colorado |
| Appellate Case Number | 23-1109 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 07-25-25 Hearing scheduled on Eric Coomer, Ph.D.'s fees and costs motions.<br>07-16-25 Parties' Amended Joint Stipulation of Notice of Dismissal.<br>07-16-25 Order on Parties' Amended Joint Stipulation of Notice of Dismissal, anticipating final dismissal papers to be filed no later than August 15, 2025.<br>06-18-25 Tenth Circuit Court of Appeals orders that Oltmann pay Coomer's reasonable expenses and costs associated with this appeal. The Tenth Circuit further "remand[s] to the district court to make factual findings on fees and costs . . . to include those previously incurred during contempt proceedings and those incurred as part of this appeal. . . . We **AFFIRM** the district court's Contempt Order and **REMAND** with instructions . . ." (emphasis in original).[4]<br>10-04-24 Notice of Appeal to 10th Circuit Court of Appeals filed by Oltmann re Contempt Order |

---

[4] Opinion issued June 18, 2025; *Coomer v Make Your Life Epic, LLC* et al; Appellate Case No. 24-1390, before the United States Court of Appeals for the Tenth Circuit.

6

| **RELATED CASE NUMBER THREE** ||
| --- | --- |
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>    Melissa A. Wiese, #27537<br>    mwiese@grsm.com<br>    Gordon Rees Scully Mansukhani, LLP<br>    555 Seventeenth Street, Suite 3400<br>    Denver, CO 80202<br>    303-534-5160 |
| Attorneys Representing Third Party Joseph Oltmann in Related Case | **Counsel for Oltmann in the District Court of Colorado**<br>    Mark Sares, #19070<br>    msares@hkjp.com<br>    Harris, Karstaedt, Jamison & Powers, P.C.<br>    10333 E. Dry Creek Road, Suite 300<br>    Englewood, CO 80112<br>    720-875-9140<br><br>**Counsel for Oltmann in the Tenth Circuit Court of Appeals**<br>    Randy Corporon<br>    rbc@corporonlaw.com<br>    Law Offices of Randy B. Corporon, P.C.<br>    5445 DTC Parkway, Suite 825<br>    Greenwood Village, CO 80111<br>    303-749-0062 |

| **RELATED CASE NUMBER FOUR** ||
|---|---|
| Cause Number | 1:22-cv-01129-NYW-SBP (formerly 2022CV30920) |
| Style of Case | Eric Coomer, Ph.D. vs. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. |
| Jurisdiction | United States District Court for the District of Colorado (formerly Denver County District Court, Division 414) |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 06-17-25  Jury verdict in favor of Plaintiff on claims for defamation, intentional infliction of emotional distress, and for punitive damages.<br>08-29-24  Order denying Defendants' Omnibus Motion for Summary Judgment. |
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>　　Christopher Kachouroff<br>　　chris@mck-lawyers.com<br>　　Robert J. Cynkar<br>　　rcynkar@mck-lawyers.com<br>　　McSweeney, Cynkar & Kachouroff, PLLC<br>　　13649 Office Place, Suite 22192<br>　　Woodbridge, VA 22192<br>　　703-365-9900<br><br>　　Jennifer T. DeMaster<br>　　jennifer@demasterlaw.com<br>　　361 Falls Road, Suite 610<br>　　Grafton, WI 53024<br>　　414-235-7488 |

Respectfully submitted this 22nd day of July 2025.

      */s/ Bradley A. Kloewer*
Charles J. Cain\*
ccain@cstrial.com
Bradley A. Kloewer\*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
\*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**