IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S NOTICE OF MEDIATION**

---

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Mediation, and states as follows:

1. Pursuant to the Court's July 29, 2025 Order (Doc. 224), Dr. Coomer provides notice that the parties have agreed to mediate with Jon M. Philipson on March 5, 2026, at 9:30 a.m. (edt). Mr. Philipson's contact information is as follows:

    Jon M. Philipson
    Gunster
    401 East Jackson Street, Suite 1500
    Tampa, FL 33602
    jphilipson@gunster.com

Respectfully submitted this 5th day of August 2025.

        */s/ Bradley A. Kloewer*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**

2