IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

    Defendant,

v.

PATRICK BYRNE, STEVE LUCESCU, and THE AMERICA PROJECT INC.,

    Defendants.

_____/

### DECLARATION OF PATRICK M. BYRNE
### IN SUPPORT OF MOTION FOR STAY

Pursuant to 28 U.S. Code § 1746, Patrick M. Byrne, (hereinafter referred to as the "DECLARANT"), states as follows:

1. I am over the age of eighteen (18) and competent to testify to the matters set forth herein.

2. I am the Defendant in the above-captioned defamation case currently pending in the United States District Court for the Middle District of Florida.

3. I submit this affidavit in support of the Motion to Stay proceedings pending resolution of the Petition for Writ of Mandamus regarding the denial of Stefanie Lamberts pro hac vice admission

4. I have retained Stefanie Lambert as my counsel of choice due to her

extensive experience and expertise in election interference, particularly those involving Dominion Voting Systems, their voting machines and adjudication processes.

5. Attorney Lambert has served as a prosecutor for over a decade in Wayne County, Michigan, and has since specialized in criminal defense and election fraud litigation.

6. Attorney Lambert has represented me in other legal matters, and I have full confidence in her ability to provide effective and efficient representation in this case.

7. On June 10, 2025, the District Court denied Attorney Lambert's Motion for Special Appearance and pro hac vice admission to represent me in this matter.

8. The denial of Attorney Lambert's *pro hac vice* admission has significant implications for my constitutional right to counsel of choice, as her expertise is critical to my defense in this highly complex and detail-intensive case.

9. I respectfully request that the Court stay all proceedings in this matter until the resolution of the Petition for Writ of Mandamus to ensure that I am afforded the opportunity to be represented by my counsel of choice.

10. I believe that proceeding without Attorney Lambert's representation would result in inefficiencies and potential prejudice to my defense, given her unique qualifications and familiarity with the subject matter of this case,

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

specifically the technical aspects of election machines, the adjudication system ,Eric Coomer was an engineer over adjudication and the ability to change votes, and the criminal organization working with Eric Coomer in 2020 at Dominion that was the same criminal organization in place in Venezuela stealing elections for Hugo Chavez and Nicolas Maduro.

11. I have not been able to find other lawyers that understand the subject matter needed to successfully litigate this case on my behalf. Peter Ticktin is a talented trial lawyer, but Ms. Lambert is needed to try this case due to her specialized knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2025.

*Patrick M. Byrne*
PATRICK M. BYRNE