IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to Local Rule 3.01(i), Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice of Supplemental Authority in support of Plaintiff's Motion Against Defendant Byrne to Compel Compliance with Court Orders, to Respond to Written Discovery Requests, to Sit for a Deposition, and for Sanctions (Doc. 230).

    1.    *Biden v. Byrne,* Case No. 2:23-cv-09430-SVW-PD, Default by Clerk F.R.Civ.P. 55(a) (Oct. 8, 2025).[1]

---

[1] Attached hereto as **Exhibit 1**. Plaintiff is cognizant of this Court's Rule against attachment of supplemental authority. *See* Local Rule 3.01(i). In this instance, however, the supplemental authority may not be "readily available" as described in Rule 3.01(i).

1

2.  "DEFAULT of each of the following named defendant(s) is hereby entered: Patrick M. Byrne, an individual."

Respectfully submitted this 14th day of October 2025.

Respectfully submitted,

 /s/ Bradley A. Kloewer
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)

Ashley N. Morgan, CO Atty No. 61713*
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**
