## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORDIA
## TAMPA DIVISION

Civil Action No. 8:24-00008-TPB-SPF

ERIC COOMER, Ph.D.,

  Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,

  Defendants

---

## PLAINTIFF ERIC COOMER, Ph.D.'S RESPONSE IN OPPOSITION TO DEFENDANT PATRICK BYRNE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

---

  Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Response in Opposition to Defendant Patrick Byrne's Motion for Extension of Time to File a Response to Plaintiff's Motion to Compel[1] Pending Resolution of Motion to Stay and in support, respectfully shows:

  1.  Defendant Patrick Byrne (Byrne) seeks a stay of these proceedings while he appeals the three month old Order Denying Motion to Appear *Pro Hac Vice*[2] (the Order) in a three year old case.

---

[1] Doc. 236.

[2] Doc. 214.

1

2.      Since the time of Byrne's Motion, the Eleventh Circuit had denied that

Petition.[3]

3.      As a result, the basis for the requested relief is no longer at issue, and

Dr. Coomer understands the request for extension of time to be moot.  Therefore,

Dr. Coomer requests the Motion be denied accordingly.

## CONCLUSION

Plaintiff Eric Coomer, Ph.D. requests this Court deny Defendant Patrick

Byrne's Motion for Extension of Time to File Response to Plaintiff's Motion to

Compel, and for such other and further relief to which he may be entitled.

Respectfully submitted this 17th day of October 2025.

_/s/ Brad Kloewer_
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
Ashley N. Morgan, CO Atty No. 61713*
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR
ERIC COOMER, Ph.D.**

---

[3] *See* Doc. 237.