# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ERIC COOMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 8:24-CV-00008-TPB-SPF |
| | ) |
| PATRICK BYRNE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT STEVE LUCESCU**

Pursuant to Local Rule 2.02(c), the undersigned counsel, Laurin H. Mills of the law firm Werther & Mills LLC, respectfully moves this Court for an order granting leave to withdraw as counsel for Defendant Steve Lucescu ("Mr. Lucescu"). In support thereof, the undersigned states as follows:

1. I certify that Mr. Lucescu consents to my withdrawal.

2. Christopher Dempsey of Dempsey Law PLLC, counsel for The America Project Inc. in this proceeding, will substitute as counsel for Mr. Lucescu. Mr. Lucescu agrees with this substitution.

3. Withdrawal will not have a material adverse effect on Mr. Lucescu's interests because he will continue to be represented by counsel in this matter.

4.     Withdrawal will not have a material adverse effect on or cause any delay to this proceeding because Mr. Lucescu will be represented by counsel already familiar with this matter and admitted to this Court.

For the foregoing reasons, the undersigned counsel respectfully requests that the Court grant this Motion and terminate the appearance of Laurin H. Mills as counsel for Defendant Steve Lucescu.

DATED:  November 5, 2025            Respectfully submitted,

                                            _/s/Laurin H. Mills_
Laurin H. Mills (*specially admitted*)
WERTHER & MILLS, LLC
2000 Tower Oaks Blvd, Suite 200
Rockville, MD 20852
Tel:  (703) 547-4693
laurin@werthermills.com

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that on November 5, 2025, counsel for Plaintiff Eric Coomer indicated that Mr. Coomer does not oppose the relief sought in this Motion.

                                            _/s/ Laurin Mills_
Laurin H. Mills

## CERTIFICATION OF SERVICE

I certify that on November 5, 2025, a copy of the foregoing was filed with the Court via the CM/ECF System, which will serve a copy to all counsel of record

                                            _/s/ Laurin Mills_
Laurin H. Mills