UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERIC COOMER, Ph.D.**,

    Plaintiff,

v.

**THE AMERICA PROJECT, INC.**, *et al.*,

    Defendants.

Case No. 8:24-cv-00008-TPB-SPF

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher W. Dempsey, of the law firm Dempsey Law PLLC, hereby enters his appearance as lead counsel for Defendant Steve Lucescu. It is respectfully requested that copies of all pleadings, motions, correspondence, and other papers regarding the above-captioned case be served on undersigned at the email address provided below.

Date: November 5, 2025

Respectfully submitted,

**DEMPSEY LAW, PLLC**

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
M.D. Fla. Bar. No. 1038319
50 N Laura Street, Suite 2500
Jacksonville, Florida 32202

- 2 -

           Telephone: (904) 760-6272
           Fax: (904) 587-0372
           Email: chris@cdempseylaw.com

*Counsel for Defendants*
*The America Project, Inc.*
*& Steve Lucescu*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the CM/ECF system, which will send notice of the filing to all attorneys of record.

          /s/ Christopher W. Dempsey
          CHRISTOPHER W. DEMPSEY
          *Counsel for Defendants*
          *The America Project, Inc.*
          *& Steve Lucescu*