**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cv-8-TPB-SPF | **DATE:** November 19, 2025 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **ERIC COOMER**<br><br>v.<br><br>**PATRICK BYRNE**<br>**STEVEN LUCESCU &**<br>**THE AMERICA PROJECT, INC.** | **PLAINTIFF COUNSEL:**<br>Brad Klower & Charles Cain<br><br>**DEFENDANT COUNSEL:**<br>Peter Ticktin<br>Christopher Dempsey |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:19 – 2:31 p.m.<br>**TOTAL:** 12 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:**   CASE MANAGEMENT CONFERENCE

Court directs Patrick Byrne appear for depo on 12/15 at 9:30 at Mr. Ticktin's office located at 270 SW Natura Ave., Deerfield Beach, FL.  Case Management Conference set 12/17/2025 at 1:30 – parties will advise if hearing can be cancelled.

In person mediation set for 3/6/2025.

Case Management Conference set on 3/18/2026, at 1:30 p.m. Notice to follow.