IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

    Defendant,

v.

PATRICK BYRNE, STEVE LUCESCU, and THE AMERICA PROJECT INC.,

    Defendants.
_____/

**DEFENDANT PATRICK BYRNE'S LOCAL RULE 3.01(g)(3) SUPPLEMENT TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SERVE EXPERT WITNESS DISCLOSURES**

The Defendant, Dr. Patrick Byrne, by and through his undersigned counsel, pursuant to Local Rule 3.01(g)(3) Supplement to Defendant's Motion for Extension of Time to Serve Expert Witness Disclosures, and states the following:

1. On December 1, 2025, the Defendant, Patrick Byrne, filed his Motion for Extension of Time to Serve Expert Witness Disclosures.

2. Today, on December 3, 2025, in an attempt to confer, the undersigned emailed the counsel for the Plaintiff, as to the Plaintiff's position. Counsel for the Plaintiff, Brad Kloewer, responded by stating that the Plaintiff opposes Dr. Byrne's request for an extension of time to serve expert disclosures.

WHEREFORE, the Defendant, Patrick Byrne, respectfully requests that this

Honorable Court grant an Extension of Time to serve his Expert Witness Disclosures, and grant such further and other relief as this Honorable Court may deem just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2025, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

> */s/ David L. Perry II*
> Peter Ticktin, Esquire
> Florida Bar No. 887935
> David L. Perry II, Esquire
> Florida Bar No.: 1045902
> Serv512@LegalBrains.com
> Serv600@LegalBrains.com
> **THE TICKTIN LAW GROUP**
> 270 SW Natura Avenue
> Deerfield Beach, Florida 33441
> Telephone: (954) 570-6757
> *Attorneys for Patrick Byrne*