IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION

Civil Action No. 8:24-00008-TPB-SPF

ERIC COOMER, Ph.D.,

    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,

    Defendants

---

**TIME-SENSITIVE AMENDED[1] JOINT MOTION TO VACATE HEARING**

---

    Plaintiff Eric Coomer, Ph.D. and Defendant Patrick Byrne, by and through undersigned counsel (collectively, the Parties), file this Time-Sensitive Amended Joint Motion to Vacate Hearing (Doc. 259) on Motion (Doc. 252) to Supplement (Doc. 243) Order on Motion to Compel Order on Motion for Sanctions currently set for December 30, 2025, at 11:00 a.m., and in support respectfully states:

    1.    The Parties conferred over the holidays with regard to the issues before the Court and were able to reach an agreement with regard to all matters as reflected in the Parties' Joint Stipulation Regarding Discovery Order (Doc. 243) attached as Exhibit 1.

---

[1] Amendment is to correct typographical error in the compliance year reflected in paragraphs 2 and 3 of the Parties Joint Stipulation attached as Exhibit 1.

1

2. Therefore, the Parties respectively request the Court vacate the hearing current set for December 30, 2025.

Respectfully submitted this 26th day of December 2025.

| | |
|---|---|
| _____/s/ Charles J. Cain_____ | _____/s/Peter Ticktin_____ |
| Charles J. Cain* | Peter Ticktin, Esquire |
| ccain@cstrial.com | Florida Bar No. 887935 |
| Bradley A. Kloewer* | Serv512@LegalBrains.com |
| bkloewer@cstrial.com | David L. Perry II, Esquire |
| **CAIN & SKARNULIS PLLC** | Florida Bar No.: 1045902 |
| P. O. Box 1064 | Serv600@LegalBrains.com |
| Salida, Colorado 81201 | **THE TICKTIN LAW GROUP** |
| 719-530-3011 | 270 SW Natura Avenue |
| 512-477-5011 (Fax) | Deerfield Beach, Florida 33441 |
| *Appearing via Special Admission | (561) 232-2222 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT PATRICK BYRNE** |