## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 1

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

## AMENDED[1] JOINT STIPULATION REGARDING DISCOVERY ORDER (DOC. 243)

Plaintiff Eric Coomer, Ph.D. and Defendant Patrick Byrne file this Amended Joint Stipulation to apprise the Court of the resolution of issues outstanding relating to the Court's Order (Doc. 243) on Plaintiff's Motion against Defendant Patrick Byrne to Compel Compliance with Court Orders, to Respond to Written Discovery Requests, to Sit for a Deposition, and for Sanctions. (Doc. 230), as well as Plaintiff's Supplemental Motion for Attorney's Fees and Costs (Doc. 252), currently set for hearing on December 30, 2025, at 11:00 am (est).

---

[1] Amendment is to correct typographical error in the compliance year reflected in paragraphs 2 and 3 below.

1

The Parties agree and stipulate as follows:

1. Defendant Patrick Byrne shall perform a search for any outstanding documents that are responsive to the Court's April 28, 2025 Order (Doc. 213) using search terms previously provided by Plaintiff.

2. Defendant Patrick Byrne shall disclose any responsive documents identified in that search on or before January 16, 2026.

3. Defendant Patrick Byrne shall pay Plaintiff sanctions in the amount of $3,250 on or before January 16, 2026. Payment shall be payable to Cain & Skarnulis PLLC-IOLTA and delivered via overnight delivery to Plaintiff's counsel's office at 303 Colorado Street, Suite 2850, Austin, Texas 78701.

Respectfully submitted this 26th day of December 2025.

| | |
|---|---|
|     */s/ Charles J. Cain* |     */s/Peter Ticktin* |
| Charles J. Cain* | Peter Ticktin, Esquire |
| ccain@cstrial.com | Florida Bar No. 887935 |
| Bradley A. Kloewer* | Serv512@LegalBrains.com |
| bkloewer@cstrial.com | David L. Perry II, Esquire |
| **CAIN & SKARNULIS PLLC** | Florida Bar No.: 1045902 |
| P. O. Box 1064 | Serv600@LegalBrains.com |
| Salida, Colorado 81201 | **THE TICKTIN LAW GROUP** |
| 719-530-3011 | 270 SW Natura Avenue |
| 512-477-5011 (Fax) | Deerfield Beach, Florida 33441 |
| *Appearing via Special Admission | (561) 232-2222 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT PATRICK BYRNE** |