# EXHIBIT C

**chrisyork5280@pm.me**

| | |
|---|---|
| **From:** | York, Chris |
| **Sent:** | Thursday, August 02, 2007 9:59 AM |
| **To:** | 'Fernando Hernández' |
| **Subject:** | RE: RAS Server |

Fernando,

Thanks for the information.  I have a question, how do I complete number 4?

Thanks,

*Chris York*

**Quality Assurance Analyst**
**Sequoia Voting Systems**
*717 17th St., Suite 310*
*Denver, CO  80202*
*(o) 720-264-2558*
*(f) 303-308-3704*
cyork@sequoiavote.com
www.sequoiavote.com

**From:** Fernando Hernández [mailto:fhernandez@smartmatic.com]
**Sent:** Wednesday, August 01, 2007 4:49 PM
**To:** York, Chris
**Cc:** Ronald Morales
**Subject:** RAS Server

Hi Chris,

for the RAS Server you need:

1.-Telephone cable modem (HW).
2.-512 Mb of RAM, +10 GB HDD, any processor produced from 2004 to this day (HW).
3.-Windows 2003 server (OS).
4.-Enable and configure the RRAS service (procedure).

Best regards,

**Fernando Hernández**
**Smartmatic Labs**
**Venezuela**
(M) +58 (412) 622-1313
(O) +58 (212) 706-2500p5513
**U.S.A.**
(M) +1  (720) 468-1502
(O) +1  (561) 862-0747p35513

1