IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

   Defendant,

v.

PATRICK BYRNE, STEVE
LUCESCU, and THE
AMERICA PROJECT INC.,

   Defendants.

———————————————/

  Pursuant to 28 U.S. Code § 1746, Andrea M. Hall, (hereinafter referred to as the "DECLARANT"), states as follows:

  1. I am a licensed attorney, in good standing, presently representing defendants in a Colorado Case brought by Eric Coomer, *Eric Coomer, Ph.D. v. Donald J. Trump for President, Inc., et al,* Denver District Court Case Number 2020CV03419.

  2. During the current, discovery, phase of the Denver District Court Case, I have been made aware, by statements under oath, that Eric Coomer entered into a continuing "common interest agreement" with Dominion Voting Systems, Inc./Dominion Voting Systems Corporation.

  3. The specific statements are confidential and subject to a protective order, so I am unable to disclose them to Mr. Byrne's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2026.

/s/ Andrea M. Hall

ANDREA M. HALL