## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

## EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

        Plaintiff,

v.

PATRICK BYRNE, STEVEN LUCESCU, and THE AMERICA PROJECT, INC.,

        Defendants.

_____/

**NOTICE OF TAKING AUDIO VIDEO DEPOSITION OF ERIC COOMER**

PLEASE TAKE NOTICE that pursuant to the Federal Rule of Civil Procedure 30, the undersigned attorneys will take the audio video deposition of:

**Name: Eric Coomer**

**YOU ARE COMMANDED TO APPEAR on January 27, 2026, at 9:00 AM Eastern Time.**

The Deposition shall occur upon oral examination, at Courtyard by Marriott Tampa Downtown, 102 E Cass St, Tampa, FL 33602, before a Court Reporter at the above referenced address, a Notary Public, or an officer authorized by law to take depositions in the State of Florida. The oral examination will continue from hour to hour and day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes, as are permitted

under the applicable and governing rules. The deposition will be recorded by audiovisual and stenographic means.

                                            */s/ David L. Perry II*
Peter Ticktin, Esquire
Florida Bar No. 887935
David L. Perry II, Esquire
Florida Bar No. 1045902
Serv512@LegalBrains.com
Serv514@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Attorneys for Patrick Byrne*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this January 20, 2026, with the Clerk of Court using CM/ECF to serve on all counsel of record.

*/s/ David L. Perry II*
David L. Perry II

3

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222