IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit
corporation,

    Defendants.

_____X

DEPOSITION OF

PATRICK BYRNE

TAKEN ON BEHALF OF THE PLAINTIFF

DATE: December 15, 2025

TIME: 10:02 a.m. - 5:36 p.m.

PLACE: Witness present in person

EXAMINATION OF THE WITNESS TAKEN BEFORE:

CHRIS DEGRAZIO, COURT REPORTER

Fortz Legal Support
www.FortzLegal.com
844.730.4066


```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3         Civil Action No. 8:24-cv-00008-TPB-SPF

 4    ERIC COOMER, Ph.D.,

 5                Plaintiff,

 6    v.

 7    PATRICK BYRNE, STEVEN LUCESCU, and
      THE AMERICA PROJECT, INC., a Florida non-profit
 8    corporation,

 9                Defendants.

10    _____X

11

12

13                       DEPOSITION OF

14                       PATRICK BYRNE

15           TAKEN ON BEHALF OF THE PLAINTIFF

16              DATE:  December 15, 2025

17              TIME:  10:02 a.m. - 5:36 p.m.

18           PLACE:  Witness present in person

19

20

21       EXAMINATION OF THE WITNESS TAKEN BEFORE:

22
              CHRIS DEGRAZIO, COURT REPORTER
23

24

25
```

Page 2

```
 1                 APPEARANCES OF COUNSEL
 2
             APPEARANCE FOR THE PLAINTIFF
 3                      In-person
             Bradley A. Kloewer, CO Atty
 4             CAIN & SKARNULIS PLLC
                   P. O. Box 1064
 5               Salida, Colorado 81201
                   (719) 530-3011
 6              Bkloewer@cstrial.com
 7
               Charles J. Cain, CO Atty
 8             CAIN & SKARNULIS PLLC
                   P. O. Box 1064
 9               Salida, Colorado 81201
                   (719) 530-3011
10              Ccain@cstrial.com
11
       APPEARANCE FOR THE DEFENDANT, PATRICK BYRNE
12                      In-person
                  Peter Ticktin, Esq.
13                The Ticktin Law Group
              270 Southwest Natura Avenue
14            Deerfield Beach, Florida 33441
                   (954) 570-6757
15               Pt@legalbrains.com
16
                   David Perry, Esq.
17                The Ticktin Law Group
              270 Southwest Natura Avenue
18            Deerfield Beach, Florida 33441
                   (954) 570-6757
19              Dperry@legalbrains.com
20
       APPEARANCE FOR THE DEFENDANTS, THE AMERICA PROJECT, INC.
21                 AND STEVE LUCESCU
                       Remote
22
              Christopher Dempsey, Esq.
23              Dempsey Law, PLLC
            50 North Laura Street, Suite 2500
24             Jacksonville, Florida 32202
                   (904) 760-6272
25             Chris@cdempseylaw.com
```

Page 3

```
 1                 Also present:
 2
          Eric Coomer, Ph.D., Plaintiff, Remote
 3
          Steven Lucescu, Defendant, Remote
 4
       Eric Abbadessa, Videographer, In-person
 5
 6                    * * * *
 7
                        INDEX
 8
 9   Deposition of PATRICK BYRNE               PAGE
10   Direct Examination by MR. KLOEWER            6
11   Certificate of Oath                        286
12   Certificate of Reporter                    287
13
                      * * * *
```

Page 4

```
 1              PLAINTIFF'S EXHIBITS
 2
     EXHIBIT NO.    DESCRIPTION                     PAGE
 3
     Ex. 43         Draft Executive Order            56
 4   Ex. 44         March 2nd, 2021, Correspondence  65
     Ex. 45         May 17th, 2021, Correspondence   76
 5   Ex. 46         AYUYRN Document                  83
     Ex. 47         August 17, 2021, Correspondence 117
 6   Ex. 48         Clip 4                          206
     Ex. 49         February 4, 2022, Correspondence 213
 7   Ex. 50         Assignment and Royalty Agreement 222
     Ex. 51         October 27, 2025, Document      233
 8   Ex. 52         Request For Production          266
     Ex. 53         Complaint                       268
 9   Ex. 54         Answer to Complaint             269
     Ex. 55         Confidential Settlement Offer   280
10
11              DEFENDANT'S EXHIBITS
12
     EXHIBIT NO.    DESCRIPTION                     PAGE
13
     (No exhibits marked.)
14
15                    * * * *
```

Page 5

 1   THE VIDEOGRAPHER: All right. We are now on
 2   the record. It is 10:03. This is the video deposition
 3   of Patrick Byrne in the matter of Eric Coomer v. Patrick
 4   Byrne. Case No. 8:24-cv-00008-TPB-SPF. The deposition
 5   is being held at 270 Southwest Natura Avenue, Deerfield
 6   Beach, Florida 33441, on December 15th, 2025. Court
 7   reporter is Chris DeGrazio. Videographer, Eric
 8   Abbadessa.
 9       At this time, will counsel please state their
10   appearance for the record?
11       MR. KLOEWER: Here on behalf of Plaintiff,
12   Eric Coomer. My name is Brad Kloewer. I am joined by
13   my cocounsel, Charlie Cain.
14       MR. TICKTIN: And I'm Peter Ticktin, and I'm
15   here on behalf of Patrick Byrne.
16       MR. DEMPSEY: Counsel Christopher Dempsey, on
17   behalf of Defendants, The America Project, Inc. and
18   Steve Lucescu.
19       MR. TICKTIN: Not -- not as counsel.
20       MR. KLOEWER: All right. We're all set.
21   Okay. You can swear him in.
22       THE REPORTER: Okay.
23       Will you raise --
24       You don't need to see his ID? We're good?
25       MR. KLOEWER: I'll get his full name on the

Page 178
1  I was not in a situation -- I don't even remember if it
2  was face to face or on the speakerphone, but he told me
3  the story he just told there.
4    Q.  Okay.  What efforts have you made to determine
5  if the story is true?
6    A.  Well, I have the general context of the Millie
7  and Garrick -- or Gavin, I think her husband's name
8  is -- that context.  I asked Joe about it.  It seems
9  like the type of thing that I'm not sure there -- unless
10 NSA has the Zoom call that they're willing to release,
11 there's only -- it's a question of taking his word for
12 it.
13   Q.  Did you ask him what other evidence he might
14 have?
15   A.  I think in the preparation of the movie, that
16 may have been asked.  I don't know.  Like, Did you
17 record it or anything?  And he said, no.
18   Q.  Well, you're aware that Mr. Oltmann claims he
19 took notes during the call; right?
20   A.  I'm not independently aware.  I mean, now that
21 you've said that, that rings a bell.
22   Q.  You never asked to see those notes, though?
23   A.  I'm saying -- no, I never asked to see those
24 notes.
25   Q.  Why not?

Page 179
1    A.  Well, I had him telling me that he had -- that
2  he had heard this call.  It was in the context of other
3  descriptions with videotapes of very similar calls that
4  I learned about.  He was saying that he'd been on a call
5  where this -- said, no, I didn't.  I -- actually, I'm
6  not even aware that he says had notes on that call until
7  you just said it.  It doesn't ring a bell.
8    Q.  Because you didn't make any effort to
9  determine --
10   A.  That's not --
11   Q.  -- what evidence he had to support this story.
12   A.  It is not that so much as he's telling me --
13 I've got, you know, a source telling me something
14 happened.  It's generally the case and -- that -- you
15 know, some of us aren't going around with
16 tape recorders.  And, you know, it might have been
17 possible there was a video.  I think when he told me the
18 story and other people told me the story, that he was
19 claiming this story, then he told it to me, I was taking
20 him at his word.
21   Q.  Do you care if the story is true?
22   A.  Of course, I do.
23   Q.  Okay.
24   A.  Of course, I do.  I'm highly confident that
25 the gist of the story is true.  Your client Eric Coomer

Page 180
1  directed Venezuelan developers to develop software that
2  could rig elections.
3    Q.  That's not what Mr. Oltmann claims at all.
4    A.  Yeah, but you just -- I just said I'm
5  confident the gist of the story is true, that your
6  client is a -- was a -- a traitor who took part in this
7  scheme.
8    Q.  Well, this film was published in June of 2021;
9  right?
10   A.  Yes.
11   Q.  Did you have a belief at that time that Eric
12 Coomer was a traitor --
13   A.  Yes.
14   Q.  -- who was working with Venezuelans?
15       On the basis of what?
16   A.  Oh, well, everyone involved in the development
17 of this technology.
18       First of all, I learned of Venezuela in
19 October -- September and October -- and their
20 involvement.  In addition, after -- after the election,
21 by around November 25th, two people came to me at the
22 Trump Tower.  Now, they're two people who are now in the
23 -- you see them on -- on -- in social media, Gary
24 Bergstrom was of them.  The other was his Venezuelan
25 partner.  And they came and sat with me for three hours

Page 181
1  and walked me through a great deal of paperwork they had
2  at the time about the evolution of these systems and
3  this story that establishes the corporate history of
4  Dominion, which I'm sure you know traces back to
5  Smartmatic, Sequoia, Diebold.
6        And so they had all that kind of history.  And
7  I had this Venezuelan -- I've been told by the CIA that
8  the -- the fellow I call -- curious part, I just don't
9  like using his name.  I call him Zorro.  And -- but --
10 but you, at this point, I'm sure you know who he is.
11       He -- I've been told that he has been our
12 fundamental window into the Venezuelan machine for 20
13 years.  I had both the DEA and the CIA tell me about
14 him.
15   Q.  Why do you assume that I know who Zorro is?
16   A.  Well, presumably you watched that I'm doing
17 interviews these days.  I don't use his name, but my
18 partner Gary uses his name, which we think he shouldn't
19 be doing, but he's been doing anyway.  He's created a
20 lot of heat for Zorro.
21   Q.  Did you ask Mr. Oltmann anything else about
22 his investigation into Eric Coomer.  Did -- I know you
23 didn't ask to see the notes.  Do you know if the notes
24 included other names?
25   A.  I remember him telling me the story.  I don't

Page 282

1  BY MR. KLOEWER:
2      Q.  Okay.  Did you -- was this an offer to settle
3  this case?
4          MR. TICKTIN:  We're not going to -- we're not
5  discussing whether there was an offer or not.  My -- my
6  client is not in a position to -- to discuss that.
7          MR. KLOEWER:  He's not in the position --
8          MR. TICKTIN:  I was very clear in the letter.
9  It is not an offer settle --
10         MR. KLOEWER:  But it's labeled "Confidential
11  Settlement Offer," Peter.
12         MR. TICKTIN:  I understand that.  That's --
13  that's what it is.  It is a confidential settlement
14  offer in regard to other situations.  I think I was
15  clear that it is not an offer to settle for this case.
16         MR. KLOEWER:  So it's not subject to 408
17  Protections as far as this case is concerned?  Is it?
18         MR. TICKTIN:  No.  It's subject to 408
19  protections regarding anything else.
20         And -- and the fact of the matter is -- is
21  that this is -- I was -- I was trying to do your client
22  a favor.  And now you're -- you're trying to use this
23  thing against me?  You know, that -- that's a lot of
24  hutzpah.  You know, really, shame on you.  Shame on you.
25         I tried to help your client.  Your client is a

Page 283

1  traitor.  Your client is going to be prosecuted as far
2  as I know under the criminal laws of -- of the United
3  States.  He's in a lot of trouble.  And I -- and I know
4  that there were efforts that were made to be able to
5  turn him so that he could be a help to our country,
6  which you are not, apparently.
7          Shame on you.  Shame on you.
8          Okay.  I don't blame you for representing a
9  traitor to the United States because he's entitled to
10  counsel.
11         **THE WITNESS:  It's a shanda --**
12         MR. TICKTIN:  But you take this letter that I
13  gave you in good faith to try to save your client's ass,
14  and try to use it against my client?  My god.  It shows
15  your character and who and what you are.  And I'm -- I'm
16  thankful I'm not one of you.
17         **THE WITNESS:  It's a shandus (phonetic) for**
18  **the goyim, I tell you.  A shandus.**
19         MR. TICKTIN:  I don't even know what that
20  means myself.
21         Don't you see the dark clouds coming from your
22  client's head yet?  And I tried to save him from the
23  storm.  And you're -- and you're trying to use that
24  against us.
25         Shame.  No.  We're not going to discuss this.

Page 284

1  Take it to the judge if you want.
2          MR. KLOEWER:  Did you authorize it or not?
3  Yes or no?
4          MR. TICKTIN:  You're not going to answer any
5  questions in regard to this.  I told you we're not
6  discussing this.
7          MR. KLOEWER:  I don't believe I have any
8  further questions.
9          **THE WITNESS:  Do you have any cross?**
10         **I've been crossed by my own attorneys before.**
11         **Believe me.**
12         **Do you have any cross for me?**
13         **Dempsey might.**
14         MR. TICKTIN:  Oh, yeah.  He might.
15         MR. DEMPSEY:  Dempsey has no questions.  Thank
16  you.
17         MR. TICKTIN:  All right.
18         THE VIDEOGRAPHER:  All right.
19         MR. TICKTIN:  And I have no questions.
20         And I would like to make sure that we get to
21  read.  My client needs the 30 days to read.
22         THE VIDEOGRAPHER:  Hang on just a second.
23         **THE WITNESS:  Can I have 60?  I expect to be**
24  **really busy.**
25         MR. TICKTIN:  No.  You can only ask for 30.

Page 285

1          **THE WITNESS:  Really?  A lot of action -- in**
2  **30 days.**
3          THE VIDEOGRAPHER:  This concludes the
4  deposition of Patrick Byrne.  The time now is 5:30 p.m.
5  We're done.
6          THE REPORTER:  Is anyone ordering?
7          If not, it's fine.
8          MR. KLOEWER:  I think we have a standing
9  order.  But I think we're probably going to want a rush
10  copy of that sooner.
11         THE REPORTER:  All right.
12         Mr. Ticktin, you're not ordering?  If not,
13  it's fine.
14         MR. TICKTIN:  If they're taking a copy,
15  I'll -- I'll let -- let me let you know.
16         THE REPORTER:  Okay.
17         MR. CAIN:  I just want a mini tran and I don't
18  want an index.
19         THE REPORTER:  Okay.  Got it.
20             (Witness excused.)
21             (Whereupon, the deposition concluded at
22             5:36 p.m.)

```
                                                    Page 286
 1                  CERTIFICATE OF OATH
 2
 3
 4     STATE OF FLORIDA
 5     COUNTY OF ST. LUCIE
 6
 7
 8       I, CHRIS DEGRAZIO, the undersigned authority, certify
 9     that PATRICK BYRNE appeared via video teleconference on
10     December 15, 2025, at 10:02 a.m. and was duly sworn.
11
12       WITNESS my hand and official seal this 23rd day of
13     December, 2025.
14
15              Chris DeGrazio
16                   CHRIS DEGRAZIO
                Notary Public - State of Florida
17              My Commission No. HH523129
                  Expires:  May 2, 2028
18
19
20
21
22
23
24
25
```

```
                                                    Page 287
 1                  CERTIFICATE OF REPORTER
 2
 3     STATE OF FLORIDA
 4     COUNTY OF ST. LUCIE
 5
 6       I, CHRIS DEGRAZIO, Shorthand Reporter, hereby
 7     certify that I was authorized to and did
 8     stenographically report the deposition of PATRICK BYRNE;
 9     that a review of the transcript was ordered; and that
10     the foregoing transcript is a true and complete record
11     of my stenographic notes.
12       I FURTHER CERTIFY that I am not a relative,
13     employee, or attorney, or counsel of any of the
14     parties' attorney or counsel connected with the action,
15     nor am I financially interested in the action.
16
17       Dated this 23th day of December, 2025, St. Lucie
18     County, Florida.
19
20
21             Chris DeGrazio
22                   CHRIS DEGRAZIO
                     COURT REPORTER
23
24
25
```