# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

# EXHIBIT 3

| | |
|---|---|
| **Subject:** | FW: Re: CONFIDENTIAL SETTLEMENT OFFER |
| **Date:** | Tuesday, November 11, 2025 at 2:00:47 PM Mountain Standard Time |
| **From:** | Peter Ticktin |
| **To:** | Brad Kloewer |
| **CC:** | AttorneyLambert |
| **Attachments:** | image001.png, image002.png, image003.png |

Dear Brad,

I am sure that you are aware that Mr. Oltmann has served a subpoena on Ms. Lambert for documents including the Dominion discovery. We are moving to Lift the Protective Order, and one way or another, whether through that lawsuit or otherwise, Mr. Oltmann and authorities who are very interested, will find the evidence of Mr. Coomer's criminal involvement.

At this very moment, investigations and prosecutions by the Department of Justice, the Federal Bureau of Investigations, Homeland Security, and the Department of National Intelligence are underway, and the indictment against Smartmatic in Case No. 24-cr-20343 was recently superseded by the DOJ. It seems that Dominion has set up Mr. Coomer to hang him out to dry.

The crimes which were committed are of the highest level in the federal system, which includes treason. I am sure that I am not saying anything new to your client, which he does not already know. I imagine that he is smart enough to be nothing less than frightened as to the predicament in which he finds himself at this time.

Neither my client nor I are threatening to do or not do anything. We are simply offering to help for no benefit. It is obvious that your client is stuck in a labyrinth. We are offering to help, as we see that his best bet, and his only chance, is for him to turn state's evidence.

Mr. Coomer is a necessary witness who links Smartmatic with Dominion in the criminal enterprise. This is a critical time for Mr. Coomer to provide full transparency related to David Moreno, John Poulos, Staple Street, etc.

Ms. Lambert is a well experienced prosecutor and more recently a federal criminal defense counsel. Mr. Byrne should waive any conflict of interest and permit Ms. Lambert and me to join your legal team and arrange for full immunity by the DOJ in exchange for truthful testimony from Mr. Coomer related to his role in election law violations, money laundering, bribery, fraud, treason, etc. She is certain that there is a high probability that she could obtain full immunity for Mr. Coomer.

In fact, we may need to assist Mr. Coomer in the Witness Protection Program.

If this interests your client, please let me know.

Yours,

Peter

Peter Ticktin



THE TICKTIN LAW GROUP

270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com



## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me** unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.

**From:** Peter Ticktin
**Sent:** Tuesday, November 11, 2025 3:18 PM
**To:** AttorneyLambert <attorneylambert@protonmail.com>
**Subject:** Re: CONFIDENTIAL SETTLEMENT OFFER

Dear Mr. Kloewer,

I am sure that you are aware that Mr. Oltmann has served a subpoena on Ms. Lambert for

documents including the Dominion discovery. We are moving to Lift the Protective Order, and one way or another, whether through our lawsuit or otherwise, Mr. Oltmann and authorities who are very interested, will find the evidence of Mr. Coomer's criminal involvement.

At this very moment, investigations and prosecutions by the Department of Justice, Federal Bureau of Investigations, Homeland Security, and Department of National Intelligence are underway, and the indictment against Smartmatic in case no. 24-cr-20343 was recently superseded by the DOJ.

I am sorry if this seems like posturing, but my true effort is to be honest and to hopefully save Mr. Coomer to save America.

Neither my client nor I are seeking any benefit for suggesting a way out of your client's labyrinth, in which he is stuck. We just see that his best bet is for him to turn state's evidence.

Mr. Coomer is a necessary and essential witness that links Smartmatic with Dominion in the criminal enterprise. This is a critical time for Mr. Coomer to provide full transparency related to David Moreno, John Poulos, Staple Street etc.

Dr. Byrne is willing to put the country before his own interests. Ms. Lambert is a well experienced prosecutor and more recently a criminal defense counsel Mr. Coomey would waive any conflict of interest and assist you in joining Ms. Lambert and Mr. Ticktin to join your legal team and arrange for full immunity from the DOJ in exchange for truthful testimony from Mr. Coomer related to his role in election law violations, money laundering, bribery, fraud, treason, and 18 USC 1512 for bringing the defamation cases.

In fact, we may need to assist Mr. Coomey in the Witness Protection Program.

For Dr. Byrne and his counsel, we are far more motivated to help America prevail than to lock in the efforts to nail Mr. Coomer.

Yours,

Peter

**Peter Ticktin**



THE TICKTIN LAW GROUP
EST. 1991
"The lawyers you want between you and your problems."

THE TICKTIN LAW GROUP
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com



## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.