**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 4**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S THIRD AMENDED DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

---

**I.**     **Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)**

Plaintiff Eric Coomer, Ph.D., by and through counsel serves third amended disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

    **A.**     **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

|  | NAME | CONTACT INFO | KNOWLEDGE |
|---|---|---|---|
| 1. | Bennett, Ken | 602-926-5874<br>kbennett@azleg.gov | Mr. Bennett is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 2. | Binnall, Jesse | Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, VA 22314<br>703-888-1943 | Mr. Binnall is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 3. | Byrne, Patrick | **Amended Response:<br>c/o Dickson Wright PLLC<br>1825 Eye Street NW<br>Suite 900<br>Washington, DC 20006<br>202-457-0160** | Mr. Byrne is a defendant in this proceeding. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

1

|  | NAME | CONTACT INFO | KNOWLEDGE |
|---|---|---|---|
| 4. | Clark, Clay | c/o Thomas B. Quinn<br>Melissa Wiese<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street<br>Suite 3400<br>Denver, CO 80202<br>303-534-5160 | Mr. Clark is a podcast host and event organizer who produces the "ReAwaken America Tour" where Byrne has given speeches falsely calling the election results into question. He is also a defendant in related proceeding *Coomer v. Make Your Life Epic LLC dba Thrivetime Show et. al.,* Case No. 1:21-cv-03440-WJM-KLM (Dist. Ct. Colo.) He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 5. | Clements, David | 2251 La Paloma Drive<br>Las Cruces, NM 88011 | Mr. Clements is a long-time associate of many of the co-stars of The Deep Rig. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 6. | Coomer, Ph.D., Eric | c/o Cain & Skarnulis PLLC<br>P. O. Box 1064<br>Salida, CO 81201<br>719-530-3011 | Dr. Coomer is the Plaintiff in this lawsuit and has knowledge of the facts and allegations contained in his pleadings. |
| 7. | Corporon, Randy | c/o Law Offices of Randy B. Corporon, PC<br>2821 S. Parker Road, Suite 255<br>Aurora, CO 80014<br>303-749-0062 | Mr. Corporon is the RNC Committeeman for the state of Colorado (2020-2028), a Denver-based talked radio host, and former counsel for Joe Oltmann. He is also a defendant in *Coomer v. Salem Media of Colorado, Inc., et. al.,* Case No. 2021CV33632 (Denver Dist. Ct.). He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

2

|    | **NAME** | **CONTACT INFO** | **KNOWLEDGE** |
|----|----------|------------------|---------------|
| 8. | DePerno, Matthew | **Amended Response:**<br>**5717 Denali Street**<br>**Kalamazoo, MI 49009**<br>**269-321-5064**<br>**matthew@depernolaw.com** | Mr. DePerno is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 9. | Flynn, Joe | **Amended Response:**<br>**Dempsey Law, PLLC**<br>**50 N. Laura Street**<br>**Suite 2500**<br>**Jacksonville, FL 32202**<br>**904-760-6272** | Mr. Flynn is a co-star of *The Deep Rig*. He is also a board member for defendant TAP. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 10. | Flynn, Michael | c/o Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, VA 22314<br>703-888-1943 | Mr. Flynn is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 11. | Giuliani, Rudolph | c/o Camara & Sibley, LLP<br>4400 Post Oak Parkway<br>Suite 2700<br>Houston, TX 77027<br>713-966-6789<br>and<br>c/o Gessler Blue LLC<br>7350 E. Progress Place<br>Suite 100<br>Greenwood Village, CO 80111<br>303-906-1050 | Mr. Giuliani is former counsel to Donald J. Trump and one of the purveyors of the false claims about Dr. Coomer that are at issue in this dispute. He is also a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.). He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 12. | Hayes, Conan | Unknown | Mr. Hayes has worked for Mr. Byrne in relation to investigations of alleged election fraud. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

|    | **Name** | **Contact Info** | **Knowledge** |
|----|----------|------------------|---------------|
| 13. | Hoft, James | c/o Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br>and<br>c/o The Burns Law Firm<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040<br>**Amended Response:**<br>**RANDAZZA LEGAL GROUP, PLLC**<br>**2 S. Biscayne Blvd.**<br>**Suite 2600**<br>**Miami, FL 33131**<br>**786-800-3500** | Mr. Hoft is the publisher of the disinformation outlet "The Gateway Pundit" which has published numerous defamatory articles about Dr. Coomer. He is also a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.). He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 14. | Howse, Brannon | 1706 Powell Run Cove<br>Collierville, TN 38017<br>brannon@worldviewweekend.com | Mr. Howse is an alleged conduit of information from Mr. Byrne to former President Trump. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 15. | Lindell, Michael J. | c/o McSweeney, Cynkar & Kachouroff, PLLC<br>10506 Milkweed Drive<br>Great Falls, VA 22066<br>(703) 621-3300 | Mr. Lindell is the Defendant in a related lawsuit. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 16. | Logan, Doug | Unknown | Mr. Logan is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 17. | Lucescu, Steven | **Amended Response:**<br>**c/o Werther & Mills, LLC**<br>**2121 Eisenhower Avenue**<br>**Suite 608**<br>**Alexandria, VA 22314**<br>**703-547-4693** | Mr. Lucescu is a defendant in this proceeding. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

4

| | NAME | CONTACT INFO | KNOWLEDGE |
|---|---|---|---|
| 18. | Malkin, Michelle | c/o Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, CO 80111<br>303-741-4539 | Ms. Malkin is a political commentator and former journalist who was instrumental in spreading Oltmann's false claims about Dr. Coomer. She is also a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.). She has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 19. | McGuire, Max | 7630 Bismarck Lake<br>Converse, TX 78109 | Mr. McGuire is the former co-host of Oltmann's podcast "Conservative Daily" which has interviewed Byrne multiple times and was the source of the original false claims about Dr. Coomer. Mr. McGuire has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 20. | Merritt, Josh | 8459 Shady Grove Road<br>North Richland Hills, TX 76182<br>817-899-6510<br>joshua.merritt210@gmail.com | Mr. Merritt has worked for Mr. Byrne in relation to investigations of alleged election fraud. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 21. | Metaxas, Eric | c/o Gordon & Rees LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 | Mr. Metaxas is a long-time associate of Defendant Byrne. He is also a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.). He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 22. | Montgomery, Dennis | 27816 242nd Pl. SE<br>Maple Valley, WA 98038 | Mr. Montgomery provided Mr. Byrne with fabricated "evidence" of election rigging. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

| | **NAME** | **CONTACT INFO** | **KNOWLEDGE** |
|---|---|---|---|
| 23. | Oltmann, Joseph | c/o Mark A. Sares<br>msares@hkjp.com<br>Harris, Karstaedt, Jamison & Powers, P.C.<br>10333 E. Dry Creek Road<br>Suite 300<br>Englewood, CO 80112<br>720-875-9140 | Mr. Oltmann fabricated the false claims about Dr. Coomer that are the subject of this dispute. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 24. | Papas, Gregory | c/o Shuffling Madness Media, Inc.<br>10750 S. Pine Drive<br>Parker, Colorado 80138 | Mr. Papas is the personal bodyguard for Mr. Oltmann. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 25. | Philyaw, Jeffry aka Pulitzer, Jovan Hutton | **Amended Response: Contact Information Unknown** | Mr. Pultizer is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 26. | Piton, Bobby | c/o Preactive Investments<br>525 S. Tyler Street, Suite T<br>St. Charles, IL 60174<br>630-549-0376 | Mr. Piton is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 27. | Powell, Sydney | c/o Arrington Law Firm<br>3801 East Florida Avenue<br>Suite 830<br>Denver, CO 80210<br>303-205-7870 | Ms. Powell is a long-time associate of Mr. Byrne, and upon information and belief, has provided him with falsified "evidence" of election rigging. She is also a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.) She has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 28. | Richards, Roger R. | **Amended Response:<br>wanderfilmworks@gmail.com<br>323-376-8705** | Mr. Richards is the director of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

|  | NAME | CONTACT INFO | KNOWLEDGE |
|---|---|---|---|
| 29. | The America Project, Inc. | **Amended Response: Dempsey Law, PLLC 50 N. Laura Street Suite 2500 Jacksonville, FL 32202 904-760-6272** | The America Project, Inc., is a defendant in this proceeding. It has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 30. | Trump, Donald J. | 1100 S. Ocean Boulevard Palm Beach, FL 33480 | Donald J. Trump is the former President of the United States, a long-time associate of Mr. Byrne, and the primary intended beneficiary of the defamatory falsehoods published by Defendants. Mr. Trump's campaign is a defendant in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020cv034319 (Denver Dist. Ct.). He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 31. | Waldron, Col. (U.S. Armey-Retired) James Phil | 292 Heather Hills Drive Dripping Springs, TX 78620 | Mr. Waldron is a co-star of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 32. | Watkins, Ron | Unknown | Mr. Watkins is a long-time associate of various co-stars of *The Deep Rig*. Mr. Watkins is also the individual most likely behind the QAnon conspiracy theory. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |
| 33. | Ziegler, Garrett | Unknown | Mr. Ziegler is a long-time associate of Mr. Byrne and other co-stars of *The Deep Rig*. He has knowledge of the facts and allegations contained in Plaintiff's complaint. |

  **B.**  **DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS IN PLAINTIFF'S POSSESSION, CUSTODY, OR CONTROL RELEVANT TO CLAIMS OR DEFENSES**

**Amended Response:** *See* **Plaintiff's documents produced to date Bates numbered EC 000001-EC 008647.**

  **C.**  **A COMPUTATION OF EACH CATEGORY OF DAMAGES**

1. Economic Damages

    a. Plaintiff seeks economic damages arising from loss of income, costs associated with reputational repair, disgorgement of ill-gotten gains, costs incurred as a result of necessary security and travel expenses associated with the need to respond to death threats, and other related costs. Plaintiff will defer to expert testimony for a full computation of economic damages.

2. Non-economic Damages

    a. Emotional distress, mental anguish, loss of sleep, physical discomfort, humiliation, loss of enjoyment of life (unliquidated), and reputational harm in an amount to be determined at trial.

3. Attorney's Fees/Costs of Court

  **D.**  **ANY INSURANCE AGREEMENTS**

  Plaintiff is not aware of any agreements at this time.

## CERTIFICATION

The undersigned certifies that, to the best of his knowledge, information, and belief, formed after a reasonably inquiry, the foregoing disclosures are complete and correct as of the date of filing.

## RESERVATION AND NON-WAIVER OF PRIVILEGES

Plaintiff reserves the right to supplement and amend her disclosures pursuant to Federal Rule of Civil Procedure 26.

Plaintiff reserves all privileges.

Respectfully submitted this 28th day of January 2025.

                                      Respectfully submitted,

                                      */s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Third Amended Disclosures have been served on Defendants' counsel via email on this 28th day of January 2025:

**Counsel for Defendant Patrick Byrne**
Robert N. Driscoll
rdriscoll@dicksonwright.com
Alfred D. Carry
acarry@dicksonwright.com

**Counsel for Defendant The America Project**
Christopher W. Dempsey
chris@dempseylaw.com

**Counsel for Defendant Steven Lucescu**
Laurin M. Mills
laurin@werthermills.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bradley A. Kloewer*
　　　　　　　　　　　　　　　　　　　　　　　Bradley A. Kloewer