# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

# EXHIBIT 13

---

**Subject:** Coomer v. DJTFP et. al. - CEASE AND DESIST
**Date:** Monday, October 13, 2025 at 8:54:16 AM Mountain Daylight Time
**From:** Brad Kloewer
**To:** jzakhem@ckbrlaw.com, anickel@ckbrlaw.com, aherrman@ckbrlaw.com, gblue@gesslerblue.com, sgessler@gesslerblue.com, jbila@gesslerblue.com, andrea@thehalllawoffice.com, Ingrid.defranco@gmail.com, rbc@corporonlaw.com, mta@corporonlaw.com, lmk@corporonlaw.com, tblf@pm.me, fpatterson@prpclegal.com, Terri Taylor, Charlie Cain, Scotti Beam, Carolyn Mathias, Ashley Morgan, David Beller
**Priority:** High

Ms. Hall and Ms. DeFranco,

Your client Mr. Oltmann's years of threatening rhetoric are well documented, but in recent weeks his calls for violence against Dr. Coomer, his counsel, and judicial officers have escalated to an intolerable level. This conduct must stop and will be brought to both the Court and relevant law enforcement authorities' attention.  I write to demand that you inform your client that his calls for violence will not be tolerated, by you or anyone else. A brief selection of some of these statements in recent weeks includes the following:

**Sep. 4, 2025:**

https://theuntamedtruth.com/4ea1ba33-untamed-thursday-04-september-2025-livestream/

At 1:56:40:
"If you go to any of the media sites that are basically trying to slander me, or Eric Coomer who is trying to hold up this charade that somehow he's a victim, when he literally is the perpetrator in all of this. He's the one that, with John Poulos and Dominion Voting Systems, have stolen the voices of the American people, and frankly he should be, he should be tried. He should be arrested yesterday. And with the information that they have, there's no way he should be walking the street. He shouldn't be allowed to sue anyone, Dominion should not be allowed to have any cases against anyone, it should all be settled. It should have already been settled. We're just afraid to rip that bandaid off, because again, we're at that place where we're like oh, maybe we're going to get there, maybe we can get there without some force. **You cannot get there without force. You absolutely cannot get there without force.**" (Emphasis added).

At 2:01:49:
"**And you have these smug pieces of trash** like Sheila Reiner, **who do the biddings of** people like Matt Crane, and **Eric Coomer**, John Poulos, **Brad Kloewer the lawyer for, Kloewer, the lawyer for Coomer. Or Charlie Cain. I'm going to do a whole show just on the lawyers for Coomer. They want to post my address and do all that stuff, I'm going to post their stuff. Let's post it all so you can reach out and talk to these feckless, cowardly, lying sons of bitches that ultimately led to Tina

1 of 5

**Peters being in jail. It's on their head.** Matt Crane, of the Colorado, you know, County Clerks Association. Which by the way is funded by the Colorado government, it's an outside, non-profit, whose wife works for Dominion. That piece of trash can never work can never work in any place of public office ever again. He's finished. No one will forgive him for the betrayal against the American people. He says I'm a Republican. He's not a Republican. He's a fraudulent piece of shit. He's a devil in Prada, if you can say that."

**Oct, 2, 2025:**

https://theuntamedtruth.com/0b4b01a7-untamed-thursday-02-october-2025-livestream/

At 2:09:54
"I sent an email yesterday, I think I told you guys this, some of you know this. I sent an email to the lawyer for Eric, because **I had to send a check**. I had to borrow money to send a check for stuff that, **because a worthless judge, who frankly is the biggest piece of shit this side of the planet**, in a case I wasn't even a party to. He said hey, you want to file an appeal, I'm going to come at you, I'm going to take more from you. And this is what happens, this is what these attorneys do. Settle with Clay and then came after me. I said you're complicit. **Not only is Eric Coomer complicit, but you're complicit in the crimes that were committed, and I'm not going to stop until you pay. Let me just tell you something. One way or another, you're going to pay**." (Emphases added).

At 2:13:47
"There's more. And I'm going to tell you something. There's much more. I'm pissed. **I'd settle this with a cage match. With you, Charlie Cain. We can do it for charity. Winner takes all. Or you, you little coward, Brad Kloewer. Yeah, you. I'd settle for a fight. A street fight. I'll even give you a bat to start. You get a bat, I get nothing. But when I take that bat away from you, I'm going to make you eat it.** You have bullied, you have attacked, you have ridiculed, you have lied. And there's more. I have been quiet up to this point." (Emphasis added).

**October 6, 2025:**

https://theuntamedtruth.com/36242f98-untamed-monday-06-october-2025-livestream/

At 1:10:44
"The problem is that we don't have a problem just at the federal level. We have a problem at the state level as well. You have captured states like the state of Colorado where these judges are absolutely rotted to the core. **The judge presiding over the Coomer case has he/her/they or whatever on his door. Just a gay dude who frankly was a terrible attorney** before he was appointed seven months ago, by the gay judge, or the gay governor Polis … I'm going to call the judge in Coomer exactly what he is. He got on a call for a status hearing and he said I'm a stickler for the rules. He put a potential witness in the

case in jeopardy and then he whitewashed over it. And then he committed judicial misconduct. **He should be thrown off the bench. Thrown off the bench.**" (Emphases added).

**October 7, 2025:**

https://theuntamedtruth.com/aeb89988-untamed-tuesday-07-october-2025-livestream/

At 1:29:30
"We get all this information about Coomer. He should be in prison. **He should go to prison for the rest of his – if not worse. I know it's coming. I know treason and I know sedition. I know it's coming against them. I know it is.**" (Emphasis added).

At 1:36:47
"Judges, governors, mayors. **You want to know where I think the highlight should be, where we should have the red light on it? It should be on the forehead of Eric Coomer,** John Poulos, Lord Malloch Brown, the private equity firms that actually funded them, **the lawyers of Eric Coomer. That's where it should be placed. 100%**" (Emphases added).

**October 9, 2025:**

https://theuntamedtruth.com/98d3bf96-untamed-thursday-09-october-2025-livestream/

At 6:44
"**I want people to go to jail. I want their chests to cave in because they're in front of a firing squad**, because that's what happened to the American people." (Emphasis added).

At 1:35:05
"I call on President Trump to come get him [Gov. Pritzker]. Come get all of them. **Start with the people in Dominion too. Those people should be lined up for treason. Military tribunals.** Let's get it going." (Emphasis added).

At 1:38:04
"Sometimes I have a lack of hope because of the stuff they did with Dominion. **And you know this is because they want to hide more information behind these Bibi Jew judges, and these gay whatever you want to call it judges. And I don't care that they're gay, I care about the fact that they're henchmen for really evil people. They don't believe in god, they don't believe in anything, other than themselves, and the deviancy that they represent. You've got to be able to strip them all out.**" (Emphasis added).

At 1:46:13
"Let me tell you what you've got to do. You ready? **You've got to arrest 50,000 people, including judges, attorneys**, congressmen, governors, mayors, secretaries of state, attorney generals, **just grab em on up, take em on down to a military tribunal, and then have a *quick* trial. And have them either serve the rest of their life in a federal prison, or face the firing squad. Which frankly I prefer because it wasn't a victimless crime what happened to our country."** (Emphases added).

At 1:47:10
"Putting Tina Peters in jail, that's incremental violence. **The judge in that case, Matthew Barrett, should actually face a firing squad. He committed treason**." (Emphasis added).

**Demand for Action**

These are just a few statements from his podcast. This does not even encompass his countless social media posts on any given day, many of which also feature thinly veiled calls for violence.

Our client, attorneys, staff, and family members should not have to deal with this conduct, but Mr. Oltmann's dehumanizing rhetoric requires attention. He is going to get someone killed, and no one will seriously believe it wasn't intentional if and when he is ultimately successful in getting one of his listeners to pull the trigger on Dr. Coomer, his counsel, or any judicial officer tasked with adjudicating this dispute. These calls for violence are reckless in the extreme, and this incitement must stop. Mr. Oltmann's protestations of good faith lost credibility long ago, and he is consciously disregarding a substantial and justifiable risk that his conduct will cause harm to others.

If, as Mr. Oltmann will undoubtedly claim, he is not actually calling for violence against Dr. Coomer, his counsel, or members of the judiciary, then he must publicly and explicitly issue a statement to that effect. He should affirm for his listeners that he condemns political violence, that he does not condone or seek violence against any of these individuals, and that he condemns anyone who would commit violence of this nature. **And then he must stop issuing constant calls for violence.** Simply issuing an innocuous disclaimer, as he has done before, then immediately reissuing calls for executions, firing squads, and other manner of violence against those with whom he disagrees, is not a sincere or meaningful way to address this serious concern.

Trial is still seven months away. There is a lot of discovery left to get through. These calls for violence are forcing costs and delays on this case as Dr. Coomer has to identify secure locations for depositions. They will also tax the court system when additional security is inevitably necessary for hearings and for three weeks of trial. Mr. Oltmann's conduct is a threat to *everyone* involved with this dispute, including his co-defendants.

We will not be intimidated or deterred, and we will see this case through trial regardless of Mr. Oltmann's desperate efforts to keep a jury from hearing Dr. Coomer's claims. Nonetheless, we need you to confirm receipt of this email. And we need you to confirm that you have advised your client that his calls for violence are unacceptable and must stop. Most importantly, everyone needs your client to cease and desist with this reckless conduct.

Brad Kloewer
[Cain & Skarnulis PLLC](#)
P. O. Box 1064
Salida, CO 81201
719-530-3011-Main
512-477-5011-Fax
[bkloewer@cstrial.com](mailto:bkloewer@cstrial.com)

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.

--