# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
     Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
     Defendants

---

## EXHIBIT 14

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

     Plaintiff,

vs.

PATRICK BYRNE, STEVEN
LUCESCU, and THE AMERICA
PROJECT, INC.,

     Defendants.
_____/

EXCERPT OF PROCEEDINGS

VIDEOTAPED DEPOSITION OF DR. ERIC COOMER

TAKEN ON BEHALF OF THE DEFENDANT

JANUARY 27, 2026

COURTYARD BY MARRIOTT TAMPA DOWNTOWN
102 EAST CASS STREET
TAMPA, FLORIDA 33602

REPORTED BY:
MICHELLE LAGOA, CER
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

## Page 2

```
01              APPEARANCES OF COUNSEL
02 ON BEHALF OF THE PLAINTIFF DR. ERIC COOMER:
03     CHARLIE CAIN, ESQUIRE
       CAIN & SKARNULIS, PLLC
04     327 EAST 1ST STREET
       SALIDA, COLORADO 81201
05     (719) 530-3011
       CCAIN@CSTRIAL.COM
06
07 ON BEHALF OF THE DEFENDANT PATRICK BYRNE:
08     PETER TICKTIN, ESQUIRE
       THE TICKTIN LAW GROUP, PLLC
09     270 SOUTHWEST NATURA AVENUE
       DEERFIELD BEACH, FLORIDA 33441
10     (561) 232-2222
       SERV512@LEGALBRAINS.COM
11 CO-COUNSEL ON BEHALF OF THE DEFENDANT PATRICK BYRNE:
12     STEFANIE LAMBERT, ESQUIRE
       LAW OFFICE OF STEFANIE L. LAMBERT, PLLC
13     400 RENAISSANCE DRIVE, 26TH FLOOR
       DETROIT, MICHIGAN 48243
14     (212) 555-0127
       LAMBERT@PROTONMAIL.COM
15
   ON BEHALF OF DEFENDANTS STEVEN LUCESCU AND THE
16 AMERICA PROJECT, INC.:
17     CHRISTOPHER W. DEMPSEY, ESQUIRE
       DEMPSEY LAW, PLLC
18     50 NORTH LAURA STREET, SUITE 2500
       JACKSONVILLE, FLORIDA 32202
19     (904) 760-6272
       CHRIS@CDEMPSEYLAW.COM
20
   ALSO PRESENT:
21
       PATRICK BYRNE, DEFENDANT
22     BEN COTTON, EXPERT CONSULTANT
       JASON ICKES, IT CONSULTANT
23     ANDREA TAYLOR, ESQUIRE (REMOTELY OVER ZOOM)
       ROBERT TYLER, ESQUIRE (REMOTELY OVER ZOOM)
24     MARK COOK, EXPERT CONSULTANT (REMOTELY OVER ZOOM)
       SHAWN SMITH, EXPERT CONSULTANT (REMOTELY OVER ZOOM)
25     JOSEPH OLTMANN, FACT WITNESS (REMOTELY OVER ZOOM)
```

## Page 3

```
01        (The following is an excerpt of these
02 proceedings.)
03            * * * * *
04        THE COURT REPORTER:  We're now on the record.
05 It is 09:28 in the morning.  Court Reporter is
06 Michelle Lagoa, with Universal Court Reporting.
07        We're here for the Deposition of Eric Coomer,
08 in the matter of Dr. Eric Coomer vs. Patrick Byrne,
09 Steven Lucescu, and the America Project, Inc., with
10 the Case Number 824-CV-88888-TPB-SPF.
11        This case is filed in the United States
12 District Court of the Middle District of the
13 Florida, Tampa Division.
14        Counsel, would you please introduce yourselves
15 for the record, starting with the Plaintiff?
16        MR. CAIN:  Plaintiff's Counsel is Charlie
17 Cain.
18        MR. TICKTIN:  And Peter Ticktin for the
19 Defendant, Patrick Byrne.
20        MR. DEMPSEY:  Christopher Dempsey on behalf of
21 the America Project Inc., and Steven Lucescu.
22        THE COURT REPORTER:  Thank you.  You may
23 proceed, Counselors.
24        MR. CAIN:  The purpose of the record we're
25 making is to discuss the appropriate attendees at
```

## Page 4

```
01 Dr. Coomer's deposition.  It is 09:30 Eastern time.
02 In the room, we have Mr. Ticktin, who just
03 introduced himself, Ms. Lambert, Mr. Dempsey, Ben
04 Cotton, who's an expert for the Defendant, who's
05 been designated, and who represented.  He signed a
06 protective order.
07        Jason Hicks, who is a technical consultant
08 with a big printer.  Looks like he works for you,
09 Mr. Ticktin.  Is that right?
10        MR. TICKTIN:  Yeah.
11        MR. CAIN:  And Mr. Oltmann, who is a fact
12 witness in the case and not a designated expert.
13        Under the Middle District Rules, Counsel is
14 instructed to confer about appropriate attendees,
15 and I believe we did with Mr. Ticktin before we
16 went on the record.
17        We have a disagreement about who are the
18 appropriate attendees.  I think that's fair to say.
19        It's our view, based on the local rule two
20 that I'm looking at in terms of who may attend,
21 Mr. Oltmann would not be a proper attendee at the
22 deposition for reasons I expressed to Mr. Ticktin
23 off the record, and we object to his presence at
24 the deposition.
25        It's our intent to contact chambers and get a
```

## Page 5

```
01 ruling order.  That is my statement.  Do you have
02 anything to add to that?  Did I misstate anything?
03        MR. TICKTIN:  Well, we disagree.
04        MR. CAIN:  Right.
05        MR. TICKTIN:  Okay.
06        MR. CAIN:  And I think we have in good faith
07 tried to work that out, lawyer to lawyer, but we
08 don't have an agreement.  Is that fair?
09        MR. TICKTIN:  I'm sorry.  I just have this
10 aversion to answering questions, so.
11        MR. CAIN:  Okay.  Then make your statement
12        MR. TICKTIN:  That's fair.
13        MR. CAIN:  Okay.  All right, so let's go off
14 the record.
15        THE COURT REPORTER:  We're off the record.
16        (Thereupon, a short discussion was held off
17 record.)
18        (Proceeding resumed.)
19        THE COURT:  This is Judge Flynn.
20        MR. CAIN:  Hi, Judge Flynn.  This is Charlie
21 Cain.  I'm the plaintiff's counsel.
22        MR. TICKTIN:  And with him is - I'm Peter
23 Ticktin, I'm counsel for Patrick Byrne, defendant.
24        THE COURT:  Okay, do we have a court reporter?
25        MR. TICKTIN:  Yes, sir.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

# Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
## Coomer, Dr. Eric on 01/27/2026

Page 6

01    THE COURT: Alright, who is bringing the
02  motion?
03    MR. CAIN: Plaintiff counsel, Mr. Cain.
04    THE COURT:  Alright. Let me hear from you,
05  Mr. Cain.
06    MR. CAIN:  So, this morning, Your Honor, we
07  were noticed for a deposition.  We are about two
08  blocks from you, at The Marriott.  The deposition
09  notice didn't identify any individuals -- specific
10  individuals who were going to be present other than
11  Counsel.
12    When we arrived, Counsel was here,
13  Mr. Ticktin, Ms. Lambert, Mr. Dempsey, a gentleman
14  named Ben Cotton, who is an expert for the
15  defendants who signed the protective orders here,
16  and we have no objection to him. Mr. Byrne, one of
17  the parties, is here.  We obviously have no
18  objection to him.
19    Mr. Ickes, I-C-K-E-S, who is a technician for
20  Mr. Ticktin's firm, is here.  We have no objection
21  to him.
22    However, without notice, Joseph Oltmann was
23  also here.
24    I don't know if the Court is aware of his
25  background, but Mr. Oltmann, we have another

Page 7

01  lawsuit against him pending in Denver.  He's a fact
02  witness in the case in front of you.  And the
03  concern about Mr. Oltmann is, we've sent him cease
04  and desist letters, but public -- publicly he has
05  called for violence against my client, among
06  others.
07    He has indicated that he is always armed, and
08  we have him on his podcast brandishing a gun.  He's
09  been sanctioned by Judge Martinez in federal court
10  in a related case and has been held in contempt.
11  He makes my client extremely uncomfortable for
12  obvious reasons.
13  And yet he appeared without notice here today.
14    But that's not where it ends.  In an effort to
15  contact the Court and try to resolve this, me and
16  Mr. Ticktin didn't agree on that.  About ten
17  minutes ago, Mr. Ticktin came outside to start the
18  deposition.  He then confronted me.  He pushed me,
19  raised his fist, as if to strike me.  There was a
20  discussion after that I came into the deposition
21  room. Patrick Byrne did the same. Pushed me, tried
22  to bait me, and assaulted me, and part of that is
23  on video.
24    So I have a lawyer pushing me, and I have his
25  client doing the same thing.  In addition to having

Page 8

01  Mr. Oltmann here, who has publicly called for my
02  client to be hanged for treason.  But, in terms of
03  the specific, he is a fact witness.  He is not
04  someone that would be appropriate under the Middle
05  District rules to attend the deposition.
06    But quite frankly, right now, Your Honor,
07  given that I have been assaulted for the first time
08  in thirty years of my career, I'm not comfortable
09  proceeding with this group.  That's the situation.
10  My - as far as the assault part goes, we can deal
11  with that at the appropriate time.  As far as right
12  now, I flown in, my client flown in at our expense.
13    We are prepared to proceed, but without
14  Mr. Oltmann present, who, as of just before this
15  deposition, had not even signed the protective
16  order or the undertaking.  So, this is kind of
17  unprecedented for me, but that's essentially what's
18  happening.  And we do object to Mr. Oltmann being
19  present.
20    THE COURT:  Alright, before I hear from
21  Mr. Ticktin.  Mr. Cain, it sounds like you're
22  asking for two separate things.   I thought I heard
23  you say you're not comfortable proceeding with the
24  deposition, but then he said you are comfortable
25  proceeding without Mr. Oltmann present.

Page 9

01    MR. CAIN:  -- So --
02    THE COURT:  -- Did I get that wrong?
03    MR. CAIN:  So, Mr. Byrne is here. He assaulted
04  me.
05    I have a witness from the lobby as to
06  Mr. Ticktin's assault -
07    THE COURT:  Okay.  I'm just --
08    MR. CAIN:  -- Yes.
09    THE COURT:  -- asking you whether you are
10  going to -- or are comfortable proceeding with the
11  deposition -
12    MR. CAIN:  If Mr. -
13    THE COURT:  -- at the hotel right now, or are
14  you seeking relief from that?
15    MR. CAIN:  At this point, Your Honor, given
16  the expense, I will -- I'm not comfortable, but I
17  will proceed with the deposition without
18  Mr. Oltmann present. But you have to understand,
19  it's -- it's -- it's difficult for me under these
20  circumstances to want to proceed, given what
21  happened, but we --
22    THE COURT:  -- I understand but --
23    MR. CAIN:  -- we need to get the testimony.
24    THE COURT:  -- I'm asking you what you -- I
25  understand.  But that's why I'm asking you what you



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

Page 10

01  want to do. The alternate thing at we can do is
02  that the parties pack up and come to the courthouse
03  and take the deposition in the courthouse if -- if
04  you want to do that, that's the other relief you
05  can do. If you want to go forward here today.
06        MR. CAIN:  I'm --
07        THE COURT:  If you don't want to move forward
08  today, I understand.
09        MR. CAIN:  And I'm glad you mentioned that,
10  because part of the thing with Mr. Oltmann is we
11  have been given the federal court in Denver, Judge
12  Wong and Judge Martinez's Magistrate, whose name is
13  escape -- Starnella, has ordered these depositions
14  to be in the courthouse because of these types of
15  concerns. If the court has the jury room available,
16  then yes, I would -- I would much prefer the
17  security of the courthouse to -- to conduct this
18  deposition. And like I said, we're only a few
19  blocks away. I -- either way, though, at your
20  courthouse or otherwise, Mr. Oltmann should not be
21  an attendee, in our view.
22        THE COURT:  Alright. Mr. Ticktin, response.
23        MR. TICKTIN:  Yes, Your Honor, I'm amazed,
24  absolutely amazed, by this attorney and the -- he
25  had -- he had -- I'm going to be 80 years old,

Page 11

01  Your Honor, and within a week. I'm not a fighter.
02  I've never had a record of fighting anyone, in any
03  case, ever, and this attorney pushed his body up
04  against me, trying to intimidate me out in the
05  other room.
06        It was heard by people that were in the --
07  this room. They know that he started it. And --
08  and I did push him away from me. I'm not a
09  weakling, but at the same time, I'm -- I've never
10  been in a situation where I've been assaulted
11  before in a case, and this young man, he -- you can
12  see his struck -- his stature. He looks like he's
13  made out of muscle, and I'm not.
14        So, we have this man who was the aggressor,
15  who's now complaining, I think we -- and so, I just
16  want to make it clear on the record that I did push
17  him away from me after he pushed his body into mine
18  to assault - - and he assaulted me.
19        So, you know, and I understand he might have a
20  history of doing this kind of thing, so I'm not
21  sure, but he was talking about some other case
22  where he needed to have security or something, or
23  had to be in a courthouse. So I've never had that
24  happen in my career, and I've been practicing for
25  54 years. The -

Page 12

01        THE COURT:  I understand. We will address
02  that, but with the first matter for the court to
03  address is - -
04        MR. TICKTIN:  -- Mr. Oltmann --
05        THE COURT:  -- the objection of -
06        MR. TICKTIN:  -- Mr. Oltmann
07        THE COURT:  -- Mr. Oltmann being removed from
08  the deposition.
09        MR. TICKTIN:  Right. Mr. Oltmann is an expert
10  in these fields. He has a cyber company, a data
11  company, he has that kind of information. He's also
12  the key person in this case. But the rules change.
13  I don't think -- I'm not sure what date it was
14  like, 1997 where rule 615, is no longer put into
15  play.
16        But there can be an order from -- from a judge
17  under certain circumstances to exclude him. But I'm
18  relying on him to be here to be able to help give
19  me guidance for taking the deposition of Eric
20  Coomer, who -- so far, they've been very effective
21  in stalling this thing out. We're supposed to start
22  at nine o'clock, and we can't get these people this
23  -- that's what happened.
24        I went out there, I asked him, I said, "Let's
25  get going". And that's when he, you know, got up

Page 13

01  from -- from where he was sitting, and came right
02  over at me. I think -
03        THE COURT:  -- Okay --
04        MR. TICKTIN:  -- I'm not sure whether this is
05  a setup or what, but I will tell you I'm sitting a
06  foot away --
07        THE COURT:  -- Alright, look --
08        MR. TICKTIN:  -- from Mr. Coomer -- Mr. -- the
09  attorney -
10        THE COURT:  -- Mr. Ticktin --
11        MR. TICKTIN:  -- and he doesn't seem very
12  upset.
13        THE COURT:  -- Mr. Ticktin -
14        MR. TICKTIN:  Yeah.
15        THE COURT:  We will address that at a later
16  time.
17        The issue that I need to address right now is,
18  you're saying Mr. Oltmann is -- is serving as an
19  expert in this case?
20        MR. TICKTIN:  Not as an expert witness. Only
21  as an expert. The rule doesn't require that to be
22  in the room, they have to be an expert witness in
23  the case, the rule requires that they be an expert,
24  and -- and that's what he is.
25        THE COURT:  He's been retained by your law



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

Page 14

01  firm?
02      MR. TICKTIN:  No, no, no. In fact -- no, but
03  he's been working with me. He -- and -- and, you
04  know, we've all hooked up to be able to get
05  questions from him.
06      He's sitting in another part of the room where
07  he types the questions. They come out to a computer
08  where I can see it, and I'm needing this.
09      There's no reason that he wouldn't be able to
10  read the depositions or know what's what, he hasn't
11  had any adverse conversation with Council. He's --
12  he's, you know, everything that Council is saying
13  about him is completely, you know, out of whack. I
14  mean, you know, certain things have been taken out
15  of context before from --
16      THE COURT:  Do you have any objection to the
17  deposition going forward here in the courthouse?
18      MR. TICKTIN:  Yes, because, again, they're
19  eating up my day. It would take us, probably, at
20  least another hour to get to the courthouse and get
21  there and get set up with the video and everything
22  that we have set up here, and -- and you know, this
23  is my one opportunity to take Mr. Coomer's
24  deposition and -- and already it looks like it's
25  going to be, you know, going late.

Page 15

01      And then, you know, basically this is what I'm
02  getting. This is all stall tactic, Your Honor.
03  There's no reason -- I'm sitting within, within a
04  foot. I'm literally -- my hand is six inches away
05  from -- from Council. What's his name again?
06      MS. LAMBERT:  Mr. Cain.
07      MR. TICKTIN:  Mr. Cain.   And - and he's calm.
08  I'm calm. Nothing's -- nobody's - nothing's
09  happened.
10      Nobody took a swing at anybody. Nobody's --
11  nobody's in any danger here. I think we can go
12  forward here, because I just don't want to eat up
13  the time. That's the -- that's -- nobody's in
14  danger, Your Honor.  If anybody were in any danger,
15  it'd be a different story.
16      THE COURT:  All right, the Court's going to
17  grant the motion to exclude Mr. Oltmann from
18  physically being present at the deposition. If you
19  want him to listen into the deposition, then you
20  can have him listen in remotely, but he's not going
21  to be sitting in the room during the deposition.
22  The deposition will go forward, as noticed at the
23  hotel.
24      If there's any other action that puts any --
25  makes anyone feel that their safety is in jeopardy,

Page 16

01  then the Court will instruct the parties to
02  immediately stop the deposition and come to the
03  courthouse. I will say, if there is any further
04  action by any of the attorneys to create an unsafe
05  atmosphere, then the Court will hold those
06  attorneys responsible and impose whatever sanction
07  the Court deems appropriate.
08      We'll get to the bottom of what happened here
09  today at a different time, but I will say this is
10  highly inappropriate. It's not something that any
11  judge should have to deal with. Counsel should not
12  be laying hands on each other, making any kind of
13  physical contact and aggressive manner in any way.
14  We'll get to the bottom of it, and there will be
15  consequences for what happened today, once I figure
16  out what exactly what happened.
17      But under no circumstances is anything like
18  that to occur for the remainder of this deposition.
19  And if there is, you best believe that there will
20  be severe consequences. I made myself clear,
21  gentlemen?
22      MR. TICKTIN: Yes, Your Honor.
23      MR. CAIN: You did.
24      THE COURT:  All right, we're adjourned.
25              * * * * *

Page 17

01      (End of excerpt.)



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

Page 18

```
01                    CERTIFICATE OF REPORTER
02   STATE OF FLORIDA
03   COUNTY OF HILLSBOROUGH
04
05         I, MICHELLE LAGOA, Court Reporter and Notary
06   Public for the State of Florida, do hereby certify that
07   I was authorized to and did digitally report and
08   transcribe the foregoing proceedings, and that the
09   transcript is a true and complete record of my notes.
10
11         I further certify that I am not a relative,
12   employee, attorney, or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorneys or counsel connected with the action, nor am
15   I financially interested in the action.
16
17         Witness my hand this 31st day of January, 2026.
18
19
20   Michelle Lagoa
     _____
21   MICHELLE LAGOA, CER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**1**

**1997**
12:14

**5**

**54**
11:25

**6**

**615**
12:14

**8**

**80**
10:25

**A**

able
12:18 14:4,9

about
6:7 7:3,16 11:21
14:13

absolutely
10:24

action
15:24 16:4

add
5:2

addition
7:25

address
12:1,3 13:15,17

adjourned
16:24

adverse
14:11

after
7:20 11:17

again
14:18 15:5

against
7:1,5 11:4

aggressive
16:13

aggressor
11:14

ago
7:17

agree
7:16

agreement
5:8

all
5:13 14:4 15:2,16
16:24

already
14:24

Alright
6:1,4 8:20 10:22
13:7

also
6:23 12:11

alternate
10:1

always
7:7

amazed
10:23,24

among
7:5

another
6:25 14:6,20

answering
5:10

any
6:9 11:2 14:11,16
15:11,14,24 16:3,
4,10,12,13

anybody
15:10,14

anyone
11:2 15:25

anything
5:2 16:17

appeared
7:13

appropriate
8:4,11 16:7

armed
7:7

arrived
6:12

asked
12:24

asking
8:22 9:9,24,25

assault
8:10 9:6 11:18

assaulted
7:22 8:7 9:3 11:10,
18

atmosphere
16:5

attend
8:5

attendee
10:21

attorney
10:24 11:3 13:9

attorneys

16:4,6

available
10:15

aversion
5:10

aware
6:24

away
10:19 11:8,17 13:6
15:4

**B**

background
6:25

bait
7:22

basically
15:1

because
10:10,14 14:18
15:12

before
8:14,20 11:11
14:15

believe
16:19

Ben
6:14

best
16:19

blocks
6:8 10:19

body
11:3,17

bottom
16:8,14

brandishing



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

7:8

**bringing**
6:1

**Byrne**
5:23 6:16 7:21 9:3

**C**

**Cain**
5:4,6,11,13,20,21
6:3,5,6 8:21 9:1,3,
8,12,15,23 10:6,9
15:6,7 16:23

**called**
7:5 8:1

**calm**
15:7,8

**came**
7:17,20 13:1

**can**
8:10 10:1,5 11:11
12:16 14:8 15:11,
20

**can't**
12:22

**career**
8:8 11:24

**case**
7:2,10 11:3,11,21
12:12 13:19,23

**cease**
7:3

**certain**
12:17 14:14

**change**
12:12

**Charlie**
5:20

**circumstances**
9:20 12:17 16:17

**clear**
11:16 16:20

**client**
7:5,11,25 8:2,12

**come**
10:2 14:7 16:2

**comfortable**
8:8,23,24 9:10,16

**company**
12:10,11

**complaining**
11:15

**completely**
14:13

**computer**
14:7

**concern**
7:3

**concerns**
10:15

**conduct**
10:17

**confronted**
7:18

**consequences**
16:15,20

**contact**
7:15 16:13

**contempt**
7:10

**context**
14:15

**conversation**
14:11

**Coomer**
12:20 13:8

**Coomer's**
14:23

**Cotton**
6:14

**Council**
14:11,12 15:5

**counsel**
5:21,23 6:3,11,12
16:11

**court**
5:15,19,24 6:1,4,
24 7:9,15 8:20 9:2,
7,9,13,22,24 10:7,
11,15,22 12:1,2,5,
7 13:3,7,10,13,15,
25 14:16 15:16
16:1,5,7,24

**Court's**
15:16

**courthouse**
10:2,3,14,17,20
11:23 14:17,20
16:3

**create**
16:4

**cyber**
12:10

**D**

**danger**
15:11,14

**data**
12:10

**date**
12:13

**day**
14:19

**deal**
8:10 16:11

**deems**
16:7

**defendant**
5:23

**defendants**
6:15

**Dempsey**
6:13

**Denver**
7:1 10:11

**deposition**
6:7,8 7:18,20 8:5,
15,24 9:11,17
10:3,18 12:8,19
14:17,24 15:18,19,
21,22 16:2,18

**depositions**
10:13 14:10

**desist**
7:4

**didn't**
6:9 7:16

**different**
15:15 16:9

**difficult**
9:19

**disagree**
5:3

**discussion**
5:16 7:20

**District**
8:5

**doesn't**
13:11,21

**don't**
5:8 6:24 10:7
12:13 15:12

**during**
15:21



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**E**

each
16:12

eat
15:12

eating
14:19

effective
12:20

effort
7:14

either
10:19

end
17:1

ends
7:14

Eric
12:19

escape
10:13

essentially
8:17

everything
14:12,21

exactly
16:16

excerpt
17:1

exclude
12:17 15:17

expense
8:12 9:16

expert
6:14 12:9 13:19,
20,21,22,23

extremely
7:11

**F**

fact
7:1 8:3 14:2

fair
5:8,12

faith
5:6

far
8:10,11 12:20

federal
7:9 10:11

feel
15:25

few
10:18

fields
12:10

fighter
11:1

fighting
11:2

figure
16:15

firm
6:20 14:1

first
8:7 12:2

fist
7:19

flown
8:12

Flynn
5:19,20

foot
13:6 15:4

forward
10:5,7 14:17
15:12,22

frankly
8:6

from
6:4,8 8:20 9:5,14
11:8,17 12:7,16
13:1,8 14:5,15
15:5,17

front
7:2

further
16:3

**G**

gentleman
6:13

gentlemen
16:21

get
9:2,23 12:22,25
14:4,20,21 16:8,14

getting
15:2

give
12:18

given
8:7 9:15,20 10:11

glad
10:9

go
5:13 10:5 15:11,22

goes
8:10

going
6:10 9:10 10:25
12:25 14:17,25
15:16,20

good
5:6

grant
15:17

group
8:9

guidance
12:19

gun
7:8

**H**

had
8:15 10:25 11:2,23
14:11

hand
15:4

hands
16:12

hanged
8:2

happen
11:24

happened
9:21 12:23 15:9
16:8,15,16

happening
8:18

has
7:4,7,10 8:1 10:13,
15 12:10,11

hasn't
14:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**have**
5:1,6,8,9,24 6:16,
17,20,25 7:8,24
8:7 9:5,18 10:11
11:14,19,22 13:22
14:14,16,22 15:20
16:11

**having**
7:25

**he**
7:4,7,11,13,18 8:3,
24 9:3 10:24,25
11:7,11,12,17,18,
19,21,22 12:10,11,
25 13:1,11,24
14:3,7,9,10

**he's**
7:1,8 11:12 12:11
13:25 14:3,6,11,12
15:7,20

**hear**
6:4 8:20

**heard**
8:22 11:6

**held**
5:16 7:10

**help**
12:18

**here**
6:12,15,17,20,23
7:13 8:1 9:3 10:5
12:18 14:17,22
15:11,12 16:8

**Hi**
5:20

**highly**
16:10

**him**
5:22 6:16,18,21
7:1,3,8 11:8,17
12:17,18,24 14:5,

13 15:19,20

**his**
6:24 7:8,19,24
11:3,12,17 15:5

**history**
11:20

**hold**
16:5

**Honor**
6:6 8:6 9:15 10:23
11:1 15:2,14 16:22

**hooked**
14:4

**hotel**
9:13 15:23

**hour**
14:20

---

**I**

**I'M**
5:9,21,22,23 8:8
9:7,16,24,25 10:6,
9,23,25 11:1,8,9,
13,20 12:13,17
13:4,5 14:8 15:1,3,
4,8

**I'VE**
11:2,9,10,23,24

**I-C-K-E-S**
6:19

**Ickes**
6:19

**identify**
6:9

**immediately**
16:2

**impose**
16:6

**in**
5:6 7:1,2,9,10,14,
25 8:2,8,12 10:3,
11,14,21 11:2,4,6,
10,11,23,24 12:10,
12,21 13:19,22
14:2,6,17 15:11,
13,14,20,21,25
16:13

**inappropriate**
16:10

**inches**
15:4

**indicated**
7:7

**individuals**
6:9,10

**information**
12:11

**instruct**
16:1

**intimidate**
11:4

**into**
7:20 11:17 12:14
15:19

**issue**
13:17

**it'd**
15:15

**it's**
9:19 14:24 16:10

---

**J**

**jeopardy**
15:25

**Joseph**
6:22

**judge**
5:19,20 7:9 10:11,
12 12:16 16:11

**jury**
10:15

**just**
5:9 8:14 9:7 11:15
15:12

---

**K**

**key**
12:12

**kind**
8:16 11:20 12:11
16:12

**know**
6:24 11:7,19 12:25
14:4,10,12,13,14,
22,25 15:1

---

**L**

**Lambert**
6:13 15:6

**late**
14:25

**later**
13:15

**law**
13:25

**lawsuit**
7:1

**lawyer**
5:7 7:24

**laying**
16:12

**least**
14:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**let's**
5:13 12:24

**letters**
7:4

**listen**
15:19,20

**literally**
15:4

**lobby**
9:5

**longer**
12:14

**look**
13:7

**looks**
11:12 14:24

---

**M**

**made**
11:13 16:20

**Magistrate**
10:12

**make**
5:11 11:16

**makes**
7:11 15:25

**making**
16:12

**man**
11:11,14

**manner**
16:13

**Marriott**
6:8

**Martinez**
7:9

**Martinez's**
10:12

**matter**
12:2

**me**
6:4 7:15,18,19,21,
22,24 8:17 9:4,19
11:4,8,17,18 12:19
13:2 14:3

**mean**
14:14

**mentioned**
10:9

**Middle**
8:4

**might**
11:19

**mine**
11:17

**minutes**
7:17

**misstate**
5:2

**morning**
6:6

**motion**
6:2 15:17

**move**
10:7

**much**
10:16

**muscle**
11:13

**my**
5:1 7:5,11 8:1,8,
10,12 11:24 14:19,
23 15:4

**myself**
16:20

---

**N**

**name**
10:12 15:5

**named**
6:14

**need**
9:23 13:17

**needed**
11:22

**needing**
14:8

**never**
11:2,9,23

**nine**
12:22

**no**
6:16,17,20 12:14
14:2,9 15:3 16:17

**Nobody**
15:10

**nobody's**
15:8,10,11,13

**not**
7:14 8:3,8,15,23
9:16 10:20 11:1,8,
13,20 12:13 13:4,
20 15:20 16:10,11

**nothing's**
15:8

**notice**
6:9,22 7:13

**noticed**
6:7 15:22

**now**
8:6,12 9:13 11:15
13:17

---

**O**

**o'clock**
12:22

**object**
8:18

**objection**
6:16,18,20 12:5
14:16

**obvious**
7:12

**obviously**
6:17

**occur**
16:18

**off**
5:13,15,16

**Okay**
5:5,11,13,24 9:7
13:3

**old**
10:25

**Oltmann**
6:22,25 7:3 8:1,14,
18,25 9:18 10:10,
20 12:4,6,7,9
13:18 15:17

**on**
7:8,16,23 11:16
12:18 16:12

**once**
16:15

**one**
6:16 14:23

**only**
10:18 13:20

**opportunity**
14:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**order**
  5:1 8:16 12:16

**ordered**
  10:13

**orders**
  6:15

**other**
  6:10 10:4 11:5,21
  15:24 16:12

**others**
  7:6

**otherwise**
  10:20

**our**
  8:12 10:21

**out**
  5:7 11:4,13 12:21,
  24 14:7,13,14
  16:16

**outside**
  7:17

**over**
  13:2

**P**

**pack**
  10:2

**part**
  7:22 8:10 10:10
  14:6

**parties**
  6:17 10:2 16:1

**Patrick**
  5:23 7:21

**pending**
  7:1

**people**
  11:6 12:22

**person**
  12:12

**Peter**
  5:22

**physical**
  16:13

**physically**
  15:18

**Plaintiff**
  6:3

**plaintiff's**
  5:21

**play**
  12:15

**podcast**
  7:8

**point**
  9:15

**practicing**
  11:24

**prefer**
  10:16

**prepared**
  8:13

**present**
  6:10 8:14,19,25
  9:18 15:18

**probably**
  14:19

**proceed**
  8:13 9:17,20

**proceeding**
  5:18 8:9,23,25
  9:10

**protective**
  6:15 8:15

**public**
  7:4

**publicly**
  7:4 8:1

**push**
  11:8,16

**pushed**
  7:18,21 11:3,17

**pushing**
  7:24

**put**
  12:14

**puts**
  15:24

**Q**

**questions**
  5:10 14:5,7

**quite**
  8:6

**R**

**raised**
  7:19

**read**
  14:10

**reason**
  14:9 15:3

**reasons**
  7:12

**record**
  5:14,15,17 11:2,16

**related**
  7:10

**relief**
  9:14 10:4

**relying**
  12:18

**remainder**
  16:18

**remotely**
  15:20

**removed**
  12:7

**reporter**
  5:15,24

**require**
  13:21

**requires**
  13:23

**resolve**
  7:15

**response**
  10:22

**responsible**
  16:6

**resumed**
  5:18

**retained**
  13:25

**right**
  5:4,13 8:6,11 9:13
  12:9 13:1,17 15:16
  16:24

**room**
  7:21 10:15 11:5,7
  13:22 14:6 15:21

**rule**
  12:14 13:21,23

**rules**
  8:5 12:12

**ruling**
  5:1



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

---

## S

**safety**
15:25

**said**
8:24 10:18 12:24

**same**
7:21,25 11:9

**sanction**
16:6

**sanctioned**
7:9

**say**
8:23 16:3,9

**saying**
13:18 14:12

**security**
10:17 11:22

**see**
11:12 14:8

**seeking**
9:14

**seem**
13:11

**sent**
7:3

**separate**
8:22

**serving**
13:18

**set**
14:21,22

**setup**
13:5

**severe**
16:20

**short**
5:16

**should**
10:20 16:11

**signed**
6:15 8:15

**sir**
5:25

**sitting**
13:1,5 14:6 15:3,
21

**situation**
8:9 11:10

**six**
15:4

**some**
11:21

**someone**
8:4

**something**
11:22 16:10

**sorry**
5:9

**sounds**
8:21

**specific**
6:9 8:3

**stall**
15:2

**stalling**
12:21

**Starnella**
10:13

**start**
7:17 12:21

**started**
11:7

**statement**
5:1,11

**stature**
11:12

**stop**
16:2

**story**
15:15

**strike**
7:19

**struck**
11:12

**supposed**
12:21

**sure**
11:21 12:13 13:4

**swing**
15:10

---

## T

**tactic**
15:2

**take**
10:3 14:19,23

**taken**
14:14

**taking**
12:19

**talking**
11:21

**technician**
6:19

**tell**
13:5

**ten**
7:16

**terms**
8:2

**testimony**
9:23

**than**
6:10

**that**
5:1,2,7,8 7:7,16,
20,22 8:4,7,11 9:2,
14 10:2,4,9 11:6,7,
16,23 12:2,11
13:15,17,21,23
14:9,12,22 15:24,
25 16:10,18,19

**that's**
5:12 7:14 8:9,17
9:25 10:4 12:23,25
13:24 15:13

**their**
15:25

**then**
5:11 7:18 8:24
10:16 15:1,19
16:1,5

**there**
7:19 12:16,24
14:21 16:3,14,19

**there's**
14:9 15:3,24

**thereupon**
5:16

**these**
9:19 10:13,14
12:10,22

**they**
11:7 13:22,23 14:7

**they're**
14:18

**they've**
12:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**thing**
7:25 10:1,10 11:20
12:21

**things**
8:22 14:14

**think**
5:6 11:15 12:13
13:2 15:11

**thirty**
8:8

**this**
5:9,19,20 6:6 7:15
8:9,14,16 9:15
10:17,24 11:3,7,
11,14,20 12:12,21,
22 13:4,19 14:8,22
15:1,2 16:9,18

**those**
16:5

**though**
10:19

**thought**
8:22

**Ticktin**
5:3,5,9,12,22,23,
25 6:13 7:16,17
8:21 10:22,23
12:4,6,9 13:4,8,10,
11,13,14,20 14:2,
18 15:7 16:22

**Ticktin's**
6:20 9:6

**time**
8:7,11 11:9 13:16
15:13 16:9

**today**
7:13 10:5,8 16:9,
15

**took**
15:10

**treason**
8:2

**tried**
5:7 7:21

**try**
7:15

**trying**
11:4

**two**
6:7 8:22

**types**
10:14 14:7

---

## U

**uncomfortable**
7:11

**under**
8:4 9:19 12:17
16:17

**understand**
9:18,22,25 10:8
11:19 12:1

**undertaking**
8:16

**unprecedented**
8:17

**unsafe**
16:4

**up**
10:2 11:3 12:25
14:4,19,21,22
15:12

**upset**
13:12

**us**
14:19

---

## V

**video**
7:23 14:21

**view**
10:21

**violence**
7:5

---

## W

**want**
9:20 10:1,4,5,7
11:16 15:12,19

**way**
10:19 16:13

**we**
5:3,6,7,24 6:6,7,
12,16,17,20,25 7:8
8:10,13,18 9:21,23
10:1,10 11:14,15
12:1,22 13:15
14:22 15:11

**We'll**
16:8,14

**we're**
5:15 10:18 12:21
16:24

**we've**
7:3 14:4

**weakling**
11:9

**week**
11:1

**went**
12:24

**were**
6:7,10 11:6 15:14

**whack**
14:13

**what**
9:20,24,25 12:13,
23 13:5,24 14:10
15:1 16:8,15,16

**what's**
8:17 14:10 15:5

**whatever**
16:6

**when**
6:12 12:25

**where**
7:14 11:10,22
12:14 13:1 14:6,8

**whether**
9:9 13:4

**who**
6:1,10,14,15,19
8:1,14 11:14 12:20

**who's**
11:15

**whose**
10:12

**why**
9:25

**will**
9:16,17 12:1 13:5,
15 15:22 16:1,3,5,
9,14,19

**with**
5:22 8:9,11,23
9:10,17 10:10 12:2
14:3,11,21 16:11

**within**
11:1 15:3

**without**
6:22 7:13 8:13,25
9:17



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Eric Coomer vs Patrick Bryne, Steven Lucescu & The America Project
Coomer, Dr. Eric on 01/27/2026

**witness**
7:2 8:3 9:5 13:20,
22

**Wong**
10:12

**work**
5:7

**working**
14:3

**would**
8:4 10:16 14:19

**wouldn't**
14:9

**wrong**
9:2

---

**Y**

**Yeah**
13:14

**years**
8:8 10:25 11:25

**yes**
5:25 9:8 10:16,23
14:18 16:22

**yet**
7:13

**you**
5:1 6:4,8 7:2 8:23,
24 9:9,14,18,24,25
10:4,5,7,9 11:11,
19 12:25 13:5
14:3,12,13,14,16,
22,25 15:1,18,19
16:19,23

**you're**
8:21,23 13:18

**young**
11:11

**your**
5:11 6:6 8:6 9:15
10:19,23 11:1
13:25 15:2,14
16:22



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com