# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

# EXHIBIT 16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

## DECLARATION OF SHABINET CRAWFORD

1. "My name is Shabinet Crawford. I am over the age of twentyone years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2. "I am employee of the Marriott Hotel located at Courtyard by Marriott Tampa Downtown 102 E Cass Street, Tampa, FL 33602.

3. "I was working at the coffee shop in the Marriott lobby on the morning of January 27, 2026, when I witnessed a confrontation that occurred in front of me at approximately 9:40 a.m. This occurred shortly before my shift was over.

1

4. "I first noticed the confrontation when I heard a raised voice by an older man shouting at another man in what appeared to be an argument. At first, I did not think it was an actual argument but quickly realized it was, in fact, real.

5. "I heard the older man shouting about a phone call, and then I witnessed the older man, who I later learned was attorney Peter Ticktin, instigate a physical confrontation with another attorney, who I later learned was Charlie Cain. I saw Mr. Ticktin reach out and shove Mr. Cain twice. I also saw Mr. Ticktin raise his fist as if to strike Mr. Cain but then he lowered it and did not do so. During this incident, Mr. Cain was talking to Mr. Ticktin and was to telling him to "go on" and asking him "are you serious" or words like that. Mr. Cain did not retaliate against Mr. Ticktin, did not raise his hands or fists, and did not push or shove Mr. Ticktin.

6. "The incident was brief, but it happened approximately ten feet right in front of me and I had a clear view of it. After that incident, the attorneys proceeded to my right towards the hotel conference room, and I did not see any other confrontation or further incidents.

7. "Shortly after the incident, I recounted what I witnessed to Mr. Cain at his request and agreed to memorialize it in this Declaration.

8. "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of Florida that the foregoing is true and correct."

2

Further Declarant sayeth naught.

Executed on the 28th day of January 2026, in Tampa, Florida.

*S. Crawford*
Shabinet Crawford, Declarant

3