# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
     Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
     Defendants

---

## EXHIBIT 19

---

 **Patrick Byrne** ✔ @PatrickByrne    1h

Coomer and his lawyer were overheard in lobby agreeing that they need to get out of this any way they can.

Coomer's attorney just bumped on on my lawyer Peter Ticktin (80)  trying to get a fistfight started.

 **Patrick Byrne** ✔ @PatrickByrne · 1h     ···

I'm deposing Eric Coomer today. Last week he asked the judge to limit us from asking about Venezuela China and Iran.

Last night judge sided with us.

Eric trying to cancel deposition now!

Eric DESPERATELY trying to cancel deposition today!

Judge siding with us!

💬 59          ⟲ 461          ♡ 1.2K          ᐧ�‖ᐧ 11K          🔖          ⬆

 **Patrick Byrne** ✔
@PatrickByrne                    **Subscribe**     ···

Updates coming continuously.

stay tuned & retweet

8:18 AM · Jan 27, 2026 · **3,262** Views

💬 11          ⟲ 37          ♡ 209          🔖 1          ⬆



**Patrick Byrne** ✅ @PatrickByrne · 2h

I'm deposing Eric Coomer today. Last week he asked the judge to limit us from asking about Venezuela China and Iran.

Last night judge sided with us.

Eric trying to cancel deposition now!

Eric DESPERATELY trying to cancel deposition today!

Judge siding with us!

💬 97          🔁 838          ♡ 2.3K          📊 20K          🔖  ⬆️

**Patrick Byrne** ✅ @PatrickByrne · 2h

Updates coming continuously.

stay tuned & retweet

💬 13          🔁 57          ♡ 376          📊 5.3K          🔖  ⬆️



**Patrick Byrne** ✅
@PatrickByrne

**Subscribe**

I've learned I cannot tweet during this about the lies we are hearing.

10:50 AM · Jan 27, 2026 · **140** Views

**Mark Cook** ✔
@PatriotMarkCook

Courtesy of ERIC COOMER when he worked for SEQUOIA! Pay attention to this summary, and the email is attached!

Transmitting results via WIRELESS MODEM

Updating throughout the night by wireless communication

External tally source

Append/Replace the tally data coming from the SPP file

Changed logic for machine count in by location block to sum over all location assignments for precinct

Ordered precinct lists by voter reg

Rotate**AZ**PrecinctWeight to assist precinct voter registration weighting of rotation for **AZ**

Distribute rotation sets across precincts for a contest based on registered voters so that all rotation sets have approximately equal voter representation.

HELLO!?!?? McFly?!?!?!

@WethePeopleAZA1 @GailGolec

From: Eric D. Coomer
Sent: Tuesday, April 25, 2006 5:55 PM
To: Allarakhia, Salima; Anderson, Dave; Anderson, Dave W.; Barton, Brian; Cox, Bryan; Eric D. Coomer; McKinney, Mark; Ponia, Sachin; Roark, Keith; Romero, Susan; Sobey, Margaret; Sweet, Tom; Tarbox, Michael; Vedi, Puneet; Weinel, Doug
Subject: FW: WinEDS Release V3.1.023

The location of new build is:
\\denspc1\driveg\PvedI\WinEDS3.1\Version3.1.023

Change Notes for WinEDS WorkStation

**OCX and DLL validation:**

1. Error message description is refined.
2. If there is a OCX or DLL missing then the error message will list those files
3. If any OCX or DLL is not valid then WinEDS will list all those files

**Brief on SPR Host:**
    This is a new functionality. On Election night Insight can transmit the results via wireless modem. These results are collected into one file (with extension of SPP) on a server and updated through out the night by wireless communication via insight modem.
    To tally using SPR Host, create tally type of Insight and tally source of external. Using tally wizard choose tally type of insight with external tally source in "select tally type" pane of wizard. Select "Load from SPR Host" radio button from "Select Source" pane of tally wizard. After finishing the wizard SPR Host tally window will pop open (the title needs to be reworked, ignore title on this window for now). Select SPP file from by clicking the button next to the select SPP file field. The Start button will light up once a valid SPP file is selected.
    At this time user has the option to either append or replace the tally data coming from SPP file. If append is chosen then only new data will be read since the last time a successful tally is done. Replace will wipe out all the that is being read from SPP file so far and re read the file from scratch (Note only winEDS DB is affected not the SPP file when replace option is selected).
    Once start button is clicked then the tally will poll the SPP files periodically to check new data transmitted from insight. If new data is found then it will tally the new data in append mode.

Please feel free to contact me if you have questions or suggestion.
Thank You
Puneet Vedi

Server installation release notes:

| Script | Module | Line # | Date | Developer | Modification notes |
|---|---|---|---|---|---|
| Election_SP.sql | up_Provisional_Status_Insert | 34567 | 4/18/2006 | Ecoomer | Edited incorrect alias for table join |
| | up_Provisional_Status_Delete | 34567 | 4/20/2006 | Ecoomer | Edited incorrect alias for table join |
| | bart_sp_processed_insert | 5908 | 4/20/2006 | ECoomer | Changed logic for machine count in by location block to sum over all location assignments for precinct. |
| | | | | | Added variables @TotalVoters, @PrecinctCount. Ordered precinct list by voter reg descending. added call to procedure up_RotateAZPrecinctWeight to assist precinct voter registration weighting of rotation for AZ |
| | up_RotateAZ | 36376 | 4/21/2006 | Ecoomer | Procedure distributes rotation sets across precincts for a contest based on registered voters so that all rotation sets have approximately equal voter representation. |
| | up_RotateAZPrecinctWeight | 36402 | 4/21/2006 | Ecoomer | added tally_type_ID check when checking for unassigned cart |
| | bart_haat_get_data | 33973 | 4/25/2006 | Ecoomer | Fixed incorrect table alias for con_bh. was contest_ballot_Header |
| | bart_layout_grid | 7665 | 4/25/2006 | Ecoomer | Added This procedure creates a file used to export precinct tally results for Louisiana |
| | up_LAStateExport | 36982 | 4/25/2006 | Ecoomer | Added This procedure creates a file used to export test data for verifying the format of the LA state export. |
| | up_LAStateExport | 37105 | 4/25/2006 | Ecoomer | |
| Server Install | N/A | N/A | 4/25/2006 | ECoomer | Added jurisdictional scripts for Arizona and Michigan |

11:24 AM · Jan 27, 2026 · **7,279** Views

 28     334     492     101

**Mark Cook** ✓
@PatriotMarkCook

Why were scripts running at installation/upgrade time changed to encrypted SQL scripts?

What did the scripts DO?

What was the purpose of encrypting them prior to them being automatically executed during the upgrade/installation?

What was HIDDEN in those scripts???

-----Original Message-----
**From:** Vedi, Puneet
**Sent:** Wednesday, December 28, 2005 12:12 PM
**To:** Sweet, Tom
**Cc:** Allarakhia, Salima; ▬▬▬ Weinel, Doug; Eric D. Coomer
**Subject:** WinEDS Build Version 3.1 Release

Tom,
I have created a new Version for WinEDS V3.1.000. As we discussed Debbie's machine is ideal for testing this release.

The help about etc. should show version 3.1.000
The workstation will install in c:\Program....\Wineds3.1 directory

The new server install will use encrypted sql scripts. It will create a scripts.bin file in install directory of server. When upgrading or creating WinEDS server, the server will execute appropriate scripts from the encrypted scripts.bin file.

I have not tested this on my machine, since I do not want to mix the 3.0 with 3.1. Let me know how the install goes.

Thanks
Puneet

1:24 PM · Jan 27, 2026 · **209** Views

 2     8     20     4    



**Joe Oltmann**
3m · 🌐

BREAKING: I am at the Deposition of Eric Coomer in the matter of Patrick Byrne, et al. Charlie Cain, attorney for Eric Coomer assaulted Peter Ticktin several times. He assaulted an 80 year old after losing the motion to suppress questions related to Serbia, China, and Venezuela.

👍❤️ 7                                                                                    2 shares

👍 Like                          💬 Comment                          ↪ Share

Write a comment...

**Joe's Post**



**Joe Oltmann**
1h · 🌐

···

BREAKING: I am at the Deposition of Eric Coomer in the matter of Patrick Byrne, et al. Charlie Cain, attorney for Eric Coomer PHYSICALLY assaulted Byrne's attorney Peter Ticktin several times. He assaulted an 80 year old after losing the motion to suppress questions related to Serbia, China, and Venezuela.

👍😮 109

29 comments  15 shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

**Monica Walker Mimier**
Assaulted in what way?

1h   Like   Reply       2 👍

**Sally Johnson**
Verbally?..wth

1h   Like   Reply   👍

**Zeal Lanthanō**
Wtf?? Did this just happen?

1h   Like   Reply       4 👍

**Corey Wilson**
isn't falsely accusing someone of assault libel? But don't worry you can always use the "I'm a clown and an entertainer who no one should take seriously" defense like fox news did.

1h   Like   Reply   Edited                                    👍

**Caroline Hancock** ✓
**Corey Wilson** what are YOU doing for the betterment of The world today champ?

52m   Like   Reply                          4 👍❤️

**Corey Wilson**
**Caroline Hancock**doxing fascists.....

46m   Like   Reply



Corey Wilson

Does this mean you'll show up to your own deposition?

1h    Like    Reply



**Corey Wilson**

Federal judge rejects conservative podcaster's attempt to 'blame his spam folder' for missing deadline - Colorado Politics https://share.google/eEABB3x4M9gORai3e

1h    Like    Reply

**Joe Oltmann**
21m · 🌐

I cannot get into details but the deposition is going well. this is something I can however share... Not looking good for Coomer.



ROCKYMOUNTAINVOICE.COM

**Eric Coomer's court admissions reignite unresolved questions in Colorado's Mesa County election case - Rocky Mountain Voice**

👍❤️ 17                                      2 comments  5 shares



Your Values.    RMVA    Subscribe For Free    ☐    f    ●
Your Voice.    the rocky mountain voice

Read ▾   Listen   Watch   Speakers Bureau   Calendar   Sponsors ▾   About Us   Contact   Donate   🔍

# Eric Coomer's court admissions reignite unresolved questions in Colorado's Mesa County election case

*On January 28, 2025*



By A.J. Gundar | Guest Commentary, Rocky Mountain Voice

Recent court filings in Coomer v. Byrne et al., Case No. 8:24-cv-00028-TPB-SPF (M.D. Fla.), contain sworn admissions by Dr. Eric Coomer, the former Director of Product Strategy and Security for Dominion Voting Systems, that materially alter the public understanding of missing information with U.S. election systems technology.

Filed on January 23, 2025, Coomer's responses acknowledge that he worked directly with foreign individuals and foreign-based employees on Dominion voting equipment, adjudication software, election system code, and programming.

The sworn responses themselves are contained in the court filing below.

Case 8:24-cv-00028-TPB-SPF   Document 158   Filed 01/23/25   Page 1 of 45 PageID 3235

## EXHIBIT A

As further admitted that Dominion employees had the ability to connect to Dominion equipment located in the company's Denver headquarters for troubleshooting purposes.

These admissions come after years of categorical public statements by Dominion and its executives denying foreign involvement in the company's voting systems.

Byrne's legal team summarized the relevance of these admissions in a court filed attachment, embedded below.

Case 8:24-cv-00028-TPB-SPF   Document 174   Filed 01/23/25   Page 1 of 4 PageID 3135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ERIC COOMER,
    Plaintiff,
v.
PATRICK BYRNE, STEVE LUCESCU, and THE
AMERICA PROJECT, INC.,
    Defendants.

ADMISSION TO PATRICK BYRNE'S RESPONSE
TO PLAINTIFF'S FIRST REQUESTS
FOR ADMISSION FOR PROTECTIVE ORDER

The Defendant, Patrick Byrne, by and through his undersigned counsel, hereby files this Admission to Patrick Byrne's Response To Plaintiff's First ...

As Patrick Byrne explained in an interview last week with Emerald Robinson, the significance of this filing is not merely what was admitted but that it contradicts five years of prior denials.



Colorado Madness and Patrick Byrne discuss new court admissions by former Dominion executive Eric Coomer on The Absolute Truth. The segment begins at 58:54

"For five years, Dominion's been saying, 'we're an American company,...' no foreign, this, no things that 'that that we think they's been lying to you.' Now they've been admitting these, so you know that this was all foreign, they were all foreign workers that have been denied for five years. It's finally been acknowledged under oath and it is a legal response by Eric Coomer."

### Foreign Interaction with Adjudication Software and Election Code

In sworn responses, Coomer admitted that he discussed code adjudication software, election system code, and programming "at a code-based level" with Dominion employees he understood to be from foreign countries.

Byrne emphasizes also that Dominion had a legal and security consultant. "Everybody who touches this kind of code is supposed to be treated like for nuclear weapons... There's not supposed to be a bunch of Serbians and Venezuelans inside the code that 'you can democracy by us.'"

While Coomer denies that foreign employees had remote access to voting machines deployed in customer jurisdictions, he did acknowledge that Dominion employees could connect to Dominion equipment located in Denver.

"They admit right here that Dominion employees had the ability to connect to Dominion equipment in Dominion's Denver office to troubleshoot technical issues."

### The Adjudication Patent and Network/Logistic Architecture

Coomer also identified as the use of the individuals responsible for the conception of the high-level architecture and functionality of Dominion's adjudication system.

That system is described in U.S. Patent No. 9,202,113, on which Coomer is a named inventor. The patent outlines network-based adjudication workflows, including centralized review and processing of ballot images. While a patent does not prove that a system was used in a specific election, it establishes what the system was designed to be capable of "with adjudication of the votes performed by the system via an adjudication system that is located either locally or remotely."

This architectural reality stands in tension with repeated assurances given to state and county officials—particularly in Colorado—that voting systems were not networked and were incapable of remote interactions.

Attention was paid to filings describe the adjudication system architecture that differs from assurances given to election officials. This exhibit is embedded below.

United States Patent

### Why this Matters to Colorado and the Tina Peters Case

The Mesa County tension images created in May 2021 before Colorado changed its election rules, documented anomalies including duplicate databases, entries networking components, and unexplained configuration changes following a "trusted build."

These findings were never rebutted with a forensic audit.

Instead, the State directed that the equipment, prosecuted the preservation of election records, and later charged statutory and regulatory definitions to exclude certain digital logs from the definition of "election records."

Against that backdrop, Coomer's admissions validate their concerns raised in Mesa County were not speculative.

Byrne underscored that Coomer is still attempting to deny exposure into specific countries despite these admissions: "He's still (the thing admitting) that the judge accepts that we can't talk about that. Venezuela, Serbia or China."

### Allegations of Intelligence-linked Election Interference

During the interview, Byrne went further, alleging that U.S. intelligence agencies were aware of and involved in the global spread of election technology, originating in Venezuela. These statements represent Byrne's allegations, not established findings.

"The CIA became aware of what the Venezuelans were doing ... and they've been in interest since at least 2003."

"In July 2009 they set up at NSA in Annapolis staffed by George Soros, funded by the CIA (cash 2010), whose sole mission was to propagate this Venezuelan junk throughout the world."

Byrne asserted that these activities amounted internationally and cited sworn testimony he says made seen earlier by four J foundation PJ Mexia, a former Intelligence contractor.

In a declaration filed under penalty of perjury in Kistane Powell's 2020 election litigation, Mexia stated that he worked as a private contractor on election-related software and networking connectivity including identifying networking connectivity and component linkages used by Dominion-class systems.

The full declaration, containing Mexia's claims and technical assertions, is embedded below.

Mexia alleged that U.S. intelligence agencies and government funded contractors supported the deployment of election technology deep across international "physical systems chips that would have election machine that would allow U.S intelligence agencies became aware of, and later learned the global spread of foreign origin election technology.

In a September 2020 sadly interview, Mexia publicly stated: "I've began an East I has 65 countries outside the U.S. ... was a private contractor and that was my job."

Mexia's claims were never tested in a full evidentiary hearing. However, his sworn testimony anticipated key elements now confirmed by Dr. Coomer's admissions: namely, foreign involvement in election system code and multi-layered software architectures previously dismissed as conspiratorial.

Taken together, Byrne's current statements, Coomer's sworn admissions, and Mexia's now dormant point to the same questions: Colorado officials declined to examine before prosecuting those who sought to preserve the records.

### Conclusion

The newly filed admissions in Coomer v. Byrne do not establish that any specific election outcome was altered. They do, however, establish something most foundational: that foreign interaction with U.S. election system technology occurred at levels previously denied, and that the concerns raised by Mesa County were legitimate subjects for forensic examination.

Colorado did not disprove those concerns. It criminalized them.

With sworn admissions now confirming foreign involvement in discussions of adjudication software, election system code, and architectural capabilities, the unresolved technical access to Dominion equipment in Denver, the question facing policymakers and courts is no longer hypothetical.

## Why was transparency punished instead of investigated?

**Author's note:** Opinions expressed in commentary pieces are those of the author and do not necessarily reflect the opinions of the management of the Rocky Mountain Voice, but even as we support the constitutional right of the author to express those opinions.

Dr. Posted in Rocky Mountain Voice, State, Top Stories

Tagged: Colorado Madness, Court Filings, Dominion Voting Systems, Election Integrity, Election Security, Eric Coomer, Mesa County, Patrick Byrne, Tina Peters, Transparency, Accountability, Accountability, Voting Technology



**Joe Oltmann** ✔
@Joeoltmann

BREAKING: I am at the Deposition of Eric Coomer in the matter of Patrick Byrne, et al. Charlie Cain, attorney for Eric Coomer assaulted Byrne's attorney Peter Ticktin several times. He assaulted an 80 year old after losing the motion to suppress questions related to Serbia, China, and Venezuela.

Last edited 8:55 AM · Jan 27, 2026 · **5,471** Views

 43           178           395           22          

**Joe Oltmann** ✔ @Joeoltmann 9D

BREAKING: I am at the Deposition of Eric Coomer in the matter of Patrick Byrne, et al. Charlie Cain, attorney for Eric Coomer assaulted Byrne's attorney Peter Ticktin several times. He assaulted an 80 year old after losing the motion to suppress questions related to Serbia,

Show more

💬 43          ↻ 186          ♡ 406          ᴨ 5.7K          🔖 ⬆

**dmoliver57** ✔ @dmoliver57 · 2h

Assaulted verbally or physically?

💬 1          ↻          ♡ 11          ᴨ 580          🔖 ⬆

**Joe Oltmann** ✔
@Joeoltmann

physically

9:07 AM · Jan 27, 2026 · **571** Views

💬 3          ↻ 1          ♡ 22          🔖          ⬆



**Joe Oltmann** ✔ @Joeoltmann

BREAKING: I am at the Deposition of Eric Coomer in the matter of Patrick Byrne, et al. Charlie Cain, attorney for Eric Coomer assaulted Byrne's attorney Peter Ticktin several times. He assaulted an 80 year old after losing the motion to suppress questions related to Serbia, China, and Venezuela.

💬 43          🔁 187          ♡ 410          �𝗂𝗅𝗂 5.7K          🔖 ⬆️



**Kat** ✔ @Azfunaziam · 54m

Eric Coomer is no choir boy... he's a viscous unhinged antifa sympathizer

💬 2          🔁 1          ♡ 12          ᒐᒐᒐ 360          🔖 ⬆️



**Joe Oltmann** ✔
@Joeoltmann

100%

10:18 AM · Jan 27, 2026 · **334** Views



**Joe Oltmann** ✔
@Joeoltmann

THIS 👇 👇

 **Patrick Byrne** ✔ @PatrickByrne · 2h

I'm deposing Eric Coomer today. Last week he asked the judge to limit us from asking about Venezuela China and Iran.

Last night judge sided with us.

...

10:19 AM · Jan 27, 2026 · **658** Views

 2           8           43                    



# Joe Oltmann Untamed | Guest Patrick | Time For Accountability | 01.28.26



**UntamedNation** ✔
45.2K followers

Rumble Premium    Follow

👍 67    👎 1    💬 Comments    ⬆ Share    ⬛ Save    <> Embed

🕐 Streamed on: Jan 28, 4:07 pm EST    ▶ 3.03K

Podcasts    Joe Oltmann    Untamed    Conservative Daily

On this episode of Joe Oltmann Untamed, Joe delivers a fiery update on where he's been straight from the front lines of the Eric Coomer deposition in the Patrick Byrne case, where accountability for Dominion lies and election fraud cover-ups is finally closing in. He breaks down the ticking clock on Coomer's deceptions, his lawyers' thuggish antics (including an assault on an 80-year-old attorney), and why truth is surfacing with consequences coming fast, plus fresh ties to Mark Cook's Dominion Serv-U exposé and the FBI raid on Fulton County Election HQ.

Denver Mayor Mike Johnston vows resistance to federal enforcement,



**Joe Oltmann** ✔
@Joeoltmann

Patrick is a warrior.



**Patrick Byrne** ✔  @PatrickByrne · Jan 27

I'm deposing Eric Coomer today. Last week he asked the judge to limit us from asking about Venezuela China and Iran.

Last night judge sided with us.

...

5:39 AM · Jan 28, 2026 · **2,985** Views

 8         30         202         1        

**Joe Oltmann** ✔
@Joeoltmann

I am prohibited from talking about the specifics of the deposition but I can tell you this. Eric Coomer will not be able to run away from him lies much longer. The clock is ticking in so many ways. His lawyer Charlie Cain assaulting Peter Ticktin is yet another example of the thuggish unhinged behavior. I pray he loses his bar card for assaulting an almost 80 year old man, who is pretty tough btw.

With that said, we have been meeting about the extortion, lying and bullying by Eric Coomer's attorneys Charlie Cain and Brad Kloewer. They have put these unhinged lies in filings. Both of these men have spent 5 years lying and actively covering the fraud against the American people. They stood up Eric Coomer and allowed someone who clearly stated Trump was not going to win, he made fucking sure of it, who had the means, the sentiment of radicalism and the character to match, to subvert our election systems.

The thing about time, is truth comes to the surface. When it does, consequences follow.

Over the next couple months we will seek accountability against his unethical lawyers, the judges, the media and the many people on social media who have maliciously and consistently defamed me, Patrick and so many others.

As for the other side of the legal coin. Stand by... things are definitely moving. I have absolute confidence that accountability is coming.

Pray. Stand. Speak. Act.

Ephesians 6:10

5:51 AM · Jan 28, 2026 · **5,831** Views

 29           232           697           20