**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 21**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

        Plaintiff,

v.

PATRICK BYRNE, STEVEN LUCESCU, and THE AMERICA PROJECT, INC.,

        Defendants.
_____/

## DEFENDANT PATRICK BYRNE'S EXPERT DISCLOSURES

The Defendant, Patrick Byrne, by and through his undersigned counsel, hereby serves his Expert Witness Disclosure, pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

## Expert Witnesses

1. Erich Speckin
   Speckin Forensic Laboratories LLC
   120 N. Washington Square, Suite 300,
   Lansing Michigan 49933
   (517) 349-3528

The Defendant has retained Mr. Speckin, a forensic computer and document examination expert, to conduct forensic analyses concerning the 2020 United States election in multiple jurisdictions. His work included review of ballot images and printing characteristics, electronic poll book databases, absentee

ballot and envelope records, tabulation data, and forensic examination of computer systems. Mr. Speckin has prepared a forensic examination report setting forth his findings regarding anomalies in ballot processing, tabulation, and election system data. Mr. Speckin's forensic examination of ballot processing, tabulation, and election system data report is being produced with this disclosure.

2. Benjamin R. Cotton
   CyTech Services / CyFIR, Inc.
   27427 Montana Highway 83,
   Bigfork, MT 59911
   (703) 627-7933

The Defendant has retained Mr. Cotton, a computer forensics and cybersecurity expert, to conduct forensic examinations of computer systems, databases, and digital evidence related to election systems and election infrastructure. Mr. Cotton has over twenty years of experience in computer forensics and cyber investigations, including work for federal government agencies and commercial clients, and has served as a subject matter expert in forensic software and incident response. His work relates to the review of electronic data, system configurations, and forensic artifacts associated with election technology. Benjamin R. Cotton's reports are being served with this disclosure.

3. James T. Penrose, IV
   Tenacity Cyber, LLC
   320 Montgomery Street,
   Laurel, Maryland 20707

2

Mr. Penrose, a cybersecurity and network operations expert, to analyze cybersecurity risks, system architecture, and operational vulnerabilities related to election technology and supporting infrastructure. Mr. Penrose has extensive experience in cybersecurity operations, including senior leadership roles in private cybersecurity firms and prior service in national security agencies, where he focused on network exploitation, vulnerability analysis, and cyber threat operations. His work relates to evaluating system security controls and network operations associated with election systems. James Penrose's reports are being served with this disclosure.

4. Jeffrey Lenberg
   c/o David Clements

Mr. Lenberg, a computer systems and election technology expert, to review election management systems, project files, and tabulation data related to the administration of the 2020 election. His work relates to the technical review of election software configurations, database structures, and system processes associated with vote tabulation and reporting. Jeffrey Lenberg's reports are being produced with this disclosure.

5. Mark Cook, Doug Gould, Walter Daugherty, and Jeff O'Donnell
   WizWare Technologies, Inc
   12081 W. Alamada Pkwy, Suite 439,
   Lakewood, Colorado 80228
   (303) 225-3277

Mark Cook's Mesa Report#1 documents findings from forensic examination of the voting systems of Mesa County, Colorado, used in the November, 2020 General Election. These voting systems represent a portion of overall election sysems infrastructure. The forensic examination found that numerous logfiles had been deleted or overwritten. These logfiles are required to reconstruct the function of the events taking place on the voting systems, and based upon information provided by legal counsel, must by law, be preserved. By comparing file names in the two images, examination and analysis identified a total of 28,989 files that were deleted. During a software update, some replacement of program files and their related content is normally expected. However, the examination found that 695 log and event files necessary for the determination of integrity were deleted.

Mark Cook's Mesa Report#2 documents forensic examination of images of the hard drives of the Dominion Voting System Democracy Suite version 5.11-CO Election Management System server of Mesa County, Colorado. The DVS D-Suite EMS server in that configuration was used in elections held in 2020 and through May 2021, including the November, 2020 General Election, and the April, 2021 Grant Junction Municipal Election.

4

Mark Cook's Mesa Report#3 documents the findings of an examination of tabulated vote databases based on forensic analysis of the drive image of Mesa County Colorado's Dominion Voting Systems Election Management System server. The findings in this report were provide evidence of potentially unauthorized and illegal manipulation of tabulated vote data during the 2020 General Election and 2021 Municipal Election.

Mark Cook's Mesa, Colorado Reports #1, #2, and #3 are being served with this disclosure.

6. Russ Ramsland

    6339 Desco Drive,
    Dallas, Texas 75225

Mr. Ramsland holds an MBA from Harvard University, and a political science degree from Duke University, and has worked with the National Aeronautics and Space Administration (NASA) and the Massachusetts Institute of Technology (MIT), among other organizations, and has run businesses all over the world, many of which are highly technical in nature. He has served on technical government panels. Ramsland's report relates to forensic analysis of the Antrim County Michigan, and is being served with this disclosure.

*/s/ David L. Perry II*
David L. Perry II, Esquire
Florida Bar No. 1045902
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue

                                                                               Deerfield Beach, Florida 33441
                                                                               Serv600@LegalBrains.com
                                                                               Serv514@LegalBrains.com
                                                                               Telephone: 561-232-2222
                                                                               *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this January 15, 2026, with the Clerk of Court using CM/ECF to serve on all counsel of record.

*/s/ David Perry*
David Perry

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222