# EXHIBIT A

EXHIBIT A

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA


TRANSCRIPT OF THE SPECIAL PURPOSE

GRAND JURY PROCEEDINGS

ATLANTA JUDICIAL CIRCUIT
COMMENCING JUNE 14, 2022

**WITNESS:** DR. ERIC COOMER


A P P E A R A N C E S:

ON BEHALF OF THE STATE OF GEORGIA:

NATHAN WADE, ESQUIRE
DONALD WAKEFORD, ESQUIRE
WILLIAM WOOTEN, ESQUIRE
ADAM NEY, ESQUIRE

OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY
136 PRYOR STREET
SUITE 301
ATLANTA, GEORGIA 30303
(404) 612-4981


DENISE D. LEE, CVR, CCR, BS
FULTON COUNTY SUPERIOR COURT
404-612-4607

```
 1                    P R O C E E D I N G S

 2                                       9:00 A.M.

 3            MR. WADE:  MADAM FOREPERSON, HAVE YOU

 4       ASCERTAINED THE COUNT OF THE QUALIFIED GRAND JURORS

 5       IN THE ROOM?

 6              FOREPERSON:  WE HAVE 16.

 7            MR. WADE:  SIXTEEN; WE CAN DO BUSINESS WITH

 8       THAT.

 9              GRAND JUROR:  OKAY.

10            MR. WADE:  ANY -- ANY HOUSEKEEPING BEFORE WE

11       CALL THE FIRST WITNESS?

12              OKAY, THEN.  MR. NAY, WOULD YOU MIND GETTING

13       OUR FIRST WITNESS?  WE'RE GOING TO CALL DR. ERIC

14       COOMER.

15              (WITNESS ENTERS.)

16              WHY DON'T YOU TAKE YOUR SEAT.  OUR

17       FOREPERSON IS GOING TO SWEAR you IN.

18              GRAND JUROR:  WILL YOU RAISE YOUR RIGHT

19       HAND, PLEASE?

20                          ERIC COOMER,

21         HAVING BEEN FIRST DULY SWORN WAS EXAMINED AND

22          TESTIFIED UNDER OATH AS FOLLOWS:

23              MR. WADE:  OKAY.  GOOD JOB.

24                          EXAMINATION

25       BY MR. WADE:
```

1    Q.  ALL RIGHT.  SO GOOD MORNING, SIR?

2    A.  GOOD MORNING.

3    Q.  WOULD YOU PLEASE INTRODUCE YOURSELF TO THESE

4    GRAND JURORS, PLEASE?

5    A.  YES.  MY NAME IS DR. ERIC COOMER.  I WAS FORMERLY

6    THE CHIEF SOFTWARE ARCHITECT AND SECURITY PRODUCT

7    SPECIALIST WITH DOMINION VOTING SYSTEMS.

8    Q.  WHAT -- WHAT DOES THAT MEAN IN ENGLISH?

9    A.  SO I WAS IN CHARGE OF THE NEW PRODUCT DEVELOPMENT

10   WORKING WITH VARIOUS CUSTOMERS FINDING OUT, YOU KNOW,

11   WHERE THEIR DEFICIENCIES WERE IN THEIR PROCESSES AND

12   PRODUCTS.  AND THEN, ALSO, PROVIDING GUIDANCE FOR

13   SECURITY SOLUTIONS TO INCREASE THE SECURITY OF OUR

14   VOTING SYSTEMS -- THE DOMINION VOTING SYSTEMS.

15   Q.  WHAT IS YOUR EDUCATIONAL BACKGROUND, SIR?

16   A.  SO I HAVE -- I HAVE A BACHELOR'S, MASTER'S, AND

17   PHD, ALL IN NUCLEAR ENGINEERING AND NUCLEAR PHYSICS.

18   Q.  YEAH, LET'S UNPACK THAT.  THAT'S A LOT.

19   A.  YEAH.  SO I HAVE A BACHELOR'S DEGREE IN NUCLEAR

20   ENGINEERING PHYSICS FROM WESLEYAN POLYTECHNIC INSTITUTE

21   IN NEW YORK.  AND THEN, I HAVE A MASTER'S AND PHD FROM

22   UNIVERSITY OF CALIFORNIA, BERKLEY, IN NUCLEAR PHYSICS.

23   Q.  SO ARE YOU WHAT'S COMMONLY REFERRED TO AS A

24   ROCKET SCIENTIST?

25   A.  I DIDN'T ACTUALLY STUDY ROCKET PROPULSION.  I --

1    I STUDIED (UNINTELLIGIBLE), AND CELLULAR POWER.

2        Q.    WHAT DOES THAT EVEN MEAN?

3        A.    I WAS LOOKING FOR NEW CLEAN ENERGY SOURCES BASED

4    ON FUSION ENERGIES THAT WHAT HAPPENED TO THE SIDE.  SO I

5    TRIED TO THAT TO COMMERCIAL POWER.

6        Q.    DID YOU EVER WORK IN THAT FIELD?

7        A.    I DID.  YOU KNOW, MOSTLY THROUGH GRAD SCHOOL, A

8    LOT OF MY RESEARCH WAS TO FUND A NEW PROJECT AT ONE OF

9    THE NATIONAL LABS, LAWRENCE LIVERMORE NATIONAL

10   LABORATORY OUT IN CALIFORNIA, AND IT'S CALLED THE NEXT

11   XPX (PH).  BUT I -- I TRANSITIONED OUT OF THAT DEAL AND

12   WENT INTO SOFTWARE DEVELOPMENT SHORTLY AFTER I GOT MY

13   PH.D.

14       Q.    SO YOU'RE PROBABLY THE SMARTEST PERSON IN THE

15   ROOM?

16       A.    I WOULD NOT SAY THAT.

17       Q.    YOU DON'T HAVE TO ANSWER THAT.  THIS GUY IS,

18   CLEARLY.

19            TELL ME, WHAT -- WHAT HAVE YOU DONE SINCE GETTING

20   YOUR DEGREE?  WHERE HAVE YOU WORKED?

21       A.    YES.  SO I -- I'VE DONE -- I'VE DONE QUITE A FEW

22   DIFFERENT JOBS.  I WENT INTO CONSULTING BECAUSE OF THE

23   KIND OF WORK THAT I DID IN MY PH.D, I DEALT WITH LARGE

24   DATA SETS AND ANALYSIS OF DATA.  SO FROM THERE, I WENT

25   INTO WHAT'S CALLED DATABASE DEVELOPMENT, LARGE DATA

1    SETS; ANALYZING THOSE.  AND THEN, I EVENTUALLY

2    TRANSITIONED AFTER DOING SEVERAL CONSULTING JOBS.  IN

3    2005, I ACTUALLY ENJOYED SUPPORTING VOTING SYSTEMS,

4    WHICH DOMINION VOTING SYSTEMS, ACTUALLY, ACQUIRED IN

5    2010.  I WAS HIRED ORIGINALLY TO BE A DATABASE DEVELOPER

6    FOR THEM, BUT THEN QUICKLY ROSE, WITHIN THREE YEARS.  I

7    WAS THE VICE PRESIDENT OF ENGINEERING FOR SEQUOIA VOTING

8    SYSTEMS.  AND THEN, WE HAD ACQUIRED -- WHEN THAT COMPANY

9    GOT ACQUIRED BY DOMINION, I BECAME THE U.S. VICE

10   PRESIDENT OF ENGINEERING FOR DOMINION.  AND THEN, I

11   TRANSITIONED INTO THE, YOU KNOW, CHIEF PRODUCT DESIGN

12   AND SECURITY.

13       Q.  SO THIS DOMINION, IS THAT A COMPANY?  IS THAT A

14   GRANT?  WHAT IS THAT?

15       A.  THAT IS A COMPANY.  DOMINION VOTING SYSTEMS, IT

16   IS A COMPANY THAT DESIGNS, SOLD, AND HAS CONTRACTS FOR

17   THE ENTIRE STATE OF GEORGIA FOR YOUR ELECTION SYSTEM.

18       Q.  ELECTION SYSTEM.  YOU MEAN THE VOTING MACHINE?

19       A.  THE VOTING MACHINES AND THE BACK END, ALL OF THE

20   THINGS THAT ACTUALLY DESIGN THE BALLOTS THAT GIVE

21   CREDIT, AND ALL OF THE TABULATIONS AS WELL.

22       Q.  THAT SYSTEM THAT YOU DESCRIBED, IS -- IS THAT THE

23   SYSTEM THAT GEORGIA USED?

24       A.  YES, IT IS.  YEAH.  I BELIEVE THE CONTRACT WAS

25   FINALIZED IN 2019, AND DOMINION IMPLEMENTED THE NEW

1    SYSTEM STARTING WITH THE 2020 PRIMARY IN GEORGIA.  AND

2    IT WAS ALL 152 COUNTIES.

3            MR. WAKEFORD:  159.  YOU WERE CLOSE.

4            THE WITNESS:  I'VE BEEN OUT OF THE BUSINESS

5       FOR A COUPLE OF YEARS NOW.

6    BY MR. WADE:

7      Q.  SO -- SO IS THAT THE VOTING MACHINE THAT WAS USED

8    IN GEORGIA IN THE 2020 ELECTION CYCLE?

9      A.  BOTH THE PRIMARY AND THE GENERAL.

10     Q.  WERE YOU -- DID YOU TAKE A PART IN GETTING THAT

11   CONTRACT SECURED HERE IN GEORGIA?

12     A.  YES, I DID.  SO I -- I WAS PART OF A -- WOULD SAY

13   A OPEN HOUSE WHERE ALL OF THE ELECTION VENDORS THAT WERE

14   APPLYING FOR THE CONTRACT.  I'VE GOTTA BE HONEST WITH

15   YOU, I CAN'T REMEMBER WHAT TOWN IT WAS IN.  BUT THAT WAS

16   FOR A LOT OF THE STATE LEGISLATURES, BUT I ACTUALLY

17   PRESENTED OUR EQUIPMENT FOR THAT.

18           AND THE, I -- YOU KNOW, QUOTE, UNQUOTE, CONSULTED

19   WITH THE COMPANY AND WITH SOME OF THE STATE

20   REPRESENTATIVES, AND STATE OFFICIALS DURING CONTRACT

21   NEGOTIATIONS.

22     Q.  THIS DOMINION SYSTEM, DID YOU PLAY A PART IN THE

23   DESIGN OF THE SOFTWARE THAT GEORGIA USES FOR THE SYSTEM

24   OR...

25     A.  YEAH.  I -- I -- I DIDN'T WRITE A SINGLE LINE OF

1   CODE, BUT I WAS, YOU KNOW, A MAJOR PART OF SOME OF THE

2   ARCHITECTURAL DESIGN, SOME OF THE SOFTWARE DESIGN, HOW

3   THE SYSTEM WORKS BECAUSE IT'S A LOT OF DIFFERENT PIECES

4   THAT ALL HAVE TO WORK TOGETHER.  SO THAT WAS REALLY ONE

5   OF MY PRIMARY ROLES IN THE COMPANY, WHICH REALLY DOES

6   NOT EVEN HAVE THAT, SORT OF, WHOLE LAYOUT OF HOW TO

7   SHARE INFORMATION EFFECTIVELY AND SECURELY AND THEN, HOW

8   TO INTERFACE WITH VARIOUS STATE SYSTEMS LIKE VOTER ROLES

9   AND THINGS LIKE THAT.

10      Q.   HAVE YOU EVER TESTIFIED BEFORE AS AN EXPERT

11  DEALING WITH THE DOMINION SYSTEMS?

12      A.   YEAH, MANY TIMES.  I HONESTLY COULDN'T GIVE YOU A

13  COUNT, BUT MANY TIMES.

14      Q.   A LOT?

15      A.   A LOT, YEAH.

16      Q.   OKAY.

17      A.   FOR THINGS LIKE STATE LEGISLATURES, ALSO IN

18  FEDERAL COURT, AND -- YOU KNOW, ALL THE WAY DOWN TO THE

19  COUNTY LEVEL.

20      Q.   DESCRIBE YOUR -- YOUR EMPLOYMENT WITH DOMINION.

21  WHAT WAS THE RELATIONSHIP IN 2020, AND WHAT IS IT NOW?

22      A.   YEAH.  SO -- YOU KNOW, LIKE I SAID, WHEN IT WAS

23  INITIALLY ACQUIRED, I WAS ACTUALLY A VICE PRESIDENT

24  LEVEL FOR ENGINEERING.  I WANTED TO TRANSFER INTO A MORE

25  STRATEGIC ROLE.  SO -- YOU KNOW, I -- MY CORE FOCUS WAS

1    REALLY MEETING WITH POTENTIAL CUSTOMERS LIKE THE STATE

2    OF GEORGIA.  YOU KNOW, TRYING TO UNDERSTAND WHAT THEIR

3    NEEDS WERE, YOU KNOW, WHETHER OUR SYSTEM NEEDED TO BE

4    ADAPTED TO, YOU KNOW, BETTERING COMMUNITIES NEEDS, YOU

5    KNOW.  ELECTIONS ARE REALLY AT STATE AND COUNTY LEVELS.

6    SO EACH STATE IS -- IS UNIQUE IN THAT.  SO EVEN THOUGH

7    WE HAVE SIMPLER PRODUCTS IN DIFFERENT STATES, THEY

8    BEHAVE DIFFERENTLY.  THEY MAY HAVE TO ADAPT TO DIFFERENT

9    STATE STATUTES AND THINGS LIKE THAT.  SO THAT WAS REALLY

10   MY PURPOSE, IS HAVING TO ADAPT OUR SYSTEM AND WHAT NEW

11   PRODUCTS WE COULD ACTUALLY DEVELOP FOR INDIVIDUAL

12   CUSTOMERS.

13       Q.  SO YOUR TITLE WAS, YOU SAID, VICE PRESIDENT, OR

14   WAS IT...

15       A.  NO.  IT WAS ORIGINALLY VICE PRESIDENT AND IT

16   WAS -- IT WAS -- ACTUALLY, I CAN'T REMEMBER THE EXACT

17   TITLE NOW.  LIKE I SAID, I HAD TO LEAVE THE COMPANY

18   ABOUT A YEAR AND A HALF AGO.  BUT IT WAS CHIEF PRODUCT

19   DESIGNER AND CHIEF OF SECURITY.

20       Q.  WHAT'S -- WHAT'S YOUR PROFESSIONAL UNDERSTANDING

21   OF SOFTWARE THAT WAS THAT WAS PROVIDED BY THE MEDIA FOR

22   HERE IN GEORGIA FOR THAT ELECTION?

23       A.  CAN YOU BE A LITTLE CLEAR ON THAT?

24       Q.  WHAT -- WHAT'S THE SOFTWARE THAT WAS USED?  IS

25   THERE A NAME?

1    A.  OH, YEAH.  YEAH, IT -- IT'S -- THE OVERALL

2  PRODUCT IS CALLED DEMOCRACY SUITE.  AND IT'S CALLED A

3  SUITE BECAUSE IT GIVES MANY OF THE -- VARIETY OF MODULES

4  OF THE ELECTION MANAGEMENT SYSTEM, WHICH IS ESSENTIALLY

5  THE BACK END, WHICH, YOU KNOW, DEFINES THE ELECTION AND

6  ACCUMULATES THE VOTES.  THERE'S THE IMAGE CAST TEXT,

7  WHICH, I'M GUESSING, A LOT OF YOU ARE FAMILIAR WITH.  IF

8  YOU VOTE IN YOUR PRECINCT, WHICH IS THE PARKING DEVICE.

9  IT'S A TABLET THAT YOU, YOU KNOW, ENTER YOUR VOTES, AND

10  THEN IT PRINTS OUT, YOU KNOW, A BALLOT.  THEN, YOU TAKE

11  THAT AND GET IT SCANNED THROUGH THE IMAGE CAST PRECINCT.

12  THERE'S ALSO THE IMAGE CAST CENTRAL, WHICH IS A

13  TABULATOR THAT SITS IN THE SPECIAL OFFICE THAT TABULATES

14  INSIDE MAILER VOTES, (UNINTELLIGIBLE), WHICH JUST

15  OVERSEES MILITARY VOTERS.  SO IT'S A WHOLE SUITE OF

16  PRODUCTS UNDER THE UMBRELLA OF DEMOCRACY SUITE.

17    Q.  SO ANOTHER WITNESS SORT OF GAVE THE JURORS A MINI

18  TUTORIAL IF YOU WILL, ON WHAT HAPPENS WHEN THEY CAST

19  THEIR BALLOTS; LIKE THE STEPS -- THE PHYSICAL STEPS THAT

20  -- THAT OCCUR.

21    CAN YOU GIVE THEM AN INDICATION -- YOU TOUCHED ON

22  IT A LITTLE BIT, BUT CAN YOU GIVE THEM AN INDICATION OF

23  WHAT HAPPENS WITH THE MACHINE WHEN THEY GO IN TO VOTE?

24  WHAT'S GOING ON THERE?

25    A.  YEAH.  SO I MEAN, THE FIRST THING IS, AT THE

1    CENTRAL OFFICE, THE MACHINE IS -- IS GOING THROUGH THE

2    PROGRAMS. IT'S NOT ACTUAL SOFTWARE THAT'S INSTALLED

3    THAT'S ALREADY BEEN DONE UNDER A SECURE PROCESS, BUT

4    IT'S AN ELECTION DEFINITION THAT'S LOADED ON THE

5    MACHINE.

6         BECAUSE AGAIN, DEPENDING -- EVEN WITH THE ECONOMY

7    DEPENDING ON WHERE YOU LIVE, YOU HAVE DIFFERENT RACES TO

8    LOOK UP.  SO THE MACHINE NEEDS TO KNOW WHAT BALLOT TO

9    DISPLAY TO THE VOTER BASED ON WHERE YOU LIVE.  SO THAT'S

10   ALL LOADED UP AT THE CENTRAL OFFICE.  THEN, THE MACHINE

11   IS SECURED.  SO TAMPER AND SEALS ARE APPLIED, AND THE

12   ONLY ACCESS IS PROVIDED THROUGH SMART CARD INTERFACE

13   THAT'S ENCRYPTED.  SO THAT ALLOWS, YOU KNOW, FOR THE

14   POLL WORKER AT THE BEGINNING OF THE DAY TO OPEN THE

15   MACHINES.  SUFFICIENTLY ALLOWS, THEN VOTERS, BASED ON

16   WHERE THEY LIVE, TO INPUT A CARD THAT BRINGS UP THEIR

17   SPECIFIC BALLOT.

18        YOU MAKE YOUR CHOICES ON THE SCREEN.  ONCE YOU

19   VERIFY THOSE CHOICES, YOU HIT PRINT, AND THE BALLOT GETS

20   PRINTED OUT, RIGHT IN THE SAME LOCATION.  THAT BALLOT

21   HAS A QR CODE AND THE HUMAN-READABLE TEXT OF THE

22   SELECTIONS THAT YOU HAVE MADE.

23        FROM THERE, YOU TAKE THAT, AND YOU PUT IT IN A

24   SECRECY SLEEVE, I BELIEVE, IN GEORGIA.  THEN, IT GOES

25   TO, I THINK, THE IMAGE CAST PRECINCT, AND AGAIN, PUT

1    THAT -- TABULATOR, THEN, READS THAT BALLOT AND

2    ACCUMULATES THE VOTE BASED ON YOUR SELECTIONS.

3          ONCE THAT'S DONE AT THE END OF THE NIGHT, THERE

4    ARE SOME SECURE REMOVABLE MEMORY ELEMENTS IN THERE,

5    AGAIN, BEHIND LOCKED AND SEALED DOORS.  THE POLL WORKER

6    SHUTS DOWN THE POLLS, WHICH DOESN'T ALLOW THE MACHINE

7    COUNTING MORE BALLOTS.  AND IT PRINTS OUT WHAT'S CALLED

8    A RESULT PICK, AND THEN IT HAS THE TOTALS FOR EACH RACE

9    THAT IS IN THAT PRECINCT.

10         THEY MAY TAKE ONE OF THE REMOVABLE MEMORY

11   ELEMENTS OUT AND PUT THAT WITH ALL OF THE PAPER BALLOTS,

12   WHICH YOU WOULD SECURE WITH A SECURE TRANSFER CASE,

13   AGAIN, LOCKED, AND SEALED.  ALL OF THAT THEN GOES DOWN

14   TO THE CENTRAL OFFICE FOR ACCUMULATION BACK INTO THE

15   DATABASE REPORTING.

16     Q.  NOW, THAT'S A LOT.  AND I'M NOT AN ENGINEER, BUT

17   IT SOUNDS TO ME LIKE, WITH ALL THAT GOING ON WITH THAT

18   MACHINE, THERE'S A LOT OF ROOM FOR ERROR THERE.  IS IT

19   VULNERABLE TO HACKING?  CAN PEOPLE GET INTO AND

20   MANIPULATE THE INTER-WORKINGS OF THAT MACHINE TO -- TO

21   MAKE VOTES DO WHAT THEY WANT THE VOTES TO DO?

22     A.  SO ALL SYSTEMS -- ALL COMPUTER SYSTEMS HAVE WHAT

23   ARE CALLED VULNERABILITIES.  BUT ALL SYSTEMS ALSO HAVE

24   WHAT ARE CALLED MITIGATIONS TOO; POLICIES, PROCEDURES, A

25   LOT OF THEM PHYSICAL, SOME OF THEM BUILT INTO THE

1    SOFTWARE, ITSELF, LIKE -- THINGS LIKE ENCRYPTED DATA.

2         SO THE -- THE -- THE ACTUAL VOTE TOTALS THAT ARE

3    ON THE MACHINE, ARE IN ENCRYPTED FORMAT.  SO THAT'S WHEN

4    MITIGATION.  THE OTHER MITIGATION IS THE ACTUAL PHYSICAL

5    PROCESSES; THE CHAIN OF CUSTODY, YOU KNOW, VERIFYING THE

6    SOFTWARE THAT'S ON THE MACHINE THAT GOES OUT TO THE

7    POLLING PLACED IS THIS CORRECT IN WHAT -- WHAT'S CALLED

8    CERTIFIED, WHICH IS THE OFFICIAL VERSION OF IT.  IT'S

9    THINGS LIKE HAVING THE ACTUAL PAPER BALLOTS THAT GO INTO

10   SECURE TRANSFER CASES.  THEY'RE IN LOCKED BOXES.  IT'S

11   HAVING THE BACKUPS LIKE THE MACHINE TAKES TO SHOW THE

12   TOTALS.  AND THEN, FINALLY, THE ULTIMATE MITIGATIONS IS

13   THE AUDIT AND WHAT'S CALLED CANVASSING, WHICH IS DONE AT

14   THE END OF THE ELECTION THAT COMPARES THE ACTUAL TAX

15   RECORDS THAT ARE ON EACH BALLOT TO THE ACTUAL ELECTRONIC

16   RECORD THAT WAS CAST.

17        SO ALL OF THESE MITIGATIONS, YOU KNOW,

18   SIGNIFICANTLY REDUCE ANY POTENTIAL OF THE VARIOUS

19   FACTORS HAVING ANY IMPACT ON THE ELECTION.

20   Q.  IS THIS MACHINE CONNECTED TO THE INTERNET?

21   A.  THE INDIVIDUAL ICX'S AND ICP'S; IMAGE CAST

22   PRECINCT, IMAGE CAST TEXT, ARE NOT EVER CONNECTED TO THE

23   INTERNET.

24   Q.  NOW, WHAT IS THE DIFFERENCE FROM WHAT YOU JUST

25   SAID, AND WHERE ARE THOSE THINGS; ICX, ICT?

1    A.   SO ICX IS THE INDIVIDUAL TABLET THAT VOTERS CAST

2    THEIR VOTE ON AND PRINT THEIR PAPER BALLOT.   THE IMAGE

3    CAST PRECINCT IS WHAT TABULATES THAT BALLOT.   AND THEN

4    IT COMES INTO THE BACK OFFICE, AND IT GOES INTO THE

5    ELECTION MANAGEMENT SYSTEM, EMS.   AND THAT IS NEITHER --

6    NONE OF THOSE PRODUCTS ARE CONNECTED TO THE INTERNET.

7    Q.   SO THAT THING THAT IS IN MY VOTING PLACE WHEN I

8    GO AND PUT THE CARD IN AND MAKE MY SELECTION AND THE

9    CARD COMES OUT, THAT THING, IS THAT CONNECTED TO THE

10   INTERNET?

11   A.   NO.

12   Q.   SO I HEARD SOMEONE TALKING ON ONE OF THE NEWS

13   STATIONS, AND THEY SAID THAT THEY SAW A -- A BLUETOOTH

14   INTERNET CONNECTION EMBLEM ON THE COMPUTER SCREEN.

15       WHAT -- WHAT -- WHAT IS THAT?   IS THAT A THING?

16   A.   SO I -- I -- I DID SEE THAT NEWS REPORTS, AND TO

17   BE HONEST, I -- I CAN'T REALLY SAY ANY DEFINITIVE

18   STATEMENT OF WHAT YOU'RE REFERRING TO BECAUSE THE

19   DETAILS WERE -- WERE SQUASHED.

20       I WILL SAY, THERE IS A PIECE OF EQUIPMENT THAT'S

21   IN THE PRECINCT THAT IS CONNECTED TO THE INTERNET.   IT'S

22   NOT A DOMINION PIECE OF EQUIPMENT.   IT'S CALLED, HOBA

23   (PH) -- IT'S JOHN HOBA (PH).   AND AFTER THE FIRST PIECE

24   OF EQUIPMENT WHEN YOU WALK INTO YOUR PRECINCT, YOU HAVE

25   TO TELL THE POLL WORKER WHERE YOU LIVE, WHAT YOUR NAME

1    IS, AND THEY LOOK IN THE BOOK TO SEE IN THE POLL BOOK TO

2    SEE IF YOU'RE A VALID VOTER, IF YOU'RE REGISTERED, WHERE

3    YOU LISTED TO SEE WHAT BALLOT STYLE TO GIVE YOU, AND

4    MOST IMPORTANTLY, WHETHER YOU ALREADY VOTED IN THE

5    ELECTION OR NOT.

6          SO THAT PIECE OF EQUIPMENT IS CONNECTED TO THE

7    INTERNET.  I -- I COULD SPECULATE THAT MAYBE THEY WERE

8    LOOKING AT THE ELECTRONIC POLL BOOK, AND NATURALLY THEY

9    SAW, YOU KNOW, JUST AN ICON, YOU KNOW, BUT I DON'T HAVE

10   ENOUGH DETAILS TO BASED ON THE -- THE NEWS REPORT.

11   Q.  NOW, LET ME SAY THIS WAY:  THE MACHINE THAT YOU

12   GUYS USE FOR DOMINION THAT YOU PUT IN THE 2020 ELECTION

13   THAT WE ALL VOTED ON, THAT MACHINE, WAS THAT CONNECTED

14   TO THE INTERNET --

15   A.  NO.

16   Q.  -- THAT HAVE SOME TYPE OF INTERNET CONNECTION

17   SYMBOL ON IT?

18   A.  NO, NOT THAT I RECALL.

19          MR. WOOTEN:  DOES IT HAVE EVEN THE

20      CAPABILITY TO CONNECT TO A WI-FI NETWORK ON ANY

21      OTHER INTERNET NETWORK?

22          THE WITNESS:  I WOULD HAVE TO -- I WOULD

23      HAVE TO DOUBLE-CHECK ON THAT BECAUSE AN EARLY

24      VERSION OF -- OF THE TABLET DID HAVE THE ABILITY TO

25      BE CONNECTED.  IT WASN'T UTILIZED, BUT I DON'T

1       BELIEVE THE ONE THAT WE FILTERED HERE IN GEORGIA

2       EVEN HAD A WI-FI -- ESSENTIALLY WI-FI CAPABILITY,

3       BUT I HAVE TO DOUBLE-CHECK ON THAT.

4    Q.  ARE YOU FAMILIAR WITH THE -- WITH THE REPORT THAT

5  WAS ISSUED, US CYBER SECURITY AND INFRASTRUCTURE

6  SECURITY AGENCY, DATED JUNE 3R OF 2022?  ARE YOU

7  FAMILIAR WITH THAT REPORT?

8    A.  I AM FAMILIAR WITH THAT REPORT.

9    Q.  THAT REPORT THAT THEY'RE HANDING TO ME NOW,

10  IDENTIFIES VULNERABILITIES --

11    A.  YES.

12    Q.  -- OR POTENTIAL VULNERABILITIES WITH THAT

13  DOMINION VOTING MACHINE THAT WAS USED HERE IN GEORGIA.

14  HAVE YOU REVIEWED THAT REPORT?

15    A.  I HAVE.

16    Q.  THE VULNERABILITIES, FIRST OF ALL, THAT WERE

17  MENTIONED IN THAT REPORT, BEFORE WE GET INTO THOSE, HAS

18  THE DOMINION MACHINE THAT WAS USED IN THE 2020 ELECTION

19  BEEN HACKED?

20    A.  NO, NOT TO MY KNOWLEDGE.

21    Q.  LET'S TALK ABOUT THE VULNERABILITIES.

22    A.  OKAY.

23    Q.  THE REPORT LISTS I DON'T KNOW HOW MANY --

24    A.  FIVE.  I THINK IT'S LIKE FIVE.

25    Q.  OKAY.  CAN YOU JUST GO THROUGH EACH OF THE FIVE

1    AND TELL US ABOUT THE PARTICULAR VULNERABILITY IF IT'S A

2    REAL THING, AND WHY IT'S NOT, IF IT'S NOT?

3        A.   SO AGAIN, AS I STATED, ALL SYSTEMS DO HAVE

4    VULNERABILITIES, AND THESE VULNERABILITIES DO EXIST.

5    BUT IN EACH OF THESE, THERE ARE MITIGATIONS THAT AFFECT

6    HOW EXPLOITABLE, OR HOW EASILY ACCESSIBLE THAT -- THAT

7    THEY ARE.

8            SO THEY ALL SORT OF FALL UNDER THE SAME UMBRELLA

9    THAT THEY ARE VULNERABILITIES THAT IF YOU HAD ACCESS TO

10   EACH INDIVIDUAL MACHINE, ALONG WITH KNOWLEDGE OF WHAT

11   THE ENCRYPTION KEYS ARE, UNFETTERED ACCESS, THE ABILITY

12   TO BYPASS ALL OF THE PHYSICAL SECURITY ELEMENTS; THE

13   SEALS, THE LOCKS, THINGS LIKE THAT, IF YOU HAD THAT

14   WHOLE ACCESS AND WHOLE BACK END KNOWLEDGE OF THE

15   INDIVIDUAL ELECTION BECAUSE EACH ELECTION IS DIFFERENT,

16   ALL THE KEYS ARE DIFFERENT, YOU COULD, POTENTIALLY,

17   COMPROMISE THE MACHINE.  BUT YOU WOULD HAVE TO DO THAT

18   ON EACH INDIVIDUAL MACHINE UNDETECTED.

19           AND IN ADDITION, AT THE END OF THE DAY, LIKE I

20   SAID, IT'S NOT THE MACHINE THAT COUNTS THE VOTES, IT'S

21   THE PIECE OF PAPER THAT GETS PRINTED OUT AND WITH THE

22   INDIVIDUAL TEST RECORD THAT EVERY VOTER CAN VERIFY THAT

23   MATCHES THEIR SELECTION.

24           SO EVEN IF YOU COULD, ESSENTIALLY, COMPROMISE THE

25   MACHINE, YOU STILL WOULD HAVE TO, SOMEHOW, BE

1    COORDINATED WITH THE VOTER THAT WHEN THEY LOOK AT THEIR

2    BALLOT, AND THEY'RE, LIKE, WELL, IT SAYS YOU ALREADY

3    VOTED FOR SOMEBODY, BUT I DIDN'T, YOU KNOW, THAT A --

4    THAT'S THE ULTIMATE MITIGATION.  AND THAT GOES ALL THE

5    WAY BACK AGAIN TO THE AUDITS THAT WERE DONE, YOU KNOW,

6    THE STATEWIDE RECOUNT, HAND COUNT; WHICH WAS DONE HERE

7    IN GEORGIA.  EVEN IF YOU COULD EXPLOIT THESE -- EXPLOIT

8    THESE VULNERABILITIES, AGAIN, THERE'S 30 THOUSAND OF

9    THESE MACHINES ACROSS THE STATE, YOU'D HAVE TO

10   COMPROMISE EACH INDIVIDUAL ONE TO REALLY EXPLOIT THESE

11   VULNERABILITIES.

12        SO, YOU KNOW, THE -- THE RISK IS LOW, BUT THE

13   CONSEQUENCES ARE HIGH, WHICH IS WHY THERE -- YOU KNOW,

14   THIS (UNINTELLIGIBLE) ALSO GOES INTO WHAT THAT PERFECT

15   MITIGATIONS ARE TO MAKE SURE THAT EACH INDIVIDUAL COUNTY

16   APPLIES THOSE AND FOLLOWS THOSE TO LOWER THE SUBSTANTIAL

17   RISK OF ANY OF THESE VULNERABILITIES BEING COMPROMISED.

18   Q.  AGAIN, HAVE ANY OF THOSE VULNERABILITIES BEEN

19   COMPROMISED WITH THE -- THE -- DURING THE 2020 ELECTION

20   WITH THESE DOMINION MACHINES?

21   A.  THERE'S ABSOLUTELY NO EVIDENCE THAT ANY OF THESE

22   VULNERABILITIES WERE EXPLOITED.

23   Q.  THERE WAS ANOTHER REPORT CALLED THE ANSWER REPORT

24   OUT OF -- OUT MICHIGAN.  ARE YOU FAMILIAR WITH THAT

25   REPORT?

1    A.   UNFORTUNATELY, YES.

2    Q.   WHAT IS THAT, THE ALLIED SECURITY?

3    A.   BASICALLY, THE ALLIED SECURITIES OPERATIONS

4    GROUP.

5    Q.   WHY DID YOU SAY, "UNFORTUNATELY, YES?"

6    A.   BECAUSE THAT REPORT FROM INSIDE IS SOMEBODY

7    PROBABLY FABRICATING.  THERE'S NO ACTUAL EVIDENCE.  I'LL

8    GIVE YOU A CONCRETE EXAMPLE.  THEY CLAIM THAT THERE'S A

9    CELL MODULE OF THE DEMOCRACIES SUITE SYSTEM, CALLED THE

10   ADJUDICATION MODULE, RIGHT?  THAT IS A MODULE THAT

11   ALLOWS A PLAN WITH BUBBLED IN WITH PEN.

12        SO IF YOU HAVE A PAPER BALLOT THAT YOU ACTUALLY

13   FILL IN BUBBLES, LIKE THE SCANTRON WE USED WHEN WE WERE

14   IN HIGH SCHOOL, YOU KNOW, THAT HAS TO BE HOW THE VOTERS

15   IN GEORGIA, IN THE PAST, MAILED IN THE BALLOTS, RIGHT?

16        WHEN A VOTER'S SITTING AT HOME, THEY MAY MAKE A

17   MARK ON THAT BALLOT, AND THEN CHANGE THEIR MIND.  AND

18   THERE ARE, ACTUALLY, INSTRUCTIONS THAT SAY IF YOU DO

19   THAT, YOU CAN, ONE, GO DOWN TO YOUR OFFICE AND GET A NEW

20   BALLOT, OR YOU CAN MAKE AN X THROUGH THE WRONG CHOICE

21   YOU MADE, AND MAKE A NEW CHOICE.  THAT BALLOT IS WHAT'S

22   CALLED A VOTER INTENT ISSUE, AND IT HAS TO GO TO,

23   ESSENTIALLY -- ESSENTIALLY THE ADJUDICATION MODULE.  AND

24   THAT'S AN ADDITIONAL WAY OF SEEING THE BALLOT, SEEING IF

25   THE VOTER MARKED THROUGH 1 OF THOSE CHOICES AND ALLOWED

1   THE SYSTEM TO APPLY THE VOTE FOR WHO THEY ACTUALLY

2   INTENDED TO VOTE FOR.

3        OKAY.  THE MAIN PART OF THE INTERIM REPORT SAYS

4   THAT THE -- ALL OF THE LAWS FOR THE ADJUDICATION SYSTEM

5   WERE ERASED, AND THAT WAS PROOF THAT THERE WAS NEFARIOUS

6   ACTIONS GOING ON, AND SOMETIMES IT DOESN'T USE THE

7   ADJUDICATION SYSTEM.  THEY DO IT ALL BY HAND.

8        THEY'RE A SMALL COUNTY.  SO AS POLL WORKERS IN

9   THE CENTRAL OFFICE TAKE BALLOTS OUT OF THE ENVELOPE,

10  THEY ACTUALLY SCANNED THEM TO SEE IF THERE'S ANY VOTER

11  ATTENDANCE SHEETS.  IF THEY ARE, THEY PUT IT INTO A

12  SEPARATE BOX, AND IT GOES TO AN ADJUDICATION BOARD,

13  WHICH IS ACTUALLY FOUR PEOPLE SITTING AROUND THE TABLE,

14  AND THEY REMAKE THE BALLOT.

15       THERE IS NO ADJUDICATION SYSTEM.  SO THERE

16  FUNDAMENTAL -- AND THIS IS ONE OF THE HIGHLIGHTS OF THAT

17  WHOLE REPORT THAT THE ADJUDICATION LOGS WERE ERASED

18  BECAUSE THERE -- THERE WAS NO ADJUDICATION SYSTEM IN --

19  THE COUNTY AT ALL.

20       AND THAT'S JUST -- THAT'S JUST ONE OF THAT REPORT

21  THAT'S COMPLETELY FABRICATED.

22            MR. WAKEFORD:  SO THE CLAIM IN THE REPORT

23       WAS THAT THEY WERE MISSING CRUCIAL CONTENTS WHEN

24       THAT COUNTY ACTUALLY DOESN'T EVEN USE THAT.

25            THE WITNESS:  CORRECT.

1          MR. WAKEFORD:  OKAY.

2    BY MR. WADE:

3      Q.  YOU DON'T KNOW WHAT THE MOTIVE WOULD HAVE BEEN

4    FOR ALLIED TO PRODUCE SUCH REPORT DO YOU?

5      A.  I COULD SPECULATE IT, BUT I DON'T KNOW THOSE

6    INDIVIDUALS PERSONALLY.

7      Q.  OKAY.

8          MR. NEY:  (UNINTELLIGIBLE) CAN YOU EXPLAIN

9       WHAT A MODULE IS?  YOU USE THAT TERM A COUPLE OF

10      TIMES, MODULE OR SUB-MODULE?

11          THE WITNESS:  YEAH, SURE.  YEAH, YOU KNOW,

12      DEMOCRACY SUITE, IT'S A SUITE OF PRODUCTS.  SO WITH

13      A HOME STEREO SYSTEM, BACK IN THE DAY, THEY HAVE

14      THE TURN TABLE, THEY HAVE THE CASSETTE DECK, AND

15      MAYBE A MINI DECK.  SO EACH ONE OF THOSE, YOU KNOW,

16      DOES A DIFFERENT FUNCTION.

17          SO MY PC HAS MODULES THAT DO DIFFERENT

18      FUNCTIONS, OKAY?  THEY HAVE THE ELECTION MANAGEMENT

19      SYSTEM, WHICH, AGAIN, PRIOR TO THE ELECTION, IT

20      LAYS OUT THE PAPER BALLOTS, IT DEFINES THE DATA

21      THAT GETS FED INTO THE IMAGE CAST, WHICH IS THE

22      TABLET THAT YOU HEARD ABOUT.  SO THAT'S THE EMS1

23      MODULE.

24          THE ICS IS A DIFFERENT MODULE.  THE

25      IMAGE-CAST PRECINCT JUST SCANS THE BALLOTS.  IT'S A

1    DIFFERENT MODULE.

2         THE ADJUDICATION PROCESS IS A DIFFERENT

3    MODULE, ALL PART OF THE SOFTWARE SUITE.

4         MR. WAKEFORD:  AND SO, ON THAT PART OF THE

5    POINT, YOU TALKED ABOUT EACH OF THESE MODULES

6    INCLUDING DIFFERENT PRODUCTS.  IS THAT SOFTWARE AND

7    HARDWARE, AND, KINDA, WHAT'S THE RELATIONSHIP

8    BETWEEN THE TWO, AND WHAT'S THE MAIN ROLE OF THE

9    SOFTWARE AND THE HARDWARE?

10        THE WITNESS:  YEAH, SO -- LIKE THE -- IN

11   EFFECT, THAT'S THE BATTLE.  THAT IS SOFTWARE AND

12   HARDWARE.  SO THE -- THE ACTUAL TABLET ITSELF, IS A

13   THIRD-PARTY PRODUCT THAT DOMINION PURCHASES.  THE

14   SOFTWARE THAT RESIDES ON IT, THAT'S SOFTWARE THAT

15   DOMINION DEVELOPED.

16        THE ELECTION MANAGEMENT SYSTEM, YOU KNOW,

17   THAT -- THAT RESIDES ON COMMON DELL SERVERS.  THE

18   SOFTWARE ITSELF IS, TOO, DEVELOPED BY DOMINION.

19        MR. WAKEFORD:  AND SO CAN DIFFERENT COUNTIES

20   CHOOSE, YOU KNOW, WE WANT THIS SOFTWARE OR THIS

21   HARDWARE.  YOU DON'T WANT THIS SOFTWARE AND THIS

22   HARDWARE.  WE DO WANT THIS SOFTWARE.

23        CAN THEY HAVE A PICK WHICH SOFTWARE PRODUCTS

24   THEY NEEDED FOR THEIR ELECTION?

25        THE WITNESS:  TO AN EXTENT.  SO THE ENTIRE

1    SUITE GETS, QUOTE, CERTIFIED AT A STATE LEVEL,

2    WHICH DETERMINES, YOU KNOW, THE MODEL OF THE

3    SERVER, THE MODEL AND SOFTWARE VERSIONS OF THE

4    SOFTWARE THAT'S ON THERE.  AND IT DEPENDS ON THE

5    STATE, WHETHER THEY CAN PICK AND CHOOSE FROM --

6    FROM THAT CERTIFIED LIST.

7        SO LIKE I SAID, IN STANFORD COUNTY, THEY

8    CHOSE NOT TO PURCHASE THE ADJUDICATION MODULE.

9    THEY DIDN'T NEED IT.  IT WAS NOT COST-EFFECTIVE FOR

10   THEM.  BUT SOMEBODY LIKE DETROIT, A MUCH LARGER

11   COUNTY, THAT HAS MUCH LARGER NEEDS, THEY DECIDED TO

12   PURCHASE THE ADJUDICATION MODULE.

13       BUT EACH PIECE ACROSS A GIVEN STATE IS THE

14   SAME VERSION OF HARDWARE, THE SAME VERSION OF

15   SOFTWARE.

16   BY MR. WADE:

17    Q.  SO LET ME ASK YOU BECAUSE I'M A PRACTICAL GUY FOR

18   THIS STUFF TO MAKES SENSE.  I HAVE TO SAY IT IN

19   PRACTICAL TERMS.  IF I GO TO THE -- THE -- THE VOTING

20   BOOTH, AND THE -- THE CANDIDATES ARE CELL PHONE, WATER.

21   IF I CAST A VOTE FOR WATER, CAN SOMETHING MAGICALLY

22   HAPPEN TO MAKE MY VOTE FOR WATER GO IN FAVOR OF THE CELL

23   PHONE?

24    A.  TECHNICALLY, WITH ALL OF -- BYPASSING ALL OF THE

25   MITIGATIONS AND ALL OF THE SECURITY PROTOCOLS THAT ARE

1  ALREADY IN PLACE, IS IT POSSIBLE?  GIVEN ENOUGH TIME,

2  ANY SYSTEM IS ABLE TO BE COMPROMISED, AND THAT'S

3  JUST -- THAT'S THE BOTTOM LINE.

4       IS IT PRACTICAL, IN THIS SCENARIO AND WITH ALL

5  THE MITIGATIONS?  NO, IT'S NOT PRACTICAL.  AND AT THE

6  END OF THE DAY, EVEN IF YOU CHOSE WATER, AND YOUR PAPER

7  BALLOT CAME OUT, AND IT SAID CELLPHONE, NOW, THAT'S THE

8  PART THAT MATTERS.  THE ULTIMATE MITIGATION IS THAT YOU

9  WOULD SEE THAT, AND IT'S NOT THE CHOICE THAT YOU MADE.

10  THAT STATE DOESN'T MATTER.  IT'S NOT WHAT GOES ON IN THE

11  MACHINE.

12       MR. WAKEFORD:  I -- I WANTED TO GET -- I'M

13       GLAD YOU ASKED THAT QUESTION BECAUSE I WANTED TO

14       ASK -- YOU KEEP SAYING IT'S THE PAPER THAT MATTERS.

15       SO YOU USE SOFTWARE, THE TABLET, BUT IN THE END,

16       WHAT IS PRODUCED IS A PAPER -- A PIECE OF PAPER

17       WITH MY VOTING SELECTIONS ON IT?

18       THE WITNESS:  ABSOLUTELY.  AND THAT IS THE

19       OFFICIAL RECORD.  NO -- NO OTHER RECORD IN THE

20       WHOLE PROCESS MATTERS BUT THAT PIECE OF PAPER.  AND

21       AGAIN, THAT'S WHY WHEN -- WHEN POTENTIAL QUESTIONS

22       CAME UP WITH GEORGIA, THEY -- THE STATE DID A FULL

23       HAND RECOUNT OF THE PAPER BALLOTS, AND MATCHED THE

24       ELECTRONIC RECORDS.

25  BY MR. WADE:

1    Q.  ARE YOU AWARE -- WOE, WAIT.  WE GOT OUR FIRST

2  QUESTION HERE.

3          GRAND JUROR:  HOW ARE YOU?  I -- DID I HEAR

4     YOU SAY THAT ONCE YOU'VE VOTED, THE VOTER COULD THE

5     CHECK TO MAKE SURE THAT THEY PRODUCE WHAT THEY

6     THOUGHT THEY VOTED?

7          (CROSSTALK, GRAND JUROR CONTINUES.)

8          SO IT WAS A VISUAL FOR THE PERSON WHO VOTED

9     TO ACTUALLY SAY THAT THIS IS CORRECT --

10          THE WITNESS:  ABSOLUTELY.

11          GRAND JUROR:  OKAY.  AND -- I MEAN, I DO

12     THAT WITH LIFE.  SO IN MY HOME STATE, I LIVE IN

13     COLORADO, YOU KNOW.  WE DO ALL -- HANDWRITE

14     BALLOTS.  AND EVEN AFTER I FILL IN MY BALLOT, I

15     DOUBLE-CHECK IT BECAUSE, YOU KNOW, SOMETIMES I MARK

16     THE WRONG POLL, RIGHT?

17          SO IN GEORGIA, IN THE PRECINCT, THE LAST

18     STEP IS THE BALLOT GETS PRINTED WITH YOUR

19     SELECTIONS.  AND, YES, THE VOTER CAN VERIFY THOSE

20     SELECTIONS BEFORE THE BALLOT IS COUNTED BECAUSE

21     NOTHING'S BEEN COUNTED AT THAT POINT.  THE NEXT

22     STEP IS ACTUALLY PUTTING THEM INTO THE TABULATOR.

23          GRAND JUROR:  OKAY.

24          MR. WADE:  ONE MORE QUESTION.  GO AHEAD.

25          GRAND JUROR:  THAT WAS PRETTY MUCH MY SAME

```
 1          QUESTION.  THE VOTER DOES ACTUALLY SEE THAT PIECE

 2     OF PAPER --

 3               (CROSSTALK)

 4               GRAND JUROR:  -- AND THEY HAVE TO TURN IN

 5     THAT PIECE OF PAPER.

 6               THE WITNESS:  BEFORE IT'S COUNTED.

 7               GRAND JUROR:  YES.

 8               THE WITNESS:  YES.  AND THEN IT GOES INTO

 9     THE TABULATOR.

10               GRAND JUROR:  YES.  SO YOU TAKE OFF THE

11     PRINTER, AND YOU TURN IN THAT PIECE OF PAPER.

12               THE WITNESS:  YES.

13               GRAND JUROR:  AND THEN IT'S COUNTED.  OKAY,

14     YES.  SO YOU WOULDN'T BE ABLE TO...

15               THE WITNESS:  THAT'S ACTUALLY LISTED AS ONE

16     OF THE MAIN MITIGATIONS IN THE SYSTEM REPORT;

17     ENCOURAGE VOTERS TO VERIFY THE HUMAN READABLE VOTES

18     ON THE GROUND.

19               GRAND JUROR:  AND THAT COMPUTER, YOU SAID,

20     HAS A QR CODE ON IT?

21               THE WITNESS:  IT DOES HAVE A QR CODE AT THE

22     TOP, BUT THEN IT'S A FULL TEXT RECORD.  IT LISTS

23     EACH CONTEST AND THE SELECTION OF THE VOTER.

24               GRAND JUROR:  OKAY.

25               MR. WADE:  DO WE HAVE ANOTHER ONE IN THE
```

1    BACK THERE?  GO AHEAD.

2         GRAND JUROR:  SO IF THE VOTER GETS A

3    PRINTED-OUT BALLOT, AND THEY SEE THIS IS NOT WHAT I

4    SELECTED, WHAT WOULD HAPPEN AT THAT POINT?

5         THE WITNESS:  YOU DO IMMEDIATELY TO THE POLL

6    WORKER.

7         GRAND JUROR:  AND THEN THE -- I MEAN, WHAT

8    DO THEY DO?

9         THE WITNESS:  SO AGAIN, IT -- IT DEPENDS ON

10   THE STATE RULES, AND I DON'T KNOW ALL OF THE

11   PROCESSES.  SO YOU WOULD HAVE, ESSENTIALLY, ISSUED

12   A NEW BALLOT.  JUST LIKE IF YOU WERE AT HOME AND

13   YOU MIS-MARKED, AND YOU WENT DOWN, AND YOU SAID,

14   HEY, YOU KNOW, I MADE THE WRONG SELECTION.  THEY

15   WOULD GIVE YOU A NEW BALLOT.  SO THEY WOULD GIVE

16   YOU A NEW CARD.  YOU WOULD GO BACK TO THE VOTING

17   DEVICE, YOU KNOW, ICX, AND REMAKE YOUR BALLOT.

18        MR. WADE:  LATER THIS MORNING, YOU'LL GET TO

19   ASK THAT QUESTION TO AN ACTUAL POLL WORKER.

20                    EXAMINATION

21   BY MR. WAKEFORD:

22   Q.  SO GOING BACK, SORT OF, COLLECTING THIS LINE OF

23   -- OF -- OF QUESTIONS, THERE'S BEEN A LOT OF CHATTER IN

24   THE MEDIA -- THE NEWS MEDIA ABOUT VOTES BEING SWITCHED.

25   SO TO UNDERSTAND -- IF I'M -- CORRECT ME IF I'M WRONG,

1    BUT FROM WHAT I UNDERSTAND OF YOUR TESTIMONY, IN ORDER

2    FOR THAT TO TAKE PLACE, FIRST OF ALL, SOMEONE WOULD HAVE

3    TO MANIPULATE EACH MACHINE INDIVIDUALLY?

4        A.   CORRECT.

5        Q.   CORRECT?

6        A.   CORRECT.

7        Q.   IS THERE A WAY FOR ME TO HACK INTO ONE MACHINE

8    AND -- AND GET TO ALL OF THEM?

9        A.   NOT THAT I'M AWARE OF.

10       Q.   NOT THAT YOU'RE AWARE OF.

11       A.   IT WOULD BE HIGHLY IMPRACTICAL.  AGAIN --

12       Q.   I MEAN, I'M SAYING IF THERE'S A PERSON WHO --

13   YOU'RE NOT AWARE OF A WAY TO GET INTO ONE AND THEN ALL

14   THE OTHERS.

15       A.   NOT -- NOT WITHOUT INDIVIDUAL ACCESS.  SO

16   AGAIN -- AND I'M NOT TRYING TO BE CRAZY ABOUT THIS.  YOU

17   CAN'T JUST GET IN ONE AND HAVE, LIKE, A TERMINAL RADIATE

18   ACROSS ALL OF THE OTHER ONES ACROSS THE --

19       Q.   OKAY.  THAT WAS MY QUESTION.

20       A.   ALL RIGHT.  IF THERE IS SOME WAY THAT YOU COULD

21   FIGURE OUT A WAY TO HAVE A PIECE OF MEDIA.  BUT THEY

22   STILL WOULD HAVE TO BE PHYSICALLY TOUCHING ALL OF THOSE

23   DEVICES.  YES, YOU COULD DO THAT, BUT AGAIN, THAT STILL

24   REQUIRES INDIVIDUAL ACCESS BY AN ACTUAL PERSON BYPASSING

25   ALL OF THE SECURITY SEALS AND ALL OF THE OTHER

1   MITIGATIONS.

2      Q.   ON EACH INDIVIDUAL MACHINE.

3      A.   EACH INDIVIDUAL MACHINE.

4      Q.   AND THEN FOR VOTERS TO MISS THAT THEIR PAPER

5   BALLOT WAS INCORRECT?

6      A.   THAT IS CORRECT.

7      Q.   OKAY.

8            MR. WADE:   OKAY.   YES, MA'AM, IN THE BACK,

9      AND THEN WE'LL COME BACK TO YOU.

10            GRAND JUROR:   I KNOW IT WOULD BE DAUNTING TO

11      TRY TO AFFECT THE DETAILS OF THE MACHINE WHEN THE

12      MARGIN IS SO SMALL, 12 THOUSAND VOTES.   WOULD THE

13      PERSON NEED TO ONLY GET INTO ONE?

14            THE WITNESS:   NOT NECESSARILY.

15            GRAND JUROR:   CAN YOU EXPOUND ON THAT?

16            THE WITNESS:   YEAH.   IF IT'S -- IF IT'S ONLY

17      ONE DEVICE -- AND AGAIN, YOU WOULD HAVE TO -- WELL,

18      OKAY.   SO ONE DEVICE, 12,000 VOTES, PRECINCT, 7

19      MILLION, YOU HAVE 1,000 VOTERS, AND MULTIPLE

20      DEVICES.

21            FOREPERSON:   BUT COBB COUNTY IS LIKE FULTON

22      THOUGH.   IT'S A HUGE POPULATION.

23            THE WITNESS:   RIGHT.   BUT -- BUT EACH --

24      EACH PRECINCT HAS A NUMBER OF DEVICES.   AND EACH

25      PRECINCT IS ONLY LIMITED TO ABOUT 1,000 VOTERS.   SO

1      THAT'S WHY FULTON COUNTY CAME OUT WITH 1,000

2      PRECINCTS.

3          ALL RIGHT.  SO COMPROMISING ONE MACHINE --

4      AND AGAIN, YOU WOULD HAVE TO HOPE THAT NO VOTER ON

5      THAT MACHINE -- SO LET'S SAY, THERE'S 1,000 PEOPLE

6      IN THE PRECINCT AND THERE'S FIVE MACHINES, ALL

7      RIGHT?  SO THAT'S ROUGHLY, 200 VOTERS PER MACHINE.

8      YOU HAVE TO RELY ON THOSE 200 VOTERS ON THAT ONE

9      MACHINE NOT NOTICING THAT THEIR BALLOT HAS PRINTED

10     OUT THE WRONG RECORD.  THAT'S HIGHLY UNLIKELY.  IS

11     IT POSSIBLE?  AGAIN, IN THE REALM OF POSSIBILITIES,

12     YES, IT'S POSSIBLE.  IS THERE ANY EVIDENCE OF THAT

13     EVER HAPPENING, NO, WHICH IS WHY, AGAIN, THE TEXT

14     RECORD IS THE OFFICIAL BALLOT RECORD.  THAT'S WHY

15     THERE ARE AUDITS -- POST-ELECTION AUDITS THAT

16     VERIFY THE ACTUAL -- YOU KNOW, THEY DO

17     RISK-LIMITING AUDITS, WHICH IS A RANDOM SAMPLING OF

18     BALLOTS THAT IS DEPENDANT UPON THE ACTUAL

19     DIFFERENCE IN THE RACE.  SO THE CLOSER THE RACE,

20     THE MORE BALLOTS YOU LOOK AT IF THAT MAKES SENSE,

21     ALL RIGHT?  BECAUSE THE MARGINS ARE LOW, ALL RIGHT?

22          SO YOU HAVE THOSE AUDITS.  AND IF THERE'S

23     ANY QUESTIONS IN THOSE AUDITS, THEN YOU DO A FULL

24     HAND RECOUNT, WHICH YOU ALREADY DID.  AND THE PAPER

25     BALLOTS MATCHED THE REPORTED ELECTRONIC RECORDS.

BY MR. WADE:

   Q.  SO -- SO YOU TOUCHED ON MY NEXT POINT -- OR MY NEXT QUESTION.  HAS THERE BEEN, TO YOUR KNOWLEDGE, AN INSTANT OF THE TYPE OF COMPROMISE THAT MR. WAKEFORD JUST DESCRIBED?  HAVE YOU EVER HEARD OF THAT HAPPENING?

   A.  THERE'S NO EVIDENCE OF ANY VENDOR'S MACHINES EVER BEING COMPROMISED IN THE FIELD.

   Q.  ALL RIGHT.

       MR. WADE:  YES, SIR?

              EXAMINATION

BY MR. WAKEFORD:

   Q.  YOU MENTIONED THE PAPER BALLOT HAS A DESCRIPTION -- NORMAL READING STATUS?

   A.  YES.

   Q.  AND, ALSO, THE QR CODE?

   A.  YES.

   Q.  WHEN THE TIME VENDOR READS THE BALLOT, DOES IT READ THE QR CODES, OR DOES IT READ THE -- THE TEXT?

   A.  IT ACTUALLY READS BOTH.  SO IT TAKES A -- A DIGITAL IMAGE.  IT DOES USE THOSE QR CODE AS AN EFFICIENT WAY OF TABULATING THE VOTE, BUT YOU CAN COMPARE, AND THE SYSTEM INCLUDES BOTH OF THOSE RECORDS IN COMPARISON.

       AND, AGAIN, BY STATE LAW, IT'S THE TEXT RECORD THAT IS THE OFFICIAL VOTE.

1    Q.  I JUST WAS CURIOUS IF THEY'RE TINKERING WITH

2    STUFF MAKES THE QR CODE SAY ONE THING, BUT THE TEXT SAY

3    SOMETHING DIFFERENT, WAS WHERE I WAS GOING.

4    A.  THAT IS A -- THAT IS A VULNERABILITY, BUT THERE

5    ARE MITIGATIONS FOR THOSE THAT HAVE TO DO WITH, AGAIN,

6    THAT QR CODE HAS ENCRYPTED DATA THAT MATCHES THE -- YOU

7    KNOW, THE TEXT DATA AND THOSE COMPARISONS ARE DONE.

8              MR. WADE:  YES, MA'AM?

9              GRAND JUROR:  IS THE TESTING BEFORE, YOU

10         KNOW HARDWARE, SOFTWARE DELIVERED TO THE CLIENT

11         VERIFY THAT THERE IS, BASICALLY, A PERFECT RESULT

12         EVERY TIME.  FOR EXAMPLE, IF YOU WERE TO GO IN AND

13         VOTE, IS THERE TESTING TO MAKE SURE THAT THE

14         PRINTOUT IS ACCURATE?

15             MR. WADE:  I THINK YOU'RE READING MY NOTES.

16             (CROSSTALK)

17             GRAND JUROR:  CAN YOU TALK ABOUT HOW THAT

18         TESTING DONE?

19             THE WITNESS:  YEAH.  SO IT'S DONE, ACTUALLY,

20         AT MULTIPLE LEVELS.  SO. THERE'S -- THERE THE

21         ELECTION SYSTEMS COMMISSION, EAC, HAS WHAT ARE

22         CALLED VOLUNTARY VOTING SYSTEM GUIDELINES.  AND

23         THAT LAYS OUT A WHOLE SET OF REQUIREMENTS THAT

24         VOTING SYSTEMS NEED TO MEET IF YOU WANT TO BE

25         CERTIFIED UNDER THE EAC GUIDELINES.

```
 1          MR. WAKEFORD:  IS THAT A NATIONWIDE

 2    ORGANIZATION?

 3          THE WITNESS:  SO THE EAC IS A FEDERAL -- I

 4    DON'T KNOW, OFFICE COMMISSION, BUT STATES RUN

 5    VOTING SYSTEMS.  SO THE FEDERAL GOVERNMENT ACTUALLY

 6    HAS NO AUTHORITY OVER STATE VOTING -- VOTING AT

 7    ALL.  SO THAT'S WHY THEY'RE CALLED VOLUNTARY VOTING

 8    SYSTEM GUIDELINES.  BUT STATES CAN ADOPT THOSE

 9    GUIDELINES, AND GEORGIA DOES.

10          GEORGIA ALSO DOES ITS OWN TESTING ON TOP OF

11    THE VVS (PH) VOTING -- VOLUNTARY VOTING GUIDELINES.

12    WITHIN THAT VVS (PH) FEED, THERE ARE SPECIFIC

13    TESTING REQUIREMENTS FOR ACCURACY.  AND IT'S --

14    AGAIN, IT'S BEEN A WHILE, BUT IT'S SOMETHING LIKE 1

15    IN 400 MILLION.

16          SO IT'S -- SO -- THEY RUN TESTS OF 400

17    MILLION VOTES, AND IF YOU HAVE ONE SINGLE FAILURE

18    IN THAT BEFORE YOU GET TO 400 MILLION, YOU CAN'T

19    GET CERTIFIED, OKAY?

20          ON TOP OF THAT, GEORGIA HAS THEIR OWN

21    TESTING REQUIREMENTS AND THEY HAVE ACCURACY

22    INVOLVED IN THAT.  BEFORE EVERY ELECTION, THERE'S

23    SOMETHING CALLED LOGIC INACCURACY TESTING.

24    ACTUALLY, IT'S CALLED PRE-LOGIC INACCURACY TESTING

25    FOR BEFORE THE ELECTION.  AND THEN THERE'S
```

1    POST-LOGIC INACCURACY TESTING.  EACH INDIVIDUAL

2    COUNTY TEST EVERY PIECE OF EQUIPMENT ON ALL BALLOT

3    FILES AND ALL SELECTIONS THAT THE EQUIPMENT IS

4    ACTUALLY PRODUCING THE PROPER CORRECT RECORD.  THEY

5    DO THAT BEFORE THE ELECTION.  SOME STATES TO

6    PARALLEL TESTING ON ELECTION DAY WHERE THEY'LL

7    TAKE -- I DON'T KNOW IF GEORGIA DOES THIS, BUT

8    THEY'LL TAKE RANDOM MACHINES OUT OF THE FIELD AND

9    THEY'LL VOTE THEM OUTSIDE OF ACTUAL OFFICIAL VOTING

10   TO MAKE SURE THAT THOSE MACHINES ARE BEHAVING

11   PROPERLY.  AND THEN, ALL OF THE MACHINES ARE

12   RE-VERIFIED AFTER THE ELECTION THAT THERE BEHAVING

13   PROPERLY.

14        SO, AGAIN, BACK TO YOUR POINT, DO YOU THINK

15   YOU COULD COMPROMISE THAT ONE MACHINE, YOU KNOW,

16   WHAT YOU'D HAVE TO COMPROMISE IT AFTER THE

17   PRE-LOGIC, AND THEN, SOMEHOW, GET IT BACK INTO ITS

18   STATE BEFORE THE POST-LOGIC, TO BE UNDETECTED.

19        MR. WOOTEN:  CAN YOU KINDA WALK US

20   THROUGH --

21        MR. WADE:  HANG ON.  HANG ON ONE SECOND, MR.

22   WOOTEN.

23        SIR, DID YOU HAVE A QUESTION?  OKAY.  THERE

24   IT IS.

25        GRAND JUROR:  I HAVE FOR QUESTION REGARDING

1   THE ABSENTEE BALLOTS.  CAN YOU EXPLAIN HOW THE

2   ABSENTEE BALLOT PROCESS WORKS BECAUSE THERE IS NO

3   PHYSICAL PRESENCE OF THE VOTING IN THIS CASE?

4        THE WITNESS:  YEAH.  I MEAN, ABSENTEE VOTING

5   IS SIMPLY A VOTER GETS THEIR BALLOT IN THE MAIL.

6   AND, AGAIN, A BALLOT HAS HOLES THAT YOU CAN FILL IN

7   TO REGISTER YOUR -- THE INDIVIDUAL CHOICES.  VOTERS

8   THEN PUT THAT INTO A SECRECY SLEEVE AND PUT THAT

9   INTO A SECURE ENVELOPE.  IT'S SIGNED.  THEY MAIL IT

10  BACK TO THE CENTRAL OFFICE.

11       AGAIN IT'S STATE LAW AND COUNTY STATUTES, OR

12  THINGS LIKE THAT, BY HOW THEY PROCESS THOSE BALLOTS

13  TO VERIFY THOSE SIGNATURES AGAINST THE OFFICIAL

14  REGISTRATION RECORD.  ONCE THOSE ARE VERIFIED, THE

15  BALLOTS ARE MOVED TO THE SECRECY ENVELOPE SO THAT

16  YOU DON'T INVALIDATE VOTER SECRECY.

17       THE BALLOTS ARE THEN UNFOLDED AND THEN FED

18  INTO A CENTRAL SCANNING UNIT CALLED THE IMAGE CAST

19  CENTRAL, IN THE SECURE ELECTIONS OFFICE, AND THOSE

20  TOTALS ARE ADDED TO THE ELECTION DAY TOTALS.  DID I

21  COVER WHAT YOU WERE LOOKING FOR?

22       GRAND JUROR:  AND THEY SCANNED IN THE SYSTEM

23  BY A SECOND PERSON?

24       THE WITNESS:  YEAH, AN ELECTION -- A POLL

25  WORKER, YEAH.

1    BY MR. WADE:

2      Q.  SO I THINK YOU -- WHAT WOULD BE HAPPENING, THAT

3    SCANNER, IS THAT A DOMINION PRODUCT?

4      A.  IT'S -- IT'S ACTUALLY A -- IT'S A CANON SCANNER,

5    AND IT'S HOOKED UP TO A COMPUTER THAT HAS OUR SOFTWARE

6    FOR ANALYZING OUR SOFTWARE -- AN INDUSTRY SOFTWARE.  AND

7    THAT'S DONE BY COUNTY OFFICIALS.

8                FOREPERSON:  I FEEL LIKE YOU'RE IGNORING ME.

9                MR. WADE:  OH, NO, NO, NO.  I'LL GET YOU

10          NEXT.

11               FOREPERSON:  WHEN IT COMES TO THE HARDWARE

12          FOR -- FOR ALL THIS, YOU SAID THAT SOME ARE

13          CONNECTED TO THE INTERNET, RIGHT, AND THE SOFTWARE

14          IS INSTALLED BEFOREHAND.  AND YOU SAID THAT --THAT

15          CURRENT ELECTION IS LOADED IN AT THE CENTRAL

16          OFFICE.  SO LIKE WHETHER IT'S, YOU KNOW, TRUMP

17          VERSUS BIDEN, OR WHATEVER, THAT'S LOADED IN THE

18          CENTRAL OFFICE.  IS THAT -- THAT'S LOADED IN ON

19          EACH INDIVIDUAL ICX?

20               THE WITNESS:  YES, THE ELECTION DEFINITION

21          IS LOADED ON EACH INDIVIDUAL ICX.

22               FOREPERSON:  AT THE OFFICE.

23               THE WITNESS:  AT THE OFFICE.

24               FOREPERSON:  AND THEN, THEY'RE SEALED.

25               THE WITNESS:  THEY'RE TESTED, AND THEN

1    THEY'RE SEALED.

2            FOREPERSON:  OKAY -- OKAY.  SO LIKE, LET'S

3    SAY JUST TO -- TO HELP ILLUSTRATE, LIKE, QUESTION

4    HERE, LIKE, LET'S SAY THEY ALL WENT OUT AND THEY

5    FOUND OUT THAT THE ELECTION WASN'T GOING TO BE

6    TRUMP/BIDEN, IT WAS TRUMP/WADE.

7            THE WITNESS:  THAT DOES HAPPEN.

8            FOREPERSON:  WOULD YOU HAVE TO RECALL EACH

9    MACHINE THEN IF THERE'S NO WAY FOR THEM TO

10   COMMUNICATE?

11           THE WITNESS:  THAT'S CORRECT, AND THAT

12   HAPPENS.

13           FOREPERSON:  OKAY.  SO YOU WOULD HAVE TO,

14   THEN, LITERALLY RECALL EVERY SINGLE ONE OF THOSE

15   MACHINES, CLEAR THEM ALL OUT.

16           THE WITNESS:  YEP.

17           FOREPERSON:  REPROGRAM.  OKAY.

18           THE WITNESS:  AND YOU HAVE TO REPRINT ALL OF

19   THE MAIL-IN BALLOTS.

20           FOREPERSON:  RIGHT.  SO YOU CAN'T JUST BE,

21   LIKE, OH, LET ME FIX THAT NAME TO BE THIS ONE

22   INSTEAD, AND YOU JUST SEND THAT MESSAGE OUT.

23   THERE'S NO WAY.

24           THE WITNESS:  NO.  AND THAT'S -- THAT'S ONE

25   OF THE MOST DIFFICULT PARTS OF RUNNING AN ELECTION

1      BECAUSE CANDIDATES DO CHANGE, THERE'S COURT

2      CHALLENGES, SEPARATE, RARELY AT THE NATIONAL LEVEL,

3      BUT LOCAL SCHOOL BOARDS, THINGS LIKE THAT, THERE

4      ARE ALWAYS CHANGES.  SO THAT'S -- THAT'S THE

5      HARDEST PART BECAUSE YOU HAVE TO REDO EVERYTHING.

6      EVERYTHING HAS TO COME BACK.  EVERYTHING HAS TO BE

7      RE -- YOU KNOW, THE NEW DEFINITION HAS TO BE

8      LEVERED.  EVERYTHING HAS TO BE RETESTED BEFORE IT'S

9      SET BACK UP.

10          FOREPERSON:  MY ONLY OTHER QUESTION IS, I

11     KNOW THAT THERE ARE DEVICES THAT, LIKE, PEOPLE USE

12     TO -- OKAY.  I DON'T KNOW WHAT THEY ACTUALLY ARE,

13     BUT THEY SAY PEOPLE USE TO TAKE, LIKE, YOUR CREDIT

14     CARD, OR CONNECT TO AN ATM MACHINE RIGHT WHEN YOU

15     WALK UP TO IT.  YOU KNOW WHAT I MEAN?  A DEVICE

16     THAT'LL MESSAGE THE MACHINE RIGHT WHEN YOU'RE NEAR

17     IT, AND THEN WALK AWAY.

18          THE WITNESS:  YEAH, THAT SYSTEM IS ACTUALLY

19     BROADCASTING DATA.

20          FOREPERSON:  OKAY.  SO THAT WOULD NOT

21     WORK --

22          THE WITNESS:  CORRECT.

23          FOREPERSON:  -- ON THIS KIND OF MACHINE?

24          THE WITNESS:  YEAH.  IT DOESN'T -- IT

25     DOESN'T BROADCAST ANY DATA.  IT DOESN'T HAVE

1   BLUETOOTH.  IT DOESN'T HAVE WHAT'S CALLED NFC,

2   WHICH IS NEAR FIELD COMMUNICATIONS.  SO WHAT -- YOU

3   KNOW, WHAT YOU'RE TALKING ABOUT, ESPECIALLY, LIKE

4   SCANNING PASSPORT IS A BIG ONE --

5        FOREPERSON:  YEAH.

6        THE WITNESS:  RIGHT?  WHERE, YOU KNOW,

7   IT'S -- THEY HAVE WHAT'S CALLED IFRT CHIP IN THEM,

8   AND THAT, IT'S, SORT OF, LIKE BROADCASTING PASSIVE

9   DATA OUT THERE.  AND, YEAH, YOU CAN HAVE A SCANNER

10  THAT'S OUT THERE READING THAT, BUT ICX, ICT, THEY

11  DON'T BROADCAST ANY INFORMATION ON -- ON ANY OF

12  THOSE COMMUNICATIONS.

13       FOREPERSON:  THAN YOU.

14       MR. WADE:  LET'S NOT GLOSS OVER THE FACT

15  THAT -- FOR THE RECORD THAT THE JUROR SAID THAT I

16  WAS QUALIFIED TO RUN FOR PRESIDENT, AND THAT I

17  SHOULD RUN FOR PRESIDENT.  AND IS THERE ANYTHING

18  ELSE?  THAT WAS GREAT.

19       FOREPERSON:  THAT YOU'RE AN EXCELLENT

20  CHOICE?

21       MR. WADE:  YES.

22       FOREPERSON:  AND THAT YOU'RE ENTITLED TO IT.

23       MR. WADE:  THERE YOU ARE.

24       THE WITNESS:  I THINK THIS IS A FREE COMEDY

25  SHOW.  IF I KNEW, I WOULD'VE COME SOONER.

1          MR. WAKEFORD:  SO YOU TESTIFIED THAT, YOU

2     KNOW, THE VULNERABILITIES THAT HAVE BEEN IDENTIFIED

3     REQUIRE PHYSICAL ACCESS TO THESE MACHINES FOR THE

4     UNFETTERED PHYSICAL ACCESS, AND THEY'RE, KIND OF,

5     SOME TAMPER EVIDENCE SYSTEMS IN PLACE THAT WOULD

6     SHOW IF SOMEBODY WAS ABLE TO ACCESS THESE MACHINES

7     IN THAT WAY.

8          CAN YOU EXPLAIN TO THE GRAND JURY EXACTLY

9     WHAT THOSE, KIND OF, PHYSICAL SAFETY MEASURES ARE,

10    AND IF SOMEBODY WERE ABLE TO BREACH THEM, HOW WOULD

11    THAT BE DETECTABLE?

12         THE WITNESS:  YEAH.  SO IN -- IN -- I'LL

13    ANSWER THAT SPECIFIC QUESTION.  IT'S NOT JUST THE

14    PHYSICAL ACCESS OF BEING ABLE TO COMPROMISE THE

15    SEALS, YOU ALSO HAVE TO HAVE INTIMATE BACK-END

16    ENCRYPTED INFORMATION TO EXPLOIT THAT AS WELL.

17         SO THE PHYSICAL THINGS ARE LIKE TEMPER

18    EVIDENCE SEALS.  THOSE CAN TAKE MANY FORMS.  SOME

19    OF THEM -- I DON'T KNOW IF YOU REMEMBER THE OLD VHS

20    TAPES, THEY HAVE THE LITTLE WOODED SEAL ON THEM,

21    AND THE, SORT OF, ALUMINUM TAPE, YOU KNOW.  AND

22    THAT WAS TO PREVENT PEOPLE FROM OPENING THE CASE

23    AND TAKING OFF THE REELS, YOU KNOW.

24         SO YOU ALSO HAVE, ESSENTIALLY, WHAT LOOKED

25    LIKE ZIP TIES, AND THESE ARE SERIALIZED, ALL RIGHT?

1     THEY HAVE SERIAL NUMBERS, AND THE BEST PRACTICE IS,

2     YOU KNOW, AGAIN, IN THE CENTRAL OFFICE BEFORE YOU

3     SEND THE MACHINE OUT, EACH DEVICE ON EACH SEAL HAS

4     THE SERIAL NUMBER, AND THE DEVICE, ITSELF, HAS THE

5     SERIAL NUMBER, AND YOU WRITE THOSE DOWN.  AND WHEN

6     THE MACHINE COMES BACK, YOU MAKE SURE THAT THOSE

7     SERIAL NUMBERS HAVE NOT CHANGED.

8          SO -- AND THEN, YOU KNOW, ALL THE WAY DOWN

9     TO THE ACTUAL LOCKS, THE BALLOT BOX, ITSELF, HAS,

10    YOU KNOW, A KEYED LOCK ON IT, AND THEN A TAMPER

11    EVIDENCE SEAL TO LOCK ITSELF.

12         SO THERE'S A VARIETY OF PHYSICAL SECURITY

13    MITIGATIONS; LOCKS, SEALS, TAPE, THAT ARE APPLIED

14    THAT WOULD HAVE TO BE COMPROMISED.

15         AND, AGAIN, BACK TO THE REAL MAIN POINT IS,

16    YOU WOULD HAVE TO HAVE INTIMATE KNOWLEDGE THAT

17    CHANGES EVERY ELECTION ON EVERY DEVICE TO

18    COMPROMISE THE DATA ONCE YOU ACTUALLY GAINED THE

19    ACCESS.

20         GRAND JUROR:  WHERE ARE THEY IF APPLIED,

21    LIKE, IN A PROCESS?  BEFORE THEY COME TO GEORGIA OR

22    IS EVERYONE...

23         THE WITNESS:  NO, NO, NO -- AND THEN, THAT

24    POLL WORKER BETTER BE ABLE TO TELL YOU THAT.  BUT

25    IN GENERAL, IT'S -- IN THE END OFFICE, THERE ARE A

```
 1          BUNCH OF CHECKS THAT ARE DONE, RIGHT?  TO MAKE SURE
 2          THAT THE ACTUAL SOFTWARE ON THE MACHINE IS THE
 3          CORRECT SOFTWARE.  IT'S WHAT IS CALLED A HASH
 4          VALUE.  IT'S BASICALLY A SIGNATURE OF THE SOFTWARE.
 5          YOU VALIDATE THAT.  THEN, YOU HAVE TO GO LOAD THE
 6          ELECTION, AND THEN YOU CAN EITHER -- DEPENDING ON
 7          HOW IT'S SET UP, YOU CAN EITHER APPLY THE SEALS
 8          THERE BEFORE TESTING, OR YOU CAN TEST IT AND THEN
 9          SEAL IT ONCE IT'S BEEN VALIDATED.
10              BUT IT'S IN THE CENTRAL OFFICE IN A SECURE
11          LOCATION BEFORE IT'S DELIVERED TO AN INDIVIDUAL
12          PRECINCT.
13              GRAND JUROR:  OKAY.  THEN IT GOES BACK TO
14          THE CENTRAL OFFICE, BUT THE SEAL IS STILL ON IT.
15              THE WITNESS:  YES, SIR.  YEAH, AND THEY
16          VALIDATE THOSE SEALS WHEN IT COMES IN.
17              MR. WADE:  YES, MA'AM?
18              FOREPERSON:  I JUST -- WELL, NOW I WANT TO
19          KNOW, IS THAT CENTRAL OFFICE REPORTING TO WHICHEVER
20          STATE THE ELECTION'S TAKING PLACE IN?
21              THE WITNESS:  IT DEPENDS.  SO IN GEORGIA,
22          IT'S AT THE COUNTY LEVEL.
23              FOREPERSON:  OKAY.  COOL.  AND THEN, CAN YOU
24          TELL ME WHAT YOU MEAN BY BACK END?
25              THE WITNESS:  THAT'S THE CENTRAL OFFICE
```

```
1        SERVER.

2               FOREPERSON:  OKAY.

3               THE WITNESS:  THAT'S WHERE ALL OF THE DATA

4        IS ACCUMULATED.

5               FOREPERSON:  OKAY.  SO WHEN THE CODES

6        ACCEPT --

7               THE WITNESS:  IT'S DATABASE REALLY.  WHEN I

8        SAY BACK END, I MOSTLY MEAN THE DATABASE.  THAT'S

9        WHERE -- WHEN ALL THE DATA COMES BACK IN WHEN ALL

10       THE DATA'S CREATED FOR, LIKE, THE BALLOT IMAGES, IT

11       LIVES ON A SERVER AND A DATABASE.

12              IT'S THE PART THAT, YOU KNOW, THE PUBLIC

13       NEVER SEES.

14  BY MR. WADE:

15    Q.  HAVE YOU EVER BEEN ACCUSED OF USING YOUR POSITION

16  AT THE MEDIA TO INFLUENCE THE OUTCOME OF THE ELECTION?

17    A.  I HAVE BEEN ACCUSED A LOT.

18    Q.  TELL US ABOUT THE ACCUSATIONS; WHERE THEY CAME

19  FROM, WHETHER THEY WERE LISTED ANYWHERE?

20    A.  HOW MUCH TIME DO WE HAVE?  STARTING ON OR AROUND

21  NOVEMBER 9TH, I THINK THAT WAS THE FIRST TIME AFTER THE

22  2021 ELECTION, ON NOVEMBER 3RD, THERE WAS A FAR-RIGHT

23  PODCASTER OUT OF COLORADO SPRINGS, COLORADO THAT HAS POD

24  CASTING.  HE WENT ON THERE AND ACCUSED ME OF RIGGING THE

25  ELECTION.
```

1          SO FROM THERE, I GET ACCUSED ON, PRETTY MUCH, A

2     DAILY BASIS.  I HAVE RECEIVED A FEW THOUSAND DEATH

3     THREATS IN THE LAST 18 MONTHS.  I'VE HAD PEOPLE COME TO

4     MY HOUSE, LETTERS.

5          Q.  I'M GOING TO ASK YOU, DID YOU RIG THE ELECTION

6     CAMPAIGN?

7          A.  NO, I DIDN'T, AND NOR WOULD I EVEN BEEN ABLE TO.

8          Q.  WHAT DOES THAT MEAN?  I'M NOT ABLE TO...

9          A.  I DON'T HAVE THE ACCESS.  I DON'T HAVE THE

10     ABILITY TO EXPLAIN ANY OF THESE VULNERABILITIES.  AND

11     IT'S NOT ME -- I MEAN, COUNTIES, STATES RUN ELECTIONS.

12     DOMINION JUST BUILDS THE HARDWARE AND PROVIDE THE

13     SOFTWARE.  WE DO NOT RUN ELECTIONS.  SO I DON'T HAVE --

14     AND NOR DO I HAVE EVEN THE TECHNICAL CAPABILITY TO BE

15     ABLE TO, YOU KNOW, COMPROMISE ALL OF THE SECURITY AND

16     PROCESSES THAT ARE IN PLACE THAT WOULD BE NEEDED TO

17     AFFECT AN ELECTION.

18          Q.  SO LET'S SEE.  WHERE DO YOU LIVE?

19          A.  I LIVE IN A SMALL TOWN IN COLORADO.

20          Q.  HAVE YOU HAD TO RELOCATE AS A RESULT THE --

21          A.  I HAD TO RELOCATE FOR ABOUT SIX MONTHS, IN --

22     STARTING IN NOVEMBER OF 2020.  I'M BACK IN MY HOUSE NOW,

23     BUT I -- I HAVE, YOU KNOW, A SECURITY SYSTEM AND OTHER

24     MEANS OF SELF-PROTECTION.  BUT I DO HAVE TO CHANGE MY

25     DAILY ROUTINE.  I DON'T -- I DON'T STICK TO THE SAME

1    ROUTINES ON A DAILY BASIS.  AND JUST ON FRIDAY, I

2    BELIEVE, AN EX-WHITE HOUSE STAFFER POSTED A PICTURE OF

3    MY HOUSE AND MY ADDRESS, AND TOLD PATRIOTS TO SHOW UP

4    THERE.

5        Q.  IS THAT WHAT -- WHAT'S THERE ON THE SCREEN?

6        A.  YEAH.

7        Q.  WHAT -- WHAT DID THE PICTURE -- SO WHAT DID

8    THE -- WHAT ID THE PICTURE DO?  WHAT DID THE -- YOU SAID

9    EXPERT, I'M SORRY.

10       A.  NO, NO.  HE'S -- HE'S AN EX-WHITE HOUSE STAFFER.

11   HIS NAME IS JARED KIEFER.  HE WORKED FOR PETER NAVARRO,

12   THE SECRETARY OF TREASURY -- TREASURY SECRETARY.

13           HE -- HE -- MR. KIEFER HAS BEEN ONE OF THE MAIN

14   VOICES OF, QUOTE, UNQUOTE, ELECTION FRAUD IN 2020.  HE

15   IS THE ONE THAT GRANTED ACCESS TO THE WHITE HOUSE FOR

16   MICHAEL FLYNN (PH), SYDNEY COWL (PH), AND PATRICK BYRNE

17   (PH), WHERE THEY DISCUSSED ON HOW TO OVERTURN ELECTION

18   RESULTS.  HE WAS THE ONE THAT -- THAT LED THEM INTO THE

19   WHITEHOUSE.  HE HAD HIS -- HIS ACCESS PRIVILEGES REVOKED

20   AT THAT POINT BECAUSE HE VIOLATED ALL SORTS OF

21   PROCEDURES.

22       Q.  HOW -- HOW -- HOW DO YOU KNOW THAT HE DID THAT?

23   THAT HE POSTED THAT?

24       A.  HIS NAME IS RIGHT AT THE TOP.

25       Q.  HOW DO YOU KNOW?

```
 1      A.   THAT'S HIS TELEGRAM ACCOUNT.

 2      Q.   OKAY.

 3              GRAND JUROR:   TELEGRAM?

 4              THE WITNESS:   TELEGRAM.   IT'S THE -- SORT OF

 5         THE GREATLY VERSION OF TWITTER.

 6              GRAND JUROR:   OH.

 7   BY MR. WADE:

 8      Q.   YOU TALKED ABOUT WHAT -- WHAT --

 9      A.   OH, JUST HE CALLED ME AN ULTIMATE COMMUNIST.

10   AND, AGAIN, YOU CAN SEE THAT'S MY ADDRESS RIGHT THERE

11   (INDICATING) ON THE BOTTOM.   ALL PEOPLE WITH GOODWILL

12   SHOULD BE PICKETING.

13      Q.   AND AS A RESULT OF THAT, WHAT HAPPENED?   DID

14   PEOPLE SHOW UP AND DO THAT?

15      A.   NOT YET.   BUT I STAYED AT A FRIEND'S HOUSE FOR A

16   COUPLE OF DAYS, SO.

17      Q.   WHEN WAS THAT RELEASED?

18      A.   I BELIEVE IT WAS FRIDAY -- THIS PAST FRIDAY.

19      Q.   SO THAT'S THE MOST RECENT?

20      A.   NO.   I'VE GOTTEN ABOUT -- AFTER HE POSTED THIS --

21   AFTER HE EVER POSTED ANYTHING ABOUT ME, I THEN GET

22   VARIOUS TEXTS, AND EMAILS, AND VOICE MAILS OF OTHER

23   PEOPLE THREATENING ME.

24      Q.   OKAY.

25      A.   SO THAT'S NOT THE MOST RECENT.
```

FCDA00135243

```
1      Q.   YOU TALKED ABOUT LETTERS THAT YOU -- THAT YOU

2   GOT.  IS THAT ONE OF THE LETTERS THAT MR. WOOTEN IS

3   ABOUT TO --

4            MR. WOOTEN:  I HAVE ONE QUESTION BEFORE YOU

5      MOVE ON.

6            THE WITNESS:  OKAY.

7            MR. WOOTEN:  DR. COOMER, CAN YOU SEE IN THE

8      BOTTOM THERE, THERE IS A LITTLE EYEBALL SYMBOL AND

9      A NUMBER?

10           THE WITNESS:  YEAH.

11           MR. WOOTEN:  BASED ON JUST YOUR GENERAL

12     KNOWLEDGE AND OWN KNOWLEDGE, WHAT DOES THAT EYEBALL

13     SYMBOL MEAN ON A PLATFORM LIKE THIS?

14           THE WITNESS:  IT MEANS THAT 29,000 PEOPLE

15     HAVE VIEWED THIS.  29,000 PEOPLE -- NEW PEOPLE,

16     NATURALLY, YOU KNOW, KNOW WHERE I LIVE, WHAT MY

17     HOUSE LOOKS LIKE.

18           MR. WOOTEN:  SINCE FRIDAY.

19           THE WITNESS:  YEAH.

20           MR. WOOTEN:  OKAY.

21           MR. WADE:  YES, MA'AM?

22           GRAND JUROR:  EARLIER, YOU MENTIONED THAT

23     YOU HAD TO LEAVE ABOUT A YEAR AND A HALF AGO.

24           THE WITNESS:  YES.

25           GRAND JUROR:  ARE THESE THREATS AND
```

1    ACCUSATIONS THE REASON WHY?

2         THE WITNESS:  YEAH.  AND I'LL EXPAND ON

3    THAT.  SO ACTUALLY, BEFORE THE ELECTION, THERE WERE

4    ALREADY PEOPLE CLAIMING THAT DOMINION WAS -- WAS

5    GOING TO, YOU KNOW, DEFRAUD THE ELECTION.  SO THE

6    COMPANY AT THE TIME -- I HIRED A CONTRACT SECURITY

7    FIRM, JUST TO, KIND OF, MONITOR THINGS.  AND

8    SHORTLY AFTER NOVEMBER 3RD, I THINK IT WAS

9    NOVEMBER 4TH, THE COMPANY STARTED GETTING THREATS

10   THROUGH VARIOUS EMAIL CHANNELS.

11        AND SO THEN, THE PRIVATE SECURITY FIRM

12   STARTED DOING MORE RESEARCH, AND IN ONE COUNTY IT

13   HIT ON NOVEMBER 9TH, THEY HAD IDENTIFIED SOME

14   ACTUAL POTENTIAL REAL THREATS, FIGHTING PEOPLE.

15        SO IT WAS -- IT WAS THEIR STRONG SUGGESTION

16   THAT I NOT RETURN HOME, THAT I ACTUALLY GET A

17   SECURITY DETAIL, AND THAT I, ESSENTIALLY, GO INTO

18   HIDING.

19        SO THESE -- AND THE SECURITY FIRM THAT'S

20   INVOLVED, THAT'S JUST THE FBI AND POLICE OFFICERS

21   THAT DEAL WITH EMINENT THREATS LIKE THIS.  SO, YOU

22   KNOW, THEY ACTUALLY DIDN'T WANT ME TO GO HOME.

23   THEY ACTUALLY WANTED ME TO MOVE, BUT I DON'T WANT

24   TO DO THAT.  BUT I DID NOT LIVE THERE FOR SIX

25   MONTHS.

1  BY MR. WADE:

2     Q.   TELL US ABOUT THE -- THE LETTER THAT'S ON THE

3  SCREEN THERE?

4     A.   SO THIS IS FROM LAKE UNITED FRONT AGAINST

5  TRADERS, SOME MILITIA GROUP IN SPOKANE, WASHINGTON.

6  THIS IS A LETTER THAT I RECEIVED.

7     Q.   TAKE YOUR TIME.

8     A.   I'M SORRY.

9     Q.   TAKE YOUR TIME.

10    A.   SO IT'S A LETTER I RECEIVED, I THINK IT'S IN

11  NOVEMBER 23RD.  MY FATHER RECEIVED A SIMILAR ONE.  MY

12  FATHER RECEIVED A SIMILAR ONE.  IT WAS -- IT WAS MUCH

13  LONGER.  THIS ONE, HE JUST SENT AND ENDED UP IN JAIL,

14  THAT I'M A TRAITOR.  THE ONE TO MY FATHER IS MUCH

15  LONGER.  MY BROTHER RECEIVED ONE TOO.

16         SO, YOU KNOW, WITHIN TWO WEEKS, YOU KNOW, MY

17  WHOLE FAMILY HAD BEEN EXPOSED.  AND SO, YOU KNOW, AT --

18  THIS -- THIS DAY -- SORRY.

19    Q.   YOU TALKED ABOUT YOUR FATHER RECEIVING THREATS.

20  IS THAT -- YOUR DAD IS JUST A VETERAN, OR...

21    A.   YEAH.  MY DAD IS A WEST POINT GRAD, CAREER

22  MILITARY, FULL COLONEL, DECORATED VIETNAM VET.  I FEEL

23  LIKE IF HE'S GOOD AT BEING A TRAITOR BECAUSE, OBVIOUSLY,

24  PRETTY HARD FOR HIM TO READ AFTER, YOU KNOW, SERVING FOR

25  20 THROUGH 35 YEARS.

1    Q.  HAVE YOU HAD TO RELOCATE YOUR FAMILY, OR...

2    A.  NO -- I MEAN, MY -- MY FAMILY HAS, SORT OF, TAKEN

3    ALL OF THE SAME PRECAUTIONS THAT I HAVE.  YOU KNOW,

4    SECURITY SYSTEMS, TRYING TO KEEP LOWER PROFILE.

5          GRAND JUROR:  HAVE YOU BEEN ABLE TO

6       PROSECUTE ANYONE?

7          THE WITNESS:  NOT YET.  I HAVE -- I HAVE

8       VARIOUS WITNESSES, BUT -- YEAH, NOTHING -- THE FBI

9       HAS A DIVISION FOR CLUBS AND ELECTION WORKERS THAT

10      RECEIVE THREATS, BUT NOTHING'S IN ACTION AT THIS

11      POINT.

12         GRAND JUROR:  HOW DID THEY TARGET YOU?  I

13      MEAN, HOW DID THEY JUST LASER FOCUS ON YOU?

14         THE WITNESS:  THAT'S A REALLY GOOD QUESTION

15      THAT I HOPE MY CIVIL SUIT WILL EVENTUALLY GET TO

16      THE BOTTOM OF.

17         THE FACT IS, IS THAT I CAN SAY THAT THEY

18      TARGETED DOMINION FIRST.

19         GRAND JUROR:  THAT MAKES SENSE, BUT FOR YOU

20      AS A PERSON, HOW DID THEY JUST FOCUS ON YOU?

21         THE WITNESS:  THAT'S A GOOD QUESTION.  I

22      DON'T -- I DON'T KNOW WHAT SPARKED THAT.  I MEAN, I

23      HAVE, YOU KNOW, (UNINTELLIGIBLE) PROVIDED, YOU

24      KNOW, TESTIMONY IN FRONT OF VARIOUS STATE

25      LEGISLATURES AND IN SOME COURT CASES, AND THINGS

1          LIKE THAT, FOR THE COMPANY.  I AM ON SEVERAL

2     PATENTS FOR PRODUCTS OF THE COMPANY, YOU KNOW.

3          LIKE I SAID, I -- I GAVE A PUBLIC

4     DEMONSTRATION OF THE EQUIPMENT HERE IN GEORGIA FOR

5     THE STATE LEGISLATURES, AND -- YEAH.  WHY THEY, YOU

6     KNOW, SPECIFICALLY CAME AFTER ME TO BEGIN WITH,

7     I -- I -- I DON'T HAVE AN ANSWER FOR THAT.

8          BY MR. WADE:  YES, SIR?

9          GRAND JUROR:  AS AN EXECUTIVE OFFICER,

10    (UNINTELLIGIBLE) WERE YOU THE ONLY ONE?

11          THE WITNESS:  I'M NOT -- I WASN'T AN

12    EXECUTIVE.  THERE IS AN EXECUTIVE TEAM, AND -- AND

13    I'M NOT THE ONLY ONE THAT GOT THREATS.  I MEAN,

14    THERE ARE -- MANY OF MY COLLEAGUES GOT THREATS.

15    BUT I -- I SEEM TO HAVE BECOME, SORT OF, THE

16    PRIMARY FOCUS.

17          BUT, YEAH, THEY POSTED -- THEY -- WHOEVER,

18    THEIR ENTIRE -- THE ENTIRE EXECUTIVE TEAM WAS

19    POSTED ON THE -- ON THE INTERNET WITH, YOU KNOW, A

20    SEXUALLY, YOU KNOW, SCOPE MARKINGS WITH RIFLES ON

21    THEIR FACES AND IN THE WORDS, TRAITOR, SO.

22 BY MR. WADE:

23    Q.  ARE YOU AWARE OF THE LEGISLATIVE HEARING THAT

24 TOOK PLACE HERE IN GEORGIA, NOVEMBER/DECEMBER OF 2020,

25 WHERE THE ALLEGATION THAT THERE WERE ISSUES OF BEING

1    OFFICIAL?

2        A.   YEAH.  I'LL BE HONEST, THAT TIME WAS PRETTY

3    CHAOTIC.  I -- I -- I COULDN'T RECALL ALL OF THE DETAILS

4    FROM THAT, BUT I -- I BELIEVE IT WAS -- IT WAS FROM THE

5    LEGISLATIVE THAT WE -- THAT THE HAND COUNT CAME ABOUT, I

6    BELIEVE.

7        Q.   DID ANYONE REACH OUT TO YOU AND ASK YOU TO COME

8    AND TESTIFY?

9        A.   FOR THAT ONE, NOT THAT -- NOT THAT I KNOW OF

10   BECAUSE, AGAIN, AT THAT POINT, I WAS -- I WAS,

11   ESSENTIALLY, IN HIDING.  KEEP YOU AWARE.

12       Q.   YOU WERE WHERE?

13       A.   I WAS IN HIDING.

14       Q.   OKAY.  THERE WAS A REPORT THAT WAS PRODUCED AS A

15   RESULT OF THOSE LEGISLATIVE HEARINGS.  WE'RE GONNA WALK

16   YOU THROUGH SOME OF THE INFORMATION THAT CAME OUT THAT'S

17   ON THE SCREEN.

18        WOULD YOU MIND READING THAT ALOUD FOR THE RECORD?

19       A.   "THE SUBCOMMITTEE TAKES NOTICE OF THE VARIOUS

20   PUBLICLY-REPORTED FUNCTIONS OF DOMINION MACHINES AND

21   HEARD EVIDENCE THAT DOMINION MACHINES CAN DUPLICATE

22   FRAUDULENT BALLOTS TO THE POINT THAT NOT EVEN TRAINED

23   PERSONNEL CAN TELL THE DIFFERENCE BETWEEN A TEST BALLOT

24   AND A REAL BALLOT."

25       Q.   TELL THE GRAND JURORS IF -- IF -- IS THAT VALID?

1    IS IT POSSIBLE IF IT'S NOT SEEN?

2       A.   AGAIN -- I MEAN, CAN YOU CREATE A FRAUDULENT

3    BALLOT?  POTENTIALLY, YOU HAVE THE -- THE MEANS OF DOING

4    IT.  CAN THAT ACTUALLY COMPROMISE THE ELECTION, HIGHLY

5    UNLIKELY.

6          AGAIN, YOU KNOW, PRECINCTS, THEY -- THEY HAVE

7    CHECKING.  THEY -- YOU KNOW, VOTERS ARE VERIFIED AGAINST

8    THEIR REGISTRATIONS.  THE -- THE POST-ELECTION PROCESS

9    IS CALLED CANVASSING.  ALL OF THAT DATA HAS VALIDATED

10   THE NUMBER OF PEOPLE OF PEOPLE THAT CHECKED INTO THE

11   PRECINCT, MATCHES THE NUMBER OF BALLOTS.  THE NUMBER OF

12   MAIL-IN BALLOTS THAT ARE RECEIVED ARE VALIDATED AGAINST

13   THE SIGNATURES THAT ARE VERIFIED.

14          SO YOU CAN'T JUST ADD, YOU KNOW, $10,000 AND NOT

15   SUDDENLY REALIZE YOU HAVE AN ISSUE.  SO AGAIN -- YOU

16   KNOW, CAN I SIT AT HOME AND DRAW SOMETHING UP THAT LOOKS

17   LIKE A BALLOT, SURE.  CAN I GET THAT INTO THE SYSTEM AND

18   COUNTED, HIGHLY UNLIKELY.

19      Q.   IS THERE SOME LABEL ON IT THAT SAYS SAMPLE

20   BALLOT, OR...

21      A.   YEAH.  SO THERE IS A FUNCTION IN THE SYSTEM FOR

22   CREATING TEST BALLOTS, AND THAT'S USED FOR TESTING AND

23   VALIDATING THAT THE SYSTEM WORKS.  AND, YES, THOSE ARE

24   ALL LABELED AS TEST BALLOTS.

25      Q.   ALL RIGHT.

```
 1                MR. WADE:  GO TO THE NEXT ONE.

 2   BY MR. WADE:

 3     Q.  CAN YOU READ THAT ONE FOR THE RECORD?

 4     A.  "TESTIMONY ALSO SUGGESTED THAT THE SCREENING

 5   SYSTEM RESPONDS WIRELESSLY TO PING RESET FROM AN UNKNOWN

 6   LOCATION."

 7          THAT'S HAPPENED WITH THE POLL BOOKS, SO.  AGAIN,

 8   THIS IS CONFUSING WHAT THE DOMINION SYSTEM IS AND WHAT

 9   THE POLL WORKS ARE.  POLL WORKS ARE NOT PART OF THE

10   DOMINION SYSTEM THAT'S USED TO VALIDATE VOTER

11   REGISTRATIONS.  THOSE, AS I EXPLAINED, DO HAVE WIRELESS

12   CAPABILITY BECAUSE THEY NEED TO VERIFY, IN REAL-TIME,

13   WHETHER A VOTER HAS VOTED IN SOME OTHER LOCATION.

14          THE DOMINION SYSTEM DOES NOT HAVE ANY WIRELESS

15   CAPABILITY, AND CERTAINLY NOT A WIRELESS CAPABILITY THAT

16   COULD RESET THE SYSTEM.

17     Q.  ALL RIGHT.

18                MR. WADE:  WE'VE GOT A QUESTION IN THE BACK

19        ABOUT THIS.  GO AHEAD.

20                GRAND JUROR:  SO IF THE POLL WORKS WERE

21        POTENTIALLY VULNERABLE, AND THEY WERE ABLE TO ADD

22        PEOPLE TO THE POLL VOTE SO THAT THEY COULD RECEIVE

23        A VOTE, (UNINTELLIGIBLE).

24                THE WITNESS:  YOU HAVE TO HAVE THAT PERSON

25        SHOW UP AND VALIDATE THEIR REGISTRATION BEFORE THEY
```

1    CAN GET IN THE MACHINE, YEAH.

2        LIKE, THERE'S NOT CONNECTION BETWEEN THE

3    POLL VOTE AND THE VOTING SYSTEM.  IT'S NOT LIKE YOU

4    CAN JUST SAY, HEY, THIS PERSON VOTED AND THEN SEND

5    A SIGNAL FOR THE PRINTER TO PRINT OUT A BALLOT WITH

6    WHATEVER VOTES YOU WANTED ON IT, AND THEN FEED THAT

7    INTO THE MACHINE.

8        MR. WADE:  YOU HAVE A QUESTION?

9        GRAND JUROR:  LET'S SAY I GO TO THE POLL

10    VOTES AND ADDED 100 VOTERS, OR SAY, THEY VOTED IN

11    THIS PRECINCT, BUT THEN I PUT IN A SECOND SHEET

12    SAYING THEY HAVEN'T VOTED.  THEN, THEY HAVE 100

13    PEOPLE SHOW UP AND CLAIM THEY ARE ONE OF THESE

14    PEOPLE, THEN THEY CAN VOTE.

15        THE WITNESS:  NO, NO BECAUSE THE VOTER

16    REGISTRATION LOOKS ACROSS PRECINCTS, AND THAT'S THE

17    WHOLE POINT OF THAT.  IT, LIKE, HAS TO BE CONNECTED

18    TO THE CENTRAL OFFICE BECAUSE YOU WANT TO MAKE SURE

19    THAT YOU DON'T HAVE A PERSON VOTING ACROSS

20    PRECINCTS PRETENDING THAT THEY LIVE IN TWO

21    DIFFERENT PLACES.  THAT WOULD BE CAUGHT IMMEDIATELY

22    BECAUSE AGAIN IF ADDING -- YOU CAN'T JUST ADD

23    VOTERS TO THAT REGISTRATION SYSTEM WITHOUT THE

24    CENTRAL OFFICE BEING UPDATED AND KNOWING THAT YOU

25    NOW -- YOU'RE USING -- AGAIN, YOUR EXAMPLE, THE

1     MAIN REGISTRATIONS IS JUST GOING TO SAY, HEY, NO,

2     THIS PERSON'S ALREADY REGISTERED IN THIS PRECINCT.

3     THIS IS INVALID.

4          SO YOU MIGHT CREATE A WHOLE NEW PEOPLE, BUT

5     THEN, YOU'LL ACTUALLY HAVE TO CREATE A WHOLE NEW

6     PEOPLE TO SHOW UP TO THAT PRECINCT WITH I.D., OR

7     WHATEVER TO --

8          GRAND JUROR:  YOU HAVE TO START FROM THE

9     BEGINNING.

10         THE WITNESS:  YES.  AND AGAIN, THAT HAS

11    NOTHING TO DO WITH DOMINION SYSTEM.  AND -- AND,

12    YOU KNOW, HAVE PEOPLE FALSELY REGISTERED ACROSS THE

13    U.S., SURE.  IT'S A PRETTY LOW ASSURANCE RATE.

14    IT'S NOT AN EFFECTIVE WAY OF REALLY IMPACTING OUR

15    LIVES DURING THE POLLING.

16         MR. WADE:  ALL RIGHT.  NEXT SLIDE.

17         THE WITNESS:  "THE SUBCOMMITTEE ALSO HEARD

18    THAT DOMINION MACHINES CAN BE PROGRAMMED WITH

19    ALGORITHMS THAT REALLOCATE VOTES BETWEEN

20    CANDIDATES."

21         FALSE.  SO PART OF THAT CERTIFICATION

22    PROCESS THAT WE DISCUSSED WITH EBSC, ONE OF THE

23    STEPS IN THAT CERTIFICATION PROCESS IT'S WHAT'S

24    CALLED A CODE REVIEW.  THE INDEPENDENT TESTING

25    LABORATORY IS CALLED THE VSTL, VOTING SYSTEM TEST

1    LABORATORY.  THEY HAVE INDEPENDENT EMPLOYEES WHOSE

2    SOLE JOB IS TO GO THROUGH EVERY LINE CODE IN THE

3    SYSTEM AND DETERMINE WHAT IT DOES, THAT IT'S

4    WRITTEN PROPERLY, THAT IT DOES WHAT IT'S SUPPOSED

5    TO DO.  SO WHEN THE CODE IS WRITTEN, EACH -- EACH

6    MODULE OF CODE IS DOCUMENTED ON WHAT THE PURPOSE IS

7    OF THE CODE, RIGHT?  SO IT -- TEXT SAYS WHY, OR

8    WHATEVER IT IS.

9        THEY DO A FULL CODE REVIEW ON ALL LAUNCH

10   CODES, AND WE'RE TALKING ABOUT A MILLION LINES OF

11   CODE.  BUT THEY GO THROUGH ALL OF IT, AND IT -- AND

12   THEY DO IT EVERY TIME THE SYSTEM IS -- IS

13   CERTIFIED.

14       ONCE THEY DO THAT CODE REVIEW, IT'S THE TEST

15   LABORATORY THAT -- WHAT'S CALLED COMPILED, TURNS

16   THAT CODE INTO THE APPLICATION THAT RUNS ON THE

17   MACHINE.  THEY'RE THE ONES THAT DO THAT.  SO

18   THEY'VE GOT THE TRUSTED PERSON WITH THE CODE THAT

19   THEY HAVE CODE REVIEWED.  THEY CREATE THE

20   APPLICATION, AT THAT POINT, THEY TAKE WHAT'S CALLED

21   HASH A DIGITAL SIGNATURE OF THAT APPLICATION.

22   THAT'S THE OFFICIAL VERSION, AND THAT IS WHAT'S

23   VERIFIED OUT IN THE FIELD THAT -- THAT WHAT'S

24   LOADED ON THE MACHINES IN THE FIELD IS WHAT THE

25   INDEPENDENT TEST LABORATORY CREATED OFF THE

1      CERTIFIED CODE.

2           MR. WAKEFORD:  SO JUST TO -- TO BOIL THAT

3      DOWN A LITTLE BIT, DOMINION WRITES CODE TO MAKE

4      THIS -- THIS SYSTEM WORK, AND IT'S SENT TO

5      INDEPENDENT REVIEWERS, WHO GO THROUGH EVERY SINGLE

6      LINE OF THAT CODE --

7           THE WITNESS:  YES.

8           MR. WAKEFORD:  -- TO SEE WHAT IT DOES.

9           THE WITNESS:  YES.

10          MR. WAKEFORD:  AND THEN THEY, SORT OF, TAKE

11     THE DOMINION SYSTEM AND MAKE A -- MAKE A --

12          THE WITNESS:  AN APPLICATION.

13          MR. WAKEFORD:  THEIR OLD VERSION.  I KNEW --

14     THAT'S THEIR COPY OF THAT --

15          THE WITNESS:  AND THAT IS THE OFFICIAL COPY.

16          MR. WAKEFORD:  AND THAT -- OKAY.  AND THAT

17     IS WHAT IS PUT INTO THE SYSTEM.

18          THE WITNESS:  THAT IS WHAT HAS BEEN TESTING

19     TO VERIFY THAT IT WORKS PROPERLY ALONG WITH

20     EVERYTHING ELSE THAT DONE WITH THE ACCURACY

21     TESTING.

22          AND THEN, FROM THAT -- LIKE IF I'M GEORGIA,

23     GEORGIA DOESN'T GET THE -- THE SOFTWARE FROM

24     DOMINION, THEY GET IT FROM THE INDEPENDENT TESTING

25     LABORATORY.

```
 1              MR. WAKEFORD:  OKAY.
 2   BY MR. WADE:
 3      Q.  DR. COOMER, WHERE ARE YOUR NOTES?  LIKE, WHERE
 4   ARE YOUR NOTES?
 5      A.  I DON'T HAVE ANY NOTES.  THEY'RE IN MY HEAD.
 6      Q.  THEY'RE IN YOUR HEAD.  I CAN DO THAT WITH THE
 7   O.C.G.A.  WITH THE LAW, I CAN DO THAT?
 8      A.  YEAH.  I DID THIS JOB FOR 15 YEARS.  I WAS GOOD
 9   AT IT.
10              GRAND JUROR:  IN THOSE 15 YEARS, WAS THERE
11         AFTER -- LIKE, I'M SURE YOU'VE HAD SO MANY
12         QUESTIONED RESULTS OF, LIKE, ELECTIONS BECAUSE OF
13         WHAT PEOPLE SAY AFTER THE ELECTION RACE.  OH, I
14         DON'T KNOW IF THE RESULTS ARE CORRECT.  HAVE YOU
15         HAD ANY OCCASION WHERE YOU ACTUALLY FOUND THAT
16         THERE WAS A PROBLEM?
17              THE WITNESS:  YES.
18              GRAND JUROR:  WITH DOMINION VOTING MACHINES
19         OR WITH YOUR PROGRAM OR WITH YOUR SOFTWARE WHEN --
20              THE WITNESS:  NO, NOT WITH SOFTWARE.  SO --
21              GRAND JUROR:  OKAY.
22              THE WITNESS:  SO THERE'S A HUMAN ELEMENT
23         THAT'S INVOLVED HERE.  SO THE SOFTWARE LAST YEAR
24         DEFINED THE ELECTION.
25              GRAND JUROR:  RIGHT.
```

```
1              THE WITNESS:  AS WE DISCUSSED, THOSE
2       ELECTIONS, THEY CAN CHANGE.  LIKE, A CANDIDATE CAN
3       SUDDENLY COME OFF THE BALLOT, OR GO ON THE BALLOT.
4       GENERALLY, THOSE ARE WHERE THE DISCREPANCIES IMPOSE
5       HAVE ARISEN, IS THAT A BALLOT HAS CHANGED.  A
6       CANDIDATE CAME OFF AND WENT ON, AND NOT ALL OF THE
7       MACHINES GOT PROPERLY UPDATED.
8              GRAND JUROR:  OKAY.
9              THE WITNESS:  THAT IS LIKE THE PROBLEM.
10             GRAND JUROR:  OKAY.
11             THE WITNESS:  SO THERE HAVE BEEN PROBLEMS
12      LIKE THAT.  THERE HAVE NOT BEEN ANY ELECTION
13      RESULTS THAT WEREN'T DUE TO A -- ESSENTIALLY, A
14      HUMAN CONFIGURATION ERROR.
15             GRAND JUROR:  OKAY.
16             THE WITNESS:  NOT DUE TO ANY FAULT IN THE
17      ACTUAL SOFTWARE.
18             GRAND JUROR:  OKAY.
19             MR. WADE:  ALL RIGHT.  LET'S GO TO THE NEXT
20      SLIDE.
21             THE WITNESS:  "IN ADDITION TO VENDING
22      MACHINES OR PROGRAMS HELP THOSE USING PERCENTAGES
23      OR WHOLE NUMBERS, RATHER THAN ACTUAL VOTES, WHICH
24      IS A FEATURE, INCOMPATIBLE WITH ACTUAL VOTING
25      PROCESSES."
```

 1          AGAIN, COMPLETELY FALSE.  I BELIEVE -- I

 2     HAVE A PRETTY GOOD REASON TO BELIEVE THAT THE --

 3     THE ORIGIN OF THIS STATEMENT IS TESTIMONY THAT I

 4     GAVE IN FRONT OF THE ILLINOIS STATE BOARD OF

 5     ELECTIONS.  AND THAT WAS -- THAT WAS -- THIS IS

 6     CALLED FRACTIONAL VOTING WHEN YOU CAN DO

 7     PERCENTAGES OF VOTES.  IT IS AN ACTUAL ACADEMIC WAY

 8     OF VOTING.

 9          THE DOMINION SYSTEM DOES NOT USE FRACTIONAL

10     VOTING.  NO SYSTEM IN THE FIELD THAT I KNOW OF HAS

11     EVER DONE FRACTIONAL VOTING.

12          DOMINION ACQUIRED TWO COMPANIES -- TWO OTHER

13     VOTING COMPANIES; ONE WAS THE ONE I WORKED FOR,

14     SEQUOIA VOTING SYSTEMS, AND ONE WAS WAS PREMIER

15     ELECTION SYSTEMS.

16          PREMIER ELECTION SYSTEMS, AT ONE TIME, HAD A

17     CONTRACT TO BUILD A SYSTEM THAT COULD DO FRACTIONAL

18     VOTING.  SO THERE WAS AN INTERNAL SOFTWARE VERSION

19     OF THE PREMIER EQUIPMENT THAT ACTUALLY DID

20     FRACTIONAL VOTING.  IT WAS NEVER CERTIFIED AND WAS

21     NEVER SOLIDERED [SIC] IN THE FIELD.  THAT CONTRACT

22     FELL APART.

23          SO PEOPLE GOT A HOLD OF SOME INTERNAL

24     PREMIER, SAY, DOCUMENTATION AND THEY JUST REVEALED

25     THAT THERE WAS FRACTIONAL VOTING IN ILLINOIS.

1    ILLINOIS WAS USING PREMIER VOTING SYSTEMS AT THE

2    TIME.

3         SO I WENT THERE TO TESTIFY THAT WHILE THE

4    SOFTWARE WAS WRITTEN TO DO THAT, IT WAS NEVER --

5    SINCE THE BUILD, IT WAS NEVER DELIVERED TO ANY

6    CUSTOMER, AND IT DIDN'T EXIST OUT INTO THE FIELD.

7         SO SOME PEOPLE TOOK PART OF MY TESTIMONY

8    REGARDING FRACTIONAL VOTING IN A PRIOR SYSTEM AND

9    CLAIMED THAT I WAS TESTIFYING THAT DOMINION DID

10   FRACTIONAL VOTING.

11        MR. WAKEFORD:  HOW LONG AGO DID YOU GIVE

12   THAT TESTIMONY?

13        THE WAKEFORD:  IT WAS THREE DAYS AFTER I

14   BROKE MY COLLARBONE.  SO THAT WOULD'VE BEEN 2018, I

15   BELIEVE, OR 2017 -- 2017.

16        MR. WADE:  LET'S TAKE A FIVE-MINUTE BREAK.

17   GIVE EVERYONE TIME TO STRETCH THEIR LEGS AND USE

18   THE BATHROOM -- OR MAYBE TEN MINUTES.

19     (A RECESS WAS TAKEN.)

20        MR. WADE:  MADAM FOREPERSON, CAN YOU

21   ASCERTAIN THE NUMBER OF JURORS IN THE ROOM, PLEASE?

22        FOREPERSON:  WE HAVE 17.

23        MR. WADE:  17.  WE CAN DO BUSINESS WITH

24   THAT.

25        ALL RIGHT.  SO WE'RE BACK ON THE RECORD.  WE

1    LEFT OFF GOING THROUGH THE LEGAL REPORT SLIDE.  SO

2    GO AHEAD WITH THE NEXT SLIDE NOW.

3        MR. WAKEFORD:  WE ARE NOT.

4        MR. WADE:  WOULD YOU READ THAT ONE, PLEASE,

5    DR. COOMER?

6        THE WITNESS:  YEAH.  "SO A SUBCOMMITTEE

7    LEARNED THAT HISTORY AND CONTROL OF THE COMPANY

8    THAT OWNS THE DOMINION VOTING SYSTEM IS UNCLEAR AND

9    PROVIDES SERIOUS IMPLICATIONS OF FOREIGN

10   INTERFERENCE IN THE NEXT ELECTION."

11       MR. WADE:  YOUR RESPONSE?

12       THE WITNESS:  YEAH, I DON'T -- I DON'T

13   UNDERSTAND THAT.  SO THE COMPANY WAS FOUNDED IN

14   TORONTO CANADA, BACK IN 2003.  I DON'T REMEMBER

15   WHEN THEY INCORPORATED IN THE U.S.

16       IT WAS PRIVATELY OWNED, THREE FOUNDERS TO

17   THE COMPANY, AND THEN A COUPLE OF OTHER

18   COMPANIES -- COMPANY EMPLOYEES HAD SOME OWNERSHIP

19   STAKE.  I BELIEVE, AROUND 2018 OR 2019, THEIR

20   COMPANY WAS ACQUIRED BY A PRIVATE EQUITY GROUP THAT

21   IS U.S. BASED, STAPLE STREET CAPITAL (PH).  I AM

22   UNAWARE OF ANY FOREIGN OWNERSHIP OF THAT U.S.

23   PRIVATE EQUITY GROUP.

24       BUT AGAIN, I WAS NOT AT THE EXECUTIVE LEVEL.

25   SO I DON'T NECESSARILY KNOW ALL THE DETAILS.

1              FOREPERSON:  THIS IS PROBABLY THE DETAILS

2     THAT DOMINION HAS ACQUIRED SEVERAL COMPANIES SINCE

3     THEY ACQUIRED SEQUOIA?

4              THE WITNESS:  SEQUOIA AND PREMIER WESTON

5     (PH), WHICH ARE ALL U.S. COMPANIES, YEAH.  AND THEY

6     ONLY ACQUIRED ASSETS.  YEAH, SO THE COMPANY IS,

7     ESSENTIALLY -- ACTUALLY BOTH COMPANIES, I THINK,

8     LIVES ON A LITTLE WHILE TO CLOSE UP BUSINESS.  SO

9     THEY ACQUIRED INTELLECTUAL PROPERTY, ACQUIRED SOME

10    EMPLOYEES, OBVIOUSLY, I WAS ONE, AND A COUPLE OF

11    OTHER THINGS.  BUT, YEAH, ALL OF THOSE WERE

12    LONGTIME U.S. COMPANIES AS WELL.

13             MR. WADE:  ALL RIGHT.  NEXT SLIDE.

14             THE WITNESS:  "REX RANDLAND (PH), CYBER

15    SECURITY EXPERT FROM TEXAS TESTIFIED THAT HIS TEAM

16    HAD COMPARED DATA FROM DOMINION VOTING MACHINES AND

17    THOSE PLACES WHERE THEY WERE USED AROUND THE

18    NATION.  THEY DISCOVERED WITH DOMINION MACHINES,

19    VICE PRESIDENT BIDEN OUTPERFORMED WHAT HE

20    STATISTICALLY EXPECTED TO RECEIVE BY AN AMAZING

21    FIVE PERCENT.  HE ALSO OUT PERFORMED THE PHYSICAL

22    EXPECTATION WHEN THE ANALYSIS WAS RUN BY COUNTY,

23    WITH VICE PRESIDENT BIDEN PICKING UP 78 PERCENT OF

24    DOMINION'S COUNTY VOTING, 46 PERCENT OF COUNTIES

25    USING MACHINES FROM OTHER MANUFACTURERS.  DEPENDING

1       ON THE TYPE OF ANALYSIS PERFORMED, GRANDS WERE

2       ESTIMATED, BUT THESE NUMBERS TRANSLATED TO BE

3       123,000 AND 136,000 EXTRA VOTES FOR VICE PRESIDENT

4       BIDEN IN GEORGIA."

5            I'M NOT FAMILIAR WITH THE, QUOTE, UNQUOTE,

6       DETAILS OF THE ALLEGED STATISTICAL ANALYSIS IN THIS

7       PARTICULAR CASE, BUT THIS TRACKS WITH MULTIPLE

8       ANALYSES THAT CLAIM TO HAVE PROVED FRAUD AND THEY

9       SUB-SCIENCE, TO PUT IT BLUNTLY.

10           THERE IS NO ACCOUNTING FOR -- I MEAN, WHEN

11      IT SAYS THAT DOMINION MACHINES HAD MORE VOTES FOR

12      BIDEN, WELL, THEY DON'T -- THEY DON'T SHOW YOU

13      WHERE COUNTIES ARE.  WELL, THEY'RE IN DEEP BLUE

14      STATES, IN A LOT OF CASES.  SO YOU WOULD EXPECT

15      MORE VOTES FOR BIDEN FROM DEEP BLUE STATES.

16      THERE'S NO ACCOUNTING FOR THAT.

17           ESNS IS PREDOMINANTLY IN THE MIDWEST, WHICH

18      TENDS TO VOTE REPUBLICAN.  SO IT WAS NOT SURPRISING

19      TO ME THAT ANOTHER VENDOR HAS FEWER PERCENTAGES OF

20      VOTES.  THIS IS NOT WHAT'S CALLED, LIKE, A

21      HOMOGENOUS DATASET, YOU KNOW.  THIS ISN'T --

22      ELECTIONS AREN'T NEATLY DISPERSED ACROSS THE U.S.,

23      AND EVERYBODY VOTES ONE WAY OR THE OTHER, RIGHT?

24      THERE'S POCKETS, YOU KNOW.  PEOPLE IN INDIANA DON'T

25      VOTE THE SAME PEOPLE IN CALIFORNIA.

1          FOREPERSON:  ARE THE -- ARE THE MACHINES TO

2     USED ALL ACROSS THE STATE?  LIKE, DOES ALL OF

3     GEORGIA USE DOMINION?

4          GRAND JUROR:  ALL OF GEORGIA USES DOMINION,

5     YES.

6          FOREPERSON:  AND OTHER STATES, WOULD THAT BE

7     TRUE WITH THOSE?  I MEAN, LIKE, WHICHEVER ONE THEY

8     PICK, EVERYBODY USES, OR COULD THE --

9          THE WITNESS:  IT COULD BE -- EVERY COUNTY

10     COULD BE DIFFERENT.

11          FOREPERSON:  OKAY.

12          THE WITNESS:  WELL -- SO -- SO -- SO THERE'S

13     ONLY, LIKE, FIVE VOTING VENDORS, BUT YES.  EVEN IN

14     MY -- MINNESOTA, EVEN WITHIN A COUNTY, DIFFERENT

15     MUNICIPALITIES CAN USE DIFFERENT MACHINES.

16     MINNESOTA IS ONE OF THE PLACES THAT USE BUSINESS IN

17     VOTING.  IT REALLY IS.

18          LIKE COLORADO, 60 -- WELL, AT THE TIME, 62

19     OF THE 64 COUNTIES USED DOMINION, TWO COUNTIES USED

20     A COMPETITOR.

21          IN ARIZONA, ONLY ONE COUNTY USES DOMINION,

22     THE REST USE THE OTHER.  BUT THAT COUNTY IS

23     MARICOPA.  IT ACCOUNTS FOR 60 PERCENT OF THE VOTE.

24          SO YEAH, THIS KIND OF ANALYSIS HAS NO -- NO

25     VALIDITY TO IT.  IT'S JUST -- IT'S -- IT'S JUST

1    SOMEBODY RUNNING ELECTION NUMBERS AND CLAIMING THAT

2    MEANS SOMETHING WITHOUT ANY RIGOROUS INFORMATION

3    APPLIED TO IT.

4         SO AGAIN, I'VE THINK THERE ARE OTHER

5    PEOPLE -- THERE'S ANOTHER GUY OUT THERE THAT --

6    THAT DOES THIS.  LIKE EVERY WEEK, HE COMES UP WITH

7    ANOTHER NUMBER THAT HE CLAIMS SHOWS, YOU KNOW,

8    FRAUD.  BUT IT'S JUST SOMEBODY HAS TO WIN AN

9    ELECTION.  AND IF THEY WIN AN ELECTION THAT MEANS

10   THEY GOT MORE VOTES.

11        SO WHAT HE'S SHOWING HERE IS THAT BIDEN GOT

12   MORE VOTES.  WELL, HE WON THE ELECTION.  I DON'T

13   KNOW HOW ELSE TO PUT IT.

14        MR. WADE:  YES, MA'AM?

15        GRAND JUROR:  DO YOU HAPPEN TO KNOW WHAT

16   MACHINES GEORGIA WAS USING PREVIOUSLY AND WHY THEY

17   SWITCHED TO DOMINION FOR THE 2020 ELECTION?

18        THE WITNESS:  I SHOULD KNOW THIS.  I THINK

19   IT WAS MICRO VOTE.  GEORGIA HAD TO CHANGE BECAUSE

20   THE PRIOR SYSTEM WAS NOT ABLE TO BE CERTIFIED

21   ANYMORE.  IT DIDN'T PERFORM.  IT DIDN'T HAVE THE

22   ACCURACY.  IT DIDN'T HAVE THE USER ABILITY --

23   USABILITY FEATURES THAT ARE ALL PART OF THE -- THE

24   VOLUNTARY VOTING GUIDELINES.  IT -- IT -- IT DIDN'T

25   HAVE ANY REAL CAPABILITY FOR DISABLED VOTERS.  THE

1      PRICE.  SO THE SYSTEM WAS ANTIQUATED, TO SAY THE

2      LEAST, BACK THEN.

3            BUT AGAIN, I THINK IT WAS EITHER MICRO VOTE,

4      OR IT WAS ONE OF THE OTHER ONES.  YOU KNOW, THOSE

5      TWO SYSTEMS HADN'T BEEN UPDATED FOR SECURITY

6      FEATURES, THE USABILITY FEATURES IN 20-PLUS YEARS,

7      SO.

8            AND THERE WAS -- IT WAS LIKE A TWO OR

9      THREE-YEAR SELECTION PROCESS, AND IT WAS, YOU KNOW,

10     BASED ON RIGOROUS GUIDELINES, AND DOMINION SCORED

11     THE HIGHEST.  AND THAT'S WHY THEY WENT WITH THAT

12     SYSTEM.

13           MR. WADE:  LET'S GO TO THE NEXT SLIDE.

14           THE WITNESS:  PHIL WALKER, A FORMER U.S.

15     ARMY INFORMATION OFFICER WITH EXPERTISE IN

16     ELECTRONIC WARFARE, AGAIN, PROVIDED PRETTY

17     SIGNIFICANT INFORMATION, WORKED THEIR CAMPAIGN

18     CONDUCTED ACROSS THE COUNTRY FOR ANY ELECTION.  HE

19     DESCRIBED THE HISTORY OF THE DOMINION AND OTHER

20     VOTING MACHINES WITH THE OPERATING SOFTWARE SHARING

21     THE SAME DNA, GOING BACK TO SMARTMATIC, WHICH WAS

22     CREATED TO HELP SECURE ELECTIONS IN THEM AS WELL."

23           SO I CAN START BREAKING THIS APART.

24     DOMINION MACHINES SHARE ABSOLUTELY NO, QUOTE,

25     UNQUOTE, DNA, OR SMARTMATIC.  SMARTMATIC DID OWN

1     SEQUOIA FOR A BRIEF TIME, ABOUT A YEAR AND A HALF.

2     AND I WAS THERE WHEN SMARTMATIC OWNED IT.  THERE IS

3     NO CREDIBLE EVIDENCE THAT SMARTMATIC EVER HELPED

4     STEAL ELECTIONS IN VENEZUELA.  IN FACT, THERE WAS

5     ONE ELECTION (UNINTELLIGIBLE) THAT SEEMED TO BE

6     FRAUD, AND SMARTMATIC UNCOVERED IT.  AND IT HAD TO

7     DO WITH, AGAIN, DOMINION ACCESSORY AIDE VOTERS

8     BECAUSE SMARTMATIC HAD ACTUALLY CAUGHT THAT.

9     BUT AGAIN, SMARTMATIC EVENTUALLY SOLD OFF

10     SEQUOIA, AND NONE OF THE, YOU KNOW, INTELLECTUAL

11     PROPERTY FROM SMARTMATIC EVER MADE IT INTO ANY

12     DOMINION PRODUCT.

13     WHEN IT TALKS ABOUT AN INFORMATION WARFARE

14     CAMPAIGN, I HAVE NO IDEA WHAT THAT IS, OR WHAT IT

15     REFERS TO.  AND AS FAR AS I'M AWARE, I FOLLOWED

16     PHIL LONG-TERM BECAUSE HE'S ONE OF THE PEOPLE THAT

17     ATTACKED ME PRETTY REGULARLY.  I'VE NEVER SEEN HIM

18     PROVIDE ANY EVIDENCE OF A WARFARE CAMPAIGN, SO.

19     MR. WADE:  NEXT SLIDE.

20     THE WITNESS:  "WALTER (PH) ANALYZED THESE

21     MACHINES IN MICHIGAN AND FOUND THEM EXTREMELY

22     INSECURE.  HE SAID HE COULD HACK INTO THEM IN TWO

23     MINUTES, WHILE AN ELEMENTARY SCHOOL STUDENT COULD

24     PROBABLY DO IT IN 12.  THERE ARE 12 AVENUES OF

25     ATTACK.  DOMINION ALSO SENT VOTER DATA OUT OF THE

1    UNITED STATES."

2         AGAIN, THIS COULD AFFECT TO THE -- ASOD

3    REPORT OUT OF KANSAS, AND THIS IS WHAT HE'S

4    REFERRING TO.  AS I'VE ALREADY STATED, YOU KNOW,

5    THE MAIN -- ONE OF THE MAIN OFFICES IN -- IN THE

6    WHOLE REPORT HAD TO DO WITH THE SYSTEM -- THE KIND

7    THAT DOMINION USED.

8         I - I'VE NOT SEEN -- AND I DON'T SEE

9    ANYTHING POINTING -- I'VE NEVER SEEN ANYTHING IN

10   THE INTERIM REPORT WHERE THEY -- THEY EXPLOITED ANY

11   OF THOSE, QUOTE, UNQUOTE, VULNERABILITIES.

12        IF HE SAID THAT HE COULD HACK IN TWO

13   MINUTES, I'VE NEVER SEEN THE RESULTS OF THAT.  HE'S

14   NEVER PROVIDED THAT.  IF IT'S SO EASY, THEY'VE

15   NEVER GIVEN A DEMONSTRATION OF THEM ACTUALLY

16   COMPROMISING THE MACHINE.  THEY JUST TAKE THE FACT,

17   AND YOU'RE SUPPOSED TO BELIEVE IT.

18        DOMINION ALSO SENT VOTER DATA OUTSIDE THE

19   UNITED STATES.  DOMINION DOESN'T HAVE ANY ACCESS TO

20   ANY VOTER DATA, PERIOD, THAT'S COUNTIES AND STATES.

21   DOMINION DOES NOT HANDLE ANY VOTE DATA, DOESN'T

22   HAVE ACCESS TO IT.  I DON'T KNOW WHAT ELSE TO SAY

23   ABOUT THAT.  THAT'S IMPOSSIBLE.  WE DON'T --

24   DOMINION DOESN'T HAVE IT OUT TO RESEND IT ANYWHERE.

25        MR. WAKEFORD:  SO JUST TO CLEAR ON THAT

1    ISSUE, SO IN 2020 WHEN THE ELECTION RESULTS WERE

2    TABULATED IN GEORGIA, AND THEY'RE -- YOU KNOW,

3    THAT'S DONE ON THE COUNTY AND STATE LEVEL.  DOES

4    DOMINION HAVE ANY WAY TO ACCESS THOSE NUMBERS AND

5    MANIPULATE --

6         THE WITNESS:  NO.

7         MR. WAKEFORD:  -- THOSE NUMBERS ANY -- EVEN

8    ANY WAY TO ACCESS THEM AT ALL?  OR IS THAT ALL

9    DONE --

10        THE WITNESS:  THE ONLY ACCESS WOULD BE IF WE

11   GOT A -- A COPY FROM THE COUNTY.

12        MR. WAKEFORD:  OKAY, YEAH.

13        THE WITNESS:  THERE'S NO DIRECT ACCESS.

14        MR. WAKEFORD:  SO THE WOULD HAVE TO ACTUALLY

15   PROVIDE THAT TO YOU.

16        THE WITNESS:  YES.

17        GRAND JUROR:  I GET MY CARD, SWIPE IT, I

18   CHOOSE MY -- MY CANDIDATES, I GET MY PAPER RUN

19   THROUGH THE MACHINE, AND THEY TABULATE IT.  YOU

20   SAID THE ICS, OR THE TABLET MAINTAINS DATA IN A --

21   IN A CARD NUMBER SYSTEM.

22        THE WITNESS:  NO.  THE -- THE ICS -- THE

23   ONLY DATA IT HAS IS THE ACTUAL BALLOTS, THE

24   CONTESTING CANDIDATES.  WHEN -- WHEN A VOTER

25   COMPLETES THEIR -- THEIR BALLOT AND GETS IT

1      PRINTED, IT DOESN'T RETAIN ANY OF THAT INFORMATION

2      ON THE ICS.  THEY GET THAT VOTE INFORMATION.

3           MR. WAKEFORD:  OKAY.  THE ONLY THING IT

4      WOULD HAVE WILL BE TABULATED.

5           THE WITNESS:  CORRECT, AND THAT'S THE ICC IN

6      THAT PRECINCT.

7           MR. WAKEFORD:  BUT THAT -- BUT THE TABULATOR

8      IS A DOMINION SYSTEM; IS THAT CORRECT?

9           THE WITNESS:  YES -- YEAH.

10           MR. WAKEFORD:  SO THAT -- THAT PIECE OF

11      MACHINERY WOULD HAVE SOME MEMORY STORED IN THE --

12           THE WITNESS:  THAT'S ONLY CONTROLLED BY THE

13      COUNTY.

14           MR. WAKEFORD:  SO AT SOME POINT, THE MEMORY

15      GETS ZEROED OUT BY SOMEBODY?

16           THE WITNESS:  YEAH, A POLL WORKER.

17           MR. WAKEFORD:  SO THAT WHEN YOU USE A

18      MACHINE -- WHEN DOMINION GETS THE MACHINE --

19           THE WITNESS:  WE NEVER GET THE MACHINE BACK.

20           GRAND JUROR:  NEVER.

21           THE WITNESS:  NEVER, UNLESS IT'S A -- LIKE A

22      WARRANTY OF SOMETHING.  COUNTIES -- COUNTIES

23      STORE -- THEY HAVE BIG WAREHOUSES.  ALL COUNTIES --

24      ONCE -- ONCE THEY RECEIVE THE EQUIPMENT INITIALLY,

25      THAT IS THERE'S UN -- UNTIL THEY EXTRACT IT, OR

1        UNTIL THEY -- IF THERE'S A REPAIR ISSUE, THEY MAY

2        SEND IT BACK TO US.  GENERALLY, ESPECIALLY IN

3        GEORGIA BECAUSE IT'S -- IT'S A STATE CONTRACT.  WE

4        ACTUALLY HAVE REPAIR PEOPLE GO OUT ONSITE.

5             FOREPERSON:  SO IF -- IF YOU USE THE

6        EQUIPMENT AND THEY NEVER GIVE IT BACK TO DOMINION,

7        HOW DID -- WHAT HAPPENS IN THE NEXT ELECTION?

8             THE WITNESS:  SO THAT'S --

9             FOREPERSON:  YOU GUYS HAVE A PRIMARY --

10            THE WITNESS:  YEAH.  SO THAT'S THE ELECTION

11       MANAGEMENT SYSTEM.  SO WE TRAIN AND WE STAFF ON HOW

12       TO USE THAT.

13            FOREPERSON:  RIGHT.

14            THE WITNESS:  SO LET'S TAKE THE PRIMARY.

15       COUNTIES HAVE A SYSTOLIC ELECTION MANAGEMENT

16       SYSTEM, AND DEFINES THE ELECTION CONTEST

17       CANDIDATES, RIGHT?  THEY -- THEY -- YOU KNOW, THEY

18       LOAD THE ELECTION DATA ON THE INDIVIDUAL MACHINES,

19       THEY GO OUT TO THE PRECINCT, THEY ASK THEM -- THEY

20       GO OUT TO THE PRECINCT, THEY COME BACK IN, THEY

21       WIPE 'EM, THEY DO ALL OF THE TESTING, THEY VERIFY

22       THAT ALL THE SOFTWARE IS WHAT IT IS SUPPOSED TO BE.

23       THEN, THEY SHIP THAT DOWN FROM EMS, AND THEN THEY

24       DEFINE THE NEW ELECTIONS TO THE GENERAL.  AND

25       THAT'S ALL COUNTY TASKS.

```
 1            FOREPERSON:  IT'S COUNTY TASKS.

 2            THE WITNESS:  YES.

 3            FOREPERSON:  OKAY.

 4            MR. WADE:  NEXT SLIDE.

 5            THE WITNESS:  "WALTER DISCUSSED FRACTIONAL

 6    VOTING WHILE.  WALTER TESTIFIED THAT DOMINION

 7    SOFTWARE WE USED IN THE GEORGIA MACHINES PROVIDES A

 8    FRACTIONAL VALUE TO EACH VOTE.  THERE'S NO

 9    LEGITIMATE PURPOSE IN THE SIGNING OF ELECTORS IF A

10    VOTE IS A FRACTIONAL VOTE.  THAT FEATURE CAN ALLOW

11    THEM THE INABILITY IN ELECTION RESULTS."

12            WE COVERED THIS ALREADY.  THERE IS NO SUCH

13    THING AS FRACTIONAL VOTING IN ANY SYSTEM FROM ANY

14    VENDOR THAT'S OUT IN THE FIELD, AND CERTAINLY NOT

15    THE DOMINION ONE, NEVER HAS BEEN.

16            MR. WAKEFORD:  WHAT WOULD BE THE PURPOSE

17    AGREEMENT?

18            THE WITNESS:  AGAIN, THERE ARE ACADEMIC --

19    SOME ACADEMICS THAT DID FRACTIONAL VOTING IS A MORE

20    REPRESENTATIVE WAY OF CONDUCTING AN ELECTION.  SO

21    IF -- IF YOU HAD -- IF YOU HAD TWO CANDIDATES, YOU

22    KIND OF LIKED BOTH OF THEM, YOU DIDN'T KNOW

23    HOW -- YOU DIDN'T WANT TO VOTE FOR ONE OVER THE

24    OTHER, YOU COULD ASSIGN, LIKE, TWO-THIRDS OF THE

25    VOTE TO ONE, AND ONE-THIRD TO THE OTHER.
```

1          I DIDN'T SAY IT MADE SENSE, BUT THERE

2     ARE -- THERE ARE OTHER VARIETIES OF VOTING THAT

3     EXIST.  WHAT WE PREDOMINATELY USE IN THE U.S. IS

4     WHAT'S CALLED FIRST PASS TO VOTE (PH).  AND IT'S

5     ONE VOTE OR SOMETIMES TWO VOTES BECAUSE A CONTEST

6     CAN HAVE VOTES FOR TWO.

7          AND SO IT'S THE NUMBER OF ELECTED CHOICES,

8     AND YOU GIVE WHOLE VOTES, AND WHOEVER HAS THE

9     MAJORITY WINS.  BUT THERE ARE A VARIETY OF OTHER

10    VOTING METHODOLOGIES THAT ARE OUT THERE; FRACTIONAL

11    VOTING IS ONE OF ANOTHER ONE CALLED RAM-CHOICE

12    VOTING, WHERE YOU ESSENTIALLY ORDER THE CANDIDATES

13    IN YOUR FAVORITE ORDER.  SO YOU'RE MOST FAVORITE

14    WILL BE FIRST, AND YOUR LEAST FAVORITE WOULD BE

15    LAST.  AND THERE'S A WAY OF THEM ASSIGNING AND

16    PICKING A WINNER BY LOOKING AT EVERYBODY'S RIGHT

17    CHOICE, SO, YEAH.

18          MR. WADE:  NEXT SLIDE.

19          THE WITNESS:  "SO FULTON COUNTY SAID HE

20    HIRED ONE OF HIS OWN GUYS TO DETERMINE FRACTIONAL

21    VOTES CAN BE RECORDED ON THE DOMINION MACHINES AT

22    THAT POINT IN THE PROCESS.  NO.  I'VE GOT ALL THESE

23    VOTES THAT HAVE NOT BEEN UPLOADED ANYWHERE, AND HE

24    ACTUALLY WROTE IN PAPER.  AND HE SAID, "IT WAS THE

25    STUPIDEST, SIMPLEST THING I'VE EVER SEEN."  HE

FCDA00135272

1      SAID, "DOMINION SHOWS DOCUMENTATION OF HOW YOU CAN

2      TAKE THE ENTIRE BATCH, SWIPE IT OFF, AND THEN WIPE

3      ON A NEW BATCH BEFORE YOU PUT IT INTO THE REAL-TIME

4      READER THAT UPLOADS.  HE SUMMED UP THE VOTER FRAUD

5      BY USING AN ANALYSIS THAT DIRECTLY GOT PAID OFF TO

6      COMPLICATING AND SOMETHING IS VERY WRONG."

7           OKAY.  THIS IS A MOUTH FULL, AND AGAIN,

8      I'M -- I'M -- I'M GONNA HAVE TO SPECULATE ON WHAT

9      HE ACTUALLY MEANS HERE.  BUT VOTES ARE CALCULATED

10     AT THE PRECINCT, RIGHT?  THEY'RE IN THE MACHINE.

11     WHEN THEY CLOSE VOTES, THERE'S A PAPER TAPE THAT

12     GETS PRINTED OUT, AND IT'S THE RESULTS FROM THAT

13     PRECINCT; ALL THE PAPER BALLOTS THAT ARE IN THERE.

14          THE IS -- THERE ARE ACTUALLY TWO REMOVABLE

15     MEMORY ELEMENTS; ONE, IT STAYS LOCKED IN THE

16     MACHINE UNTIL THE END OF THE ELECTION TO PROVIDE

17     SECURITY REDUNDANCY AND BACKUP.  THE OTHER ONE IS

18     TAKEN OUT OF THE MACHINE ALONG WITH THE PAPER

19     BALLOTS, PUT INTO A TRANSFER CASE, AND TAKEN DOWN

20     TO CENTRAL OFFICE TO BE ACCUMULATED BECAUSE

21     OBVIOUSLY, THE ELECTION RESULTS PER COUNTY, ARE ALL

22     OTHER PRECINCTS GATHERED TOGETHER.

23          SO THE COUNTY DOES HAVE TO UPLOAD EACH OF

24     THOSE INDIVIDUAL PRECINCT RESULTS INTO THE SYSTEM.

25     YOU CAN'T JUST SWAP OUT ONE OF THOSE CARDS FOR YOUR

```
 1          OWN MEMORY CARD BECAUSE THERE ARE SECURITY AND
 2     ENCRYPTION KEYS AND CHECKS THAT ARE ON THOSE CARDS
 3     THAT THE SYSTEM WILL REJECT IF THEY'RE NOT CORRECT,
 4     THAT'S -- THAT'S ONE OF THEM.
 5          EVEN IF YOU COULD GET ACCESS TO THE KEYS AND
 6     SOMEHOW CREATE YOUR OWN RESULTS, THEY STILL
 7     WOULDN'T MATCH THE PAPER TAPES THAT ARE IN THE
 8     PRECINCT.  I MEAN, IT STILL WOULDN'T MATCH PAPER
 9     BALLOTS THAT ARE IN THE TRANSFER CASE, WHICH THEY
10     DID THE HAND COUNT ON, (UNINTELLIGIBLE/TRAIL OFF.)
11          SO, YOU KNOW, IF YOU TAKE JUST ONE PIECE IN
12     ISOLATION AND SAY, WELL, I CAN DO THIS AND THIS AND
13     THIS.  YOU'RE IGNORING ALL OF THE OTHER REDUNDANT
14     COPIES THAT ARE DOWN IN STORAGE, AND ALL OF THE
15     OTHER SECURITY FEATURES THAT ARE INVOLVED.
16          FOREPERSON:  YOU MENTIONED A COUPLE OF TIMES
17     THAT YOU WOULD NEED, LIKE, ENCRYPTION KEYS, LIKE,
18     TO GET ENCRYPTED INFORMATION.  IF -- THAT YOU KNOW
19     OF, IS THERE ANYONE WHO HAS ALL OF THE KEYS?
20          THE WITNESS:  NO.
21          FOREPERSON:  LIKE, EVEN IN DOMINION, YOU'D
22     NEED --
23          THE WITNESS:  YOU KNOW -- AND THE KEYS ARE
24     DIFFERENT FOR EACH ELECTION.
25          FOREPERSON:  OKAY.
```

```
 1           THE WITNESS:  YEAH.

 2           FOREPERSON:  THEY CHANGE ALL THE TIME.

 3           THE WITNESS:  NO.  AND WHEN I SAY "KEY", I'M

 4   NOT TALKING ABOUT --

 5           (CROSSTALK)

 6           FOREPERSON:  OKAY.

 7           THE WITNESS:  JUST SO I'M CLEAR, YEAH.

 8           FOREPERSON.  UH-HUH.  (AFFIRMATIVE)

 9           MR. WADE:  AND CONGRATULATIONS DR. COOMER.

10   THAT WAS THE FINAL SLIDE.

11           THE WITNESS:  ALL RIGHT.

12           MR. WADE:  YOU SURVIVED IT.  THANK YOU SO

13   MUCH.

14           DO ANY OF THE GRAND JURORS -- DO YOU HAVE

15   ANY QUESTIONS AT ALL ABOUT ANYTHING THAT WE'VE

16   ALREADY COVERED?

17           YES, SIR?  THEN, WE'LL COME TO YOU.

18           GRAND JUROR:  (UNINTELLIGIBLE) THAT'S

19   ALREADY BEEN COVERED, BUT WHEN DID YOU LEAVE

20   DOMINION, AND WHY DID YOU LEAVE?

21           THE WITNESS:  I WAS PUT ON PAID LEAVE ON

22   NOVEMBER 19TH OR 20TH.  I -- I'D BECOME A SECURITY

23   RISK FOR THE COMPANY -- OFFICIAL SECURITY RISK WITH

24   ALL OF THE DEATH THREATS THAT I WAS GETTING.

25           MR. WADE:  NOVEMBER 19TH OR 20TH OF WHAT
```

1    YEAR?

2          THE WITNESS:  SORRY, 2020.  AND THEN, THE

3    COMPANY AND I AGREED TO SEPARATE END OF THE WEEK OF

4    MAY 14TH OF 2021.  MY REPUTATION IN THE ELECTION

5    STILL HAS BEEN IRRETRIEVABLY RUINED.  I'M NOT

6    ALLOWED -- I -- I AM NOT ABLE TO WORK IN THE FIELD

7    ANYMORE.

8          GRAND JUROR:  ARE YOU PRESENTLY EMPLOYED BY

9    ANYONE?

10          THE WITNESS:  I EMPLOYED BY MYSELF.  I -- I

11    RUN A RESTAURANT.

12          GRAND JUROR:  YOU RUN A RESTAURANT.

13          THE WITNESS:  IT'S ALL RIGHT.  WE MAKE GOOD

14    FOOD.

15          FOREPERSON:  WELL FIRST OF ALL, NOW I WANT

16    TO KNOW WHAT KIND OF FOOD.

17          THE WITNESS:  IT'S KINDA OF A

18    (UNINTELLIGIBLE), SMALL PLACE, AROUND THE WORLD.

19          GRAND JUROR:  ACTUALLY, I WANTED TO KNOW IF

20    YOU THOUGHT THAT EVEN JUST, LIKE, HYPOTHETICALLY

21    THEORETICALLY, COULD YOU THINK OF ANY WAY THAT

22    THESE MACHINES HAD BEEN INTERFERED WITH.  LIKE,

23    YOU'RE THE EXPERT.  YOU'RE THE ONE WHO KNOWS THESE

24    MACHINES BETTER THAN ANYBODY.

25          THE WITNESS:  AGAIN, I -- I KNOW MOST OF THE

1    VULNERABILITIES, AND THERE ARE VULNERABILITIES THAT

2    YOU HAVE ALL THE TIME IN THE WORLD AND UNFETTERED

3    ACCESS TO ONE MACHINE TO EXPLOIT THAT

4    VULNERABILITY, YEAH.  WOULD IT BE UNDETECTABLE?

5    THAT'S ALWAYS ZERO PERCENT THAT IT CAN GO

6    UNDETECTABLE.

7         AND AGAIN, WHAT I RELY ON IS THERE WAS A

8    FULL-HAND RECOUNT OF ALL THE BALLOTS HERE IN

9    GEORGIA, AND THEY MATCHED THE RESULTS FROM ELECTION

10   DAY.  THERE WAS A COMPLETE HAND RECOUNT OF THE

11   BALLOTS IN MARICOPA, ARIZONA, AND IT MATCHED THE

12   ELECTRONIC VOTING.

13        ALL OF THE RECOUNTS, ALL OF THE AUDITS, HAVE

14   SHOWN THAT THE RESULTS WERE CORRECT AND MATCHED THE

15   PAPER BALLOTS, WHICH WAS THE OFFICIAL RECORD.

16        MR. WADE:  YES, SIR?

17        GRAND JUROR:  THIS IS NOT REALLY A QUESTION

18   FOR THIS WITNESS.  AND BY THE WAY, I ENJOYED

19   YOUR -- YOUR TESTIMONY.  I LEARNED A LOT.  THIS

20   (UNINTELLIGIBLE) I ASSUME HE'S A REPUBLICAN.  ARE

21   WE GONNA HEAR HIS TESTIMONY?

22        (CROSSTALK)

23        MR. WADE:

24        GRAND JUROR:  THE REASON I ASKED IS, YOU

25   KNOW, THE SLIDESHOW WAS EXCELLENT, BUT I KEEP

1    HEARING THESE WORDS -- WORDS OF EVIDENCE,

2    TESTIMONY, ALSO HEARD.  THAT'S HEARSAY, AND I'M NOT

3    SURE WHAT HE MEANS BY EVIDENCE OR TESTIMONY.

4         IN OTHER WORDS -- AND AGAIN, THIS IS NOT FOR

5    THIS GENTLEMAN.  I'M JUST WANT TO ASK A GENERAL

6    QUESTION.  THIS SOUNDS LIKE -- I JUST DON'T KNOW

7    ANY OF THESE TEAM OF WORDS; SCOTT HALL OR THIS

8    WALKER DUDE.  ARE WE GONNA HEAR FROM THOSE GUYS?

9         (CROSSTALK)

10        MR. WAKEFORD:  SO GOOD QUESTION.  THIS --

11   THIS REPORT THAT WE WERE GETTING WAS GENERATED BY A

12   SUBCOMMITTEE CHAIRED BY SENATOR WIGGINS.  AS MR.

13   WADE INDICATED, WE ARE WORKING TO GET MR. WIGGINS

14   TO COME IN HERE AND TALK.

15        MR. WADE:  THANK YOU.

16        MR. WAKEFORD:  THE SUBCOMMITTEE TOOK

17   TESTIMONY AND DOCUMENTS FROM PEOPLE AT A COUPLE OF

18   HEARINGS.

19        MR. WADE:  IF YOU CAN CALL IT A

20   SUBCOMMITTEE, BUT GO AHEAD.

21        MR. WAKEFORD:  WELL, YEAH, THERE'S SOME

22   DEBATE ON THAT.  AND THEN HE GENERATED A REPORT,

23   WHICH EVENTUALLY, WE'RE GONNA -- WE'RE GONNA PUT IN

24   FRONT OF YOU.

25        GRAND JUROR:  OKAY.

1          MR. WAKEFORD:  -- THAT HE WROTE -- SENATOR

2     WIGGINS WROTE, INDIVIDUALLY AND ACTUALLY TOOK PAINS

3     TO WRITE THIS REPORT THAT HE ALONE WAS WRITING THIS

4     REPORT BASED ON WHAT THIS SUBCOMMITTEE HAD SEEN.

5     SO WE WERE HAVING DR. COOMER RESPOND TO THE CLAIMS

6     THAT SENATOR WIGGINS PUT INTO THAT REPORT.

7          FINALLY, I WANT TO ADDRESS ONE THING, SIR,

8     YOU ARE CORRECT THAT OCCASIONALLY, HEARSAY HAS COME

9     INTO THIS ROOM.  IT IS ACTUALLY PERFECTLY FINE FOR

10    HEARSAY TO COME BEFORE A GRAND JURY.  AND THAT'S

11    NOT JUST A SPECIALIST GRAND JURY, BUT ALSO AN

12    ACCUSATORY GRAND JURY.  HEARSAY IS ONLY NOT ALLOWED

13    IN A TRIAL.  AND WE ARE -- THAT IS THE ONLY PLACE

14    WHERE HEARSAY IS STRICTLY POLICE.  HEARSAY IS VALID

15    EVIDENCE FOR THE CONSIDERATION OF ANY GRAND JURY.

16         SO I APPRECIATE YOU FLAGGING THAT, AND IT'S

17    A GOOD POINT TO POINT OUT FOR EVERYBODY.  YOU ARE

18    ALLOWED -- AND THE COURTS ALL THE WAY UP TO THE

19    SUPREME COURT OF UNITED STATES HAVE SAID FOR YEARS

20    THAT YOU ARE ALLOWED -- IT'S PERFECTLY VALID FOR

21    YOU TO CONSIDER HEARSAY.

22         MR. WADE:  IT'S A BIT CONFUSING FOR YOU

23    BECAUSE WHAT WE TRY TO DO IS BRING INTO -- TO

24    FIRSTHAND KNOWLEDGE OF THE FIRST-HAND INFORMATION,

25    THE PROPONENT OF THE DECLARING OF THE STATEMENTS SO

1      THAT IT -- YOU DON'T QUESTION, RIGHT?  THAT'S WHAT

2      WE TRY TO DO FOR YOU.  THAT'S LIKELY TO BE A BIT

3      CONFUSING YOUR THINKING.  YOU KNOW, IT'S A HEARSAY

4      COMPONENT.

5           MR. WADE:  MR. NEY?

6           MR. NEY:  I HAVE A QUICK POINT OF

7      CLARIFICATION THAT ACTUALLY DOGTAILS THE PREVIOUS

8      QUESTION.  AS ALREADY POINTED OUT, THE STATEMENTS

9      THAT YOU JUST ADDRESSED ACTUALLY COME FROM A REPORT

10     THAT SEN. WIGGINS OFFERED THAT CAME FROM A HEARING

11     THAT OCCURRED IN THE GEORGIA STATE SENATE ON

12     DECEMBER 3RD.  I APPRECIATE YOU ADDRESSING IT TO

13     THIS POINT.

14           WHEN YOU LOOK THROUGH THE REPORT AND YOU

15     ACTUALLY LISTENED TO THE HEARINGS, IT STOOD OUT TO

16     ME THAT -- THAT NO WITNESS WAS CALLED THAT WAS

17     ACTUALLY A REPRESENTATIVE OF DOMINION.

18           YOU HAD STATED TO MR. WADE THAT TO YOUR

19     KNOWLEDGE, SENATOR WIGGINS NOR ANY OTHER MEMBER OF

20     THIS COMMITTEE REACHED OUT TO YOU TO PARTICIPATE IN

21     THIS HEARING.

22           SO MY QUESTION IS, TO YOUR KNOWLEDGE IF THEY

23     REACHED OUT TO ANY OTHER REPRESENTATIVE OF DOMINION

24     TO BE THERE?

25           THE WITNESS:  NOT TO MY KNOWLEDGE.  CAN I

```
 1        MAKE A COMMENT -- A QUICK COMMENT?  SO I READ A LOT

 2        OF THESE REPORTS THAT ARE INTERIM REPORTS THEY HAD

 3        ASSEMBLED AT A HEARING -- QUOTE, UNQUOTE, HEARING.

 4        NONE OF THOSE WERE UNDER OATH.  NONE OF THAT

 5        TESTIMONY GIVEN WAS UNDER OATH.

 6             MR. WADE:  YES, MA'AM?

 7             FOREPERSON:  SO PRIOR TO THIS ELECTION WE'RE

 8        DISCUSSING, YOU SAID YOU SPENT, LIKE, 15 YEARS

 9        WORKING --

10             THE WITNESS:  YEAH.  MY FIRST ELECTION WAS

11        IN 2006.

12             FOREPERSON:  AND YOU TESTIFIED IN FRONT OF

13        OTHER COMMITTEES AND HEARINGS.  SO PRIOR TO THIS

14        ELECTION, WHAT WOULD YOU SAY WAS, LIKE, YOUR

15        REPUTATION IN THIS ELECTION?  I DON'T KNOW.  LIKE,

16        YOU JUST SAID THAT YOU KNOW YOUR REPUTATION HAS

17        BEEN RUINED.

18             THE WITNESS:  I WAS -- I WAS HIGHLY REGARDED

19        IN THE ELECTION COMMUNITY AND I STILL AM FROM

20        PEOPLE IN THE COMMUNITY.

21             FOREPERSON:  AND WHO WAS THE -- CAN I ASK

22        YOU WHO ASKED YOU THAT QUESTION?

23             THE WITNESS:  HIS NAME IS JOE LOPMANN.

24             FOREPERSON:  HOPEMAN?

25             THE WITNESS:  LOPMANN; L-O-P-M-A-N-N.
```

1        FOREPERSON:  THANK YOU.

2        GRAND JUROR:  DID THIS SUBCOMMITTEE FIND OUT

3   THAT YOU ARE IN HIDING NOW?

4        THE WITNESS:  YEAH, I MEAN, I -- I -- I

5   NEVER CHANGED MY PHONE NUMBER.  MY EMAIL ADDRESS

6   WAS THE SAME.  AND THIS HAS BEEN, KIND OF, AN

7   ONGOING THING.  YET, THEY WERE, LIKE -- WELL, HOW

8   COULD WE FIND YOU?  YOU WERE IN HIDING.  I WAS

9   LIKE, WELL, YOU HAD MY PHONE NUMBER TOO, BUT.  IT'S

10  BEEN POSTED PUBLICLY.

11       MR. NEY:  AND TO THAT POINT, DIDN'T YOU

12  MENTION THAT WHEN -- WHEN THE STATE LEGISLATURE WAS

13  TRYING TO DECIDE WHICH COMPANY TO GO WITH, YOU

14  ACTUALLY WENT BEFORE THEM AT THAT TIME TO TESTIFY?

15       YOU WOULD ACTUALLY COME TO THE STATE

16  LEGISLATURE BEFORE --

17       THE WITNESS:  YES.

18       MR. NEY:  -- WHICH WOULD MAKE YOU THINK THAT

19  THEY COULD'VE FOUND YOU.

20       THE WITNESS:  YES, ABSOLUTELY.

21       MR. NEY:  I SEE.

22       MR. WADE:  YES, SIR?

23       GRAND JUROR:  ALL OF THOSE STATEMENTS AND

24  ALL OF THOSE KINDS OF THINGS IN THE REPORT,

25  ASSUMING SOMEBODY IN DOMINION TRIED TO VERIFY.  I

```
 1          KNOW YOU TALKED ABOUT THE THINGS THEY DID TO YOU.

 2              AS OF NOW, HOWEVER, TWO YEARS INTO THIS,

 3     THERE'S NO EVIDENCE THAT ANY MACHINE WAS TAMPERED

 4     WITH, OR ANYTHING LIKE THAT FROM THAT COMMITTEE OR

 5     ANY OTHER COMMITTEE.

 6              THE WITNESS:  THAT'S CORRECT.

 7              GRAND JUROR:  (UNINTELLIGIBLE).

 8              THE WITNESS:  ABSOLUTELY.  THAT WOULD BE

 9     SOMEBODY FROM THE COUNTY OR STATE.  AND AGAIN --

10              GRAND JUROR:  HOW DO YOU EXPECT THAT

11     VULNERABILITIES WITH MORE HUMAN HANDS ON

12     IT (UNINTELLIGIBLE).

13              THE WITNESS:  YEAH -- I MEAN, DOMINION DOES

14     PROVIDE BY --

15              GRAND JUROR:  (UNINTELLIGIBLE).

16              THE WITNESS:  THAT'S -- THAT'S POLICIES AND

17     PROCEDURES.  BUT AGAIN, THAT'S, SORT OF, A GENERIC

18     FIT, AND IT'S -- IT'S REALLY UP TO THE STATE AND

19     COUNTIES TO DEFINE THOSE.  AND THIS -- I KNOW I CAN

20     SAY FOR SURE THAT GEORGIA, THE STATE OFFICE HAS

21     DONE A GREAT JOB DEFINING THOSE PROCEDURES AS --

22     THEY'RE ONE OF THE ONES TO BE HONEST.

23              MR. WADE:  BY STATE OFFICE, HE'S REFERRING

24     TO BRAD RAFFENSPERGER.

25              THE WITNESS:  AND GABE STERLING.
```

```
 1              MR. WADE:  YES, MA'AM, MADAM FOREPERSON?

 2              FOREPERSON:  (NO RESPONSE.)

 3              MR. WAKEFORD:  SIR, IN THE FRONT ROW, WAS

 4        THERE A FOLLOW-UP QUESTION?

 5              GRAND JUROR:  YOU MENTIONED A QUESTION --

 6              MR. WAKEFORD:  I JUST WANTED TO MAKE SURE.

 7              GRAND JURORS:  WELL, REALLY WHAT I WAS

 8        CONCERNED ABOUT WAS THIS -- THIS SINISTER, WHO

 9        HOLDS THIS HEARING, I WOULD SURE LIKE TO HEAR WHAT

10        HE HAS TO SAY AND HEAR WHO HIS EXPERT WITNESSES

11        WERE.  IT SURE SOUNDS TO ME LIKE EVERYBODY ARRIVED

12        AT A CONCLUSION WITHOUT REVIEWING THE FACTS.  BUT

13        THAT'S JUST MY OPINION.

14              MR. WADE:  SO WE'RE WORKING VERY HARD TO HIM

15        TO TALK TO YOU.  THAT GENTLEMAN BEHIND YOU, IN THE

16        CORNER THERE, AND HIS TEAM.  HE'S THE INVESTIGATOR.

17        THEY ARE DOING WHAT THEY SAID TO GET THESE PEOPLE

18        HERE FOR YOU AND THAT THEY'VE DONE AN ENORMOUS JOB

19        OF DOING THAT SO FAR.  AND I BELIEVE THAT BEFORE

20        WE'RE DONE, HE'LL BE SITTING IN FRONT OF YOU.

21              HE MAY NOT WILLINGLY BE SITTING IN FRONT OF

22        YOU, BUT YOU HAVE THE AUTHORITY AND -- AND THE

23        POWER TO -- TO GET HIM HERE.

24              MR. WAKEFORD:  AND -- AND ONE THING, I FEEL

25        LIKE I HAVE ADDRESSED THIS, BUT I -- IT BEARS
```

1    REPEATING.  IT IS INEVITABLE THAT WITH AN ISSUE

2    THIS COMPLEX AND IT'S CRAWLING, THAT WHEN WE TALK

3    TO A WITNESS WITH THE DISCRETE EXPERTISE AND

4    KNOWLEDGE ABOUT WHAT HAPPENED HERE, IT'S GOING TO

5    TOUCH UPON OTHER THINGS THAT WE HAVEN'T GOTTEN TO

6    YET BECAUSE WE CAN ONLY GIVE YOU ONE WITNESS AT A

7    TIME.

8         SO UNFORTUNATELY, THERE ARE PEOPLE WHO WE

9    REFERRED TO, OTHER EVENTS, OR OTHER WITNESSES, WHO

10   WE HAVEN'T BEEN ABLE TO GET IN FRONT OF YOU YET.

11   JUST ONE AT A TIME, WE WILL KEEP BRINGING PEOPLE IN

12   HERE UNTIL WE CAN'T.

13        MR. WADE:  TO BE CONTINUED.  OKAY.  YES,

14   MA'AM?

15        FOREPERSON:  I WAS GOING TO ASK YOU -- YOU

16   SAID THAT YOU REALLY COULDN'T -- I DON'T KNOW WHAT

17   YOU CALL IT.  YOU SAID THAT YOU WERE GONNA HELP

18   WITH GEORGIA DECIDING, USUALLY, IN THE FIRST PLACE.

19        THE WITNESS:  YEAH, I GAVE PRESENTATIONS.

20        FOREPERSON:  RIGHT.  YOU SAID THERE WERE

21   OTHER ELECTORAL VENDORS AND ELECTION VENDORS.

22        THE WITNESS:  YES.

23        FOREPERSON:  HOW MUCH OF THAT

24   CONVERSATION -- LIKE WHEN THAT WAS DISCUSSED WITH

25   GEORGIA WHICH VOTING MACHINES THEY WERE GOING TO GO

1    WITH.  HOW MUCH OF THAT CONVERSATION WAS ABOUT THE

2    MONEY?

3        THE WITNESS:  THAT IS -- THAT'S THE FINAL

4    STEP.  SO AGAIN, THIS IS A MULTI-YEAR PROCESS.

5        FOREPERSON:  UH-HUH.  (AFFIRMATIVE).

6        THE WITNESS:  WE HAD TO SHOW THAT WE'VE

7    COMPLIED WITH ALL OF THE STATUTES, PERFORMANCE

8    METRICS, AND THIS BIG WHOLE THING.  AND YOU PROVE

9    WHAT'S CALLED AN RFP, A RESPONSE TO AN RFP, A

10   REQUEST FOR PROPOSAL.

11       THE MONEY IS THE LAST THING THAT'S

12   DISCUSSED, SO.

13       FOREPERSON:  OKAY.

14       MR. WADE:  OKAY, DR. COOMER.  THANK YOU VERY

15   MUCH FOR YOUR TIME.  I KNOW YOU HAVE A PLANE TO

16   CATCH, AND WE DON'T WANT TO BUY ANOTHER TICKET.  SO

17   THANK YOU VERY MUCH --

18       THE WITNESS:  THANK YOU.

19       MR. WADE:  -- AND WE WILL EXCUSE YOU FROM

20   YOUR SUBPOENA AT THIS TIME.

21       THE WITNESS:  APPRECIATE IT.

22       MR. WADE:  DOES THE -- DOES THE GRAND JURORS

23   WANT TO PUSH FORWARD, OR YOU WANT TO TAKE A BREAK?

24       GRAND JURORS:  A SHORT BREAK.

25       (PROCEEDINGS CONCLUDED AT 11:21 A.M.)

```
 1                  C E R T I F I C A T E

 2

 3     STATE OF GEORGIA:

 4

 5     COUNTY OF FULTON:

 6

 7          I hereby certify that the foregoing transcript

 8     was reported, as stated in the caption, and the

 9     questions and answers thereto were reduced to

10     typewriting under my direction; that the foregoing pages

11     represent a true, complete, and correct transcript of

12     the evidence given upon said hearing, and I further

13     certify that I am not of kin or counsel to the parties

14     in the case; am not in the employ of counsel for any of

15     said parties; nor am I in any way interested in the

16     result of said case.

17          This 26th day of August, 2023.

18

19

20          /s/ DENISE D. LEE_____
            Denise D. Lee, CVR, CCR-GA, BS
21          Certified Court Reporter/Notary
            4811-9915-6854-8864
22

23

24

25
```

1       TRANSCRIPT CODES

2

3       --          denotes interruption/change in thought
       ...        denotes incomplete thought
      [sic]      denotes word/phrase written verbatim

4      (ph)       denotes word spelt phonetically
     (inaudible) denotes word cannot be heard

5     (Unintelligible) denotes word(s) cannot be understood

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FCDA00135288