# EXHIBIT B

# CAIN & SKARNULIS PLLC

January 29, 2026

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

***Via Email Transmission***

Peter Ticktin
Serv512@legalbrains.com
pt@legalbrains.com
David Perry
DPerry@legalbrains.com
Serve600@legalbrains.com

Stefanie Lambert
attorneylambert@protonmail.com

RE: 8:24-cv-00008-TPB-SPF; *Eric Coomer, Ph.D. v. Patrick Byrne et al.*, pending in the United States District Court for the Middle District of Florida, Tampa Division

Counsel:

As I stated multiple times on the record during the January 27, 2026 deposition of Dr. Coomer, we intend to designate Dr. Coomer's deposition, in whole or in part, as ***confidential*** under the Order entered in this matter on October 24, 2024 (Doc. 163) which granted the Stipulated Protective Order (Doc. 162-1), as more specifically outlined in paragraph 2.e. thereof:

> Portions of any deposition shall be deemed confidential only if they are designated as such when the deposition is taken or within 30 calendar days after receipt of the transcript. Any testimony which describes a document which has been designated as confidential shall also be deemed to be designated as Confidential Information.

Doc. 162-1, p. 3, ¶ e.

In light of this, Ms. Hall should not receive a copy of the deposition transcript until such time as designations have been made and Dr. Coomer has had an opportunity to read and sign the transcript. Additionally, Ms. Lambert and Ms. Hall indicated we would receive Mr. Oltmann's signed Undertaking relative to the Stipulated Protective Order. At the time of transmission of this letter, we have not received that document bearing Mr. Oltmann's signature.

Thank you.

Sincerely,

Charles J. Cain

CJC/sb



January 29, 2026
Page 2

    cc:    Andrea Hall
           andrea@thehalllawoffice.com

           Christopher W. Dempsey
           chris@dempseylaw.com
                Counsel for Defendants
                Steven Lucescu and
                The America Project