# EXHIBIT A

| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
|---|---|
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Ashley N. Morgan, No. 61713<br>amorgan@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011 /512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>David M. Beller, No. 35767<br>david@rklawpc.com<br>**RECHT KORNFELD PC**<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900 | Case Number: 2020CV034319<br><br>Courtroom: 409 |
| **SUPPLEMENT TO PLAINTIFF'S EMERGENCY MOTION TO STRIKE PLEADING AS VIOLATION OF COURT PROTECTIVE ORDER** | |

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), by and through undersigned counsel, hereby notifies this Court of subsequent activity of Oltmann Defendant in revealing Ms. Hall and Ms. DeFranco's pleading, further necessitating the need of the Court to strike the

1

pleading and order it sealed. Further motions addressing the conduct of Ms. Hall, Ms. DeFranco, and Mr. Oltmann are forthcoming and not addressed here.

In support hereof, Dr. Coomer respectfully states:

1. On February 16, 2026, at 7:16 p.m., Ms. Hall filed "Defendants Joseph Oltmann, FEC United, Shuffling Madness Media, Inc., dba Conservative Daily's Supplement Regarding the Dominion Voting Subpoena," using this Court's electronic filing system. As of the filing of this responsive pleading, the clerk has not yet accepted the filing. However, Ms. Hall filed the pleading publicly. Metadata for the pleading shows it was authored by Ms. DeFranco and edited by Ms. Hall.

2. The information Ms. Hall and Ms. DeFranco disclosed is subject to a protective order in case 8:24-cv-0008 in the United States District Court Middle District of Florida, Tampa Division (the Byrne case).

3. On February 10, 2026, Ms. Hall filed a Notice of Termination with this Court.

4. On yesterday's date, at 3:15 p.m., Ms. Hall emailed the Neutral and all parties to this proceeding a copy of the pleading, "Defendants Joseph Oltmann, FEC United, Shuffling Madness Media, Inc., dba Conservative Daily's Supplement Regarding the Dominion Voting Subpoena," wherein she proceeds to disclose confidential information from the Byrne proceeding, in direct violation of the undertaking she agreed to some two weeks prior, and in violation of the Court's Order in the Byrne proceeding.

5. At 4:42 p.m. on yesterday's date, Plaintiff's Counsel noticed counsel for all parties and the Neutral that Ms. Hall and Ms. DeFranco's pleading violated the protective order in the

Byrne case. At 5:28, Plaintiff's Counsel formalized the same in a letter and advised the Neutral of Ms. Hall and Ms. DeFranco's Notice of Termination.

6. At 7:16 p.m. Ms. Hall filed the motion publicly through CCES.

7. At 1:27 a.m. on today's date, Plaintiff filed an Emergency Motion to Strike Pleading as a Violation of Court Order. In the motion, Plaintiff asks this court to Order the Motion stricken, and issue an Order sealing the filing. That motion is currently pending.

8. On July 19, 2021, Judge Marie Moses issued a protective order in this matter. The protective order applies to counsel for all parties (at paragraph (a)), and to the parties themselves (at paragraph (b)). The Order states, "Each person to whom the disclosure of any Confidential Information is made shall not, directly, indirectly, use, disclose, or disseminate, or attempt to use, disclose, or disseminate, any of the same except as expressly provided in this Protective Order." The protection order governs filings which contain Confidential Information. The Court issued a subsequent protective order on September 24, 2021. That order significantly expanded the definition of "Confidential Information." The Court issued yet another Omnibus protective order on October 8, 2021, expanding the definition of "Confidential Information." This Court granted an updated protective order on September 4, 2025 and September 12, 2025. Again, both Ms. Hall and Ms. DeFranco are subject to the protective order pursuant to paragraph 8(a). Mr. Oltmann is subject to the protective order pursuant to paragraph 8(c).

9. On today's date, counsel for the parties appeared before the Neutral for a discovery conference. The parties raised and addressed the issue of Ms. Hall and Ms. DeFranco's offending pleading. Ultimately, the Neutral determined she could not consider the Supplement unless and until this Court rules on the pending Emergency Motion. As a result, the Oltmann Defendants

requested a delay in addressing the outstanding discovery issues. The hearing ended at approximately 10:00 a.m.

    10.    On February 16, 2026 at 11:08 p.m., Mr. Oltmann posted on X:




11. This morning, at 8:48 a.m., Mr. Oltmann posted on X:



Joe Oltmann ✓
12.6K posts

Joe Oltmann ✓ @Joeoltmann · 2h
Breaking 🚨🚨🚨 Eric Coomer

You will not believe this... Coomer first tried to limit scope of the questions @PatrickByrne counsel could ask, then limit the attendees (me) from future depositions of Eric Coomer, then assaulted Peter Ticktin, then lied about the assault, then in the deposition made massive admissions, then tried to stop us from getting access to the evidence in the DC court to prevent more perjury proof, then tried to remove Peter as Byrnes attorney, then tried to get my attorneys removed, and now are trying to SEAL records related to the public having access to our motions.

Inside the motions Coomer ATTORNEY CHARLIE CAIN makes up more lies to cover for the lies he has already told to get the corrupt and crooked special master and procedurally corrupt judge to AGAIN cover for Coomer and bar the public from seeing the fact that Coomer is a raging liar!

This is the motion in link form as well as Eric Coomer's deposition from the Curling case in GA. This piece of trash has lied and collected money from others he sued because they let me speak. I spoke the truth and these pieces of trash want to silence the truth! The gaslighting and lies from these clowns is overwhelming.

Curling Deposition is 90 pages. Here is the link for both:

drive.google.com/drive/folders/…

He is a liar and trying to hide that he is the cog to the wheel of the 2020 election.

12. The post above includes three legible screen shots of Ms. Hall and Ms. DeFranco's pleading discussing (and wholly misstating) Dr. Coomer's Byrne deposition testimony. As of 11:34 a.m., the post remains public.[1]

**WHEREFORE,** Dr. Eric Coomer supplements his February 17, 2026 Emergency Motion for this Court to reject or otherwise strike the filing of Ms. Hall and Ms. DeFranco's Motion captioned, "Defendants Joseph Oltmann, FEC United, Shuffling Madness Media, Inc., dba Conservative Daily's Supplement Regarding the Dominion Voting Subpoena" as a violation of the protective order issued in case 8:24-cv-0008 in the United States District Court Middle District of Florida, Tampa Division and issue an Order sealing the same. In the alternative, Counsel moves the Court to limit public access to the subject pleading pursuant to Colorado Rule of Civil Procedure 121, §1-5.

Respectfully submitted this 17th day of February 2026.

/s/David M. Beller

Charles J. Cain, No. 51020
Bradley A. Kloewer, No. 50565
Ashley N. Morgan, No. 61713
Thomas M. Rogers III, No. 28809
David M. Beller, No. 35767

---

[1] https://x.com/Joeoltmann.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Response has been served on all parties receiving notice through CCE on this 17th day of February 2026.

                                          */s/David M. Beller*
                                          David M. Beller