# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC.,
a Florida non-profit corporation,
    Defendants
_____/

## NOTICE OF APPEARANCE

Please take notice that MATTHEW FORNARO, P.A. has been retained by Non-Party TGP Communications, LLC d/b/a The Gateway Pundit ("TGP"), as counsel.

AS OF the date of this notice, please forward all correspondence, pleadings, notices and other documents directly to the undersigned.

Counsel hereby designates the following email addresses for service:

1.    Primary:    eservice@fornarolegal.com
2.    Secondary:    mfornaro@fornarolegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel on this 2nd day of March 2026.

          **MATTHEW FORNARO, P.A.**
          11555 Heron Bay Boulevard
          Suite 200
          Coral Springs, Florida 33076
          Telephone: (954) 324-3651
          Facsimile: (954) 248-2099

          By: /S/ Matthew Fornaro
             Matthew Fornaro, Esquire
             Florida Bar No.: 650641
             Email: mfornaro@fornarolegal.com