### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC.,
a Florida non-profit corporation,
    Defendants
_____/

### NOTICE OF LEAD COUNSEL DESIGNATION

Non-Party TGP Communications, LLC d/b/a The Gateway Pundit ("TGP"), by and through undersigned counsel, pursuant to Local Rule 2.02(a), designates Matthew Fornaro, Esquire, as lead counsel for this action.

    **MATTHEW FORNARO, P.A.**
    11555 Heron Bay Boulevard
    Suite 200
    Coral Springs, Florida 33076
    Telephone: (954) 324-3651
    Facsimile: (954) 248-2099

    By: /S/ Matthew Fornaro
        Matthew Fornaro, Esquire
        FL Bar No.: 650641
        Email: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel on this 2nd day of March 2026.

                                      **MATTHEW FORNARO, P.A.**
                                      11555 Heron Bay Boulevard
                                      Suite 200
                                      Coral Springs, Florida 33076
                                      Telephone: (954) 324-3651
                                      Facsimile: (954) 248-2099

                                By: /S/ Matthew Fornaro
                                      Matthew Fornaro, Esquire
                                      Florida Bar No.: 650641
                                      Email: mfornaro@fornarolegal.com