# EXHIBIT 4

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ERIC COOMER, Ph. D., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8:24-cv-00008-TPB-SPF |
| PATRICK BYRNE, *et al.*, | ) |
| Defendants. | ) |

**UNDERTAKING**

I hereby declare that:

1. I have read the Stipulated Protective Order (the "Order") entered in the above-captioned matter on __10/24/24__ [date] by the U.S. District Court for the Middle District of Florida, and I understand its contents.

2. I agree to comply with and be bound by all of the provisions of the Order. I understand that I am being given access to documents and information designated as Confidential Information under the Order in order to perform certain tasks related to the litigation, and I will use such materials only as provided in the Order.

3. I will not disclose any Confidential Information to any person or entity, except as permitted under the Order, and I agree to use Confidential Information solely for purposes of this litigation.

4. I agree to take all reasonable precautions to prevent unauthorized disclosure of Confidential Information in my possession or control.

5. I agree that, upon the conclusion of the litigation, including any appeals, I will return or destroy all Confidential Information and copies thereof, as required by the Order, and will not retain any copies, abstracts, or summaries of such materials.

1

6. I hereby submit to the jurisdiction of the U.S. District Court for the Middle District of Florida for the purpose of enforcing the terms of the Order, and I understand that any violation of the Order may be punishable by contempt of court or other appropriate sanctions.

Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 20th day of February, 2026.

_____
Signature

_____John Burns_____
Print Full Name

_____PO Box 191250_____
Street Address

_____Saint Louis, MO 63119_____
City, State and Zip Code

_____314-329-5040_____
Telephone

_____john@burns-law-firm.com_____
Email Address

2