# EXHIBIT 5

 Gmail     Jonathon Burns <john@burns-law-firm.com>

## Coomer v. DJTFP | Request for Depo Transcript | Executed Certification
3 messages

**Jonathon Burns** <john@burns-law-firm.com>     Fri, Feb 20, 2026 at 9:58 PM
To: Charlie Cain <ccain@cstrial.com>, Jonathon Burns <john@burns-law-firm.com>, Brad Kloewer <bkloewer@cstrial.com>

Hi Charlie:

Are you willing to send me a copy of Dr. Coomer's Florida deposition transcript from January? I'm prepared to sign the cert from the PO. Please see my executed copy attached.

Please let me know if you're agreeable to this.

Thank you,
John

--
Very truly yours,

/s/
John C. Burns
Attorney
P: 314-329-5040
PO Box 191250
St. Louis, MO 63119

This electronic message including its attachment is from John C. Burns. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication. 2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa. 3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.

📄 **PO-U_-_Burns_-_Executed_-_2-20-26.pdf**
444K

**Charlie Cain** <ccain@cstrial.com>  Mon, Feb 23, 2026 at 1:24 PM
To: Jonathon Burns <john@burns-law-firm.com>, Brad Kloewer <bkloewer@cstrial.com>

The deposition is subject to further proceedings in Florida.

**From:** Jonathon Burns   john@burns-law-firm.com
**Date:** Friday, February 20, 2026 at 7:59 PM
**To:** Charlie Cain   ccain@cstrial.com  , Jonathon Burns   john@burns-law-firm.com  , Brad Kloewer   bkloewer@cstrial.com
**Subject:** Coomer v. DJTFP | Request for Depo Transcript | Executed Certification

[Quoted te t hidden]