IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**NOTICE OF SUPPLEMENTAL AUTHORITY TO PLAINTIFF'S MOTION
FOR SANCTIONS AND FOR ORDER TO SHOW CAUSE**

---

    Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through undersigned counsel, files this Notice of Supplemental Authority to Plaintiff's Motion for Sanctions and for Order to Show Cause (Doc. 281) (the Motion), pursuant to M.D. Fla. Rule 3.01(i), and in support hereof shows as follows:

    1.    Plaintiff filed the Motion on February 6, 2026. Defendant Patrick Byrne (Byrne) filed his Response in Opposition on February 20, 2026. (Doc. 284).

    2.    Since the date of filing the Motion, Plaintiff has discovered additional information which supports the relief requested therein, to-wit:

    a.    *GS Holistic, LLC v. Zaidal Blue Sky Investments Corp. d/b/a I Lava You, Wisam Mhessin, and Fadi Shahla*, Case No. 3:22-cv-1217-HES-SJH (M.D. Fla. Oct. 16, 2024) Tr. of Status Conference (Doc, 71), "THE COURT: I -- I have filed, with the Middle District of Florida Grievance Committee and with the Florida Bar, a grievance against her and the whole law firm, including – and my recommendation was that it was

1

      Mr. Ticktin and his partners' fault for not mentoring this young lady."

b. *GS Holistic, LLC v. Zaidal Blue Sky Investments Corp. d/b/a I Lava You, Wisam Mhessin, and Fadi Shahla*, Case No. 3:22-cv-1217-HES-SJH (M.D. Fla. Oct. 23, 2024) Order issued by J. Hacery E. Schlesinger on Defendants' Motion to Dismiss, "The Ticktin Law Group has an extensive, well-documented history of violating court orders, the Federal Rules of Civil Procedure, and the Local Rules."

c. *GS Holistic, LLC v. Zaidal Blue Sky Investments Corp, d.b.a. I Lava You, et al*; No. 24-14233 (11th Cir. January 23, 2026) Unpublished Opinion, p. 4 "GS's lawyer didn't attend, so the court dismissed the case without prejudice. It was well within its discretion to do so."

d. *GS Holistic, LLC v. Vaportoke Inc d/b/a Colorado Vape & Toke and Monjed Abed*, Case No. 23-cv-01513-RMR-NRN; (Dist. Ct. Colo. January 12, 2024) Order issued by N. Reid Neureiter, "Finally, Plaintiff GS Holistic and its counsel are hereby placed on notice that any future failures to follow the local or federal rules, or orders of the Court, may result in dismissal of the case, or potentially, all cases."

## CONCLUSION AND PRAYER

Eric Coomer, Ph.D. submits the additional authority in support of his Motion for Sanctions and Order to Show Cause and requests the Court grant the Motion, and such other and further relief as the Court deems equitable and just.

Respectfully submitted this 10th day of March 2026.

        Respectfully submitted,

        */s/ Charles J. Cain*
        Charles J. Cain, CO Atty No. 51020*
        ccain@cstrial.com
        Bradley A. Kloewer, CO Atty No. 50565*
        bkloewer@cstrial.com
        **CAIN & SKARNULIS PLLC**
        P. O. Box 1064
        Salida, Colorado 81201
        719-530-3011
        512-477-5011 (Fax)
        *Appearing via Special Admission

        Ashley N. Morgan*
        Texas Bar No. 24091339
        Colorado Attorney No. 61713
        amorgan@cstrial.com
        **CAIN & SKARNULIS PLLC**
        303 Colorado Street, Suite 2850
        Austin, Texas 78701
        512-477-5000/512-477-5011 (Fax)
        *Appearing via Special Admission

        **ATTORNEYS FOR PLAINTIFF**