## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

### PLAINTIFF'S CERTIFICATE OF SERVICE

---

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through undersigned counsel, files this Certificate of Service and states as follows:

On March 11, 2026, undersigned counsel served true and correct copies of:

- Plaintiff's Motion for Order to Show Cause identified as Doc. 292 in the Court's CM/ECF system, as well as the exhibits filed therewith; and

- Plaintiff's Motion to Seal Under Local Rule 1.11 Pursuant to Court's Stipulated Protective Order identified as Doc. 293 in the Court's CM/ECF system, as well as the proposed Seal Items submitted therewith.

on third-party Andrea Hall via email transmission addressed to andrea@thehalllawoffice.com and to third-party Joseph Oltmann via email transmission addressed to joe@pidoxa.com.

1

Respectfully submitted this 11th day of March 2026.

        */s/ Charles J. Cain*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission

**ATTORNEYS FOR PLAINTIFF**