**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
     Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
     Defendants

---

**PLAINTIFF'S RESPONSE TO NON-PARTY
TGP COMMUNICATIONS, LLC'S MOTION TO INTERVENE FOR THE
LIMITED PURPOSE OF ENFORCING AND MODIFYING STIPULATED
PROTECTIVE ORDER AND INCORPORATED
MEMORANDUM OF LAW**

---

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through undersigned counsel, files this Response to Non-Party TGP Communications, LLC's (TGP) Motion to Intervene for the Limited Purpose of Enforcing and Modifying Stipulated Protective Order and Incorporated Memorandum of Law (Doc. 289) (the Motion), and in support hereof shows as follows:

1.      Non-Party TGP's Motion seeks relief that is now moot. Pursuant to the Court's March 5, 2026 Order denying Defendant Byrne's Motion to Expedite review of Dr. Coomer's deposition transcript (Doc. 291), Plaintiff had until March 12, 2026, to complete review for purposes of confidentiality designations. Dr. Coomer completed that review and disclosed a redacted copy of the transcript

to Defendants in this case on March 12.  Thereafter, Plaintiff produced that transcript in conjunction with his Sixth Supplemental Disclosures on March 16, 2026, in related proceeding *Coomer v. Donald J. Trump for President, Inc.*, where TGP is a party.[1]

2.      In light of the foregoing, the relief requested is moot and the Court may deny the Motion as such.

3.      In the event that TGP attempts to argue that it has been somehow prejudiced by this slight delay, which is expressly allowed for in the Protective Order, Plaintiff notes that TGP has made no effort to conduct any discovery whatsoever in *Coomer v. Donald J. Trump for President, Inc.*  In the more than five years since that case was filed, neither TGP nor its editor, James Hoft, who is also a defendant therein, have ever served any written discovery requests on Plaintiff.  Nor have they ever attempted to notice Dr. Coomer's deposition, despite Dr. Coomer offering that deposition for many months now since the case was remanded to the Denver District Court last summer.[2]  And the discovery period does not close until May 26, 2026,[3] allowing them ample time to simply take Dr. Coomer's deposition themselves if they were so inclined.

---

[1] The transcript was disclosed and labeled as EC 010596-011002.

[2] *See, e.g.*, **Exhibit 1**, Email from Kloewer to all counsel, including all counsel for Defendant TGP (rbc@corporonlaw.com, mta@corporonlaw.com, lmk@corporonlaw.com, and tblf@pm.me), offering Dr. Coomer's deposition as early as November 3, 2025 (Oct. 6, 2025).

[3] **Exhibit 2**, *Coomer v. Donald J. Trump for President, Inc.*, Second Amended Case Management Order, p. 11 (Mar. 2, 2026).

4.     As a result, no prejudice has flowed from Plaintiff's adherence to the terms of the Protective Order.

## CONCLUSION

For all of the reasons stated herein, Eric Coomer, Ph.D. requests this Court deny as moot Non-Party TGP Communications, LLC's Motion to Intervene for the Limited Purpose of Enforcing and Modifying Stipulated Protective Order and Incorporated Memorandum of Law.  Eric Coomer, Ph.D. requests such other and further relief as the Court deems equitable and just.

Respectfully submitted this 16th day of March 2026.

Respectfully submitted,

*/s/ Charlie Cain*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission

**ATTORNEYS FOR PLAINTIFF**

3