**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
        Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
        Defendants

---

**EXHIBIT 1**

---

| | |
|---|---|
| **Subject:** | RE: Tomorrow's deposition |
| **Date:** | Monday, March 30, 2026 at 1:03:38 PM Mountain Daylight Time |
| **From:** | Damaris Concepcion <DConcepcion@legalbrains.com> |
| **To:** | Brad Kloewer <bkloewer@cstrial.com>, Charlie Cain <ccain@cstrial.com> |
| **CC:** | Peter Ticktin <pt@legalbrains.com>, AttorneyLambert <attorneylambert@protonmail.com>, Damaris Concepcion <DConcepcion@legalbrains.com>, Scotti Beam <sbeam@cstrial.com>, David Perry <DPerry@legalbrains.com> |
| **Attachments:** | image001.png |

I just spoke with Mr. Ticktin, he is currently traveling.  Not to our knowledge will they be appearing.

Damaris

**Damaris N. Concepcion**
**Legal Administrator**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(954) 570-6757
General email: DConcepcion@LegalBrains.com
www.LegalBrains.com

**NOTICE:**

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at

DConcepcion@LegalBrains.com and delete the original message and all copies.

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Monday, March 30, 2026 2:54 PM
**To:** Charlie Cain <ccain@cstrial.com>; Peter Ticktin <pt@legalbrains.com>
**Cc:** AttorneyLambert <attorneylambert@protonmail.com>; Damaris Concepcion <DConcepcion@legalbrains.com>; Scotti Beam <sbeam@cstrial.com>; David Perry <DPerry@legalbrains.com>
**Subject:** Re: Tomorrow's deposition

Peter,

We need to advise the court reporter(s) asap. Please confirm if Mr. Speckin and Mr. Cotton will be appearing or not.

Brad Kloewer
Cain & Skarnulis PLLC
719-530-3011-Main
512-477-5011-Fax
bkloewer@cstrial.com

**From:** David Willson <dwlaw1990@outlook.com>
**Date:** Monday, March 30, 2026 at 9:46 AM
**To:** Charlie Cain <ccain@cstrial.com>, Peter Ticktin <pt@legalbrains.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>, AttorneyLambert <attorneylambert@protonmail.com>, Damaris Concepcion <DConcepcion@legalbrains.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Tomorrow's deposition

Thank you.

David Willson
Attorney at Law
719-648-4176

Confidentiality Note: This message and any attachments may contain legally privileged and/or confidential information. Any unauthorized disclosure, use or dissemination of this e-mail message or its contents, either in whole or in part, is prohibited. If you are not the intended recipient of this e-mail message, kindly notify the sender and then destroy it

**From:** Charlie Cain <ccain@cstrial.com>
**Sent:** Monday, March 30, 2026 9:42:52 AM
**To:** David Willson <dwlaw1990@outlook.com>; Peter Ticktin <pt@legalbrains.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>; AttorneyLambert <attorneylambert@protonmail.com>; Damaris Concepcion <DConcepcion@legalbrains.com>; Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Tomorrow's deposition

Perry.

_____

**From:** David Willson <dwlaw1990@outlook.com>
**Date:** Monday, March 30, 2026 at 9:28 AM
**To:** Charlie Cain <ccain@cstrial.com>, Peter Ticktin <pt@legalbrains.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>, AttorneyLambert <attorneylambert@protonmail.com>, Damaris Concepcion <DConcepcion@legalbrains.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Tomorrow's deposition

Please advise as to which David you are referring to.

Dave

David Willson
Attorney at Law
719-648-4176

Confidentiality Note: This message and any attachments may contain legally privileged and/or confidential information. Any unauthorized disclosure, use or dissemination of this e-mail message or its contents, either in whole or in part, is prohibited. If you are not the intended recipient of this e-mail message, kindly notify the sender and then destroy it.

_____

From: Charlie Cain <ccain@cstrial.com>
Sent: Monday, March 30, 2026 9:22 AM
To: Peter Ticktin
Cc: Brad Kloewer; AttorneyLambert; David Willson; Damaris Concepcion; Scotti Beam
Subject: Re: Tomorrow's deposition

We noticed these depositions after getting agreed dates from David.  Without an order or stay issued we were planning to proceed.  Let us know if you will not be presenting these witnesses so that we can alert the court reporter ASAP. Thank you.

From: Peter Ticktin <pt@legalbrains.com>
Date: Sunday, March 29, 2026 at 3:36 PM
To: Charlie Cain <ccain@cstrial.com>
Cc: Brad Kloewer <bkloewer@cstrial.com>, AttorneyLambert <attorneylambert@protonmail.com>, David Willson <dwlaw1990@outlook.com>, Damaris Concepcion <DConcepcion@legalbrains.com>
Subject: RE: Tomorrow's deposition

We can differ in our perceptions.

Thank you for confirming that tomorrow's deposition is cancelled.  How about Tuesday's depositions.  I take it that they are likewise cancelled.  Please advise.

Peter


Peter Ticktin

[cid:image001.png@01DCBFA2.89E8BA10]<https://legalbrains.com/>

The Ticktin Law Group
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com<mailto:PT@LegalBrains.com>
Service email: Serv512@LegalBrains.com<mailto:Serv512@LegalBrains.com>
www.LegalBrains.com<http://www.legalbrains.com/>
[cid:image002.png@01DCBFA2.89E8BA10]<https://twitter.com/PeterTicktin>
[cid:image003.png@01DCBFA2.89E8BA10]<https://www.facebook.com/Peter.Ticktin>


PLEASE READ THIS NOTICE.

Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com<mailto:PT@LegalBrains.com> and delete the original message and all copies.


From: Charlie Cain <ccain@cstrial.com>
Sent: Sunday, March 29, 2026 5:34 PM
To: Peter Ticktin <pt@legalbrains.com>
Cc: Brad Kloewer <bkloewer@cstrial.com>; AttorneyLambert <attorneylambert@protonmail.com>; David Willson <dwlaw1990@outlook.com>
Subject: Re: Tomorrow's deposition

Mr. Oltmann is causing Mr. Oltmann to be without a lawyer. Mr. Oltmann's deposition is not going forward.
— Charlie

4 of 6

On Mar 29, 2026, at 22:28, Peter Ticktin <pt@legalbrains.com<mailto:pt@legalbrains.com>> wrote:

Charlie and Brad,

I understand that you scheduled depositions for tomorrow and Tuesday, and I figure that you have cancelled them, as you are the ones who are causing Mr. Oltmann to be without a lawyer, right now.

Your frivolous actions are going to be causing unnecessary delay, and I figure that this includes the taking of depositions.

I am writing to you from my position of friend of the court, as I want to make sure that you are not going to be expecting any of these witnesses to show up.  My understanding is that the are not going to appear.

Yours,

Peter

Peter Ticktin

<image001.png><https://legalbrains.com/>


The Ticktin Law Group
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com<mailto:PT@LegalBrains.com>
Service email: Serv512@LegalBrains.com<mailto:Serv512@LegalBrains.com>
www.LegalBrains.com<http://www.legalbrains.com/>
<image002.png><https://twitter.com/PeterTicktin>
<image003.png><https://www.facebook.com/Peter.Ticktin>


PLEASE READ THIS NOTICE.

Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any unauthorized copying, review,

use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com<mailto:PT@LegalBrains.com> and delete the original message and all copies.