**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**EXHIBIT 2**

---

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED<br>March 23, 2026 10:06 AM<br>FILING ID: FB927EA0C5CB6<br>CASE NUMBER: 2020CV34319<br>▲ COURT USE ONLY ▲ |
| Plaintiff(s): ERIC COOMER, Ph.D.,<br><br>v.<br><br>Defendant(s): DONALD J. TRUMP FOR PRESIDENT, INC., et al., | Case Number:<br>2020cv034319<br><br>Division Courtroom: 409 |
| Applicant Attorney: David L. Perry II.<br>Address: 270 SW Natura Ave. Deerfield Beach, Florida 33441<br>Phone Number: (561) 232-2222<br>FAX Number: (954) 418-7120<br>E-mail: Serv514@LegalBrains.com<br>Atty. Reg. #: 1045902 (Florida Bar No.)<br>*Colorado PPA#: Pending*<br><br>Sponsoring Attorney: David Willson<br>Address: P.O. Box 1351<br>Monument, CO 80132<br>Phone Number: (719) 648-4176<br>E-mail: dwlaw1990@outlook.com<br>Atty. Reg. #: 43369 | |

## OUT OF STATE COUNSEL'S VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION

Pursuant to C.R.C.P. 121 § 1-2, and Rule 205.3, David L. Perry II of The Ticktin Law Group in Deerfield Beach, Florida moves for pro hac vice admission to practice before this Court in the above-captioned matter.

AS GROUNDS FOR THIS MOTION, David L. Perry II states and shows the Court the following:

1. Under Rule 205.3, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and other proceeding in the particular case in which the attorney is employed, provided that a

member in good standing of the Bar of the State of Colorado is associated in such cause at all stages of the case.

2. David L. Perry II of the Law Firm of The Ticktin Law Group is a member in good standing of the Bar in the State of Florida. David L. Perry II is assigned attorney registration or bar admission number 1045902 in the State of Florida.

3. David L. Perry II has also been licensed in the following jurisdiction(s): US District Court for the Southern District of Florida, US District Court for the Middle District of Florida, US District Court for the Northern District of Florida, US District Court for the Eastern District of Michigan, US District Court for the Western District of Michigan, US District Court for the District of Colorado, US District Court for the Eastern District of Wisconsin, US District Court for the Southern District of Texas, 11th Circuit Court of Appeals, 6th Circuit Court of Appeals, and the Court of Appeals Federal Circuit, under the following admission number(s) 1045902.

4. David L. Perry II acknowledges that he is subject to all applicable provisions of the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure and other court rules, and that they have read such rules and will follow such rules.

5. David L. Perry II has not previously sought pro hac vice admission in Colorado.

6. David Willson with Reg. No. 43369, is a member in good standing of the Bar of the State of Colorado.

7. David Willson will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

8. The following are parties to the proceeding and have been notified of this Verified Motion requesting pro hac vice admission: ERIC COOMER, Ph.D., v. DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

9. David L. Perry II has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Office of Attorney Registration, 1300 Broadway, Suite 510, Denver, Colorado 80203 and paid the required fee.

10. An affidavit setting forth David L. Perry II qualifications and compliance is attached.

11. By execution of the attached verifications, the Colorado licensed Sponsoring Attorney and Applicant Attorney verify their association on this matter.

WHEREFORE, Out of State Counsel respectfully requests that the Court admit David L. Perry II pro hac vice, to practice before the Court in this case.

Respectfully submitted on March 20, 2026.

/s/ David L. Perry II
David L. Perry II, Esquire
Florida Bar No.: 1045902
Serv514@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

and

/s/ David Willson
David Willson, Sponsoring Attorney
Colorado Bar No. 43369
P.O. Box 1351
Monument, CO 80132
Phone (719) 648-4176
dwlaw1990@outlook.com

VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission is true and correct, signed by David Willson with Reg. No. 43369 on March 20, 2026.

*Sponsoring Attorney*

VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission is true and correct, signed by David L. Perry II with Florida Bar No. 1045902 on March 20, 2026.

*Applicant Attorney*

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO COUNTY, COLORADO Court Address: 1437 Bannock Street Denver, CO 80202 | DATE FILED March 23, 2026 10:06 AM FILING ID: FB927EA0C5CB6 CASE NUMBER: 2020CV34319 ▲ COURT USE ONLY ▲ |
| Plaintiff(s): ERIC COOMER, Ph.D., <br><br> v. <br><br> Defendant(s): DONALD J. TRUMP FOR PRESIDENT, INC., et al., | Case Number: 2020cv034319 <br><br> Division Courtroom: 409 |
| Applicant Attorney: David L. Perry II. Address: 270 SW Natura Ave. Deerfield Beach, Florida 33441 Phone Number: (561) 232-2222 FAX Number: (954) 418-7120 E-mail: Serv514@LegalBrains.com Atty. Reg. #: 1045902 (Florida Bar No.) Colorado PPA#: Pending <br><br> Sponsoring Attorney: David Willson Address: P.O. Box 1351 Monument, CO 80132 Phone Number: (719) 648-4176 E-mail: dwlaw1990@outlook.com Atty. Reg. #: 43369 | |

**AFFIDAVIT OF David L. Perry II** *[Out of State Attorney]*

1. My name is David L. Perry II I am an attorney with the Law Firm of 270 SW Natura Avenue, Deerfield Beach, Florida 33441 telephone number 561-232-2222 and counsel to the Defendants Joseph Oltmann and Shuffling Madness Media, Inc in the action referenced above.

2. I received a JD degree from University of New Hampshire School of Law. I was admitted to the State Bar and Courts of Florida in 2023 and to the following United States District Courts:

| Federal Courts | Date of Admission |
|---|---|
| Colorado District Court | 8/13/2025 |
| Florida Middle District Court | 9/19/2023 |
| Florida Southern District Court | 10/09/2023 |
| Florida Northern District Court | 10/19/2023 |
| Michigan Eastern District Court | 12/18/2023 |
| Michigan Western District Court | 11/22/2023 |
| Texas Southern District Court | 11/07/2024 |
| Wisconsin Eastern District Court | 05/01/2024 |
| U.S. Court Of Appeals, Sixth Circuit | 07/16/2025 |
| U.S. Court Of Appeals, Eleventh Circuit | 04/09/2025 |
| U.S. Court Of Appeals, Federal Circuit | 10/24/2025 |

3. I am in good standing in all Bars wherever admitted, no disability, disciplinary or grievance proceedings have been filed or are pending against me and I have never had a request for pro hac vice admission denied or revoked.

4. I have not established domicile in the State of Colorado.

5. I have not established a place in Colorado from which I hold myself out to the public as practicing Colorado law, nor am I soliciting or accepting Colorado clients.

6. I have not previously sought pro hac vice admission in the State of Colorado.

7. The party represented are the defendants Joseph Oltmann and Shuffling Madness Media, Inc. in this matter. I have notified *them* of the Motion requesting permission for me to appear in this matter in this Colorado Court.

8. I acknowledge that I am subject to all applicable provisions of the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure and other court rules; that I have read and will follow these rules throughout the pro hac vice admission; and that the Verified Motion complies with those rules.

9.  The Colorado licensed attorney who will associate with me is: <u>David Willson with Reg. No. 43369; P.O. Box 1351, Monument, Colorado 80132; (719) 648-4176.</u>

10.  I have paid the fee to the Clerk of the Colorado Supreme Court and separately provided a copy of the Verified Motion and this Affidavit to the Office of Attorney Registration, 1300 Broadway, Suite 510, Denver, Colorado 80203.  Signed on <u>March 20, 2026.</u>

I declare under penalty of perjury under the law of Colorado that the foregoing Affidavit is true and correct, signed by <u>David L. Perry II</u> on <u>March 20, 2026.</u>

David L. Perry II, Esquire

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO COUNTY, COLORADO Court Address: 1437 Bannock Street Denver, CO 80202 | DATE FILED March 23, 2026 10:06 AM FILING ID: FB927EA0C5CB6 CASE NUMBER: 2020CV34319 ▲ COURT USE ONLY ▲ |
| Plaintiff(s): ERIC COOMER, Ph.D., <br><br> v. <br><br> Defendant(s): DONALD J. TRUMP FOR PRESIDENT, INC., et al., | Case Number: 2020cv034319 <br><br> Division Courtroom: 409 |
| Applicant Attorney: David L. Perry II. Address: 270 SW Natura Ave. Deerfield Beach, Florida 33441 Phone Number: (561) 232-2222 FAX Number: (954) 418-7120 E-mail: Serv514@LegalBrains.com Atty. Reg. #: 1045902 (Florida Bar No.) *Colorado PPA#: Pending* <br><br> Sponsoring Attorney: David Willson Address: P.O. Box 1351 Monument, CO 80132 Phone Number: (719) 648-4176 E-mail: dwlaw1990@outlook.com Atty. Reg. #: 43369 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on <u>March 20, 2026</u> sent by United States Mail, first class postage prepaid, true and complete copies of Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission of David L. Perry II., to:

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Ashley N. Morgan, No. 61713
amorgan@cstrial.com
CAIN & SKARNULIS PLLC
P. O. Box 1064
Salida, Colorado 81201

Thomas M. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
*Attorneys for the Plaintiff*

John Zakhem, No. 30089
jzakhem@ckbrlaw.com
Andrew C. Nickel, No. 45235
anickel@ckbrlaw.com
CAMPBELL KILLIN BRITTAN & RAY, LLC
270 Saint Paul Street, Suite 200
Denver, CO 80206
303-322-3400
303-322-5800-Fax
*Attorneys for Defendant
Donald J. Trump for President, Inc.*



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

DATE FILED
March 23, 2026 10:06 AM
FILING ID: FB927EA0C5CB6
CASE NUMBER: 2020CV34319

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )

In Re:   1045902
David L. Perry II
The Ticktin Law Group
270 SW Natura Ave
Deerfield Beach, FL 33441-3026

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **June 9, 2023**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  13th  day of **March, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-399692

