Case 8:24-cv-00008-TPB-SPF   Document 304-4   Filed 04/01/26   Page 1 of 4 PageID 4553

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

## EXHIBIT 4

---

| | |
|---|---|
| DISTRICT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202<br><br>Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et. al.<br><br>**Attorney for Defendants Joseph Oltmann, FEC United, Inc.**<br>**and Shuffling Madness Media, Inc.**<br>Andrea M. Hall<br>THE HALL LAW OFFICE, LLC<br>P.O. Box 42<br>Eaton, CO 80615<br>(970) 419-8234<br>andrea@thehalllawoffice.com<br>Atty. Reg. #:  036410<br><br><br>Ingrid J. DeFranco<br>Law Office of Ingrid J. DeFranco<br>PO Box 128<br>Brighton, CO 80601-0128<br>303-641-6812; fax: 303-558-4294<br>ingrid.defranco@gmail.com<br>      Reg. No. 31206 | **DATE FILED**<br>February 10, 2026 4:17 PM<br>FILING ID: 9487505FE4C2C<br>CASE NUMBER: 2020CV34319<br><br><br>▲COURT USE ONLY▲<br><br><br>Case # 20-CV-34319<br><br><br>Div.  409 |
| **NOTICE OF TERMINATION** ||

COME NOW, Andrea M. Hall and Ingrid DeFranco, and hereby give notice that, as a consequence of having provided the work-product-protected communications with R.D. to the special master, the Oltmann Defendants have terminated their representation.

1.     The attorneys must, therefore, withdraw, upon the directive of their clients.

2.     The Court may grant an attorney's motion to withdraw as attorney of record in its discretion.

C.R.C.P. 121 § 1-1(2)(b).

3.    An irreconcilable conflict of interest has arisen, resulting in a termination of the attorney-client

representation.

4.   Undersigned counsel make the following advisements to Oltmann Defendants and all parties to

this action:

    a.   All clients have been provided with the most recent court documents.

    b.   Any written orders have been submitted and entered by the Court and complied with by
the withdrawing attorney.

    c.   The Court retains jurisdiction over the Client and the subject matter of the action.

    d.   The Clients must keep the court and the other parties informed where notices, pleadings,
or other papers may be served;

    e.   If the Clients fail or refuse to comply with all court rules and orders, the Clients may
suffer possible dismissal, default, or other sanctions;

    f.   The following proceedings are scheduled in this matter: Discovery dispute hearing on
February 17, 2029 at 9:00 am; Status conference with the court February 20, 2026 at 1:30
pm.

    g.   The dates of any future proceedings will not be delayed or affected by the withdrawal of
counsel.

    h.   If the motion to withdraw is granted, undersigned counsel will promptly notify the
Clients and other parties of the effective date of the withdrawal.

    i.   The clients or opposing counsel may file an Objection to this Notice of Withdrawal
within 15 days.  If an Objection is filed, the matter shall be referred to the Court.

5.    The last known address and telephone number is 6200 S Syracuse Way # 125, Greenwood

Village, CO 80111; 303-667-5105.

Dated this 10th day of February, 2026.

                          /s/ Andrea M. Hall
                          Andrea M. Hall, No.  036410

/s/ Ingrid J. DeFranco
Ingrid J. DeFranco #31206

ATTORNEYS FOR DEFENDANTS
JOSEPH     OLTMANN,    SHUFFLING
MADNESS  MEDIA  INC,  AND  FEC
UNITED, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2026, I caused to be electronically filed with ICESS, the foregoing **NOTICE OF TERMINATION,** which will serve a copy on all counsel of record.



/s/ Andrea M. Hall
Andrea M. Hall # 036410