

The Hall Law Office, LLC.

March 27, 2026

United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

Re: 8:24-CV-00008-TPB-SPF

Dear Clerk of Court,
Please find enclosed **ANDREA HALL'S RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE and Exhibit A and B.**

I was advised by Wilma Metcalf, Law Clerk to the Honorable Sean P. Flynn, as a pro se party, I needed to mail in my response and exhibits to the clerk's office.

If you have any questions, please feel free to contact my office at the number listed below.

Sincerely yours,

Andrea M. Hall

APR 2 2026 PM 12:04
RCUD - USDC - FLMD - TPA

P.O. Box 42. Eaton, Colorado 80615. 970. 419. 8234