**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
     Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
     Defendants

---

### PLAINTIFF'S NOTICE REGARDING RESETTING OF MEDIATION

---

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice Regarding Resetting of Mediation, and states as follows:

1.     Mediation in this case was scheduled to occur on April 29, 2026, before Jon M. Philipson, Esq., 401 E. Jackson Street, Suite 1500, Tampa, FL 33602; 813-228-9080.

2.     On April 7, 2026, the mediation deadline was extended to August 1, 2026, by Order of the Court. (Doc. 307).

3.     Prior to the Order, Defendant Byrne had stopped participating in discovery while seeking protection pending resolution of Motion for Sanctions. (Doc. 298).

4.     After the deadline was extended by the Court, Plaintiff contacted Mr. Philipson's office to reschedule the mediation to a later date in order to

1

conduct the delayed discovery. Plaintiff received additional dates from Mr. Philipson's office and provided those to Defendant Byrne's counsel on April 13, 2026. As of the filing of this Notice, no response has been received from counsel. Plaintiff will continue to seek an agreement on a reset date for mediation prior to the ordered deadline.

5. Given the Court's preference for an in-person mediation and the current circumstances of this case, Plaintiff intends to request at the next status conference that the Court order the parties to mediate at the courthouse. Plaintiff understands the burden this request places on the Court, staff, and the U.S. Marshal Service and does not make the request lightly.

Respectfully submitted this 16th day of April 2026.

*/s/ Charles J. Cain*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**
