UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERIC COOMER, Ph.D.**,

    Plaintiff,

v.

**THE AMERICA PROJECT, INC.**,
*et al.*,

    Defendants.

Case No. 8:24-cv-8-TPB-SPF

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANT THE AMERICA PROJECT, INC.

COMES NOW undersigned counsel, in accordance with Rule 2.02, Local Rules of the U.S. District Court for the Middle District of Florida ("Local Rule(s)") and respectfully moves for leave to withdraw as counsel for Defendant The America Project, Inc. ("TAP"). In support thereof, undersigned counsel states as follows:

1.    Undersigned counsel currently appears as counsel of record for Defendant TAP in the above-captioned matter.

2.    Pursuant to Rule 2.02(c)(1), Local Rules, undersigned counsel provided written notice to TAP of counsel's intent to withdraw more than fourteen (14) days prior to filing this Motion. Specifically, on May 4, 2026, undersigned counsel transmitted written notice to TAP advising that counsel

intended to terminate representation and file a motion to withdraw no earlier than May 18, 2026.

3.     Despite such notice, TAP has not advised undersigned counsel whether it consents or objects to the requested withdrawal.

4.     Good cause exists for withdrawal pursuant to Rule 4-1.16(b)(5), Rules Regulating The Florida Bar.

5.     Undersigned counsel's withdrawal will not materially prejudice the interests of TAP or unduly delay these proceedings.

6.     Plaintiff consents to the relief requested herein.

7.     Pursuant to Rule 2.02(c)(2), Local Rules, undersigned counsel provides the following last known contact information for TAP as reflected in publicly available corporate records:

> The America Project, Inc.
> c/o Carlito Johnson, CEO
> 8388 S. Tamiami Trail, Suite 293
> Sarasota, Florida 34238
> Tele: 931-257-8637
> carlito@americaproject.com

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order: (a) granting leave for undersigned counsel and Dempsey Law, PLLC to withdraw as counsel for Defendant The America Project, Inc.; and (b) granting such other and further relief as the Court deems equitable and just.

- 2 -

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), undersigned counsel conferred with counsel for Plaintiff who consented to the relief requested herein.

Date: May 18, 2026                    Respectfully submitted,

**DEMPSEY LAW, PLLC**

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
M.D. Fla. Bar. No. 1038319
1930 San Marco Blvd., Suite 204
Jacksonville, Florida 32207
Telephone: (904) 760-6272
Fax: (904) 587-0372
Email: chris@cdempseylaw.com

*Counsel for Defendants*
*The America Project, Inc.*
*& Steve Lucescu*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the CM/ECF system, which will send notice of the filing to all attorneys of record.

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
*Counsel for Defendants*
*The America Project, Inc.*
*& Steve Lucescu*