UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC COOMER, Ph.D.,

      Plaintiff,

v.                              Case No. 8:24-cv-8-TPB-SPF

PATRICK BYRNE, STEVEN LUCESCU,
and THE AMERICA PROJECT, INC.,

      Defendants.

_____/

**ORDER**

Before the Court is Attorney Christopher Dempsey's Motion to Withdraw as Counsel for Defendant The America Project, Inc. (Doc. 316).[1] Attorney Dempsey certifies that opposing counsel consents to the withdrawal. Counsel also states that he provided his client, The America Project, Inc., with 14 days' notice of his intent to withdraw, but it did not respond. *See* L.R. 2.02(c), 3.01(g), M.D. Fla. (2025).

Upon consideration, it is **ORDERED**:

1. The Motion to Withdraw (Doc. 316) is **GRANTED**. Attorney Christopher Dempsey is terminated as counsel of record for Defendant The America Project, Inc. and is relieved of any further responsibility in this action.

2. Defendant The America Project, Inc. shall obtain substitute counsel. In the Middle District of Florida, a corporate entity may appear and be heard only through counsel admitted

---

[1] To the extent the motion requests the Court to allow Dempsey Law, PLLC to withdraw, the Court denies that request because an attorney, not a law firm, represents a client, and a law firm is not licensed to practice law. *Harris v. Performance Transp., LLC*, No. 8:14-cv-2913-T-23EAJ, 2015 WL 12915715, at *1 (M.D. Fla. Dec. 21, 2015).

to practice in the district.  L.R.  2.02(b)(2), M.D. Fla. (2025).  Defendant is on notice that failure to obtain substitute counsel may result in a default judgment against it.

     **ORDERED** in Tampa, Florida, May 19, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE