**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
     Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
     Defendants

---

**SUPPLEMENT TO MOTION TO STRIKE EXPERT WITNESSES**

---

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer) files this Supplement to his Motion to Strike Expert Witnesses (Doc. 310) to provide updated information to the Court as it considers its ruling.

1.     During the Case Management Conference held before the Hon. Thomas Barber on May 27, 2026, counsel for Defendant Patrick Bryne informed the Court that both of Defendant Byrne's retained expert witnesses had developed conflicts and would not be produced for deposition at the agreed upon and noticed date of May 28, 2026. The depositions did not take place.

2.     Following the hearing, Plaintiff's counsel requested new proposed dates for the two experts (Speckin and Cotton) and indicated that the request for new dates was without waiver of the relief sought in the pending Motion. As of the

filing of this Supplement, no response has been received from Defendant Byrne's counsel.

3.    Additionally, non-party witness Joseph Oltmann (Oltmann) was served with a Subpoena to Testify at a Deposition in a Civil Action on May 8, 2026. *See* Plaintiff's Notice of Service of Subpoena of Subpoena to Testify at a Deposition in a Civil Action (Doc. 318).  The Subpoena compelled Oltmann's attendance at a remote deposition on June 1, 2026.  Late in the afternoon of May 27 and after the conclusion of the Case Management Conference, Oltmann's counsel in related proceeding *Coomer v. Donald J. Trump for President, Inc., et al.*, pending in Denver County District Court, informed Plaintiff's counsel that Oltmann "is not available on 1 June for the Byrne deposition, as he will be in Washington, DC all day." *See* **Exhibit 1**.

4.    As of the filing of this Supplement, Oltmann's counsel has stated that Oltmann would be available for deposition on June 9, 2026, but he has yet to confirm Defendant Byrne's counsel's availability.  Thus, the deposition remains in limbo.

5.    Subject to the Court's ruling on Plaintiff's Motion to Strike (Doc. 310), Plaintiff reserves the right to seek leave to conclude this outstanding discovery.

Respectfully submitted this 29th day of May 2026.

　　　　　　　　　　　　　　/s/ *Charles J. Cain*　　　　　　
　　　　　　　　　　　　　　Charles J. Cain, CO Atty No. 51020*
　　　　　　　　　　　　　　ccain@cstrial.com

2

Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**