IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

        Defendant,

v.

PATRICK BYRNE, STEVE
LUCESCU, and THE
AMERICA PROJECT INC.,

        Defendants.

_____/

**DEFENDANT PATRICK BYRNE'S LOCAL RULE 3.01(g)(3)
SUPPLEMENT TO MOTION TO EXTEND DISCOVERY DEADLINE**

The Defendant, Patrick Byrne, by through his undersigned counsel, submits this Local Rule 3.01(g)(3) Supplement to the Defendant, Patrick Byrne's Motion to Extend Discovery Deadline, and states:

1.      On May 29, 2026, counsel for Dr. Byrne contacted counsel for the Plaintiff via email to confer as to Dr. Byrne's Motion to Extend Discovery Deadline. Counsel for the Plaintiff, Charles Cain, emailed Dr. Byrne's counsel that same day, but did not respond substantively.

2.      On June 3, 2026, counsel for Dr. Byrne again contacted counsel for the Plaintiff via email to confer as to Dr. Byrne's Motion to Extend Discovery Deadlines. The Plaintiff's counsel, Charles Cain, stated that the Plaintiff, Dr. Coomer, opposes Dr. Byrne's Motion to Extend Discovery Deadline.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

> */s/ David L. Perry II*
> Peter Ticktin, Esquire
> Florida Bar No. 887935
> David L. Perry II, Esquire
> Florida Bar No. 1045902
> Serv512@LegalBrains.com
> Serv514@LegalBrains.com
> Serv600@LegalBrains.com
> **THE TICKTIN LAW GROUP**
> 270 SW Natura Avenue
> Deerfield Beach, Florida 33441
> Telephone: (561) 232-2222
> *Attorneys for Patrick Byrne*

2