**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
         Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
         Defendants

---

**NOTICE OF ACCESS TO EXHIBITS**

---

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer) files this Notice of Access to Exhibit in response to the Court's June 17, 2026 Endorsed Order (Doc. 330), and provides the following information:

1.      On February 6, 2026, Plaintiff filed his Motion for Sanctions and for Order to Show to Cause (Doc. 281). Therein, Plaintiff cited to Exhibits 15, 18, and 20 via a link(s). In accordance with the Court's June 17, 2026 Order directing access to the exhibits, a new link is provided which will expire on June 30, 2027

- https://caincloud.egnyte.com/fl/Bqm4RbpQRmbR.

2.      On April 24, 2026, Plaintiff filed his Motion to Strike Expert Witnesses (Doc. 310). Therein, Plaintiff cited to Exhibit 1 via a link. In accordance with the Court's June 17, 2026 Order directing access to the exhibit, a new link is provided which will expire on June 30, 2027:

- https://caincloud.egnyte.com/fl/c48jXjKBBH4j.

Respectfully submitted this 17th day of June 2026.

_____/s/ Charles J. Cain_____
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**
