**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERIC COOMER, Ph.D.,
    Plaintiff

v.                                                    Case No. 8:24-cv-00008-TPB-SPF


PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC.,
    Defendants

---

**EXHIBIT 4**

---

May 15, 2026

RE:    Dr. Eric Coomer and *The Deep Rig*

In 2021, I co-produced *The Deep Rig* with Patrick Byrne. In addition to producing *The Deep Rig*, Patrick Byrne also provided the financing. The film included interviews with Joe Oltmann concerning allegations of fraud related to the 2020 presidential election.

In reliance on statements made by Mr. Oltmann, the film alleged that Eric Coomer, Ph.D., the former Director of Strategy and Security for Dominion Voting Systems, interfered with the 2020 presidential election and confessed to doing so on a call prior to the election.

Mr. Oltmann has never produced any evidence beyond his sworn statement that Dr. Coomer interfered with Dominion voting machines or voting software, or that Dr. Coomer claimed to have done so. Nor has Mr. Oltmann produced any evidence beyond his sworn statement that Dr. Coomer participated in a conversation with members of Antifa.

I regret any harm the film may have caused to Eric Coomer. It was never my intention to cause any harm to anyone.

The film featured claims that neither I nor anyone to my knowledge vetted for truth or accuracy, including the claims about Eric Coomer made by Joe Oltmann. I have never seen any physical evidence that Eric Coomer participated in an "Antifa conference call," that he claimed on that call to have rigged the 2020 presidential election, or that he did in fact rig the election. Even to this day, Oltmann has provided nothing to support his claims and allegations against Coomer. I had no role or responsibility in the final edit of the film, and Mr. Oltmann's content that the director included in the film was unverified.

I apologize to Eric Coomer and his family for any harm caused by *The Deep Rig*.

Signed:

_____
Steve Lucescu