**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,

Defendants

---

### ANDREA HALL'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE DATED JUNE 15, 2026

Come now, Andrea M. Hall, and hereby requests an extension of time to respond to the

Court's Order to Show Cause dated June 15, 2026, stating as follows:

### FACTUAL BACKGROUND

1. The undersigned is not an attorney of record on this case.

2. Ms. Hall was not served this order through Pacer.

3. This order was received on June 25, 2026, at her PO Box in Eaton, Colorado,

4. The envelope from the Court was dated June 17, 2026.

5. The order stated that a response is due on June 29, 2026

6. The undersigned respectfully requests a ten-day extension of time to respond, with

   a response due on or before July 6, 2026.

## CONCLUSION

Wherefore, because the Order was just received, Ms. Hall respectfully requests an extension to July 6, 2026, to file her response to the order dated June 15, 2026.

Respectfully submitted this day of 26th June, 2026.

By:    /s/ Andrea M. Hall
Andrea M. Hall, #36410
THE HALL LAW OFFICE
P.O. Box 42
Eaton, CO 80615
Tel.: (970) 419-8234
andrea@thehalllawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, a true and correct copy of the foregoing **ANDREA HALL'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE DATED JUNE 15, 2026** was sent via email to the following parties:

chambers_flmd_barber@flmd.uscourts.gov
chambers_flmd_flynn@flmd.uscourts.gov


Charlie Cain ccain@cstrial.com
Brad Kloewer- bkloewer@cstrial.com
Ashley Morgan- amorgan@cstrial.com
Carolyn Mathias - cmathias@cstrial.com
Scotti Beam- sbeam@cstrial.com
*Plaintiff's counsel*

Peter Ticktin- pt@legalbrains.com
David Perry- DPerry@legalbrains.com
*Patrick Bryne Counsel*
Chris Dempsey- chris@cdempseylaw.com
*Counsel for Defendants The America Project, Inc. and Steven Lucescu*

2

I hereby certify that on March 26, 2026, a true and correct copy of the foregoing **ANDREA HALL'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE DATED JUNE 15, 2026** was sent via regular mail through the United States Postal Service to the following parties:

United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

By:    /s/ Andrea M. Hall
       Andrea M. Hall, #36410