

**The Hall Law Office, LLC.**
P.O. Box 42
Eaton, Colorado 80615

United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

33602-386030

