**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

## Notice to Pro Se Litigant Regarding Consent to Receive
## Notices of Electronic Filings (NEF)

A civil litigant who proceeds in court without the help of a lawyer (a pro se litigant), and who is not incarcerated, can submit a form online to receive electronic notification of future filings in the litigant's case. This form cannot be used in criminal, social security, immigration, or sealed cases.

By submitting this form, the litigant waives his or her right to receive service of documents by first-class mail, pursuant to Rule 5(b)(2)(E), Federal Rules of Civil Procedure. Instead, the litigant consents to the Court and opposing counsel using an email address for the purpose of sending electronic notification of orders, notices, and other documents that are filed in the litigant's case. Each time a non-sealed document is filed in the case, the litigant will receive a Notice of Electronic Filing (NEF) by email. The NEF email will be sent from the Court's case management and electronic filing system (CM/ECF) email address, flmd_ecf@flmd.uscourts.gov, and the subject will be "Activity in Case [x]:[xx]-cv-[xxxx]."

The NEF email will contain a hyperlink that allows the litigant to view the filing for the first time at no charge. The hyperlink will expire after the earlier of two events: the first use or 15 days after the notice is emailed. After the hyperlink expires, the litigant must access PACER (www.pacer.gov) to view the filing and may be required to pay a fee in accordance with the Electronic Public Access Fee Schedule (www.flmd.uscourts.gov/filing-case/fees). **To avoid incurring fees, the litigant should print or save the document when using the one free look.** Court filings can also be viewed for free by using the public terminals at the Clerk's Office.

Litigants should establish a PACER Case Search Only account before submitting this form online. The Court's Guide for Proceeding Without a Lawyer (www.flmd.uscourts.gov/litigants-without-lawyers) provides additional information about PACER, including instructions about how to register.

Litigants are responsible for immediately notifying the court of any change of email address using the online form and for monitoring spam folders for NEF emails. The court can add only one email address for a pro se litigant.

The consent form is available on the Court's website (www.flmd.uscourts.gov/litigants-without-lawyers).