IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

      Plaintiff,

v.

PATRICK BYRNE, STEVE
LUCESCU, and THE
AMERICA PROJECT INC.,

      Defendants.

_____/

## DECLARATION OF JOSEPH OLTMANN

I, Joseph Oltmann, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen, am competent to make this Declaration, and make it based on my personal knowledge. I submit this Declaration in support of my Response to the Court's Order to Show Cause (Doc. 329).

2. This Declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. I am not a lawyer. I am a defendant in a separate defamation action that the Plaintiff brought against me in Colorado. I am not a party to this action

in the Middle District of Florida.

3.    On January 27, 2026, I attended the deposition of the Plaintiff at the invitation of Defendant Patrick Byrne.  In connection with attending, I signed an Undertaking agreeing to be bound by the Court's Stipulated Protective Order.

4.    I am not a lawyer and I relied on my attorney at the time, Andrea Hall, to advise me about the meaning and requirements of the Protective Order.  I understood from her that information that was already public, and that the Plaintiff had not marked or designated as confidential, was not confidential information.

5.    Before January 27, 2026, I was already aware, from public sources, of the matters that are the subject of the Plaintiff's motion.  I had read or was aware of the August 2021 New York Times Magazine article about the Plaintiff, of the Plaintiff's prior sworn testimony in other cases that had been made public, of the Plaintiff's testimony before the Fulton County grand jury, and of the Plaintiff's public trial testimony.  These public sources described the Plaintiff's role at Dominion Voting Systems, his public statements, and where he worked during the 2020 election.

6.    On February 16, 2026, my attorney at the time, Ms. Hall, prepared and filed a document in the Colorado case.  I did not prepare or file that document.  By the time I referred to it on February 17, 2026, it had already been filed on the public docket in the Colorado case.

7.    When I commented on February 17, 2026, I believed that the

information I was discussing was already public, that it was not confidential, and that the Plaintiff had not designated any of it as confidential.  I did not believe I was disclosing any secret or any information protected by this Court's Protective Order.

8.    I did not intend to violate any order of this Court.

9.    To the best of my knowledge, the Plaintiff did not serve any confidentiality designations until March 12, 2026, after the statements at issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____June 26, 2026____.

_____

JOSEPH OLTMANN