## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ERIC COOMER,

     Plaintiff,

v.                                                          Case No. 8:24-cv-8-TPB-SPF

PATRICK BYRNE, STEVEN
LUCESCU, and THE AMERICA
PROJECT, INC.,

     Defendants.

_____/

### ORDER OVERRULING OBJECTION TO MAGISTRATE JUDGE ORDER

This matter is before the Court on "Defendant Patrick Byrne's and Peter Ticktin's Objection to the Magistrate Judge's June 29, 2026 Order on Plaintiff's Motion for Sanctions (Doc. 332)." (Doc. 344). In his Order (Doc. 332), United States Magistrate Judge Sean P. Flynn granted in part and denied in part Plaintiff's motion for sanctions and for an order to show cause (Doc. 281). Judge Flynn's Order awards Plaintiff attorney's fees, directs that future mediations and depositions occur in the Tampa courthouse under prescribed procedures, and refers the matter to the Tampa Division's Grievance Committee to investigate the alleged lawyer misconduct and report to the Chief Judge. Defendant Patrick Byrne and his lawyer Peter Ticktin timely filed their objection on July 23, 2026.

A party may file objections to a magistrate judge's order on a non-dispositive pretrial matter within fourteen days after service of the order. Fed. R. Civ. P. 72(a). When objections are filed, the district court "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.* An order is contrary to law if the magistrate judge failed to apply or misapplied the relevant

statutes, case law, or procedural rules.  *TemPay, Inc. v. Biltres Staffing of Tampa Bay, LLC*, 929 F. Supp. 2d 1255, 1260 (M.D. Fla. 2013) (citing *S.E.C. v. Kramer*, 778 F. Supp. 2d 1320, 1326-27 (M.D. Fla. 2011)).

After a review of the record, including Judge Flynn's Order and Byrne and Ticktin's objection, the undersigned concludes that Judge Flynn's June 29, 2026, Order is neither clearly erroneous nor contrary to law.  The Court has reviewed the video evidence in this case, including the slow-motion portions identified in Byrne's and Ticktin's objection.  The video evidence speaks for itself, and a hearing is not necessary.  Consequently, Byrne's and Ticktin's objection is overruled, and Judge Flynn's June 29, 2026, Order shall remain the Order of the Court.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) "Defendant Patrick Byrne's and Peter Ticktin's Objection to the Magistrate Judge's June 29, 2026 Order on Plaintiff's Motion for Sanctions (Doc. 332)" (Doc. 344) is **OVERRULED**, and Judge Flynn's June 29, 2026, Order (Doc. 332) shall remain the Order of the Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of July, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE