**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
    Defendants

---

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF
DEFENDANT THE AMERICA PROJECT, INC.**

---

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer) files this Motion for Voluntary Dismissal of Defendant The America Project, Inc., and states as follow:

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves this Court for an order dismissing Defendant The America Project, Inc. (TAP).

2.    TAP has shuttered its doors. Its corporate representative, Carl Johnson, testified that he was the only remaining officer and that the entity has been in the process of winding down during the last year.

3.    On December 31, 2025, TAP filed with the State of Florida, Division of Corporations, Articles of Dissolution indicating a resolution to dissolve the corporation was adopted on December 30, 2025. *See* **Exhibit 1**.

4.    On July 1, 2026, TAP filed a Motion for Summary Judgment. (Doc. 336).

1

5.      While meritorious claims exist against TAP, Plaintiff believes it is in the best interest of all parties and serves judicial economy by narrowing his claims to the remaining defendant, Patrick Byrne.

6.      Defendants will not be prejudiced by the voluntary dismissal of TAP without prejudice.  *See Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1259-60 (11th Cir. 2001) (affirming voluntary dismissal despite pendency of motion for summary judgment with the condition that, should the plaintiff refile, the Court would award costs pursuant to Rule 41(d)).

### RELIEF REQUESTED

For the foregoing reasons, Plaintiff Eric Coomer, Ph.D. respectfully requests that the Court:

a.      Enter an order of dismissal without prejudice against Defendant The America Project, Inc.; and

b.      Grant such further relief as the Court deems just and proper.

Respectfully submitted this 15th day of July 2026.

_____*/s/ Charles J. Cain*_____
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

2

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**

**LOCAL RULE 3.01(G) CERTIFICATION REGARDING CONFERRAL**

Movant certifies:

(A)     that he has conferred with counsel for Defendant The America Project, Inc. regarding the relief requested;

(B)     that Defendant The America Project, Inc. did not respond to Plaintiff's inquiry;

(C)     that the conferral regarding the relief requested herein was via email sent on July 14, 2026.