**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:24-cv-00008-TPB-SPF**

ERIC COOMER, Ph.D., Plaintiff,

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., Defendants.

---

# EXHIBIT A

Excerpts from the Deposition of Eric Coomer, Ph.D.
January 27, 2026

*Filed in support of Defendant Patrick Byrne's Response in Opposition
to Plaintiff's Motion for Partial Summary Judgment (Doc. 333)*

*Transcript pages 33, 35-36, 38-39, 42, 47-49, 52-53, 89, 94, 137,
198-199, 202, 206-209, and 234, with the deposition cover page
and the court reporter's certificate (transcript page 306).*

*PUBLIC VERSION: page 33, lines 19-25 is redacted (personal health
information not relied upon in the motion). Fed. R. Civ. P. 5.2;
M.D. Fla. L.R. 1.11.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

    Plaintiff,

vs.

PATRICK BYRNE, STEVEN
LUCESCU, and THE AMERICA
PROJECT, INC.,

    Defendants.

_____/

VIDEOTAPED DEPOSITION OF DR. ERIC COOMER

TAKEN ON BEHALF OF THE DEFENDANT

JANUARY 27, 2026
09:28 A.M. TO 07:24 P.M.

COURTYARD BY MARRIOTT TAMPA DOWNTOWN
102 EAST CASS STREET
TAMPA, FLORIDA 33602

REPORTED BY:
MICHELLE LAGOA, CER
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

 UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 33

Q.   Okay.

A.   Mike Lindell.  We went to trial on that.

Q.   Okay.

A.   Yeah, we prevailed.

Q.   **And you prevailed?**

A.   Yeah.  And that was for $2.3 million, and I have not connected -- collected on that.

Q.   **Okay.  So, it's for $2.3 million, that's not a settlement then?**

A.   No, that was a Jury award.

Q.   **So, the Counsel telling you that -- that there was a confidentiality agreement was not true. Correct?**

A.   No, it was true for the other two cases.

Q.   **I understand it was true, but I was asking about the third case?**

A.   Which I had not recalled at the time that you asked me.

[REDACTED - not relied upon; personal health information]



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 35

MR. CAIN:  Subject to a confidentiality.

BY MR. TICKTIN:

Q.  Sir, you -- did you get paid on that case for the amount of the judgment or the amount of the settlement, I mean?

A.  I collected the full amount that was due to me.

Q.  Okay.  And if we don't know the amount that you already collected -- well, let me ask you this, was -- what was the nature of that suit?

A.  Defamation.

Q.  Okay.  And what was the -- what was the statement that was made that you were suing on?

A.  Again, I'd have to refer to the case filing for all the details, but there were several defamatory statements.

Q.  And what were they?

A.  Again, I'd have to --

Q.  You don't know?

A.  Off the top of my head, no.  These cases have been going on for almost five years.

Q.  Do you know what the statements were in this case?

A.  They are statements made in the Deep Rig, mostly stated by Joe Oltmann, that I rigged the


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 36

election.  So, the statements are all around claims that I personally rigged the election of 2020.

Q.  Okay.  And do you understand what that means, that you rigged the election?

A.  That I somehow influenced the election and changed votes.

Q.  Okay.  Does it say that you rigged the election successfully and were responsible for changing the outcome?

A.  Yes.

Q.  That's what it said?

A.  Some of those statements, yes.

Q.  Okay.  And you're saying that that's not true. You did not rig the election at all?

A.  I did not.

Q.  You didn't have anything to do with it?

A.  To do with what?

Q.  To do with the outcome of the election?

A.  Again, you're going to have to clarify that because the outcome of the election is the tabulation of votes.  So, I was involved in election support, so.

Q.  Well, what was your position with Dominion?

A.  I was the senior director of product strategy and security.

Q.  Okay.  Who was your superior above you?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 38

Q.    Okay.  And did you get paid everything that you settled for?

A.    Yes.

Q.    How much was it that you settled for?

    MR. CAIN:  Same instruction.  It's confidential, somewhat.  Instructed not to answer that.

BY MR. TICKTIN:

Q.    And what was the -- what was the defamatory remark in that case?

A.    They were all around statements to the effect that I manipulated, changed votes, and interfered with the proper vote tally of the 2020 presidential election.

Q.    Okay.  And basically, it's all kind of the same kind of allegation against you.  Correct?  In all the cases?

A.    Yeah, it's defamatory statements related to the 2020 election and my involvement.

Q.    Right.  And your involvement and the allegation that you rigged the election, basically one way or the other in all cases, right?

A.    Those are the allegations and defamatory statements, yes.

Q.    Right.  In fact, in all five cases that you have?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 39

A.    Yes.

Q.    Okay.  Well, have you ever been involved in any other lawsuits?

A.    Involved as a Defendant?  No.

Q.    Okay.  So, how did this hurt you?  These statements?

A.    These statements included things like calling me a traitor, which, if you look up the statutes, is -- a defamation per se.

Q.    I understand the legal that you may think you have a legal remedy, but my question is, how did it hurt you?

A.    I lost a career that I devoted roughly 15 years of my life to.

Q.    Okay.  And how do you know that?

A.    Because I'm no longer working in the elections industry.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 42

Q.    Yes.

A.    The answer is no.

Q.    **Did you write any code for any other election system?**

A.    I did some code for various Sequoia Voting System products, yes.

Q.    **Okay.  And the code from the Sequoia Voting System products, were they put in -- were they ever copied or used in any other voting systems to your knowledge?**

A.    No, they were integrated for a time into the Democracy Suite, let's say ecosystem that -- that some of the products from Democracy Suite could exchange results in an open format, but none of the code from the Sequoia system was reused in any system that I'm aware of.

Q.    **Okay.  Do you know who programmed the Smartmatic machines?**

A.    That was a variety of people.  I don't know for sure, but I know that there were both employees of Smartmatic and Sequoia that worked on, again, that system as a whole.

So, Smartmatic had two devices that were specifically Smartmatic Technology.  I do not know who developed those.


UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 47

answer my questions without compounding the answers.

If you could just be answering the question I ask, if he would be so kind.  So, in terms of -- how did Mr. Byrne in any way get any statements out or published?

A.  I think that's in our complaint, and it's mostly focused around the production of the Deep Rig movie.

Q.  I see.  And what did Mr. Byrne do in terms of publishing the Deep Rig movie?

A.  I don't know if that's a question of law, but he bankrolled it, from my understanding.

Q.  Okay.  And so, you're saying that because he put money into the movie, he's responsible for whatever the movie said.  Is that your point?

A.  Again, I think that's a question of law, which I'm not able to answer.

MS. LAMBERT:  He hasn't provided you any documentation of these threats.

BY MR. TICKTIN:

Q.  Okay.  Do you have any documentation of any of these threats that you're talking about, your threats on your life, et cetera?

A.  Yes.

Q.  Okay.  Did you -- did you provide those in



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 48

discovery in this case?

A.    I believe so.

Q.    Yeah.  Was any part of the Smartmatic source code used in the Dominion products?

A.    No.

Q.    How do you know that?

A.    Not to my recollection.  The Dominion System was its own system.

Q.    Okay.  And who wrote that code?

A.    A variety of people.

Q.    And who are the people that you know that wrote that code?

A.    I mean, again, I did not.  Well, okay.  I'll speak for what I know.  I ran a development group for some time, about three years in Denver, and we worked on a variety of systems.

Most of those at that time were focused on essentially ways of interfacing the legacy Sequoia products with certain products from Dominion.  So, essentially, just data exchanges.

So, the group in Denver, again, technically did not work on any of the Democracy Suite products at that time.

That changed on around -- somewhere around 2013, maybe late 2012.  Again, I don't have access to


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 49

all of this material.

So, this is just my recollections.  The Denver group was tasked with developing what's called the Digital Adjudication System, which is a true integral part of the Dominion Democracy Suite product.

Q.   **Do you have the names of the people that worked in the Denver group?**

A.   I mean, again, I don't have access to that material off the top of my head, ████████████.  And they may have had very short engagements, very long engagements.  I couldn't give you that.

Q.   **Is there any similarity between the Smartmatic Code and the Dominion Code?**

A.   Not to my knowledge, no.

Q.   **Okay.  Are they written in the same language?**

A.   I do not know.

Q.   **Okay.  Did you work in the engineering division leading up to the 2000 presidential election -- 2020 presidential election?**

A.   No.

Q.   **So, why doesn't the Dominion EMS have a WinEDS directory containing data?**

A.   I need to see some context for that.

Q.   **Or what could be the reason?**

A.   One potential reason, as I've described, is


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 52

engineering.

Q.   Okay.  Who was?

A.   The ███████████████, again, that's my recollection because I didn't really know all the job titles.  Was ████ █████████ and I believe the ████ ███████████████████████████████████.

Q.   And you're saying basically you didn't do anything to rig the election, but if anybody did, but there's nobody did anything less than what you did in terms of rigging the election.  Correct?

MR. CAIN:  Object to the form.

A.   I don't believe anybody rigged the election in the Presidential 2020.

BY MR. TICKTIN:

Q.   I understand, that's your belief, by the way.

Do you -- you know, we're talking about a political subject here.  So, let me ask you, in terms of politics, is there one party or another that you have a preference for?

A.   I'm a registered Democrat.

Q.   Okay.  And what are your feelings about Donald Trump?

A.   I don't support him.

Q.   Okay.  Are you -- do you have strong feelings against him?



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE

Coomer, Dr Eric on 01/27/2026

Page 53

A.    Yeah.

Q.    And if you were able to sway a voter, let's just say legitimately, to not vote for Donald Trump, would you have done so?

A.    I don't think there's ever been any evidence that I try to persuade people how to vote, no.

Q.    No evidence of it.  I'm asking you if it's something that you would do?

A.    No.

Q.    So, you know, you -- would you say you dislike Donald Trump intensely?

A.    Yeah, I do not like his policies or who he is as a person.  No.

Q.    Okay.  So, the testing of source code take place outside of the United States leading to the 2020 election?

A.    What do you mean?  I'm sorry, again, what do you mean by testing?

Q.    Well, the -- was there ever any confirmation made as to source code as to how it works and whether it's effective?

A.    All source code used in the U.S. for all elections goes through a certification process in the U.S. by a third party an EAC, the Election Assistance Commission accredited what's called a Voting System Test


UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 89

information.

Q.    Okay.  So, tell me a little bit about the information you provided?

A.    As I just previously stated, I would provide high-level requirements.  Sometimes that was due to market demands.  Sometimes it was due to changes in statute.

Q.    So, did you provide the source code to Serbia prior to the 2020 election?

A.    I'll repeat, hopefully for the last time.  I did not write a single line of code using the Dominion system.

Q.    I didn't ask if you wrote it.  I asked you if you provided it?

A.    No.

Q.    In terms of the losses that you think you suffered, how much money are you asking for, Mr. Byrne? Do you know?

A.    I don't know if we've finalized that, no.

Q.    Approximately how much do you think, Mr. Byrne?

A.    I don't know, we've got a bunch of outstanding sort of financial analysis that I'm not up to speed on.

Q.    Okay.  Could you give me the method of how, what that financial amount analysis is about?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 94

Q.    What did the posts say?

A.    String this motherfucker up.

Q.    Okay.  And you provided those to us?

A.    I don't know, again, there's been an uptick in the last few days.

Q.    What do you figure that is?

A.    Due to postings by Mr. Byrne over there.

That's my understanding.  He posted something about my responses to RFAs, and I've definitely seen an uptick in threats.

Q.    And can you provide those to us?

A.    I'm sure we can.

Q.    Okay.

MR. CAIN:  Something's going on with a computer.

MR. TICKTIN:  Yeah.

MR. CAIN:  I think it's Stephanie's.

BY MR. TICKTIN:

Q.    Do you agree that individuals from foreign countries have the ability to remote into or gain remote access to the Dominion brand election equipment during the 2020 election?

A.    To internal Dominion networks, yes, to external jurisdictions, I have no knowledge and nor do I believe that that was capable during the 2020 general



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 137

2018.  It was well before the 2020 election.

From 2010 to 2018, ▉▉▉▉ was still using --
▉▉▉▉ was still using the WinEDS system, and I would use the WinEDS system much like the Dominion system.

And again, when you say monitoring the results, I wasn't actually monitoring the tallies.

What I was doing was monitoring essentially which precincts had to be reported.  I may run a report for the jurisdiction that has, you know, updated unofficial results.  But when you say monitoring, that's the extent of it.

Q.    But you could see the tally results, though?

A.    If I ran a report for the unofficial results after polls closed, yes, I can see those.

Q.    And did -- you did do that, right?

A.    I didn't necessarily look at the vote tallies, no.  I have no interest in those.

Q.    Well, what are you talking about?  Do you -- you thought that Donald Trump is, you don't like Donald Trump, right?

A.    What does that have to do with vote tallies?

Q.    Well, if you don't like a candidate, are you saying that you had no interest in the 2020 election?

A.    I would get my -- if I was interested in a certain race, I would get that from an outside source,



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 198

MR. CAIN:  Objection, form.

A.   I'm not going to make guesses on what you're referring to, so if you have a document of what you're referring to, I'd like to see it.

BY MR. TICKTIN:

Q.   I'm just asking you -- so you're -- you deny that you have an -- do you have any association with Antifa in any way, shape or form?

A.   I do not.

Q.   Have you ever participated with anything with Antifa?

A.   I have not.

Q.   Have you ever had an argument with████████ -- with John -- with ██████████ about Antifa and your beliefs in Antifa?

MR. CAIN:  Objection, form.

A.   Again, if you have a document that'll give me context, because when you say in regards to supporting Antifa, I know of no actual organization.

BY MR. TICKTIN:

Q.   I understand that.

A.   Okay.

Q.   Yes.  Okay.

A.   So, --

Q.   So, and that is the thing about Antifa is


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 199

there is no such organization.  Correct?  Just people that say they're associated with it.

A.    And I have never claimed an association or know anybody that's claimed an association.

Q.    Have you ever been on phone calls with people that said they were, you know, that they sympathize with or are a part of Antifa in any way, shape, or form?

A.    No.

Q.    Do you have your telephone records for the period of time that we -- that Joe Oltmann talked with, you being on the phone, and in regard to your complaint?

A.    Yes, that phone was turned over to my Attorneys, they had it imaged.  It was provided in various discovery and --

Q.    We need it --

A.    I think the phone resides.

Q.    We need it.

A.    With the group that did the imaging.

Q.    Okay.

MR. TICKTIN:  I'm asking Counsel then to please make sure you preserve that phone.

MR. CAIN:  It's been preserved.

MR. TICKTIN:  And I'd like to have a copy of that, if I may.

MR. CAIN:  Again, we'll go through normal on



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 202

Q.    How about Kamala Harris?

A.    No.

Q.    Have you ever met Hunter Biden?

A.    No.

Q.    Have you ever communicated with him?

A.    No.  Full disclosure, the only activity, I guess if you want to call it political, I don't know if it's really political, was the -- I believe it was the March for Moms in January of 2016, I did silently march in that, and that was the only thing that I attended.

Q.    The March for Moms, what is that?

A.    It was a protest for women's rights that happened in the first or second week of January of 2016.

Q.    Women were protesting against what?

A.    They were protect -- they were protesting for retaining the rights that they should have.

Q.    Against urination on them?

A.    No, I don't think that was part of it.

Q.    Have you ever attended any meeting where anyone at the meeting indicated that they were Antifa?

A.    No.

Q.    Have you ever been on a Zoom call with anyone indicating that they're Antifa?

A.    No.

Q.    Have you ever participated in any group where


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 206

Q.    Okay.  So, --

A.    Again --

Q.    So, now looking shortly before the election, then or just after the election of 2020, would you agree it's more than likely that it was just after the election of 2020?

A.    No, not unless it was June 2021, and we just verified that it couldn't have been after November 19th, 2020.

Q.    Right.

A.    The election happened in November of 2020.

Q.    Right.  November 3rd.  Correct?

A.    Right.

Q.    And its --

A.    And the June 2nd can't be after November 3rd, of 2020.

Q.    Oh, I see.  I see what you got there.  Okay.

But this is from you.  You're saying, "In case you didn't know, Antifa has made a statement, and then you have the statement to all media."  Where did you get the statement?

A.    It was posted to, I believe, Facebook.

Q.    Posted to Facebook from Antifa?

A.    No, it was some individual whom I can't recall.  Again, I don't know if there's a -- he even



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 207

discusses that in this, that he -- I think he

equivocally states that he does not lead Antifa, nor

does he -- Is he allowed to speak on Antifa's behalf.

Even the claim of this offer -- author to

represent Antifa is one made unilaterally for the

purpose of this communication and nothing more. There's

no governing body nor trademark owner to dispute the

author's right to represent Antifa.

Q.   And in any event, this is what you wrote, you
also -- who is Dan MacGuill?

MR. CAIN:  Object to form.

MR. TICKTIN:  I think that's the name.

BY MR. TICKTIN:

Q.   Do you know Dan MacGuill --

A.   I don't know him personally, I got an e-mail
from him, and based on his e-mail address, I can assume
that he works for Snopes.com.

Q.   And you're -- did you write this?  Are you the
one that wrote this for Antifa?

A.   No.

Q.   So, you just saw this on Facebook and thought
you'd send it out?

A.   Yeah, I found it funny.

Q.   And to whom did you send it to?

A.   Just my private group of friends.


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 208

Q.    How many friends do you have in your private group of friends?

A.    At that time, it was about 300.

Q.    Okay.  So, you sent this -- when you say private group of friends, like Facebook friends?

A.    Yeah.

Q.    Okay.  And but friends that would -- that you -- Is that how you sent it out on Facebook?

A.    Yes.

MR. TICKTIN:  Okay.  Would you pass your Exhibit over to the Court Reporter?

MS. LAMBERT:  Okay.

BY MR. TICKTIN:

Q.    But your sentiments are shared -- you share the same sentiments about Donald Trump as what the author of that article wrote, right?

A.    Not a 100%, no.

Q.    Oh, where do you disagree?

A.    Can I have the Exhibit back?

Q.    Yes-yes.  Court Reporter is happy to accommodate.

MR. TICKTIN:  Am I right, Court Reporter?

A.    I'll have to read the whole thing.  You know, at the time, the best my recollection of when this timeframe came about, he was threatening to unleash the



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE

Coomer, Dr Eric on 01/27/2026

Page 209

military, so I agree with that.

Does he represent anything but the worst in humanity? I would not -- I would not agree with that, meaning at a 100%, no, I don't agree with that. I think that's the only reference to Trump; he was going to choose a big city with some -- yeah, I agree with that.

BY MR. TICKTIN:

Q. And how did you find Tay Anderson?

A. I did not find Tay Anderson.

Q. Who is Tay Anderson?

A. My recollection, he served briefly on the Denver School Board, and he has written an affidavit that we have presented in our cases. I don't know anything else about the man.

Q. Have you had any communications with him?

A. Personally, no.

Q. Okay. And what has he written to anything you know about?

A. In the affidavit?

Q. Yeah.

A. Again, I don't remember word for word the affidavit, but the gist was -- he, as a community organizer, was on an organizing call Zoom, roughly corresponding with the time frame, that Joe Oltmann claims that he was on the call.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 234

off the shelf.

Q.   Did you oversee this?

A.   No.

Q.   Do you know who did?

A.   Somebody in engineering.

Q.   How many patents related to voting systems do you hold as an inventor or a co-inventor?

A.   I honestly don't know what the number is. It's somewhere between two and four, I believe.

Q.   So, two and four, you don't know that whether it's two or if it's four, why is there confusion if it's such a low number?

A.   Why is?

Q.   Why is it confusing to you if it's at only such a low number?

A.   Because, if you do, like a patent search on Google, it's not always clear what patent has actually been granted and what hasn't. So, we, Sequoia and Dominion, submitted multiple patents, I can't give you, and I was listed as an inventor on some part of those. I know some of them weren't granted.

I know two were granted for sure, and then there's a couple out there I've never been able to ascertain the final status of. That's not my fault. That's the patent search fault.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 306

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

I, MICHELLE LAGOA, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did digitally report and transcribe the foregoing proceedings, and that the transcript is a true and complete record of my notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Witness my hand this 10th day of February, 2026.

*Michelle Lagoa*

_____
MICHELLE LAGOA, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com