IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

    Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU,
And THE AMERICA PROJECT, INC.,
a Florida non-profit corporation,

    Defendants.

_____/

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT THE AMERICA PROJECT, INC.**

    Plaintiff Eric Coomer, Ph.D. and Defendant The America Project, Inc. stipulate to the dismissal of this action without prejudice pursuant to F.R.C.P. 41(a).  Each party to bear his or its own attorney fees and costs.

    Respectfully submitted this 28th day of July 2026.


    */s/ Charles J. Cain*  
Charles J. Cain*  
ccain@cstrial.com  
Bradley A. Kloewer*  
bkloewer@cstrial.com  
**CAIN & SKARNULIS PLLC**  
P. O. Box 1064  
Salida, Colorado 81201  
719-530-3011  
512-477-5011 (Fax)  
*Appearing via Special Admission  
**ATTORNEYS FOR PLAINTIFF**

    */s/David L. Perry II**  
David L. Perry II, Esquire  
Florida Bar No. 1045902  
Serv600@LegalBrains.com  
**THE TICKTIN LAW GROUP**  
270 SW Natura Avenue  
Deerfield Beach, Florida 33441  
(561) 232-2222  
**ATTORNEY FOR DEFENDANT THE AMERICA PROJECT, INC.**  
*Electronically signed with permission