IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC COOMER, PhD.,
    Plaintiff,

v.                                   CASE NO.: 8:24-cv-00008-TPB-SPF

PATRICK BYRNE, STEVE LUCESCU,
and THE AMERICA PROJECT, INC.,
    Defendants.

_____/

# EXHIBIT A

Hotel lobby, showing the two pillars and the tile-to-carpet
transition strip

*Photograph taken July 31, 2026*
*Exhibit to the Motion for Reconsideration Based on Newly Obtained Evidence*

