**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
Defendants

---

**SUPPLEMENT TO MOTION TO STRIKE EXPERT WITNESSES**

---

Pursuant to the Court's Endorsed Order (Doc. 359), Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer) files this Supplement to his Motion to Strike Expert Witnesses (Doc. 310) and states as follows:

1. None of Defendant Byrne's designated experts have been deposed.

2. After the May 27 status conference with Judge Barber, the undersigned counsel sent an email about the May 28 cancellations, stating: "Whether and how we address these developments with the Court will depend on when and if we receive alternative proposed deposition dates from you for these witnesses." **Exhibit 1**.

3. On June 22, 2026, counsel for Byrne responded. Instead of offering proposed dates, he punted: "Please provide a few dates of availability so that I can

confer with Mr. Speckin and Mr. Cotton as to their availability for depositions." **Exhibit 1**.

4. The undersigned counsel did not provide additional dates for his availability. By this point—well after the end of the discovery period—the issue was *when were the experts actually available*. The language used in the June 22 email ("*so that I can confer*") made it clear that Bryne's counsel had not contacted the experts about their availability during the prior three weeks.

Respectfully submitted this 24th day of August 2026.

*/s/ Charles J. Cain*
Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission
**ATTORNEYS FOR PLAINTIFF**