**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Civil Action No. 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,
Plaintiff

v.

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,
Defendants

---

**EXHIBIT 1 to**
**SUPPLEMENT TO MOTION TO STRIKE EXPERT WITNESSES**

---

**Subject:** Re: Deposition Rescheduling - Speckin and Cotton re: Coomer v. Byrne et al.,
**Date:** Monday, June 22, 2026 at 2:09:26 PM Central Daylight Time
**From:** Charlie Cain <ccain@cstrial.com>
**To:** David Perry <DPerry@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>
**CC:** Brad Kloewer <bkloewer@cstrial.com>, Ashley Morgan <amorgan@cstrial.com>, Scotti Beam <sbeam@cstrial.com>, Carolyn Mathias <cmathias@cstrial.com>, Damaris Concepcion <DConcepcion@legalbrains.com>, Michael Sickels <MSickels@legalbrains.com>
**Attachments:** image001.png

Our position is these witnesses should be struck given the record relating to scheduling their depositions prior to the discovery cut-off of June 1. Also, our attorneys now have a full schedule ahead of the three-week trial beginning on July 15 in Denver.

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Monday, June 22, 2026 at 12:10 PM
**To:** Charlie Cain <ccain@cstrial.com>; Peter Ticktin <pt@legalbrains.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>; Ashley Morgan <amorgan@cstrial.com>; Scotti Beam <sbeam@cstrial.com>; Carolyn Mathias <cmathias@cstrial.com>; Damaris Concepcion <DConcepcion@legalbrains.com>; Michael Sickels <MSickels@legalbrains.com>
**Subject:** Deposition Rescheduling - Speckin and Cotton re: Coomer v. Byrne et al.,

Counsel,

Please provide a few dates of availability so that I can confer with Mr. Speckin and Mr. Cotton as to their availability for depositions.

Yours,

**David L. Perry II**
**Registered Patent Attorney**

**The Ticktin Law Group**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(954) 570-6757
General email: DPerry@LegalBrains.com
www.LegalBrains.com

**NOTICE:**

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at DPerry@LegalBrains.com and delete the original message and all copies.

---

**From:** Charlie Cain <ccain@cstrial.com>
**Sent:** Wednesday, May 27, 2026 5:29 PM
**To:** Peter Ticktin <pt@legalbrains.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>; Ashley Morgan <amorgan@cstrial.com>; Scotti Beam <sbeam@cstrial.com>; Carolyn Mathias <cmathias@cstrial.com>; David Perry <DPerry@legalbrains.com>
**Subject:** Deposition cancellations

Peter,

To confirm what you told me and Judge Barber at the courthouse today, both of your retained experts, Speckin and Cotton, have developed conflicts and will not attend tomorrow's scheduled depositions. These depositions were noticed on May 12. Based on your representations, we have notified the court reporting firm of the cancellations.

Further, you told us that Joe Oltmann is also not going to appear for his deposition on June 1, although the reason for his non-appearance is not clear to me and no motion for protection has been filed. Mr. Oltmann's subpoena was served on him on May 8, 2026. I need to know whether you have been retained as counsel for Mr. Oltmann and are therefore authorized to make representations about his non-appearance on his behalf. Otherwise, we intend to appear on June 1 and, if necessary, take a certificate of non-appearance.

Whether and how we address these developments with the Court will depend on when and if we receive alternative proposed deposition dates from you for these witnesses. As you know, June 1 is our discovery cut-off and our lawyers will be very busy in June and July with the Trump case (set for trial on July 20). To be clear, even if proposed alternative dates are provided, we are not waiving the relief we are seeking with respect to the pending Motion to

Strike Experts or any other future relief we may seek from the Court.

************

Charles J. Cain
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011-Fax
719-530-3011 (Salida Office)
ccain@cstrial.com

IMPORTANT NOTICE: The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.