**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORDIA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,

Plaintiff,

v. No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE, STEVEN LUCESCU, and
THE AMERICA PROJECT, INC., a Florida non-profit corporation,

Defendants.

---

**MOTION FOR SPECIAL ADMISSION**

---

David Matthew Beller, Esquire, moves for special admission to represent Plaintiff Eric Coomer, Ph.D. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, for the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have not appeared in any case in the last thirty-six months in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted this 2nd day of September, 2026.

Respectfully submitted,

*/s/ David Matthew Beller*

David M. Beller
Colorado Attorney No. 35767
david@rklawpc.com
**RECHT KORNFELD, P.C.**
1600 Stout St., Ste. 1400
Denver, CO 80202
303-573-1900/303-446-9400 (Fax)

**ATTORNEY FOR PLAINTIFF**

## Local Rule 3.01(g) Certification

My office attempted to confer via email on August 28, 2026, regarding the relief requested herein. As of September 2, 2026, no response has been received from counsel for Patrick Byrne.