**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. Civil Action No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE, et al.,
Defendants

---

# NOTICE OF ACCESS

---

Pursuant to the Court's Endorsed Order (Doc. 369), Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer) files this Notice of Access to Exhibit 2 to his Motion for Summary Judgment (Doc. 333-2), and provides a refreshed link as follows:

- https://cstrial.filevineapp.com/s/2165dSBIxAkBTG0lTY7dssHtqWfx5GcWnyd72JaDJh4FyVkZ2AzYFeY0/files

Respectfully submitted this 15th day of October 2026.

*/s/ Bradley A. Kloewer*

Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)
*Appearing via Special Admission

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
*Appearing via Special Admission

David M. Beller*
CO Atty No. 35767
david@rklawpc.com
**RECHT KORNFELD, P.C.**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
303-446-9400 (Fax)
*Appearing via Special Admission

**ATTORNEYS FOR PLAINTIFF**