# EXHIBIT 3

Petitioners' Hearing Exhibit 27

Untamed Nation podcast, "Punching Bag" (Aug. 21, 2025)

Transcript of quoted excerpt attached

*Coomer v. Byrne, No. 8:24-cv-00008-TPB-SPF (M.D. Fla.)*

*Plaintiff's Motion to Strike and, in the Alternative, Response in Opposition to Defendant Patrick Byrne's Supplemental Motion for Summary Judgment (Doc. 371)*

EXHIBIT 27

Untamed Nation Podcast- Punching Bag

August 21, 2025

*File Submitted in Native Format*

**Transcript of Excerpt: Untamed Nation (Aug. 21, 2025), Petitioners' Hearing Ex. 27, Coomer v. Oltmann, No. 26W258**

[00:00:00] JOE OLTMANN: The only thing that has kept the people that are hurting me safe is my restraint in recognizing that there is a system and I have to play within it, and as long as they have the bailiff, and the judge, and some security person there, they think they can just act and do whatever they want with impunity. As long as they have that system in front of them. And all I'm waiting for is for that system to disappear. I've already made the decision. I've already made the decision that I'm done with the bullshit. I'm done with being their little punching bag. I'm done with all of it.

Native file: Ex_27-_2025-08-21_Untamed_Nation_-_Oltmann_Done_Being_Their_Little_Punching_Bag.mov (approx. 0:37).