# EXHIBIT 4

Patrick Byrne, Comment on Lin Wood, David Clements, Joe Oltmann, and Dr. Shiva Locals.com (Feb. 3, 2022) (EC 009144)

Transcript of quoted excerpts attached

*Coomer v. Byrne, No. 8:24-cv-00008-TPB-SPF (M.D. Fla.)*

*Plaintiff's Motion to Strike and, in the Alternative, Response in Opposition to Defendant Patrick Byrne's Supplemental Motion for Summary Judgment (Doc. 371)*

**Transcript of Excerpts: Patrick Byrne, Comment on Lin Wood, David Clements, Joe Oltmann, and Dr. Shiva, Locals.com (Feb. 3, 2022) (EC 009144)**

[00:09:43] PATRICK BYRNE: Joe Oltmann I liked very much, initially. Joe Oltmann insisted, adamantly, on taking control of The Deep Rig movie, and the distribution of The Deep Rig movie. We have a wonderful technologist, a high end Silicon Valley technologist who, against his wishes, I said work with Joe. Joe says he’s got some system, he’s got some fancy system, this and that. He believes he can get us fifty million names and raise us fifty million dollars. And Joe was adamant about it all, and pushy and so forth. We had enough other things to do this summer, so I said please give him a try. And our technologists worked for a month, they did everything the guy wanted, they catered and catered. Everything Joe Oltmann said came to nothing. Came to nothing. Nothing whatsoever. Amateurish. His technology is garbage. The technology is garbage, everything he did is garbage. I mean, fifty million names, this guy couldn’t get fifty thousand. It was a complete waste of time and a setback for that movie, that we ever worked with Joe Oltmann.

[00:22:58] PATRICK BYRNE: He’s lying. Everything he did was junk. None of it worked. It’s total junk technology. Really slowed us down to ever try to do that guy a favor.

[00:23:48] PATRICK BYRNE: They were trying to do something, but I thought that they were kooky or wanted money or something, but now that I’m hearing about violence, I have no obligation to keep silent for these guys. Do not listen to anything they have to say. I’m telling you, something is up with them.