**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. Civil Action No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE et al.,
Defendants

___ Evidentiary
_X_ Trial
___ Other

_______________________________________/

**JOINT EXHIBIT LIST**

**JOINT FINAL PRETRIAL STATEMENT EXHIBIT 1**

Pursuant to Local Rule 3.06(b)(4), as well as this Court's Preferences, Plaintiff Eric Coomer, Ph.D. and Defendant Patrick Byrne, through their respective counsel, hereby submit this Joint Exhibit List.[1]

[*continued on next page*]

[1] The following list represents Plaintiff's understanding of which exhibits were jointly proposed by the parties. Plaintiff requested confirmation from Defendant on this list on October 16, 20, 22, and 23, but has not received a response as of this filing.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Joint 1 | | | | | AV File: Deep Rig full movie EC 009135 | 06/26/21 |
| Joint 2 | | | | | Emails btwn Oltmann and Scott<br>EC 001930-001932 | 11/10/20 |
| Joint 3 | | | | | CISA Joint Statement<br>EC 000014 | 11/12/20 |
| Joint 4 | | | | | Typewritten threat addressed to Eric Coomer<br>EC 001954-1955 | 11/23/20 |
| Joint 5 | | | | | Typewritten threat addressed to William Coomer<br>EC 001956-1957 | 11/23/20 |
| Joint 6 | | | | | Coomer op-ed<br>EC 007774-7785 | 12/08/20 |
| Joint 7 | | | | | Text messages btw P Byrne, J Pettway, A Chacon<br>PBYRNE0001328-0001329 | 02/15/21 |

[2] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Joint 8 | | | | | "The Big Rig" - Investor's Agreement<br>LUCESCU 0000008697-98 | 02/17/21 |
| Joint 9 | | | | | Texts btwn Oltmann, Lucescu, Byrne<br>LUCESCU 0000000271 | 03/02/21 |
| Joint 10 | | | | | Halderman Analysis of the Antrim County, Michigan November 2020 Election Incident<br>EC 000340-000393 | 03/26/21 |
| Joint 11 | | | | | Email chain between Byrne and Lucescu<br>LUCESCU 0000009109-10 | 05/13/21 |
| Joint 12 | | | | | Email from Catherine Granito to Patrick Byrne re Film Notes with forward from Lucescu email<br>PBYRNE0000071-73 | 05/17/21 |
| Joint 13 | | | | | Retraction Demand<br>EC 008509-8511 | 04/24/23 |
| Joint 14 | | | | | J. Alex Halderman Expert Report with CV<br>EC 008648-8725 | 04/14/25 |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objections / Stipulated Admissions[2]** | **Description of Exhibit** | **Date of Document** |
|---|---|---|---|---|---|---|
| Joint 15 | | | | | Doug Bania Expert Report with CV<br>EC 008795-8844 | 10/30/25 |
| Joint 16 | | | | | Steve Lucescu apology<br>EC 009506 | 05/15/26 |
| Joint 17 | | | | | Cerebral health records<br>EC 009450-9505<br>**CONFIDENTIAL** | |