**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. Civil Action No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE et al.,
Defendants

___ Evidentiary
_X_ Trial
___ Other

______________________________________/

**PLAINTIFF'S EXHIBIT LIST**

**JOINT FINAL PRETRIAL STATEMENT EXHIBIT 2**

Pursuant to Local Rule 3.06(b)(4), as well as this Court's Preferences, Plaintiff Eric Coomer, Ph.D. and Defendant Patrick Byrne, through his respective counsel, hereby submits this Exhibit List.[1]

[*continued on next page*]

[1] Plaintiff provided his proposed exhibit list to Defendant on October 12. Plaintiff requested Defendant provide his positions on exhibits on October 16, 20, 22, and 23, but has not received a response as of this filing.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 1 | | | | | AV File: Conservative Daily podcast re "no way we're gonna let Biden be president"<br>Oltmann Depo Ex 57, Clip 1 | 11/05/20 |
| Pl. 2 | | | | | AV File: Conservative Daily podcast re "by any means necessary"<br>Oltmann Depo Ex 57, Clip 2 | 11/06/20 |
| Pl. 3 | | | | | AV File: Conservative Daily podcast re "I can't be sure"<br>Oltmann Depo Ex 57, Clip 3 | 11/09/20 |
| Pl. 4 | | | | | AV File: Conservative Daily podcast re "I can't tell you if it's the same Eric"<br>Oltmann Depo Ex 57, Clip 4 | 11/09/20 |

[2] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 5 | | | | | AV File: Conservative Daily podcast re "maybe it's a different guy"<br>Oltmann Depo Ex 57, Clip 5 | 11/09/20 |
| Pl. 6 | | | | | AV File: Conservative Daily podcast "Eric speaking, we have prepared for the new era"<br>Oltmann Depo Ex 57, Clip 6 | 11/09/20 |
| Pl. 7 | | | | | AV File: Conservative Daily podcast re "one of the most dangerous people in the world … hiding"<br>Oltmann Depo Ex 57, Clip 7 | 11/10/20 |
| Pl. 8 | | | | | AV File: Alex Jones Info Wars Hour 2: Byrne Understanding the Kraken<br>6:35-9:18<br>EC 009136 | 11/24/20 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 9 | | | | | AV File: Conservative Daily podcast re "Antifa member running an election system …"<br>Oltmann Depo Ex 57, Clip 8 | 11/30/20 |
| Pl. 10 | | | | | AV File: Conservative Daily podcast re "he drives a truck … nutball"<br>Oltmann Depo Ex 57, Clip 9 | 12/04/20 |
| Pl. 11 | | | | | Email from Lucescu<br>LUCESCU 0000006438-41 | 12/09/20 |
| Pl. 12 | | | | | Draft Executive Order re 2020 General Election<br>Byrne Depo Ex 43 | 12/16/20 |
| Pl. 13 | | | | | AV File: Conservative Daily podcast re Bryne at Freedom Plaza Rally<br>Oltmann Depo Ex 57, Clip 10 | 01/05/21 |
| Pl. 14 | | | | | Intentionally blank | |
| Pl. 15 | | | | | @PatrickByrne social media<br>EC 009272 | 05/17/21 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 16 | | | | | AV File: Byrne Steel Truth interview with Byrne<br>40:58-45:25 – Trailer/reaction<br>EC 009138 | 05/28/21 |
| Pl. 17 | | | | | @TheAmericaProj social media<br>EC 009429 | 05/29/21 |
| Pl. 18 | | | | | @TheAmericaProj social media<br>EC 009430 | 06/06/21 |
| Pl. 19 | | | | | @TheAmericaProj social media<br>EC 009432 | 06/08/21 |
| Pl. 20 | | | | | Joe Oltmann text message Thedeeprig.movie Premiers tomorrow…<br>EC 001270 | 06/25/21 |
| Pl. 21 | | | | | @TheAmericaProj social media<br>EC 009433 | 06/25/21 |
| Pl. 22 | | | | | AV File: Steel Truth with Deep Rig Q&A Panel<br>EC 009139 | 06/26/21 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 23 | | | | | @TheAmericaProj social media<br>EC 009434 | 06/26/21 |
| Pl. 24 | | | | | @TheAmericanProj social media post<br>TAP Depo Ex 34 | 06/26/21 |
| Pl. 25 | | | | | Text chain between Messrs. Byrne and Lucescu<br>Lucescu Depo Ex 22<br>LUCESCU 0000000052-54 | 07/28/21 |
| Pl. 26 | | | | | The America Project social media<br>EC 009435 | 08/03/21 |
| Pl. 27 | | | | | @TheAmericaProj social media<br>EC 009436 | 08/03/21 |
| Pl. 28 | | | | | Screenshot of Rumble post titled Wat Deep Rig Movie FREE<br>TAP Depo Ex 36 | 08/03/21 |
| Pl. 29 | | | | | Screenshot of Twitter post titled DEEP RIG MOVIE FREE FOR YOU<br>TAP Depo Ex 37 | 08/03/21 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 30 | | | | | Text chain between Hall and Lucescu<br>Lucescu Depo Ex 19<br>LUCESCU 0000000279 | 08/04/21 |
| Pl. 31 | | | | | Text chain between Heard and Lucescu<br>Lucescu Depo Ex 20<br>LUCESCU 0000000449 | 08/10/21 |
| Pl. 32 | | | | | Email chain from Byrne to Bisch et al re photo request NYT Magazine Deep Rig<br>PBYRNE0000059 | 08/10/21 |
| Pl. 33 | | | | | @TheAmericaProj social media<br>EC 009437 | 08/28/21 |
| Pl. 34 | | | | | Order Regarding Plaintiff's Motion for Sanctions Pursuant to CRCP 37 and CRCP 107 and Request for Order to Show Cause<br>*Coomer v. DJTFP et al*; No. 2020cv34319<br>Oltmann Depo Ex 58 | 08/29/21 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 35 | | | | | Terms and Conditions<br>Lucescu Depo Ex 23<br>LUCESCU 0000003653-3660 | 08/31/21 |
| Pl. 36 | | | | | Fox News article re Coomer lawsuit<br>Lucescu Depo Ex 5<br>LUCESCU 0000008381-83 | 09/28/21 |
| Pl. 37 | | | | | AV File: Byrne comment on Wood, Clemens, Oltmann, and Shiva<br>9:42-12:35<br>EC 009144 | 02/03/22 |
| Pl. 38 | | | | | AV File: "America Project, they were terrible to work with"<br>43 seconds<br>Byrne Depo Ex 48 | 02/03/22 |
| Pl. 39 | | | | | AV File: Conservative Daily podcast re Byrne asks for Giuliani to as Trump for a pardon<br>Oltmann Depo Ex 57, Clip 11 | 02/03/22 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 40 | | | | | Text messages btwn Byrne and Oltmann<br>Byrne Depo Ex 49 | 02/04/22 |
| Pl. 41 | | | | | Emails btwn Oltmann and The America Project<br>TAP Depo Ex 40<br>TAP 000006-000012<br>**Confidential** | 04/25/22 |
| Pl. 42 | | | | | The America Project: Election Fraud Documentary "The Deep Rig" To Premiere in Naples Florida on July 21, 2022<br>EC 009367-9369 | 07/07/22 |
| Pl. 43 | | | | | Press Release: Election Fraud Documentary “The Deep Rig” to Premiere in Naples Florida on July 21, 2022<br>TAP Depo Ex 41 | 07/07/22 |
| Pl. 44 | | | | | Email btwn Flynn and Lucescu et al re registrations for The Deep Rig<br>TAP Depo Ex 42 | 07/12/22 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 45 | | | | | Dominion website page(s)<br>EC 000231-000236 | 07/14/22 |
| Pl. 46 | | | | | Depo excerpt, p. 345; *Coomer vs Lindell et al*<br>Oltmann Depo Ex 59 | 12/16/22 |
| Pl. 47 | | | | | Retweet of @PatrickByrne re election rigging<br>EC 002184 | 09/27/23 |
| Pl. 48 | | | | | @Iammurphycolet social media<br>EC 009207 | 03/23/24 |
| Pl. 49 | | | | | @pgfry social media<br>EC 009209 | 04/23/24 |
| Pl. 50 | | | | | @HCastawayNYC social media<br>EC 009210 | 04/23/24 |
| Pl. 51 | | | | | The America Project Charitable Organizations / Sponsors Registration Application<br>TAP Depo Ex 31 | 06/13/24 |
| Pl. 52 | | | | | @JustTheTruthUk social media<br>EC 009213 | 07/11/24 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 53 | | | | | AV File: x.com Spaces: Byrne Deep Rig excerpt<br>EC 009148 | 07/25/24 |
| Pl. 54 | | | | | @PatrickByrne social media<br>EC 009370 | 07/31/24 |
| Pl. 55 | | | | | @Filmaker02 social media<br>EC 009214 | 09/09/24 |
| Pl. 56 | | | | | @PatrickByrne social media<br>EC 009371-9374 | 11/14/24 |
| Pl. 57 | | | | | Plaintiff's Second Amended Complaint (Doc. 197)<br>Byrne Depo Ex 53 | 03/07/25 |
| Pl. 58 | | | | | Mike Rothschild Expert Report with CV<br>EC 008726-8794 | 04/14/25 |
| Pl. 59 | | | | | @jfitzge55 social media<br>EC 009234 | 05/20/25 |
| Pl. 60 | | | | | @Halo98059 social media<br>EC 009235 | 05/31/25 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 61 | | | | | Patrick Byrne's Supplemental Answers to Interrogatories<br><br>Byrne Depo Ex 51 | 10/27/25 |
| Pl. 62 | | | | | Patrick Byrne's Supplemental Responses to Request for Production<br><br>Byrne Depo Ex 52 | 10/27/25 |
| Pl. 63 | | | | | Email btwn Attorney Ticktin and Attorney Kloewer re Confidential Settlement Offer<br><br>Byrne Depo Ex 55 | 11/11/25 |
| Pl. 64 | | | | | Patrick Byrne's Answer and Affirmative Defenses to Second Amended Complaint (Dkt 253)<br><br>Byrne Depo Ex 54 | 11/26/25 |
| Pl. 65 | | | | | @PatrickByrne social media<br><br>EC 009384 | 12/04/25 |
| Pl. 66 | | | | | @PatrickByrne social media<br><br>EC 009386 | 01/23/26 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 67 | | | | | @PatrickByrne social media<br>EC 009404-9405 | 03/02/26 |
| Pl. 68 | | | | | @PatrickByrne social media<br>EC 009407 | 03/16/26 |
| Pl. 69 | | | | | @PatrickByrne social media<br>EC 009408 | 03/17/26 |
| Pl. 70 | | | | | @PatrickByrne social media<br>EC 009410 | 03/17/26 |
| Pl. 71 | | | | | AV File: Byrne on Alex Jones InfoWars re Coomer 01/27/26 depo testimony<br>EC 009158 | 03/18/26 |
| Pl. 72 | | | | | @PatrickByrne social media retweet<br>EC 009413 | 03/18/26 |
| Pl. 73 | | | | | @joeoltmann social media w/ Coomer home<br>EC 000252 | |
| Pl. 74 | | | | | Joe Oltmann handwritten notes<br>EC 001926-1929 | |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 75 | | | | | AV File: Deep Rig Moving Online-NEW WEB domain<br>EC 009134 | |
| Pl. 76 | | | | | Screenshot of Flynn from film<br>Lucescu Depo Ex 6 | |
| Pl. 77 | | | | | Screenshot of Byrne from film<br>Lucescu Depo Ex 7 | |
| Pl. 78 | | | | | Oltmann Parlar post<br>Lucescu Depo Ex 13 | |
| Pl. 79 | | | | | Marketing deck<br>Lucescu Depo Ex 14<br>LUCESCU 0000004210-4221 | |
| Pl. 80 | | | | | Screenshot of last image of the Film<br>TAP Depo Ex 35 | |
| Pl. 81 | | | | | Intentionally blank | |
| Pl. 82 | | | | | Terms and Conditions: The Deep Rig Movie!<br>TAP Depo Ex 39 | |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 83 | | | | | AYURN document<br>Byrne Depo Ex 46<br>PBYRNE0000343-356 | |
| Pl. 84 | | | | | Document titled "The Deep Rig, signups, encourage donations, and show video"<br>Oltmann Depo Ex 61 | |
| Pl. 85 | | | | | Document titled "Analytics, Deep Rig Website – Acquisition Overview"<br>Oltmann Depo Ex 62 | |
| Pl. 86 | | | | | Document titled "Analytics, Deep Rig Website – Event name"<br>Oltmann Depo Ex 63 | |
| Pl. 87 | | | | | Native File: Card charges exported PII spreadsheet<br>Oltmann Depo Ex 64 | |
| Pl. 88 | | | | | Native File: Card charges provided spreadsheet<br>Oltmann Depo Ex 65 | |
| Pl. 89 | | | | | Native File: Recurring charges spreadsheet<br>Oltmann Depo Ex 66 | |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 90 | | | | | Native File: Signups exported PII spreadsheet<br>Oltmann Depo Ex 67 | |
| Pl. 91 | | | | | Native File: Signups provided spreadsheet<br>Oltmann Depo Ex 68 | |
| Pl. 92 | | | | | Cerebral treatment records<br>EC 005687-5701<br>EC 009450-9505<br>**CONFIDENTIAL** | |
| Pl. 93 | | | | | Dr. Finkell records<br>EC 005702-5815<br>**CONFIDENTIAL** | |
| Pl. 94 | | | | | Mountain Springs Recovery LLC records<br>EC 007770-007773<br>**CONFIDENTIAL** | |
| Pl. 95 | | | | | Oltmann Google search referenced in J. Alex Halderman Expert Report<br>EC 008665-8666 | |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[2] | Description of Exhibit | Date of Document |
|---|---|---|---|---|---|---|
| Pl. 96 | | | | | Tweets re Antrim in J. Alex Halderman Expert Report<br>EC 008654 | |
| Pl. 97 | | | | | AV File: Fox News: “Officials: Dominion machines did not change or delete votes” in J. Alex Halderman Expert Report<br>EC 008655 | 11/14/20 |
| Pl. 98 | | | | | T. Adams et al., “Scientists say no credible evidence of computer fraud in the 2020 election outcome, but policymakers must work with experts to improve confidence” in J Alex Halderman Expert Report<br>EC 008655 | 11/16/20 |
| Pl. 99 | | | | | AV File: Newsmax Retraction<br>Lucescu Depo Ex 2 | 05/08/21 |