**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. No. 8:24-cv-0008-TPB-SPF

PATRICK BYRNE, et al,
Defendants

---

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR THE COURT'S QUESTIONING OF THE PANEL**

---

Plaintiff Eric Coomer, Ph.D., by and through his attorneys, and submit Plaintiff's Proposed Voir Dire Questions for the Court's Questioning of the Panel. The submitted questions do not include general biographical, educational, or employment questions and further do not address questions to prior jury service and qualifications. Plaintiff presumes these matters will already be covered as the Court deems appropriate. Suggested follow-up questions to general questions are also included below. Questions related to a juror's inability to be impartial and potential bias or prejudice are generally not included, but are presumed to be appropriate if an answer to a predicate question suggests the need for further inquiry.

1. This case involves a movie called The Deep Rig and statements in it about the 2020 presidential election and about the Plaintiff, Dr. Eric Coomer. Have you seen the film, any part of it, or any clip or trailer from it, or read the book of the same name by Patrick Byrne?

2. Have you read, heard, or seen anything about Dr. Eric Coomer, Patrick Byrne, Joseph Oltmann, or Dominion Voting Systems? Explain.

3. Have you, or has anyone close to you, donated to, volunteered for, or attended an event of The America Project or any organization connected to Patrick Byrne?

4. What print publications, cable and/or network programs, or online media such as websites, blogs, or social media platforms, if any, do your read/watch/visit for news or opinions about current events?

5. Do you believe that the 2020 presidential election between Donald Trump and Joseph Biden was rigged or fraudulent? Explain.

6. Have you, or has anyone close to you, ever been sued for, or sued someone for defamation (libel or slander)?

7. Under appropriate circumstances, the law allows a jury to award money for harm to reputation, emotional distress, and similar harm that does not come with a bill or a receipt. Do you have any belief that would keep you from awarding that kind of compensation if the evidence and the law supported it?

8. Under appropriate circumstances, damages may be awarded that are intended to punish and deter. These are called punitive damages. Do you believe that punitive damages should not be awarded under any circumstances even if the Court instructs you that they are permitted?

9. Do you have strong feelings about lawsuits, lawyers, or the amounts of money juries award that would make it hard for you to be fair to either side?

Respectfully submitted this 23rd day of October 2026.

*/s/ Charles J. Cain*

Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)

Ashley N. Morgan*
Texas Bar No. 24091339
Colorado Attorney No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

David M. Beller*
CO Atty No. 35767
david@rklawpc.com
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
303-446-9400 (Fax)

**ATTORNEYS FOR PLAINTIFF**
***Appearing via Special Admission**