**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,

Plaintiff

v. Case No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE, et al,

Defendants

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY TO BE PRESENTED AT TRIAL**

Plaintiff Eric Coomer, Ph.D., through undersigned counsel, respectfully submits the following page line designations to be used during the trial of this case pursuant to FED. R. CIV. P. 26(a)(3)(A)(ii) and L.R. 3.06. The transcripts are submitted herewith as Exhibits 1, 2, and 3, respectively:

| **Steven Lucescu (February 18, 2025)** | | | | |
|---|---|---|---|---|
| **START** | | **STOP** | | **DEPOSITION EXHIBIT** |
| **Page** | **Line** | **Page** | **Line** | |
| 5 | 25 | 6 | 5 | |
| 10 | 17 | 11 | 23 | |
| 12 | 14 | 12 | 22 | |
| 16 | 15 | 16 | 18 | |
| 17 | 4 | 17 | 15 | |
| 18 | 3 | 18 | 8 | |
| 18 | 20 | 19 | 5 | |
| 21 | 11 | 21 | 15 | |

| Steven Lucescu (February 18, 2025) | | | | |
|---|---|---|---|---|
| START | | STOP | | DEPOSITION EXHIBIT |
| Page | Line | Page | Line | |
| 23 | 24 | 24 | 10 | |
| 25 | 20 | 26 | 10 | |
| 31 | 11 | 31 | 12 (ending with "Mr. Lucescu") | 1 [Lucescu 8697] |
| 32 | 4 | 32 | 19 | 1 [Lucescu 8697] |
| 34 | 1 (starting with "What") | 34 | 5 | 1 [Lucescu 8697] |
| 34 | 15 | 34 | 17 | 1 [Lucescu 8697] |
| 37 | 12 | 37 | 17 | 1 [Lucescu 8697] |
| 40 | 2 | 41 | 15 | 1 [Lucescu 8697] |
| 50 | 4 | 50 | 20 | 1 [Lucescu 8697] |
| 57 | 17 | 59 | 20 | 1 [Lucescu 8697] |
| 60 | 11 | 60 | 13 | |
| 66 | 23 | 67 | 11 | |
| 67 | 19 | 67 | 22 | |
| 69 | 2 | 69 | 13 | |
| 71 | 15 | 73 | 1 | |
| 89 | 2 | 89 | 3 | 3 [Lucescu 9109] |
| 89 | 10 | 90 | 7 | 3 [Lucescu 9109] |

| Steven Lucescu (February 18, 2025) | | | | |
|---|---|---|---|---|
| START | | STOP | | DEPOSITION EXHIBIT |
| Page | Line | Page | Line | |
| 92 | 8 | 92 | 21 | 3 [Lucescu 9109] |
| 92 | 24 | 93 | 16 | 3 [Lucescu 9109] |
| 93 | 22 | 94 | 5 | 3 [Lucescu 9109] |
| 96 | 5 | 97 | 1 | |
| 97 | 11 | 99 | 19 | 3 [Lucescu 9109] |
| 109 | 14 | 109 | 17 | |
| 111 | 5 | 111 | 6 | 4 [Lucescu 6438] |
| 111 | 8 | 112 | 20 | 4 [Lucescu 6438] |
| 114 | 16 | 114 | 18 | 4 [Lucescu 6438] |
| 115 | 16 | 115 | 17 | 5 [Lucescu 8381] |
| 116 | 3 | 116 | 12 | 5 [Lucescu 8381] |
| 129 | 18 | 130 | 11 | |
| 131 | 7 | 131 | 15 | |
| 159 | 9 | 160 | 23 | 2, clip 18 |
| 161 | 9 | 164 | 16 | |
| 165 | 12 | 165 | 16 | |
| 187 | 2 | 188 | 1 | 2, clip 24 [Newsmax] |
| 191 | 7 | 191 | 9 | |
| 193 | 1 | 193 | 4 | |

| **Steven Lucescu (February 18, 2025)** | | | | |
|---|---|---|---|---|
| **START** | | **STOP** | | **DEPOSITION EXHIBIT** |
| **Page** | **Line** | **Page** | **Line** | |
| | (starting with "you") | | | |
| 232 | 21 | 234 | 15 | 19 [Lucescu 279] |
| 238 | 1 | 238 | 20 | 20 [Lucescu 449] |
| 251 | 25 | 253 | 10 | 22 [Lucescu 52] |
| 260 | 15 | 261 | 12 | |
| 267 | 21 (starting with I'm going") | 268 | 21 (ending at "live stream." | 25 [Lucescu 353] |
| 269 | 25 | 271 | 10 | 25 [Lucescu 353] |

| **Carlito Johnson Corporate Representative of The America Project, Inc. (November 20, 2025)** | | | | |
|---|---|---|---|---|
| **START** | | **STOP** | | **DEPOSITION EXHIBIT** |
| **Page** | **Line** | **Page** | **Line** | |
| 6 | 10 | 6 | 24 | |
| 8 | 23 | 9 | 6 | |
| 26 | 17 | 29 | 4 | |
| 59 | 19 | 59 | 25 | 31 |
| 64 | 10 | 65 | 5 | |

| **Carlito Johnson<br>Corporate Representative of The America Project, Inc.<br>(November 20, 2025)** | | | | |
|---|---|---|---|---|
| **START** | | **STOP** | | **DEPOSITION EXHIBIT** |
| **Page** | **Line** | **Page** | **Line** | |
| 92 | 10 | 102 | 12 | 34;<br>Lucescu Ex. 2,<br>Clip 18 |
| 102 | 22 | 103 | 25 | |
| 104 | 14 | 105 | 2 | 34 |
| 107 | 11 | 108 | 14 | Lucescu Ex. 2,<br>Clip 15 |
| 108 | 18 | 108 | 19 | |
| 108 | 22 | 109 | 2 | |
| 160 | 12 | 162 | 17 | 41 |
| 162 | 23 | 162 | 23 | |
| 163 | 14 | 164 | 13 | |
| 165 | 7 | 165 | 22<br>(ending<br>with …<br>unaware.) | |
| 167 | 12 | 170 | 13 | 42 |
| 170 | 22 | 171 | 17 | |

| **Joseph Oltmann (June 9, 2026)** | | | | |
|---|---|---|---|---|
| **START** | | **STOP** | | **DEPOSITION EXHIBIT** |
| **Page** | **Line** | **Page** | **Line** | |
| 7 | 23 | 7 | 25 | |
| 12 | 15 | 13 | 9 | |
| 28 | 16 | 29 | 13 | |
| 29 | 24 | 29 | 25 | |
| 30 | 9 | 31 | 11 | |
| 38 | 8 | 38 | 25 | Lucescu Ex. 2, Clip 4 |
| 50 | 3 | 54 | 20 | |
| 58 | 21 | 63 | 6 | 57, Clip 1 |
| 66 | 1 | 66 | 13 | 57, Clip 2 |
| 69 | 15 | 70 | 20 | Lucescu Ex. 2, Clip 18 |
| 71 | 10 | 72 | 2 | |
| 75 | 6 | 77 | 2 | |
| 78 | 16 | 80 | 5 | |
| 81 | 25 | 82 | 16 | |
| 82 | 20 | 83 | 14 | |
| 91 | 6 | 91 | 11 | |
| 95 | 11 | 95 | 13 | Lucescu Ex. 2, Clip 13 |
| 95 | 22 | 96 | 9 | Lucescu Ex. 2, Clip 13 |
| 100 | 2 | 103 | 8 | 57, Clip 3<br>57, Clip 4<br>57, Clip 5<br>57, Clip 6 |
| 105 | 23 | 108 | 9 | |
| 109 | 19 | 112 | 7 | |
| 113 | 23 | 115 | 6 | |

| Joseph Oltmann (June 9, 2026) | | | | |
|---|---|---|---|---|
| START | | STOP | | DEPOSITION EXHIBIT |
| Page | Line | Page | Line | |
| | | | (ending with ... know.) | |
| 121 | 2 | 124 | 25 (ending with ... yes.) | |
| 126 | 3 | 127 | 17 (ending with ... name.) | |
| 128 | 6 | 128 | 25 | Lucescu 10 |
| 129 | 2 | 130 | 24 | |
| 131 | 15 | 134 | 25 | 58 |
| 136 | 11 | 141 | 22 | 59 |
| 151 | 20 | 152 | 20 | |
| 154 | 24 | 161 | 14 | Johnson 40 |
| 161 | 20 | 165 | 16 | |
| 165 | 21 | 170 | 13 | |
| 172 | 19 | 172 | 24 | 62 |
| 173 | 5 | 173 | 25 | |
| 174 | 2 | 176 | 9 | |
| 176 | 16 | 179 | 21 | 63 |
| 181 | 8 | 182 | 8 | |
| 183 | 13 | 201 | 13 | |
| 237 | 6 | 238 | 15 | 57, Clip 9 |

Respectfully submitted this 23rd day of October 2026.

*/s/ Bradley A. Kloewer*

Charles J. Cain, CO Atty No. 51020*
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
512-477-5011 (Fax)

Ashley N. Morgan*
TX Atty No. 24091339
CO Atty No. 61713
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011 (Fax)

David M. Beller*
CO Atty No. 35767
david@rklawpc.com
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
303-446-9400 (Fax)
*Appearing via Special Admission

**ATTORNEYS FOR PLAINTIFF**