**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. Case No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE, et al,
Defendants

---

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

---

**Count 1: Defamation**[1]

1. Do you find that Dr. Coomer proved by the greater weight of the evidence:

a. That Defendant Byrne published the statement by Joseph Oltmann in *The Deep Rig* described in Instruction No. ____?

ANSWER Yes ____ No ____

b. That the statement was defamatory?

ANSWER Yes ____ No ____

c. That the statement was in some significant respect false?

ANSWER Yes ____ No ____

d. That the statement was a legal cause of loss, injury, or damage to Dr. Coomer?

ANSWER Yes ____ No ____

[1] *See* 1B Fed. Proc. Forms § 1E:37; 16B Am. Jur. Pl. & Pr. Forms Libel and Slander § 338.

2. Do you find that Dr. Coomer proved by clear and convincing evidence:

   a. That Defendant Byrne published the statement with actual malice (that is, Defendant Byrne knew the statement was false or published it with reckless disregard for its truth or falsity)?

   ANSWER Yes ____ No ____

If you answered "Yes" to every part of Questions 1 and 2, then proceed to Question 4 and 5. Otherwise, proceed to Question 6.

**Damages**[2]

4. What is the total amount of Plaintiff's damages, if any, for economic losses that were caused by the conduct of Defendant from the defamation?

   ANSWER $__________________

5. What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries that were caused by the conduct of Defendant Byrne from the defamation?

   ANSWER $__________________

[2] Damages are itemized as required by § 768.77(1), Fla. Stat.

**Count 2: Intentional Infliction of Emotional Distress**

6. Has Plaintiff Coomer proved, as set forth in Instruction No. ____, his claim for intentional infliction of emotional distress against Defendant Byrne?

ANSWER Yes ____ No ____

If you answered "Yes" to Question 6, then proceed to Question 7 and 8.

**Damages**[3]

7. What is the total amount of Plaintiff's damages, if any, for economic losses caused by the conduct of Defendant from the intentional infliction of emotional distress?

ANSWER $__________________

8. What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries caused by the conduct of Defendant Byrne from the intentional infliction of emotional distress?

ANSWER $__________________

[3] Damages are itemized as required by § 768.77(1), Fla. Stat.

**Punitive Damages**[4]

Answer Question 9 only if you answered "Yes" to every part of Questions 1 and 2 or "Yes" to Question 6, or both. Otherwise, skip the remaining questions and sign and date the verdict form.

9. Do you find by clear and convincing evidence that Defendant Byrne was personally guilty of intentional misconduct which was a substantial cause of damage to Dr. Coomer, and that his primary purpose in publishing the statement was to indulge ill will, hostility, or an intent to harm Dr. Coomer, so that punitive damages are warranted against Defendant Byrne?

ANSWER Yes ____ No ____

If you answered "No" to Question 9, skip the remaining questions and sign and date the verdict form. If you answered "Yes," answer the following questions:

10. At the time of injury to Plaintiff Coomer, did Defendant Byrne have a specific intent to harm Plaintiff Coomer and did the conduct of Defendant Byrne in fact harm Plaintiff Coomer?

ANSWER Yes ____ No ____

6. What is the total amount of punitive damages, if any, that you assess against Defendant Byrne?

ANSWER: $________________.

SO SAY WE ALL, this ________ day of ____________________________ 2026

_______________________________________
FOREPERSON

[4] Fla. Standard Jury Instructions, Model Form of Verdict 3(b). Model Form of Verdict for Non-Bifurcated Punitive Damage Cases (July 2026) (modified to add the common-law malice finding required in defamation actions).