UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case No: 8:24-cv-00008-TPB-SPF

ERIC COOMER, PhD.,

Plaintiff,

v.

PATRICK BYRNE, STEVEN LUCESCU, and THE AMERICA PROJECT, INC.,

Defendants.
_________________________/

☐ Evidentiary ☒ Trial ☐ Other

# EXHIBIT LIST

Defendant Patrick Byrne

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| Def. 1 | | | Byrne; Oltmann; Lucescu (by deposition) | | Listed as Joint 9. [Will] Text message thread dated March 2, 2021 among Steve Lucescu, Joseph Oltmann, and Patrick Byrne ("Please meet Joe Oltmann"). Offered to show that Mr. Lucescu sent Dr. Byrne a message introducing Mr. Oltmann on that date, on the civil conspiracy claim and on the state-of-mind element, and not for the truth of any matter asserted in the thread; statements made to Dr. Byrne are offered under F.R.E. 105 for their effect on his state of mind. |

| | | | | | |
|---|---|---|---|---|---|
| Def. 2 | | | Byrne; Lucescu (by deposition) | | Listed as Joint 8. [Will] Investor's Agreement headed "The Big Rig," dated February 17, 2021, signed by Steven Lucescu as Producer / Co-Director and Patrick Byrne as Investor / Contributor (Lucescu Dep. Ex. 1; Bates Lucescu 0000008697-8698). Offered on the first element: the instrument names the persons who held the production and directing roles and states the investment terms, and it confers no approval right, no final cut, no credit, and no right to decide what appeared in the finished film. The instrument refers to The Deep Rig as a working title, states that the documentary would use "The Deep Rig" manuscript and the "Deep Capture" website as references, contemplated delivery by mid-May 2021, and contemplated a separate company, which was organized on or about May 24, 2021. |
| Def. 3 | | | Byrne; Lucescu (by deposition) | | Listed as Joint 7. [May] Text messages dated February 15, 2021 among Patrick Byrne, Steven Lucescu, Angela Chacon, and John B. Pettway (PBYRNE0001328-0001330), including Dr. Byrne's message stating, "I am not going to ask for creative control." Offered on the first element, as to Dr. Byrne's own words for the fact that they were written and, under F.R.E. 803(3), as evidence of his then-existing intent; and in full under F.R.E. 106 if the Plaintiff offers any part of the thread. Personal telephone numbers and addresses will be redacted. |
| Def. 4 | | | Byrne; | | [May] Electronic mail among Steven Lucescu, Patrick Byrne, Angela Chacon, and John Pettway dated February 15 through 19, 2021 (PBYRNE0000102-0000113), in which Mr. Lucescu transmitted the draft of the Investor's Agreement (Def. 2), Ms. Chacon asked whether it was final, and signed copies were returned. Offered on the first element, to show who prepared the instrument and when it was signed, and under F.R.E. 106 with Def. 2. |
| Def. 5 | | | Lucescu (by deposition); Richards; Byrne | | [May] Memorandum of Understanding headed April 13, 2021 and dated April 14, 2021, for the production and distribution of the documentary tentatively entitled "Deep Rig" (Lucescu Dep. Ex. 15; Bates Lucescu 0000004206-4208). Offered on the first element. |
| Def. 6 | | | Lucescu (by deposition); Byrne | | [May] Assignment and Royalty Agreement effective July 23, 2021, unsigned copy (Lucescu Dep. Ex. 26 and Byrne Dep. Ex. 50; Lucescu 0000008686-0000008693). Offered only under F.R.E. 106 if the Plaintiff offers any part of it, and only to the extent the Court's ruling on Part C of the Defendant's Omnibus Motion in |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Limine permits. |
| Def. 7 | | | Byrne; Lucescu (by deposition) | | [May] Electronic mail of July 19, 2021 from Steven Lucescu to himself, subject "June 27, 2021 / 20210627 / 11:48 Patrick Byrne message to me also re: Mike Lindell," setting out his reply and Dr. Byrne's message to him of June 27, 2021 (Lucescu 0000003684-0003686; filed as Doc. 351-8). Offered on the first element, as to Dr. Byrne's sentences beginning "I am no longer interested in making requests of you" through "what town he is in," for the fact that they were written; and, if the Plaintiff offers any part of the message, the remainder under F.R.E. 106. Offered only if the Court denies Part E of the Defendant's Omnibus Motion in Limine or the Plaintiff offers a statement of Dr. Byrne made after June 26, 2021. Personal identifiers will be redacted. |
| Def. 8 | | | Byrne; Lucescu (by deposition) | | [May] Messages of January 20, 2021 between Patrick Byrne and Steven Lucescu (PBYRNE0001432-0001433), including Dr. Byrne's statements that he would take part "[a]s an interview subject" and that "[a]t the end of the day, you edit it down however you want to." Offered on the first element, as to Dr. Byrne's own words for the fact that they were written and, under F.R.E. 803(3), as evidence of his then-existing intent; and, if the Plaintiff offers any part of the thread, the remainder under F.R.E. 106. Personal telephone numbers and electronic-mail addresses will be redacted. |
| Def. 9 | | | Byrne; Lucescu (by deposition) | | [May] Messages of February 21, 2021 between Steven Lucescu and Patrick Byrne (PBYRNE0001436-0001438), in which Mr. Lucescu asked Dr. Byrne's view of Mr. Oltmann and stated that Matthew DePerno recommended him, and Dr. Byrne replied. Offered on the first element and on the civil conspiracy claim, to show who proposed Mr. Oltmann and when, and not for the truth of the matters asserted; Dr. Byrne's reply is offered for the fact that it was written and under F.R.E. 803(3). Personal telephone numbers and electronic-mail addresses will be redacted. |
| Def. 10 | | | Lucescu (by deposition); Flynn | | [May] Text messages of August 2, 2021 between Steven Lucescu and Joe Flynn (Lucescu Dep. Ex. 24; Lucescu 0000000228-0000000229), concerning Mr. Lucescu's introduction of Mr. Oltmann to Dr. Byrne, the distribution of the film, and control of its website. Offered on the first element and on the civil conspiracy claim, on the foundation laid through Mr. Lucescu's designated testimony. Personal telephone numbers and electronic-mail addresses, including those of third parties, will be redacted. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 11 | | | Richards; Byrne | | [May] Text message of April 29, 2021 from Roger R. Richards to Dr. Byrne and Mr. Lucescu (PBYRNE0001250-0001251), concerning the rough cut of the film then in his hands and its third act. Offered on the first element, to show who held and assembled the cut, and not for the truth of the matters asserted. Personal telephone numbers and electronic-mail addresses will be redacted. |
| Def. 12 | | | Richards; Byrne | | [May] Text messages of May 19, 2021, as recorded in Greenwich Mean Time, from Roger R. Richards, with Dr. Byrne's reply (PBYRNE0001525-0001527), concerning his revision of Dr. Byrne's introduction on the notes Mr. Lucescu had shared. Same purpose and redactions as Def. 11. |
| Def. 13 | | | Flynn; Richards; Byrne | | [May] Electronic mail of June 16, 2021 from Joe Flynn to Steven Lucescu, Dr. Byrne, and others, copying Roger R. Richards, and Mr. Richards's reply (PBYRNE0000076-0000079), concerning the addition of Mr. Richards as a co-owner of The Deep Rig Movie, LLC. Offered on the first element, as to Mr. Flynn's statement that he added Mr. Richards as a co-owner of that company, with the equity sentences redacted unless the Court denies Part C of the Defendant's Omnibus Motion in Limine. Personal identifiers will be redacted. |
| Def. 14 | | | Lucescu (by deposition); Richards; Flynn | | [May] Electronic mail of June 22, 2021 from Joe Flynn, copying Steven Lucescu and Roger R. Richards, subject "Wyoming LLC Operating Agreement," transmitting the executed operating agreement of The Deep Rig Movie, LLC ([REMOVED EXHIBIT: v55 Def. 9]) (Lucescu Dep. Ex. 17; Lucescu 0000003802). Offered on the first element and with [REMOVED EXHIBIT: v55 Def. 9]. Personal identifiers will be redacted. |
| Def. 15 | | | Byrne; Richards | | [May] Messages of July 5, 2021 from Patrick Byrne to the members of the film team, including Roger R. Richards and Steven Lucescu, in two versions, and Mr. Richards's reply (PBYRNE0001458-0001462). Offered on the first element, as to the first paragraph of Dr. Byrne's message, for the fact that it was written, and only if the Court denies Part E of the Defendant's Omnibus Motion in Limine or the Plaintiff offers a statement of Dr. Byrne made after June 26, 2021; if the Plaintiff offers any part of the messages, the remainder under F.R.E. 106, subject to the Defendant's motions in limine. Personal identifiers will be redacted. |
| Def. 16 | | | Richards; Byrne | | [May] Message of August 17, 2021 from Roger R. Richards (Byrne Dep. Ex. 47; PBYRNE0001450-0001452), offering to turn over to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Dr. Byrne or The America Project the film's assets, listed as the 4K version of the film, the film's website, and its social-media accounts. Offered on the first element, as to who controlled the film and its distribution, and not for the truth of the matters asserted. Personal identifiers will be redacted. Offered only if the Court denies Part H of the Defendant's Second Motion in Limine or admits evidence of the film's availability after June 26, 2021, and then to rebut that evidence. |
| Def. 17 | | | Coomer; Richards | | [May] Video recording of April 13, 2017 in which Dr. Coomer publicly explains the adjudication function of the Dominion voting system, which the Defendant identifies as the source of the footage of Dr. Coomer shown in the film. Offered on the first element and on the defense of consent, if the Court determines that the defense presents a question for the jury, to show the source of that footage, and, as to Dr. Coomer's statements, as statements of a party opponent under F.R.E. 801(d)(2)(A). |
| Def. 18 | | | Byrne; Ramsland | | [Will] Report of Allied Security Operations Group, "Antrim Michigan Forensics Report, Revised Preliminary Summary, v2," dated December 13, 2020 and signed by Russell Ramsland, on the forensic examination of the Dominion Voting System in Antrim County, Michigan (PBYRNE0001552-0001574), released to the public by the order listed as Def. 26. Offered, on the foundation that the Defendant reviewed it before June 26, 2021, under F.R.E. 105 for its effect on his state of mind, and as the fact and content of a document released to the public by order of a court, and not as a ruling or finding on any issue in this case. On the falsity element it is not offered as a freestanding exhibit for the truth of the matters it states; what is offered on that element is the opinion of Russell Ramsland, the disclosed witness whose firm performed the examination, of which this report is the basis, being facts and data of the kind an expert in that field would reasonably rely on and which he may be required to disclose on cross-examination. F.R.E. 703, 705. Any disclosure of the report itself to the jury on that element is subject to the last sentence of F.R.E. 703, and the Defendant requests the limiting instruction that rule contemplates. |
| Def. 19 | | | Byrne; self-authenticating (F.R.E. 902(5)) or certified copy (F.R.E. 902(4)) | | [May] "Report of Review of Dominion Voting Systems Democracy Suite 5.5-A," issued by the Texas Secretary of State over the signature of the Deputy Secretary of State, three pages, denying certification of that system for use in Texas elections, as published by the Texas Secretary of State at https://www.sos.texas.gov/elections/forms/sysexam/dominion- |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | d-suite-5.5-a.pdf. Offered on the falsity element, and, on the foundation that the Defendant reviewed it before June 26, 2021, for its effect on his state of mind. F.R.E. 105. Hearsay basis on the falsity element: F.R.E. 803(8)(A)(i) and (ii), as a record of a public office setting out its activities and a matter observed while under a legal duty to report. Authentication: F.R.E. 902(5) as an official publication; in the alternative, by a witness under F.R.E. 901(b)(7) as a record from a public office, or under F.R.E. 901(b)(4) on its distinctive characteristics. |
| Def. 20a | | | Byrne; Lenberg; self-authenticating (F.R.E. 902(5)) or certified copy (F.R.E. 902(4)) | | [May] Michigan Department of State materials, each listed on its own line: memorandum of the Bureau of Elections dated December 1, 2020 to County Clerks, subject "Recounts; Release of Voting Equipment" (PBYRNE0001682-0001683; also within Def. 34g). Offered on the falsity element, and, on the foundation that the Defendant reviewed the item before June 26, 2021, for its effect on his state of mind. F.R.E. 105. Hearsay basis on the falsity element: F.R.E. 803(8)(A)(i) and (ii), as a record of a public office setting out its activities and a matter observed while under a legal duty to report. Authentication: F.R.E. 902(5) as an official publication; in the alternative, under F.R.E. 901(b)(7) or 901(b)(4). |
| Def. 20b | | | Byrne; Lenberg; self-authenticating (F.R.E. 902(5)) or certified copy (F.R.E. 902(4)) | | [May] Web page of the Michigan Department of State, "Voting Equipment Type by County," undated (PBYRNE0001679; also within Def. 34g). Same purpose and authentication as Def. 20a. |
| Def. 21 | | | Byrne; judicial notice (F.R.E. 201) | | [May] Curling v. Raffensperger, 493 F. Supp. 3d 1264 (N.D. Ga. Oct. 11, 2020), the pages containing the court's findings on voting-system security. Offered, on the foundation that the Defendant read the decision before June 26, 2021, under F.R.E. 105 for its effect on his state of mind, and, as the film reported those findings, as the subject of the report and not for the truth of the findings. F.R.E. 104(b), 105. Judicial notice is requested of the fact and the date of the decision only. F.R.E. 201. It is not offered on the falsity element for the truth of the findings it states, not offered as a ruling or a finding on any issue in this case, and not offered as proof of what any other tribunal decided. |
| Def. 22 | | | Coomer; Halderman (adverse) if called | | Listed as Joint 13, as to paragraphs 11 and 34 only. [May] Declaration of J. Alex Halderman, ¶¶ 11 (EC 008653) and 34 (EC 008669), offered under F.R.E. 801(d)(2)(B), and under F.R.E. 801(d)(2)(C) in the alternative, if the Plaintiff does not call the witness. The declaration is executed April 14, 2025. Offered on the falsity element. Not offered if the Plaintiff calls Dr. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Halderman. |
| Def. 23a | | | Self-authenticating (F.R.E. 902(5)); Byrne; Penrose | | [May] Documents identified in the Defendant's supplemental disclosures under F.R.Civ.P. 26(e), each listed on its own line, offered on the falsity element subject to the foundation each requires: National Intelligence Council Memorandum NICM 2020-003, "Vulnerabilities in US 2020 Election Infrastructure," dated January 15, 2020 and declassified March 16, 2026 (PBYRNE002025-002029). |
| Def. 23b | | | Custodian of records of the Georgia Institute of Technology; Byrne; Penrose | | [May] Electronic mail of May 2019 through October 2020 among researchers at the Georgia Institute of Technology and others concerning network security and threat activity (PBYRNE002030-002046). Same purpose as Def. 23a. |
| Def. 23c | | | Carvajal Barrios (if available); Byrne | | [May] Letter of Hugo Carvajal Barrios dated December 2, 2025 (PBYRNE0001973-0001975). Same purpose as Def. 23a. |
| Def. 23d | | | Coomer; York | | [May] Electronic mail and correspondence of Sequoia Voting Systems from the Sequoia electronic mail account of Chris York, a quality-assurance analyst there, including his sent and received messages, calendar entries, and attachments, produced at PBYRNE002047-009940, and from his personal electronic mail account, produced at PBYRNE0001976-0001983 and PBYRNE0002014-0002024 (stamped BYRNE001976-BYRNE001983 and BYRNE002014-BYRNE002024), each item offered listed on its own line in the schedule served with this list. Same purpose as Def. 23a, with the redactions stated for Def. 40a. |
| Def. 23e | | | Custodian of records of the Detroit City Clerk (F.R.E. 902(4)); Speckin | | [May] Official election records of the City of Detroit, Michigan for the November 3, 2020 general election, produced with the Defendant's Third Supplemental Disclosure (PBYRNE009941-042427), each category listed on its own line: absent voter ballot applications for absent voter counting boards 1 through 7. Offered on the falsity element, as records of a public office under F.R.E. 803(8), authenticated by a certified copy under F.R.E. 902(4) or by a witness under F.R.E. 901(b)(7), with any summary offered under F.R.E. 1006; and as facts and data underlying the testimony of Erich Speckin, if he is permitted to testify (F.R.E. 703, 705). Voter names, addresses, and other personal identifiers will be redacted, and voter signatures will be displayed only as the Court permits. |
| Def. 23f | | | Custodian of records of the Detroit City Clerk (F.R.E. 902(4)); | | [May] Absent voter ballot return envelopes for absent voter counting boards 1 through 7, including the envelopes of military voters, within the same production. Same purpose and redactions |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | Speckin | | as Def. 23e. |
| Def. 23g | | | Custodian of records of the Detroit City Clerk (F.R.E. 902(4)); Speckin | | [May] Applications to vote at the polls for precincts 1 through 30, within the same production. Same purpose and redactions as Def. 23e. |
| Def. 23h | | | Custodian of records of the Detroit City Clerk (F.R.E. 902(4)); Speckin | | [May] Ballot images for Precinct 28, City of Detroit, Wayne County, Michigan, from the November 3, 2020 general election (50 pages), within the same production. Same purpose as Def. 23e. |
| Def. 23i | | | Self-authenticating (F.R.E. 902(5)); Speckin | | [May] "Signature Verification Training," Michigan Department of State, Bureau of Elections, June 2023 (67 pages), within the same production. Offered as a publication of a public office (F.R.E. 803(8), 902(5)) for the standards it states for comparing the signatures on absent voter ballot applications and envelopes with the Qualified Voter File, and as facts and data underlying the testimony of Erich Speckin, if he is permitted to testify (F.R.E. 703, 705). |
| Def. 24 | | | Byrne; Penrose; Logan | | [May] Application security analysis of the Antrim County, Michigan election management system by Cyber Ninjas dated April 9, 2021 (PBYRNE0001581-0001598). Offered on the falsity element, subject to the foundation it requires, and, on the foundation that the Defendant reviewed it before June 26, 2021, under F.R.E. 105 for its effect on his state of mind. Credentials will be redacted. |
| Def. 25 | | | Self-authenticating (F.R.E. 902(5)); Byrne; Penrose | | [May] "Report of Investigation, Dominion Voting Systems D-Suite 5.5-B, Williamson County, Tennessee," of the United States Election Assistance Commission, dated March 31, 2022 (PBYRNE0001798-0001802). Offered on the falsity element, subject to the foundation it requires. |
| Def. 26 | | | Ramsland; DePerno; certified court records (F.R.E. 902(4)); judicial notice requested (F.R.E. 201) | | [May] Order of the Circuit Court for the County of Antrim, Michigan, in *Bailey v. Antrim County*, No. 20-9238-CZ, permitting the public release of the report of the forensic examination (Def. 18), entered on or about December 14, 2020. Offered to show the fact and date of the release by order of a court, on the Defendant's fair-report defense and on his state of mind, and not as a ruling or finding on any issue in this case. |
| Def. 27 | | | Halderman (adverse); Lenberg; Penrose | | Listed as Joint 10. [May] Report of J. Alex Halderman, "Analysis of the Antrim County, Michigan November 2020 Election Incident," dated March 26, 2021 (EC 000340-000393). Offered on the falsity element, on cross-examination of Dr. Halderman if |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the Plaintiff calls him, as to his own findings on the security of the Antrim County election management system; and, not for the truth of the matters asserted, to identify the report to which Def. 34n responds. |
| Def. 28 | | | Siegrist; custodian of records of the Charter Township of Canton, Michigan (F.R.E. 902(4) or 902(11)) | | [May] Electronic mail of November 4, 2020 from Anthony Essmaker, Deputy Clerk and FOIA Coordinator of the Charter Township of Canton, Michigan, to Gregory Mahar, Jennifer Redmond, Sao Hang, and Michael Siegrist, subject "Files for AVCB 2," reporting that a duplicate batch from tabulator AVCB 2, Batch 151, which "was to be deleted by Dominion," had "ended up in the final results," that the sender had removed it, and that the batch should be rejected when the results were imported. Offered on the falsity element, as a record of a correction made to reported results on November 4, 2020, and not for the truth of any statement attributed to employees of Dominion Voting Systems. Hearsay basis and authentication: F.R.E. 803(8)(A)(i) and (ii), with a certified copy under F.R.E. 902(4); in the alternative, F.R.E. 803(6), with a F.R.E. 902(11) certification served with written notice; or a witness with knowledge under F.R.E. 901(b)(1). The legend of another action on the copy in the Defendant's file will be redacted. |
| Def. 29a | | | Byrne; James P. Allen (if available) | | [May] Documents and recordings produced with the Defendant's Fourth Supplemental Rule 26 Disclosures, each listed on its own line, offered on the falsity element subject to the foundation each requires and, as to any item the Defendant reviewed before June 26, 2021, under F.R.E. 105 for its effect on his state of mind: profile page of James Allen on LinkedIn, as captured (PBYRNE042428). Personal contact information will be redacted. |
| Def. 29b | | | Byrne; James P. Allen (if available) | | [May] Video recordings concerning James Allen, described in the disclosure as "Shredding 2020 Election evidence" (PBYRNE042429), "Obstruct Public Records Requests" (PBYRNE042430), and "Create new results with clean VDrives" (PBYRNE042431). Same purpose as Def. 29a; authenticated by a witness with knowledge or by a certification under F.R.E. 902(13). |
| Def. 29c | | | Coomer | | [May] Post attributed to Eric Coomer dated May 18, 1998 in the newsgroup rec.climbing, as captured from Google Groups (PBYRNE042434-042438). Offered on damages, as bearing on the Plaintiff's condition before the publications at issue, as a statement of a party opponent under F.R.E. 801(d)(2)(A), only on a ruling obtained outside the presence of the jury (F.R.E. 103(d), 104(a)); its content will not be displayed or read to the jury before |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | that ruling. Authentication: by Dr. Coomer, or under F.R.E. 901(b)(4). Personal health information will be redacted except as the Court permits. |
| Def. 29d | | | Byrne; certification under F.R.E. 902(13) | | [May] Video recording of the address of the President of the United States of July 16, 2026 concerning election integrity (PBYRNE042439). Same purpose as Def. 29a; authenticated by a witness with knowledge or by a certification under F.R.E. 902(13). |
| Def. 29e | | | Byrne; certification under F.R.E. 902(13) | | [May] Video recording of the press conference of the Secretary of Homeland Security of July 17, 2026 concerning election integrity (PBYRNE042440). Same purpose as Def. 29a; authenticated by a witness with knowledge or by a certification under F.R.E. 902(13). |
| Def. 29f | | | Self-authenticating (F.R.E. 902(5)); Byrne | | [May] Documents published by the White House in July 2026 as declassified or approved for public release, grouped under the title "China's Acquisition and Exploitation of American Voter Data" (PBYRNE042441-042607). Offered on the falsity element as official publications (F.R.E. 902(5)), under F.R.E. 803(8) to the extent it applies, and subject to the foundation each requires. |
| Def. 29g | | | Self-authenticating (F.R.E. 902(5)); Byrne | | [May] Documents published by the White House in July 2026, grouped under the title "Michigan Voter Registration Investigation" (PBYRNE042608-042660). Same purpose and authentication as Def. 29f. |
| Def. 29h | | | Self-authenticating (F.R.E. 902(5)); Byrne | | [May] Documents published by the White House in July 2026, grouped under the title "Noncitizens on State Voter Rolls" (PBYRNE042661-042672). Same purpose and authentication as Def. 29f. |
| Def. 29i | | | Self-authenticating (F.R.E. 902(5)); Byrne | | [May] Documents published by the White House in July 2026, grouped under the title "Vulnerabilities in Electronic Voting and Ballot Counting Systems" (PBYRNE042673-042709). Same purpose and authentication as Def. 29f. |
| Def. 29j | | | Byrne; certified court records (F.R.E. 902(4)) | | [May] Declaration filed November 17, 2020 in an action in the United States District Court for the Northern District of Georgia (Doc. 6-14 in that action), described in the disclosure as the declaration of a Venezuelan whistleblower (PBYRNE042710-042717). Same purpose as Def. 29a, and not for the truth of the matters asserted unless a hearsay exception applies. |
| Def. 29k | | | Byrne; certification under F.R.E. 902(13) | | [May] Video recording, about twenty-one minutes long, of statements by public officials before the 2020 election concerning the vulnerability of voting systems (PBYRNE042718). Same purpose as Def. 29a; authenticated by a witness with knowledge or by a certification under F.R.E. 902(13). |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 29l | | | Halderman (adverse); custodian of records of C-SPAN (F.R.E. 902(11)) | | [May] Video recording of a presentation by J. Alex Halderman, as broadcast by C-SPAN, concerning the vulnerability of voting equipment to removable media (PBYRNE042719). Offered on the cross-examination of Dr. Halderman if the Plaintiff calls him, and otherwise on the falsity element subject to the foundation it requires. |
| Def. 29m | | | Byrne | | [May] Document titled "Venezuelan Government Investment in Bizta Corp. (2003)" (PBYRNE042720-042737). Same purpose as Def. 29a. |
| Def. 29n | | | York; Byrne | | [May] Document titled "Sequoia/Smartmatic HAAT" (PBYRNE042738-042759). Same purpose as Def. 29a. |
| Def. 29o | | | Leaf; custodian of records of the Department of Homeland Security (F.R.E. 902(4)) | | [May] Letter of the United States Department of Homeland Security to Dar Leaf, Sheriff of Barry County, Michigan, dated July 17, 2025 (PBYRNE042760). Same purpose as Def. 29a. |
| Def. 29p | | | Carvajal Barrios (if available); Byrne | | [May] Another copy of the letter listed as Def. 23c, produced with the same disclosure (PBYRNE042761-042763). Listed to identify the duplicate; Def. 23c is the exhibit that will be offered. |
| Def. 29q | | | York | | [May] Statement of Chris York, revised, in the form of a disclosure of a non-retained expert served in another action (PBYRNE042764-042766). Offered to the Court under F.R.E. 104(a) on the authenticity of Def. 23d, 29r, 39, 40a through 40y, and 42a through 42j, and to refresh Mr. York's recollection under F.R.E. 612; not offered to the jury unless Mr. York is unavailable and the Court permits. Mr. York is not offered as an expert witness. |
| Def. 29r | | | York | | [May] Electronic mail of April 18 through August 28, 2007 among employees of Sequoia Voting Systems, including Chris York, with messages from an employee of Smartmatic and from an official of the Colorado Secretary of State within the threads, as kept in Mr. York's personal electronic mail account, with his letter of September 5, 2007 and facsimile of September 7, 2007 to Senator Wayne Allard, a 2007 certification summary, and instructions for configuring a remote access server, produced as the attachments to his statement (PBYRNE042767-042811), each item offered listed on its own line in the schedule served with this list. Offered on the falsity element, subject to the foundation each requires; Mr. York's letter and facsimile are offered only to the extent a hearsay exception applies, or not for the truth of the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | matters asserted. Authentication: by Mr. York, or under F.R.E. 901(b)(4). Personal contact information will be redacted. |
| Def. 29s | | | York | | [May] Résumés of Chris York (PBYRNE042812-042813 and PBYRNE042814-042815). Offered to the Court under F.R.E. 104(a) on Mr. York's position and knowledge as a foundation witness, and not to the jury. Personal contact information will be redacted. |
| Def. 29t | | | Oltmann (by deposition) | | [May] Handwritten notes of Joseph Oltmann, described in the disclosure as his notes of the call he says he overheard (PBYRNE042816-042819). Offered on the falsity element as to his account, if the foundation is laid: as a recorded recollection under F.R.E. 803(5), to refresh recollection under F.R.E. 612, or, if the Plaintiff charges recent fabrication, as a prior consistent statement under F.R.E. 801(d)(1)(B); and, on the foundation that Mr. Oltmann communicated their content to the Defendant before June 26, 2021, under F.R.E. 105 for its effect on his state of mind. Authentication: by Mr. Oltmann, or under F.R.E. 901(b)(2) or (b)(4). |
| Def. 30 | | | Custodian of records of the Fulton County, Georgia elections office or of the Georgia Secretary of State (F.R.E. 902(4) or 902(11)) | | [May] Video recordings from the ceiling-mounted security cameras at the site where Fulton County, Georgia processed absentee ballots on the night of November 3-4, 2020 (State Farm Arena, Atlanta), as released by Fulton County or the Georgia Secretary of State. Offered on the falsity element, subject to the foundation it requires. Authentication: by a certified copy under F.R.E. 902(4), a certification under F.R.E. 902(11), or a witness under F.R.E. 901(b)(9). Not yet in the Defendant's file. |
| Def. 31a | | | Byrne; the person who prepared them | | [May] Charts concerning the reported results of the November 3, 2020 presidential election, each listed on its own line in the schedule served with this list and exchanged with its underlying data. Offered on the falsity element as summaries under F.R.E. 1006, or used as illustrative aids under F.R.E. 107, subject to the foundation each requires. Not yet in the Defendant's file in the form to be offered. |
| Def. 31b | | | Byrne; the person who prepared it | | [May] Graph of the reported presidential vote totals over time on November 3 and 4, 2020 in the closely contested States, exchanged with its underlying data. Same purpose and condition as Def. 31a. Not yet in the Defendant's file in the form to be offered. |
| Def. 32a | | | York; Coomer | | [May] Electronic mail of Sequoia Voting Systems in 2006, each listed on its own line, reporting the May 4, 2006 letter of Representative Carolyn B. Maloney to the Treasury Department |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | asking for review of the acquisition of Sequoia by Smartmatic, and the review by the Committee on Foreign Investment in the United States that followed. Offered on the falsity element, to show the fact and timing of that request and review and their circulation within Sequoia, and not for the truth of the news reports the messages contain. Each item is authenticated under F.R.E. 901(b)(4) as a document from the Defendant's production, or by Chris York: message of June 3, 2006 from Michelle Shafer to the list "Sequoia Email," subject "6/3/06 - Information on Recent Sequoia Smartmatic Media Reports" (PBYRNE005081-005083). |
| Def. 32b | | | York; Coomer | | [May] News digest of June 5, 2006 from Marilynn Bennett to Chris York, Dr. Coomer, and others, subject "06.05.06 Ledger for Today," listing a United Press International report of Rep. Maloney's request (PBYRNE008677-008678). Same purpose and authentication as Def. 32a. |
| Def. 32c | | | York; Coomer | | [May] News digest of July 26, 2006 from Marilynn Bennett to Chris York, Dr. Coomer, and others, subject "7.26.06 Ledger for Today" (PBYRNE008875-008876). Same purpose and authentication as Def. 32a. |
| Def. 32d | | | York | | [May] Message of October 29, 2006 from Michelle Shafer to Jennifer Pedone, employees of Smartmatic, and others, subject "This weekend's news articles on Sequopia-Smartmatic" [sic], forwarding news articles that report Rep. Maloney's May 4, 2006 letter and the review that followed (PBYRNE008605-008613). Same purpose and authentication as Def. 32a. |
| Def. 32e | | | York | | [May] Message of October 30, 2006 from Michelle Shafer to employees of Smartmatic and others, subject "Distribution Assistance Needed ASAP! - Information for your reference & for SVS customers" (PBYRNE007625-007630). Same purpose and authentication as Def. 32a. |
| Def. 32f | | | York | | [May] Message of November 1, 2006 from Michelle Shafer to employees of Smartmatic and others, subject "11/1/06 - Follow-up Information and News Clips from Monday's Sequoia-Smartmatic Press Conference" (PBYRNE009333-009339). Same purpose and authentication as Def. 32a. |
| Def. 32g | | | York; Coomer | | [May] News digest of November 6, 2006 from Marilynn Bennett to Raymond Bryan, copying Chris York, Dr. Coomer, and others, subject "11.06.06 Ledger for Today" (PBYRNE008692-008693). Same purpose and authentication as Def. 32a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 32h | | | York | | [May] Message of December 22, 2006 from Michelle Shafer to the list "Sequoia Email," subject "12/22 News Stories - Sequoia/Smartmatic" (PBYRNE007633-007639). Same purpose and authentication as Def. 32a. |
| Def. 33 | | | Byrne | | [May] Statement of Carolyn Maloney, Vice Chair, at a hearing of the Joint Economic Committee on February 13, 2008, on the benefits and risks of sovereign wealth funds investing in the United States and the reform of the Committee on Foreign Investment in the United States, two pages. Not produced in discovery (no production number); will be exchanged with the Plaintiff. [ |
| Def. 34a | | | Penrose | | [May] Reports and materials of the witnesses the Defendant disclosed on January 15, 2026, served with that disclosure or produced in discovery, each listed on its own line. As to each item the Defendant reviewed before June 26, 2021, offered on that foundation under F.R.E. 105 for its effect on his state of mind. On the falsity element, offered only as facts and data underlying the testimony of the witness who prepared it. F.R.E. 703, 705. Each is listed subject to the Court's ruling on the Report and Recommendation (Doc. 362) and the Defendant's objection to it: report of James T. Penrose, IV dated April 9, 2021, "Preliminary Assessment of Wireless Communications Technology for Michigan Voting Systems" (PBYRNE0001599-0001606). |
| Def. 34b | | | Penrose | | [May] Report of James T. Penrose, IV dated May 2, 2021, with Exhibits A through D (PBYRNE0001607-0001627). Same purpose as Def. 34a. |
| Def. 34c | | | Penrose | | [May] Report of James T. Penrose, IV dated May 15, 2021, with the notary page and a copy of United States Patent No. 8,876,002 B2 (PBYRNE0001684-0001707). Same purpose as Def. 34a. |
| Def. 34d | | | Lenberg | | [May] Test report of Jeffrey Lenberg dated April 7, 2021 (PBYRNE0001645-0001647). Same purpose as Def. 34a. |
| Def. 34e | | | Lenberg | | [May] Executive summary of Jeffrey Lenberg dated May 3, 2021 on the ElectionSource project files, with Exhibit A and his curriculum vitae (PBYRNE0001628-0001644). Same purpose as Def. 34a. |
| Def. 34f | | | Lenberg | | [May] Report of Jeffrey Lenberg dated May 9, 2021, "Preliminary Report of Subversion in the Antrim County Election Management System, Results Tallying and Reporting Application" (PBYRNE0001648-0001663). Same purpose as Def. 34a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 34g | | | Lenberg; Coomer | | [May] Report of Jeffrey Lenberg on Barry County, Michigan dated May 15, 2021 (PBYRNE0001664-0001683; marked as Defendant's Exhibits 4 and 4A at the January 27, 2026 deposition of Dr. Coomer). Same purpose as Def. 34a. |
| Def. 34h | | | Lenberg | | [May] Report of Jeffrey Lenberg dated May 16, 2021, "Summary of Security Deficiencies in the Antrim County Voting Systems" (PBYRNE0001708-0001722). Same purpose as Def. 34a. |
| Def. 34i | | | Lenberg | | [May] Preliminary report of Jeffrey Lenberg dated May 18, 2021 on the presidential vote counts in Helena Township (PBYRNE0001723-0001725). Same purpose as Def. 34a. |
| Def. 34j | | | Lenberg | | [May] Report of Jeffrey Lenberg dated June 9, 2021, "Case Study Banks Township - Antrim County Election Management Server Found to be Subverted" (PBYRNE0001734-0001771). Same purpose as Def. 34a. |
| Def. 34k | | | Lenberg | | [May] Report of Jeffrey Lenberg dated June 9, 2021, "Centralized Subversion of Election Vote Totals and Paper Tapes," served with the Defendant's January 15, 2026 disclosure at pages 265 through 280 (no production number). Same purpose as Def. 34a. |
| Def. 34l | | | Lenberg | | [May] Report of Jeffrey Lenberg dated June 9, 2021 on ballot reversals in Central Lake Township (PBYRNE0001772-0001780). Same purpose as Def. 34a. |
| Def. 34m | | | Lenberg | | [May] Report of Jeffrey Lenberg dated June 9, 2021, "Missing Evidence for Evaluation of Antrim County Election, Official Ballots are Easily Fabricated, and Official Ballot PDFs Flawed Making for Errors in Processing" (PBYRNE0001781-0001788). Same purpose as Def. 34a. |
| Def. 34n | | | Lenberg; Penrose | | [May] "Assessment of Halderman Expert Report Dated March 26, 2021," by Jeffrey Lenberg and James T. Penrose, IV, dated June 23, 2021, with the notary page (PBYRNE0001789-0001797). Same purpose as Def. 34a. |
| Def. 34o | | | Cotton | | [May] Affidavit of Benjamin R. Cotton dated April 8, 2021, captioned in *Bailey v. Antrim County*, No. 20-9238-CZ (Circuit Court for the County of Antrim, Michigan) (PBYRNE0001575-0001580). Same purpose as Def. 34a. |
| Def. 34p | | | Cotton | | [May] Affidavit of Benjamin R. Cotton dated June 8, 2021, captioned in the same action (PBYRNE0001726-0001733). Same purpose as Def. 34a. |
| Def. 34q | | | Cotton | | [May] Declaration of Benjamin R. Cotton dated January 15, 2026, prepared for this action and served as his report with the |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Defendant's January 15, 2026 expert disclosure at pages 70 through 89 (no production number). Same purpose as Def. 34a. |
| Def. 34r | | | Speckin | | [May] Report of Erich Speckin dated September 15, 2022 concerning Fulton County, Pennsylvania, as filed October 26, 2022 as Exhibit K in Commonwealth Court of Pennsylvania No. 277 MD 2021 (PBYRNE0001856-0001861). Same purpose as Def. 34a. |
| Def. 34s | | | Cook; Gould | | [May] Mesa County Forensic Report No. 1 dated September 15, 2021, served with the Defendant's January 15, 2026 disclosure at pages 307 through 391 (no production number). Same purpose as Def. 34a. |
| Def. 34t | | | Gould | | [May] Mesa County Forensic Report No. 2 dated February 28, 2022, with the Clerk's cover letter, served with the same disclosure at pages 392 through 537 (no production number). Same purpose as Def. 34a. |
| Def. 34u | | | Daugherity; O'Donnell | | [May] Mesa County Forensic Report No. 3 dated March 19, 2022, with the biographies of its authors, served with the same disclosure at pages 538 through 626 (no production number). Same purpose as Def. 34a. |
| Def. 34v | | | Speckin | | [May] Report of Erich Speckin, Speckin Forensic Laboratories LLC, "Forensic Examination Report, 2020 and 2022 United States Election," undated, prepared for this action, with Attachment A (Maricopa County, Arizona), Attachment B (Wayne County, Michigan), Attachment C (Irving Township, Michigan), Attachment D (Fulton County, Pennsylvania), Attachment E (various counties, State of Georgia), and his curriculum vitae, served with the Defendant's January 15, 2026 disclosure at pages 8 through 49 (no production number). Same purpose as Def. 34a. |
| Def. 34w | | | Cotton | | [May] Curriculum vitae of Benjamin R. Cotton, as appended to the copy of Def. 34q in the Defendant's file (six pages; no production number). Same purpose as Def. 34a, and offered to the Court under F.R.E. 104(a) on his qualifications if he is permitted to testify to any opinion. |
| Def. 35 | | | Cotton | | [May] Report of Benjamin R. Cotton titled "Coffee County EMS Cybersecurity Report," in the version updated October 14, 2026, on the cybersecurity of the Dominion Democracy Suite 5.5A election management system used in Coffee County, Georgia in the November 3, 2020 general election, prepared from forensic images provided to him by Stephanie Lambert Law. Not served with the Defendant's January 15, 2026 disclosure and not |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | produced (no production number). Same purpose as Def. 34a. |
| Def. 36 | | | Halderman (adverse) if called | | [May] Declaration of J. Alex Halderman, with his curriculum vitae as Exhibit 1 (EC 008648-008725), served with the Plaintiff's First Amended Expert Disclosures (Def. 81). Offered on cross-examination of Dr. Halderman if the Plaintiff calls him. Paragraphs 11 and 34 are also listed as Def. 22 (Joint 13) for the purposes stated there. |
| Def. 37 | | | Rothschild (adverse) if called | | [May] Declaration of Mike Rothschild executed April 14, 2025, with his résumé (EC 008726-008794), served with the Plaintiff's First Amended Expert Disclosures (Def. 81) as his expert report, on the QAnon movement and its asserted connections to The Deep Rig and to Dr. Byrne. Offered on cross-examination of Mr. Rothschild if the Plaintiff calls him. |
| Def. 38 | | | Bania (adverse); Coomer | | Listed as Joint 14, as to the parts stated below only. [May] Expert Report of Doug Bania dated October 30, 2025 (EC 008795-008844), including paragraphs 31 and 53 (EC 008806, EC 008813), footnote 28 (EC 008804), and Schedule 3 (EC 008842-008843). Offered on the defense of failure to mitigate, as to the statements in paragraphs 31 and 53 that a reputation-repair campaign is needed, with every dollar figure redacted unless the Court denies Part J of the Defendant's Second Motion in Limine, and for the cross-examination of Mr. Bania. If Mr. Bania does not testify, those statements are offered under F.R.E. 801(d)(2)(B), the Plaintiff having designated him as a testifying expert and served this report with his First Amended Expert Disclosures, at 4 (Def. 81), and under F.R.E. 801(d)(2)(C) in the alternative. Designated confidential. |
| Def. 39 | | | Coomer; Vedi | | [Will] Electronic mail from Eric D. Coomer, Sequoia Voting Systems, dated June 15, 2007, to fifteen recipients at Sequoia Voting Systems including himself, subject "RE: WinEDS WorkStation Release Version 4.0.016" (PBYRNE002048-002049). The exhibit is those two pages and no other item. Page PBYRNE002048 carries Dr. Coomer's own message. It states the network location of the release; states, under the heading "Server release notes:", that "[e]xtensive structural changes were made to the precinct, registration, and consolidated precincts tables in the database"; records, under the heading "Machine level changes:" and the line "6/15/07 ECoomer," the addition of "Option_ID 608 for saving ballot images, added 608 option ID to machine type options for 400C machine"; states that "[t]he 400C export is currently broken due to the registration changes on the precinct table"; records, under the heading "Election Changes:", the |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | addition of the BALLOT_PSD_FORCED table; records, under the heading "Procedure changes" and the line "6/13/07 ECoomer," the addition of the stored procedure "up_Manual_Entry_Cart_Status_Entry_Mode_Update"; and closes with his signature block identifying him as Senior Database Analyst, Sequoia Voting Systems, Denver, Colorado. Beneath Dr. Coomer's message, and continuing onto page PBYRNE002049, the same two pages carry the message of June 15, 2007 from Puneet Vedi to which Dr. Coomer replied, with a release-notes defect table of ten entries, and the transmission headers. Offered on the falsity element. Dr. Coomer's own words in his message are offered as statements of a party opponent. F.R.E. 801(d)(2)(A). The Vedi message and the defect table beneath it are offered, if at all, as material Dr. Coomer transmitted with his reply and adopted, under F.R.E. 801(d)(2)(B), on the foundation F.R.E. 104(b) requires, and not for the truth of anything Mr. Vedi asserted unless that foundation is laid. Authentication: F.R.E. 901(b)(4), on the distinctive characteristics of the message, its internal Sequoia addresses, its subject line, and its transmission headers, and because the document comes from the Defendant's own production; in the alternative, by Dr. Coomer. Not offered to prove the Plaintiff's character or political views. |
| Def. 40a | | | Coomer; York | | [May] Electronic mail and records of Sequoia Voting Systems, each listed on its own line, offered on the falsity element. Dr. Coomer's own messages are offered as statements of a party opponent under F.R.E. 801(d)(2)(A). Each item is authenticated under F.R.E. 901(b)(4) as a document from the Defendant's production, or by Dr. Coomer or Chris York. Credentials, network addresses, and personal identifiers will be redacted: message of March 16, 2007 from Eric Coomer announcing a refreshed WinEDS server installation for version 3.1.097, sent to a list that includes recipients at smartmatic.com addresses (PBYRNE002050). |
| Def. 40b | | | Coomer; York | | [May] Message of December 21, 2006 from Eric Coomer posting server build 3.1.081 to a file-transfer site (PBYRNE002218). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40c | | | Coomer; York | | [May] Message of December 22, 2006 on the same subject (PBYRNE002273). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40d | | | Coomer; York | | [May] Message of July 14, 2006 from Eric Coomer concerning build 3.1.041 and the tally process (PBYRNE002263-002268). |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Same purpose and authentication as Def. 40a. |
| Def. 40e | | | Coomer; York | | [May] Release notes of March 20, 2007 for build 3.1.098 (PBYRNE002260-002261). Same purpose and authentication as Def. 40a. |
| Def. 40f | | | Coomer; York | | [May] Message of November 16, 2006 from Eric Coomer concerning server test build 3.1.075 (PBYRNE002540-002541). Same purpose and authentication as Def. 40a. |
| Def. 40g | | | Coomer; York | | [May] Message of August 15, 2006 from Salima Allarakhia to Dr. Coomer and others concerning the HAAT Listener environment, with her reply of the same date that quotes it (PBYRNE005748). The original message, in another rendering, was marked as Defendant's Exhibit 7 at the January 27, 2026 deposition of Dr. Coomer. Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40h | | | Coomer; York | | [May] Message of December 22, 2005 from Fernando Hernández, at a smartmatic.com address, to Dr. Coomer and others concerning the HAAT Listener, as forwarded the same day by Tom Sweet to Chris York and Salima Allarakhia (PBYRNE008004-008005). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40i | | | Coomer; York; Vedi | | [May] Message of April 28, 2006 concerning SPR host issues, copied to Dr. Coomer (PBYRNE008313-008314; marked as Defendant's Exhibit 10 at the January 27, 2026 deposition of Dr. Coomer). Same purpose and authentication as Def. 40a. |
| Def. 40j | | | Coomer; York | | [May] Message of October 11, 2006 from Salima Allarakhia to Chris York and others, subject "Nevada Databases" (PBYRNE005636), marked as Defendant's Exhibit 1 at the January 27, 2026 deposition of Dr. Coomer and identified in the transcript index as "COOMER TOOL." Same purpose and authentication as Def. 40a. |
| Def. 40k | | | Coomer; York | | [May] Message of August 6, 2007 from Salima Allarakhia to Chris York, subject "FW: WinEds1 Server," forwarding her message of the same date to Dr. Coomer and others announcing an upgrade of the WinEds1 server (PBYRNE005491), marked, in another rendering, as Defendant's Exhibit 5 at the January 27, 2026 deposition of Dr. Coomer. Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40l | | | Coomer; York | | [May] Message of August 1, 2007 from Fernando Hernández, at a smartmatic.com address, to Chris York, subject "RE: Hardware and Software Specs," stating hardware and software specifications |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | for the HAAT Listener (PBYRNE005720-005721; produced in another rendering at BYRNE002014-002015), marked, in a third rendering, as Defendant's Exhibit 6 at the January 27, 2026 deposition of Dr. Coomer. Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40m | | | Coomer; York | | [May] Sequoia Voting Systems organization chart dated May 12, 2006 ("Sequoia Organization 20060512v1"), twenty slides, produced as the native attachment "Sequoia Organization5.06.ppt" to the message of May 15, 2006 titled "FROM THE DESK OF JACK BLAINE: Sequoia Organization" (PBYRNE007661-007665), marked as Defendant's Exhibit 9 at the January 27, 2026 deposition of Dr. Coomer. Same purpose and authentication as Def. 40a. |
| Def. 40n | | | Coomer; York | | [May] Message of April 5, 2006 from Eric Coomer, subject "Updated Server build," announcing an update to the WinEDS server build and listing, under his name, changes to the tally process, including the Tally_Verify table (PBYRNE002461-002462). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40o | | | Coomer; York | | [May] Message of June 28, 2006 from Eric Coomer, subject "layout generation," stating that he restored the certification laptop to a version of the certification databases and "modified the code to fix this issue" (PBYRNE003023). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40p | | | Coomer; York | | [May] Message of July 5, 2006 from Eric Coomer, subject "RE: WinEDS Release V3.1.040," stating that the server build was ready to test and that he "reverted all changes to code prior to 7/3," as forwarded the same day (PBYRNE006492-006493). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40q | | | Coomer; York | | [May] Message of August 24, 2006 from Eric Coomer, subject "Post 'Validation/Verification' scripts back-end only," describing two stored procedures that run validation checks on the WinEDS database from Query Analyzer (PBYRNE002498-002499). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40r | | | Coomer; York | | [May] Message of October 19, 2006 from Eric Coomer, subject "RE: X of Y problem in City of Chicago, database posted," stating that a change he made for one tally type affects the recalculation for another, as forwarded on November 16, 2006 (PBYRNE006533-006534). Same purpose, authentication, and redactions as Def. 40a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 40s | | | Coomer; York | | [May] Message of February 23, 2007 from Eric Coomer, subject "WinEDS Release V3.1.091," stating that he altered the default ballot header creation and that he would work from home and could be reached by messenger (PBYRNE002576-002578). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40t | | | Coomer; York | | [May] Message of March 2, 2007 from Eric Coomer, subject "FTP Release," posting WinEDS release 3.1.092 to a file-transfer site, sent to a list that includes recipients at smartmatic.com addresses (PBYRNE005771). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40u | | | Coomer; York | | [May] Message of May 4, 2007 from Eric Coomer, subject "FW: WinEDS WorkStation Release V4.0.008," stating in the server release notes that database triggers and other protections were added for functions, procedures, triggers, and the tally_machine, turnout_machine, and event_log tables (PBYRNE002053-002054). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40v | | | Coomer; York | | [May] Message of August 6, 2007 from Eric Coomer, subject "WinEDS v4.0.034," stating that WinEDS "now uses securely hashed passwords," with a change log listing his changes to stored procedures (PBYRNE002067-002070). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40w | | | Coomer; York | | [May] Message of August 9, 2007 from Eric Coomer, subject "WinEDS v4.0.035," stating that "[t]ally has (once again) been significantly redesigned," with a change log listing his changes to tally and cartridge procedures (PBYRNE002553-002555). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40x | | | Coomer; York | | [May] Message of August 10, 2007 from Eric Coomer, subject "RE: Security Training," concerning WinEDS security changes then being designed, developed, and implemented (PBYRNE005884-005885). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 40y | | | Coomer; York | | [May] Message of August 20, 2007 from Eric Coomer stating that he updated the server installation build for WinEDS v4.0.037 to fix the default administrator logon during profile creation, as forwarded on August 21, 2007 (PBYRNE007166). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 41a | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or | | [May] United States patents naming Eric Coomer among the inventors and Dominion Voting Systems Inc. as the original assignee, each listed on its own line, offered on the falsity |

| | | | | | |
|---|---|---|---|---|---|
| | | | judicial notice (F.R.E. 201) | | element: Patent No. 8,910,865 B2, dated December 16, 2014, “Ballot Level Security Features for Optical Scan Voting Machine Capable of Ballot Image Processing, Secure Ballot Printing, and Ballot Layout Authentication and Verification” (marked as Defendant’s Exhibit 8 at the January 27, 2026 deposition of Dr. Coomer). |
| Def. 41b | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent No. 8,913,787 B2, dated December 16, 2014, “Ballot Adjudication in Voting Systems Utilizing Ballot Images.” Same purpose as Def. 41a. |
| Def. 41c | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent No. 9,202,113 B2, dated December 1, 2015, “Ballot Adjudication in Voting Systems Utilizing Ballot Images.” Same purpose as Def. 41a. |
| Def. 41d | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent No. 8,876,002 B2, dated November 4, 2014, “Systems for Configuring Voting Machines, Docking Device for Voting Machines, Warehouse Support and Asset Tracking of Voting Machines” (a copy is also within Def. 34c). Same purpose as Def. 41a. |
| Def. 41e | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent No. 8,864,026 B2, dated October 21, 2014, “Ballot Image Processing System and Method for Voting Machines.” Same purpose as Def. 41a. |
| Def. 41f | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent No. 8,714,450 B2, dated May 6, 2014, “Systems and Methods for Transactional Ballot Processing, and Ballot Auditing.” Same purpose as Def. 41a. |
| Def. 41g | | | Coomer; certified copy (28 U.S.C. § 1744; F.R.E. 902(4)) or judicial notice (F.R.E. 201) | | [May] Patent Application Publication No. US 2012/0145784 A1, published June 14, 2012, naming Eric Coomer, Larry Korb, and Brian Glenn Lierman as inventors, bearing the same title as Def. 41a, “Ballot Level Security Features for Optical Scan Voting Machine Capable of Ballot Image Processing, Secure Ballot Printing, and Ballot Layout Authentication and Verification,” paragraphs [0050] and [0051] (produced by the Plaintiff without a production number). Offered on the falsity element. |
| Def. 42a | | | Coomer; York | | [May] Message of October 23, 2005 from Eric Coomer, subject |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | "BackupRestore Utility," stating that he had "created a new exe for the backup/restore utility" for profile and election databases and that "[t]he utility has been extensively upgraded," as forwarded on October 24, 2005 (PBYRNE006801). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42b | | | Coomer; York | | [May] Message of October 27, 2005 from Eric Coomer, subject "RE: Backup Restore Utility," stating that he had changed the backup restore utility to fix an issue "when trying to backup/restore to a remote server" and that, for a remote server, "I will need to set up the proper share on that server first" (PBYRNE006802). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42c | | | Coomer; York | | [May] Message of December 9, 2005 from Eric Coomer, subject "RE: WinEDS Build V3.0.160," stating that he had "updated the profile.sql script that creates this field in the election table in the profile database" and directing recipients to apply an SQL patch for build 160 (PBYRNE002571). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42d | | | Coomer; York | | [May] Message of January 11, 2006 from Eric Coomer to Tom Sweet, subject "RE: HAAT Insight Controller Test," transmitting "the script to clear the tables in the HAATListener database" (attachment HAATListener_clear.sql), as forwarded the same day (PBYRNE006639). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42e | | | Coomer; York | | [May] Defect record for WinEDS 3.1 defect #4131, including the entry "Eric Coomer <ecoomer>, 4/27/2006: fixed ready to test v3.1.025 updated up_LayoutStyles3c to truncate precinct name to 15 characters," within messages of March 13 and 14, 2007 (PBYRNE007086-007087). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42f | | | Coomer; York | | [May] Messages of September 14, 2006 from Eric Coomer, subject "WinEDS build 3.1.069 Server Addendum," announcing "a significant change to the way the Election configuration (hash) value is calculated in WinEDS," stating that setting a contest off-ballot after a cartridge is created "causes a shift in the undervotes," and describing when election version validation will fail, sent to a list that includes recipients at smartmatic.com addresses (PBYRNE002613-002614). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42g | | | Coomer; York | | [May] Message of November 30, 2006 from Eric Coomer, subject "WinEDS build v3.1.077," with server release notes stating "I have |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | now ordered the tally process" and "[t]he vote integrity process has been fixed to filter out print-only contests (Defect 4812)," and listing defects assigned to him, sent to a list that includes recipients at smartmatic.com addresses (PBYRNE002445-002446). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42h | | | Coomer; York | | [May] Message of December 7, 2006 from Eric Coomer, subject "v3.1.078 Server update," stating "I have updated the v3.1.078 to fix several syntax errors in the code," sent to a list that includes recipients at smartmatic.com addresses (PBYRNE002308). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42i | | | Coomer; York | | [May] Message of December 18, 2006 from Eric Coomer, subject "WinEDS v3.1.080," with server release notes describing new logging of events in the Cartridge_Status table, "including when a cartridge is read or migrated from the haat, when it is deleted, when the tally first picks it up," and new New York City rotation logic (PBYRNE002361-002363). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 42j | | | Coomer; York | | [May] Message of July 25, 2007 from Richard Wolfgang, subject "FW: WinEDS Server v4.0.032," forwarding WinEDS server release notes that close with Eric Coomer's signature block and list changes by developer "Ecoomer," including a procedure (TD_EVENT_LOG) that "protects against deletions from the Event_Log table" in the profile database and a procedure that "disables protection on the event_Log table and truncates entries" from the event_log and election tables when a profile is copied to a new database (PBYRNE002105-002106). Same purpose, authentication, and redactions as Def. 40a. |
| Def. 43a | | | Coomer; Leaf | | [May] Electronic mail and messages sent by Eric Coomer while employed by Dominion Voting Systems, as posted publicly in 2024 by Dar Leaf, Sheriff of Barry County, Michigan, each listed on its own line, offered on the falsity element, as to Dr. Coomer's own messages as statements of a party opponent under F.R.E. 801(d)(2)(A), and as to the messages of others only for context and not for the truth of the matters asserted. Authentication: by Dr. Coomer, by the production numbers each item bears, or under F.R.E. 901(b)(4); Sheriff Leaf as to the posting. Each item bears a confidentiality legend from another action and is identified here by neutral description only, and personal identifiers will be redacted: message of August 3, 2018 from Eric Coomer to Ivan Vukovic, Waldeep Singh, and another, with the messages to which |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | it replies (DOM_DC07684017-07684019). |
| Def. 43b | | | Coomer; Leaf | | [May] Electronic mail chain of January 8, 2020, the last message from David Moreno, including messages from Eric Coomer to Gio Costantiello and David Moreno, copying Nick Ikonomakis (DOM_DC00018168-00018170). Same purpose as Def. 43a. |
| Def. 43c | | | Coomer; Leaf | | [May] Electronic mail of January 22 and 23, 2020 from Eric Coomer to Sheree R. Noell, with the messages to which it replies (DOM_DC00037442-00037443). Same purpose as Def. 43a. |
| Def. 43d | | | Coomer; Leaf | | [May] Electronic mail of January 23, 2020 from Eric Coomer to John Poulos, Kay Stimson, Nick Ikonomakis, and Nicole Nollette, with the messages to which it replies (DOM_DC00037444). Same purpose as Def. 43a. |
| Def. 43e | | | Coomer; Leaf | | [May] Electronic mail of January 23, 2020 from Eric Coomer to Sheree R. Noell, with his messages of the same date to Waldeep Singh and David Moreno (DOM_DC00037460-00037462). Same purpose as Def. 43a. |
| Def. 43f | | | Coomer; Leaf | | [May] Electronic mail chains of March 2 and 3, 2020, the last messages from Nick Ikonomakis, including messages from Eric Coomer to Alyssa Prohaska and Nick Ikonomakis, copying Nicole Nollette and Tom Young (DOM_DC00043804-00043805 and DOM_DC00043826-00043828). Same purpose as Def. 43a. |
| Def. 43g | | | Coomer; Leaf | | [May] Electronic mail of March 19, 2020 from Eric Coomer, with the messages to which it replies (DOM_DC01432580-01432586). Same purpose as Def. 43a. |
| Def. 43h | | | Coomer; Leaf | | [May] Electronic mail of March 28, 2020 from Eric Coomer, with the messages to which it replies (DOM_DC01434307-01434309). Same purpose as Def. 43a. |
| Def. 43i | | | Coomer; Leaf | | [May] Electronic mail of March 27 and 28, 2020 from Eric Coomer, including his message to Nicole Nollette and Mark McKinney (DOM_DC01434313-01434316). Same purpose as Def. 43a. |
| Def. 43j | | | Coomer; Leaf | | [May] Electronic mail of March 31 and April 1, 2020 from Eric Coomer, including his messages to Nicole Nollette and Ronald Morales (DOM_DC01435890-01435894). Same purpose as Def. 43a. |
| Def. 43k | | | Coomer; Leaf | | [May] Electronic mail chain of April 10, 2020, the last message from David Moreno, including a message from Eric Coomer to Barry Herron and David Moreno, copying Sheree R. Noell (DOM_DC00002057-00002060). Same purpose as Def. 43a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 43l | | | Coomer; Leaf | | [May] Electronic mail chain of July 8, 2020, the last message from Ian Piper, including three messages from Eric Coomer to Ian Piper (DOM_DC00045992-00045995). Same purpose as Def. 43a. |
| Def. 43m | | | Coomer; Leaf | | [May] Electronic mail of August 7, 2020 from Eric Coomer to Dana LaTour, copying Sheree R. Noell, with the messages to which it replies (DOM_DC00073527-00073531). Same purpose as Def. 43a. |
| Def. 43n | | | Coomer; Leaf | | [May] Electronic mail of August 14, 2020 from Eric Coomer to Barry Herron and Sheree R. Noell, with the message to which it replies (DOM_DC00002470-00002471). Same purpose as Def. 43a. |
| Def. 43o | | | Coomer; Leaf | | [May] Electronic mail of September 29, 2020 from Eric Coomer, including his message of the same date to Jeremy Holck (DOM_DC01444157-01444161). Same purpose as Def. 43a. |
| Def. 43p | | | Coomer; Leaf | | [May] Electronic mail of October 1, 2020 from Eric Coomer, with the messages to which it replies (DOM_DC01444256-01444259). Same purpose as Def. 43a. |
| Def. 43q | | | Coomer; Leaf | | [May] Message of October 1, 2020 from Eric Coomer to Alyssa Prohaska (DOM_DC04245097). Same purpose as Def. 43a. |
| Def. 43r | | | Coomer; Leaf | | [May] Electronic mail of October 21, 2020 from Eric Coomer to Sheree R. Noell, with the messages to which it replies and its attachment (beginning DOM_DC02652002). Same purpose as Def. 43a. |
| Def. 43s | | | Coomer; Leaf | | [May] Electronic mail of October 30 and 31, 2020 from Eric Coomer to Goran Obradovic, Alex Soto Vasquez, Mark McKinney, Paul Chavez-Casanova, Sheannse Smith, and Martijn Punt, copying Xenofon Marangos and others, with the messages in the same chain (DOM_DC00370343-00370350). Same purpose as Def. 43a. |
| Def. 43t | | | Coomer; Leaf | | [May] Electronic mail of November 3, 2020 from Eric Coomer to Mark McKinney, Sheannse Smith, Paul Chavez-Casanova, Xenofon Marangos, Ronald Morales, Alex Soto Vasquez, and Goran Obradovic, copying Martijn Punt, Ranko Stamatovic, Nicole Nollette, and Nick Ikonomakis, with the messages in the same chain (DOM_DC00370398-00370401). Same purpose as Def. 43a. |
| Def. 43u | | | Coomer; Leaf | | [May] Two messages of November 8, 2020 from Eric Coomer to Ivan Vukovic (DOM_DC04245227-04245228). Same purpose as |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Def. 43a. |
| Def. 44 | | | Certified court records (F.R.E. 902(4)); judicial notice requested (F.R.E. 201) | | [Will] Certified copy of the complaint filed by Eric Coomer, Ph.D. on December 22, 2020 in the District Court for the City and County of Denver, Colorado, cover page and the paragraphs alleging the account at issue and the resulting harm. Offered on causation and apportionment, to show the existence and date of the action and the account it concerned, and not for the truth of its allegations. |
| Def. 45a | | | Coomer; Oltmann (by deposition); Papas; self-authenticating or by certification | | [Will] The podcast episode of November 9, 2020 in which Joseph Oltmann first published the account at issue (recording and transcript; transcript at EC 000599-000728, with the transcriber's certificate at EC 000729), authenticated by a F.R.E. 902(13) or 902(14) certification served with written notice, by the designated excerpts of the June 9, 2026 deposition of Joseph Oltmann, or by judicial notice of the fact and date of publication (F.R.E. 201). Offered on causation and apportionment, to show that the account was published and when, and not for the truth of the matters asserted. |
| Def. 45b | | | Coomer; Hoft; self-authenticating or by certification | | [Will] Items published in November 2020 by The Gateway Pundit (Def. 45b through 45f and 45j) and by One America News Network or its correspondent (Def. 45g through 45i, 45k, and 45l) reporting the account at issue, each listed on its own line, with a F.R.E. 902(13) or 902(14) certification and the written notice the rule requires, offered on causation and apportionment and not for the truth of the matters asserted: article of November 13, 2020 by Jim Hoft, The Gateway Pundit, "Dominion Voting Systems Officer of Strategy and SECURITY Eric Coomer Admitted in 2016 Vendors and Election Officials Have Access to Manipulate the Vote" (EC 000762-000769). |
| Def. 45c | | | Coomer; Hoft; self-authenticating or by certification | | [Will] Article of November 14, 2020 by Jim Hoft, The Gateway Pundit, "Report: Anti-Trump Dominion Voting Systems Security Chief Was Participating in Antifa Calls, Posted Antifa Manifesto Letter to Trump Online," https://www.thegatewaypundit.com/2020/11/report-anti-trump-dominion-voting-systems-security-chief-participating-antifa-calls-posted-antifa-manifesto-letter-trump-online/. Same purpose and authentication as Def. 45b. |
| Def. 45d | | | Coomer; Hoft; self-authenticating or by certification | | [Will] Article of November 16, 2020 by Jim Hoft, The Gateway Pundit, "Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath - His Internet Profile Is Being Deleted and Erased (AUDIO)," |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/. Same purpose and authentication as Def. 45b. |
| Def. 45e | | | Coomer; Hoft; self-authenticating or by certification | | [Will] Article of November 24, 2020 by Jim Hoft, The Gateway Pundit, "NEW ERIC COOMER VIDEO UNCOVERED: Admits in 2015 Dominion Machines DO NOT Have Ability to Root Out Fraudulent Ballots (VIDEO)," https://www.thegatewaypundit.com/2020/11/new-eric-coomer-video-uncovered-admits-2015-dominion-machines-not-ability-spit-fraudulent-ballots-video/. Same purpose and authentication as Def. 45b. |
| Def. 45f | | | Coomer; Hoft; self-authenticating or by certification | | [Will] Article of November 26, 2020 by Jim Hoft, The Gateway Pundit, "Dominion Employees Are Hiding at Home and Working Remotely - Not a Peep from Trump-Hating Executive Eric Coomer" (EC 002001). Same purpose and authentication as Def. 45b. |
| Def. 45g | | | Coomer; Herring; custodian of records of X Corp.; self-authenticating or by certification | | [Will] Post of One America News Network on Twitter, November 17, 2020, promoting "Dominion-izing the Vote," https://twitter.com/OANN/status/1328715483701395458. Same purpose and authentication as Def. 45b. |
| Def. 45h | | | Coomer; Herring; custodian of records of Google LLC (YouTube); self-authenticating or by certification | | [Will] Program of One America News Network, "OANN Investigation: Dominion-izing the Vote," first aired November 21, 2020, as posted at https://www.youtube.com/watch?v=746HTjhFifA. Same purpose and authentication as Def. 45b. |
| Def. 45i | | | Coomer; Herring; custodian of records of X Corp.; self-authenticating or by certification | | [Will] Post of One America News Network on Twitter, November 24, 2020, "Dominion Executive: Trump is not going to win. I made f***ing sure of that.," https://twitter.com/OANN/status/1331248496553455619. Same purpose and authentication as Def. 45b. |
| Def. 45j | | | Coomer; Hoft; Oltmann; custodian of records of Google LLC (YouTube); self-authenticating or by certification | | [May] Video interview of Joseph Oltmann by James Hoft posted November 13, 2020, https://www.youtube.com/watch?v=IbqNLx1KXDw (publication 11 in Exhibit A-1 to Def. 56). Same purpose and authentication as Def. 45b. |
| Def. 45k | | | Coomer; Herring; custodian of records of | | [May] Post on Twitter by Chanel Rion of One America News Network, November 17, 2020, |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | X Corp.; self-authenticating or by certification | | https://twitter.com/ChanelRion/status/1328708263634939905 (screen captures at EC 001991 and, as retweeted by Donald Trump Jr., EC 001992). Same purpose and authentication as Def. 45b. |
| Def. 45l | | | Coomer; Herring; custodian of records of X Corp.; self-authenticating or by certification | | [May] Post on Twitter by Chanel Rion of One America News Network, November 21, 2020, https://twitter.com/ChanelRion/status/1330196983966019586. Same purpose and authentication as Def. 45b. |
| Def. 46 | | | Certifications and the underlying exhibits | | [Will] Chronology of publications of the account concerning Eric Coomer, November 2020 through June 2021, prepared from Joint 1 and Def. 44, 45a through 45l, 55, and 60 and exchanged with them. The chronology states five points: November 9, 2020; November and December 2020; December 22, 2020; May 14, 2021; and June 26, 2021. Offered as a pedagogical aid under F.R.E. 611(a), for use in examination and argument and not to be sent to the jury room; and, in the alternative, as a summary under F.R.E. 1006. |
| Def. 47 | | | Coomer; Oltmann; Herring (or a custodian of records); Lucescu (by deposition) | | Listed as Joint 2. [May] Electronic mail of November 10, 2020 from Joseph Oltmann to Taylor Scott, subject “Re: Voter Fraud Follow Up” (Lucescu Dep. Ex. 10, Bates OAN 000002-000004; also produced by the Plaintiff at EC 001930-001932). Offered on causation and apportionment, to show that Mr. Oltmann provided his account in writing on that date and the terms in which he provided it, and to identify Mr. Oltmann as the speaker named “Mr. Otto” in Def. 45a; not offered for the truth of the matters asserted. |
| Def. 48a | | | Coomer; self-authenticating or by certification | | [May] Items published by persons other than the Defendant reporting the account at issue, each listed on its own line, offered on causation and apportionment and not for the truth of the matters asserted, and authenticated by a F.R.E. 902(13) or 902(14) certification served with written notice or by a witness: article published at conservativefighters.org dated November 15, 2020, as printed January 25, 2021 (EC 001004-001017). |
| Def. 48b | | | Coomer; self-authenticating or by certification | | [May] Article published by Headlines 360 news dated November 15, 2020 (EC 001018-001023). Same purpose and authentication as Def. 48a. |
| Def. 48c | | | Coomer; Hoft | | [May] Article published by YourNews dated November 15, 2020, bylined Jim Hoft (EC 001035-001045). Same purpose and authentication as Def. 48a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 48d | | | Coomer; self-authenticating or by certification | | [May] Post by Daniel Rydstedt dated November 16, 2020 (EC 001046-001048). Same purpose and authentication as Def. 48a. |
| Def. 48e | | | Coomer; self-authenticating or by certification | | [May] Article published by Populist Press dated November 16, 2020 (EC 001053-001061). Same purpose and authentication as Def. 48a. |
| Def. 48f | | | Coomer; self-authenticating or by certification | | [May] Article by Faye Higbee posted November 18, 2020 (EC 001104-001110). Same purpose and authentication as Def. 48a. |
| Def. 48g | | | Coomer; self-authenticating or by certification | | [May] Article by National File dated November 30, 2020, as republished at Banned.Video (EC 001118-001121). Same purpose and authentication as Def. 48a. |
| Def. 48h | | | Coomer; Corporon | | [May] Transcript of the broadcast "Wake Up with Randy Corporon," Hour 2, November 14, 2020 (EC 000981-000995). Same purpose and authentication as Def. 48a. |
| Def. 48i | | | Coomer; Oltmann; self-authenticating or by certification | | [May] Transcript of "Interview with Joe Oltmann, November 17 Episode, Peter Boyles On Demand" (EC 001091-001100). Same purpose and authentication as Def. 48a. |
| Def. 48j | | | Coomer; self-authenticating or by certification | | [May] Article published by OpsLens, "Eric Coomer Dominion Voting Ties To German Antifa Is Foreign Interference," bylined CD Media, dated November 15, 2020, as captured on a page headed "Thursday, November 19th" (EC 001030-001034). Same purpose and authentication as Def. 48a. |
| Def. 48k | | | Coomer; self-authenticating or by certification | | [May] Article by Ethan Huff published at deepstate.news dated November 17, 2020, "Dominion executive admits fixing election to ensure 'Trump's not gonna win'" (EC 001089-001090). Same purpose and authentication as Def. 48a. |
| Def. 48l | | | Coomer; self-authenticating or by certification | | [May] Post on Facebook by the account "Pam Edwards" dated November 19, 2020, on a page titled "Ben Shapiro," stating "This man should have been arrested never mind fired!!," captured with a link to the article listed as Def. 45c (EC 001993). Same purpose and authentication as Def. 48a. |
| Def. 48m | | | Coomer; Oltmann; self-authenticating or by certification | | [May] Printout of posts on Parler by Joseph Oltmann (@Joeoltmann), undated, in which a Thanksgiving greeting appears as two days old, including his posts "Eric Coomer! Say his name!!!" and "Interview with Eric Metaxas," the latter tagged "#ericcoomerisatraitor" (EC 001889-001899). Same purpose and authentication as Def. 48a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 49 | | | Coomer; self-authenticating (F.R.E. 902(6)) or by certification | | [May] Susan Dominus, "He Was the 'Perfect Villain' for Voting Conspiracists," The New York Times Magazine, published August 24, 2021, as updated June 15, 2023 (20-CV-34319-OLT-002240-002265). Offered on causation, to show the publication and its date, and not for the truth of the matters asserted. |
| Def. 50 | | | Coomer; certified court records (F.R.E. 902(4)) | | [May] First Amended Complaint filed by Eric Coomer, Ph.D. on February 4, 2021 in the action described in Def. 44 (EC 007419-007484), cover page and the paragraphs alleging the account at issue and the resulting harm. Offered on causation and apportionment, as to the harm alleged before June 26, 2021, as statements of a party opponent under F.R.E. 801(d)(2), and to show the existence and date of the pleading. |
| Def. 51 | | | Court records (F.R.E. 902(4)); judicial notice requested (F.R.E. 201) | | [May] Final Jury Instructions, Instruction No. 8 (Stipulated Facts), facts 3, 12, 17, 19, and 23, in *Coomer v. Lindell*, No. 1:22-cv-01129-NYW-SBP (D. Colo. June 16, 2025) (ECF 371 at 10-12). Facts 3, 12, 17, and 19 are offered only if the Plaintiff does not stipulate to the same facts in this action, on causation and apportionment, as statements of a party opponent under F.R.E. 801(d)(2); fact 23 is offered to the Court only, with Def. 79. Marked in the same neutral form as Def. 56. |
| Def. 52 | | | Coomer | | [Will] Emails between Eric Coomer and Snopes, November 19-24, 2020, with the attached screenshots of Dr. Coomer's social-media posts and comments (EC 008984-009008). Offered on causation and apportionment, to show the Plaintiff's contemporaneous knowledge of and response to the November 2020 publications and the timing and sources of the harm he claims, and, as to the attached materials, as prior statements of a party opponent under F.R.E. 801(d)(2). Offered also on the defense of consent, if the Court determines that the defense presents a question for the jury. Not offered to prove the Plaintiff's character or political views. |
| Def. 53 | | | Coomer | | Listed as Joint 6. [May] Op-ed by Eric Coomer, "Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop," published in The Denver Post on December 8, 2020 (EC 007774-007785) (admitted in the Plaintiff's March 4, 2026 response to Request No. 3 of Defendant Byrne's Second Request for Admissions). Offered on causation, and on the defense of consent if the Court determines that the defense presents a question for the jury, as a statement of a party opponent under F.R.E. 801(d)(2)(A). |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 54a | | | Coomer | | [May] Text messages of November 24, 2020 to Dr. Coomer from an unidentified telephone number (EC 002050). Same purpose as Joint 4. The sender's telephone number will be redacted. |
| Def. 54b | | | Coomer | | [May] Post on Twitter by Alki David of December 23, 2020, "Please pass this on to Eric Coomer VP of Sales at Dominion - thanks," linking an article headlined "Billionaire Offers $1 Million Bounty for Dominion's Eric Coomer Fraud Intel" (EC 002020). Same purpose as Joint 4. |
| Def. 54c | | | Coomer | | [May] Post on Telegram by "General McInerney," titled "Election Fraud - The People Involved," listing Dr. Coomer among others (EC 002056). Same purpose as Joint 4. |
| Def. 54d | | | Coomer | | [May] Printout of posts on Parler by the account "JoeEx" (@JoeEx) concerning Dr. Coomer, including posts of Joseph Oltmann that the account repeated (EC 001958-001967). The printout shows relative times only; it is offered only if the posts are shown to have been made before June 26, 2021. Same purpose as Joint 4. Names of other persons, addresses, and locations will be redacted. |
| Def. 54e | | | Coomer | | [May] Screen captures of posts on Twitter of May 7 and 8, 2021, including a post by the account "Michael B" (@Michael84299309) of May 7, 2021 with an image attributing the statement at issue to Dr. Coomer, and replies of May 8, 2021 by the accounts "Shady Grady" (@ShadyGr42237517) and "Dolomite" (@ConstTom); the pages also show a post of May 7, 2021 by the account "SPIRIT OF THE WOLF" (@_MajesticWolf_) (EC 002054-002055). Same purpose as Joint 4. |
| Def. 54f | | | Coomer | | [May] Post on Twitter by the account "Hosea Canu Seame" (@CanuHosea) of May 8, 2021, stating that Dr. Coomer "WILL BE PROSCICUTED AND EXECUTED FOR TREASON AND TRAITOR CHARGES" [sic], and quoting a post of May 7, 2021 by the account "Amber Krabach For WA" (@AK4WA) (EC 002061). Same purpose as Joint 4. |
| Def. 54g | | | Coomer | | [May] Post on Twitter by the account "Caren Auchincloss" (@caren_fine) of May 8, 2021, titled "Election Fraud - The People Involved," listing Dr. Coomer among others, followed by the words "Crime committed: Treason" and "Penalty if convicted: Death by firing squad," as in Def. 54c (EC 002057). Same purpose as Joint 4. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 55 | | | Coomer | | [May] Electronic mail from Eric Coomer to Jerry Wagoner dated May 14, 2021, subject "heya," stating, "I'm officially out of elections as of today…" (EC 009025). Offered on causation and damages, as a statement of a party opponent under F.R.E. 801(d)(2)(A). |
| Def. 56 | | | Coomer (prior statement) | | [May] Declaration of Eric Coomer executed September 17, 2021, with its Exhibit A-1, a chart of seventy-seven numbered publications dated November 9, 2020 through September 4, 2021 (EC 008270-008325; Exhibit A-1 begins at EC 008295). Offered on causation and apportionment, as a statement of a party opponent under F.R.E. 801(d)(2)(A). The exhibit will be marked in a form that identifies the statement only as made under oath on a stated date, without naming the proceeding, the parties to it, the court, or its outcome. Personal and medical information will be redacted. |
| Def. 57 | | | Coomer; Finkell (adverse) | | [May] Electronic mail exchange of August 24, 2021 between Dr. Coomer and Dr. Jared N. Finkell, subject "check in" (EC 005783-005784; also FINKELL-00082-00083). Offered on causation, as to Dr. Coomer's messages as statements of a party opponent under F.R.E. 801(d)(2)(A). The copy bears a confidentiality legend. |
| Def. 58 | | | Coomer; Oltmann | | [May] Screenshots of social-media posts attributed to Eric Coomer, from screenshots produced by Joseph Oltmann in another action at 20-CV-34319-OLT-004200-004419, each listed on its own line in the schedule served with this list. Offered on causation and on the defense of consent, if the Court determines that the defense presents a question for the jury, and, as to any post Dr. Coomer acknowledges, as a statement of a party opponent under F.R.E. 801(d)(2)(A). Not offered to prove the Plaintiff's character or political views. Authenticated by Mr. Oltmann, who produced them, or by Dr. Coomer as to any post he acknowledges. |
| Def. 59 | | | Coomer (prior statement) | | [May] Declaration of Eric Coomer executed May 21, 2021 (EC 008168-008220). Offered on causation, timing, and apportionment, as a statement of a party opponent under F.R.E. 801(d)(2)(A). The exhibit will be marked in the same neutral form as Def. 56. Personal and medical information will be redacted. |
| Def. 60 | | | Coomer | | [May] Confidential Separation Agreement and Release between Dominion Voting Systems, Inc. and Eric Coomer, signed May 10 and 11, 2021, ending his employment as of May 14, 2021 (EC |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 007786-007795). Offered on causation and damages, to show the date, terms, and stated basis of the end of his employment. Designated confidential. Personal identifiers will be redacted. |
| Def. 61a | | | Coomer | | [May] Reports of text messages between Dr. Coomer and John Poulos produced by the Plaintiff, each listed on its own line, offered on causation, timing, and apportionment, as to Dr. Coomer's own messages as statements of a party opponent under F.R.E. 801(d)(2)(A), and as to the messages of others for their effect on him and not for the truth of the matters asserted. Designated confidential. Telephone numbers and personal information will be redacted: messages of December 5 and 6, 2020 (EC 006342-006345). |
| Def. 61b | | | Coomer | | [May] Messages of December 22 and 23, 2020 (EC 006392-006394). Same purpose and redactions as Def. 61a. |
| Def. 61c | | | Coomer | | [May] Messages of December 30, 2020 (EC 006398-006400). Same purpose and redactions as Def. 61a. |
| Def. 61d | | | Coomer | | [May] Messages of November 22 and 23, 2020 (EC 006317-006320). Same purpose and redactions as Def. 61a. |
| Def. 61e | | | Coomer | | [May] Messages of December 13, 2020 (EC 006365-006367). Offered on the falsity element as to Dr. Coomer's own messages, as statements of a party opponent under F.R.E. 801(d)(2)(A), and as to the messages of others only for context and not for the truth of the matters asserted. Same redactions as Def. 61a. |
| Def. 62 | | | Coomer | | [May] Electronic mail of December 14, 2020 from Dr. Coomer to a reporter for Colorado Public Radio, as quoted in a later chain (EC 007033), reporting an escalation of threats that day and linking posts by Mr. Oltmann. Only Dr. Coomer's message to the reporter is offered; the later messages in the chain, including any communication with counsel, will be excised. Offered on causation, timing, and apportionment, as a statement of a party opponent under F.R.E. 801(d)(2)(A). Personal identifiers will be redacted. |
| Def. 63 | | | Coomer | | [May] Electronic mail of November 24 and 25, 2020 among Mike McGee of Dominion Voting Systems, K2 Integrity, and Dr. Coomer (EC 009011-009012), concerning threats against Dr. Coomer and his family. Offered on causation, timing, and apportionment, as to Dr. Coomer's messages as statements of a party opponent under F.R.E. 801(d)(2)(A), and as to the messages of others for their effect on him and not for the truth of the matters asserted. Personal identifiers will be redacted. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 63a | | | Coomer | | [May] Electronic mail of December 6, 2020 from Mike McGee of Dominion Voting Systems to Dr. Coomer, copying John Poulos, forwarding a K2 Integrity message of December 5, 2020 reporting a post by Mr. Oltmann on Parler with a photograph said to be of Dr. Coomer's house (EC 009013-009014). Same purpose as Def. 63. Personal identifiers, addresses, and telephone numbers will be redacted. |
| Def. 64 | | | Coomer | | [Will] Letter signed "AntiFa" and addressed to the "President," as captured from a Facebook account attributed to Dr. Coomer, in the form attached to the inquiry from Snopes that Dr. Coomer received on November 19, 2020 (EC 008985-008988) and to his electronic mail forwarding that inquiry the same day (EC 008992-008995 and EC 008999-009002), all within Def. 52. Offered on causation and apportionment, as Def. 52 is; on the defense of consent, if the Court determines that the defense presents a question for the jury; on the falsity element, subject to the foundation it requires; and, as to any post or comment Dr. Coomer acknowledges or that is otherwise shown to be his, as a statement of a party opponent under F.R.E. 801(d)(2)(A) or (B). Not offered to prove the Plaintiff's character or political views. Authentication: by Dr. Coomer, or under F.R.E. 901(b)(4). |
| Def. 65 | | | Coomer (prior sworn statement) | | [May] Transcript of the trial testimony of Eric Coomer, Coomer v. Lindell, No. 1:22-cv-01129-NYW-SBP (D. Colo.), June 3-4, 2025 (excerpts). Each excerpt is listed on its own line in the schedule served with this list. The excerpts will be marked in a form that identifies the testimony only as given under oath on a stated date, without naming the proceeding, the parties to it, the court, or its outcome, as the Defendant's motion in limine asks. |
| Def. 66a | | | Coomer (prior sworn statement); certifying court reporter | | [May] Transcripts of prior sworn testimony of Eric Coomer, excerpts. Each excerpt is listed on its own line in the schedule served with this list. Offered as statements of a party opponent under F.R.E. 801(d)(2)(A). The excerpts will be marked in a form that identifies the testimony only as given under oath on a stated date, without naming the proceeding, the parties to it, the court, or its outcome, as the Defendant's motion in limine asks: deposition of September 23, 2021 (EC 003192-003228). An order entered in that action on September 24, 2021 listed this deposition (EC 008846); the amended order of October 8, 2021 superseded it and does not list it (EC 008850-008851). The produced copy bears no confidentiality legend. |
| Def. 67 | | | Coomer (prior | | [May] Declaration of Eric Coomer executed April 13, 2022 (EC |

| | | | | | |
|---|---|---|---|---|---|
| | | | statement) | | 007852-007873), as filed in another action. Offered as a statement of a party opponent under F.R.E. 801(d)(2)(A), as to paragraphs 3 and 5 (his positions and roles; EC 007853-007854), 9 (support services; EC 007855-007856), 19 and 21 (his Facebook posts and their deletion; EC 007859-007861), and 35 and 36 (EC 007868). The exhibit will be marked in the same neutral form as Def. 56. Personal and medical information will be redacted. |
| Def. 68 | | | Coomer (prior statement) | | [May] Declaration of Eric Coomer, Ph.D. executed April 2, 2024 and filed in this action (Doc. 135-1; EC 007836-007838), including paragraph 3 (his travel and work for Dominion clients, including training, setup, maintenance, and troubleshooting; EC 007836-007837). Offered as a statement of a party opponent under F.R.E. 801(d)(2)(A), on causation and damages. |
| Def. 69 | | | Coomer; Bill Coomer (adverse) | | [May] Text message from Dr. Coomer to his brother concerning his testimony before the special purpose grand jury in Fulton County, Georgia (see [REMOVED EXHIBIT: v55 Def. 46f]), as produced in another action. Offered as a statement of a party opponent under F.R.E. 801(d)(2)(A) and to show bias. Authentication: by Dr. Coomer or the recipient, or under F.R.E. 901(b)(4). Not yet in the Defendant's file in the form to be offered. |
| Def. 70 | | | Coomer | | [May] Plaintiff's Objections and Responses to Defendant Patrick Byrne's Second Request for Production of Documents Served on February 2, 2026, served March 4, 2026. The responses are offered as statements of a party opponent under F.R.E. 801(d)(2), including any statement that no responsive document exists; objections are not offered. |
| Def. 71a | | | Coomer | | [May] Reports prepared for the Plaintiff in other actions he brought against other publishers, each listed on its own line, offered on causation and apportionment and for the cross-examination of Mr. Bania, and designated confidential: Expert Report of David N. Fuller, CFA, ASA, CFE, bearing the date May 31, 2022 (EC 006589-006609). |
| Def. 71b | | | Coomer | | [May] Report of David N. Fuller dated May 5, 2023 (EC 006809-006829). Same purpose as Def. 71a. |
| Def. 71c | | | Bania (adverse); Coomer | | [May] Preliminary Expert Report of Doug Bania dated May 5, 2023 (EC 006771-006808). Same purpose as Def. 71a. |
| Def. 71d | | | Bania (adverse); Coomer | | [May] Supplemental Expert Report of Doug Bania dated May 15, 2024 (EC 006922-006976). Same purpose as Def. 71a. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| Def. 71e | | | Bania (adverse); Coomer | | [May] Preliminary Expert Report of Doug Bania dated May 31, 2024 (EC 006644-006770). Same purpose as Def. 71a. |
| Def. 72a | | | Oltmann (by deposition) | | [May] Website analytics report, "Acquisition Overview," for the website identified as Deep Rig Website, for February 1, 2021 through August 5, 2025, produced by Joseph Oltmann at REV 277 and marked as Exhibit 62 at his June 9, 2026 deposition in this action (Oltmann Dep. 172:22-24). Offered on damages, as to the number of users of that website. Offered only if the Court denies Part H of the Defendant's Second Motion in Limine or admits evidence of the film's availability after June 26, 2021, and then to rebut that evidence. |
| Def. 72b | | | Oltmann (by deposition) | | [May] Website analytics report, "Events," for the same website and period, produced at REV 276 and marked as Exhibit 63 at the same deposition (*id.* at 176:20-21). Same purpose as Def. 72a. |
| Def. 73 | | | Lucescu (by deposition); Issa; custodian of records of Crowdcast (F.R.E. 902(11)) | | [May] Text messages of June 28, 2021 between Steven Lucescu and Christopher Issa (Lucescu Dep. Ex. 25; Lucescu 0000000353-0000000355), reporting the in-person tickets, hosting licenses, and livestream purchases on Crowdcast for the premiere of the film, and the upload of a new version of the film. Offered on damages, as to the initial audience of the film, and, as to the messages concerning a new version, only to identify the version first shown and not as evidence of any later showing. Personal telephone numbers and electronic-mail addresses, including those of third parties, will be redacted. |
| Def. 74 | | | Flynn; Lucescu (by deposition); Byrne | | [May] Group text messages of June 30, 2021 among Joe Flynn, Steven Lucescu, Dr. Byrne, and others (PBYRNE0001471-0001472), concerning unauthorized copies of the film posted online after the premiere and their removal. Offered on causation, damages, and apportionment, to show republication by persons other than the Defendant, and not for the truth of the matters asserted. Personal telephone numbers and electronic-mail addresses will be redacted. Offered only if the Court denies Part H of the Defendant's Second Motion in Limine or admits evidence of the film's availability after June 26, 2021, and then to rebut that evidence. |
| Def. 75 | | | Coomer (prior statement) | | [May] Declaration of Eric Coomer executed March 16, 2022 (EC 008163-008167). Offered on damages and apportionment, as a statement of a party opponent under F.R.E. 801(d)(2)(A). Marked in the same neutral form as Def. 56. Personal, financial, and medical information will be redacted. |

| | | | | | |
|---|---|---|---|---|---|
| Def. 76 | | | Coomer; custodian of records of the Internet Archive (F.R.E. 902(11)) | | [May] Printout of a text file as captured by the Internet Archive on January 21, 2005, whose header names Eric Coomer as its author (PBYRNE042432-042433), served as Exhibit A to the Defendant's second requests for admission on February 2, 2026 and marked as Defendant's Exhibit 2 at the January 27, 2026 deposition of Dr. Coomer. Offered on damages, as bearing on his reputation, under F.R.E. 405(b) if the Court determines that his character is an essential element of his claim for damages. Offered only on a ruling obtained outside the presence of the jury (F.R.E. 103(d), 104(a)), and its content will not be displayed or read to the jury before that ruling. Authentication: by a certification of the Internet Archive under F.R.E. 902(11) or a witness under F.R.E. 901(b)(1); as to authorship, under F.R.E. 901(b)(4), with Dr. Coomer's testimony that he posted material concerning sexual domination on the internet, that his former wife's name was Emily, and that he wrote accounts of BDSM activities in and around 1992 to 1994 and shared them in a semi-private Usenet group (Coomer Dep. 187:21-24, 188:5-6, 196:4-12). The Plaintiff designated his deposition testimony concerning it confidential. |
| Def. 77a | | | Coomer; Finkell (adverse); custodian of records of Dr. Finkell (F.R.E. 902(11)) | | Listed as Joint 16. [May] Records of the Plaintiff's treatment by Jared N. Finkell, M.D., produced by the Plaintiff and designated confidential (EC 005702-005815), including the message listed as Def. 57. Offered on damages, as to the nature, timing, and causes of the emotional distress the Plaintiff claims, including any condition or stressor that preceded June 26, 2021 or arose from other causes; on causation and apportionment; and for the cross-examination of Dr. Finkell. Statements the Plaintiff made for medical diagnosis or treatment are offered under F.R.E. 803(4), his own statements also under F.R.E. 801(d)(2)(A), and the records under F.R.E. 803(6) with a certification under F.R.E. 902(11). Identified by neutral description only. Personal identifiers and entries that do not bear on the damages claimed will be redacted. |
| Def. 77b | | | Coomer; custodian of records of the treating provider (F.R.E. 902(11)) | | Listed as Joint 15a and Joint 15b. [May] Records of the Plaintiff's treatment by another provider he identified in his answer to Interrogatory No. 13 ([REMOVED EXHIBIT: v55 Def. 34]), produced by the Plaintiff (EC 005687-005701 and EC 009450-009505). Same purpose, authentication, hearsay basis, and limits as Def. 77a. |
| Def. 77c | | | Coomer; custodians of records of the treating | | [May] Records the Plaintiff produced and describes as his medical records (EC 007770-007773). Same purpose, |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | providers (F.R.E. 902(11)) | | authentication, hearsay basis, and limits as Def. 77a. |
| Def. 78 | | | Coomer; custodian of records of the responding law-enforcement agency (F.R.E. 902(4) or 902(11))<br>If door is opened by Coomer. | | [May] Video recording of the police response to a vehicle accident involving Dr. Coomer, as recorded by the responding law-enforcement agency, with any accompanying record of the agency that identifies the recording. Offered on damages, as to the causes and timing of the emotional distress and harm to reputation the Plaintiff claims; not offered to prove character (F.R.E. 404). Offered only on a ruling obtained outside the presence of the jury (F.R.E. 103(d), 104(a)), and not displayed to the jury before that ruling. Authentication: by a certified copy under F.R.E. 902(4), a certification under F.R.E. 902(11), or a witness under F.R.E. 901(b)(1) or (b)(9). Personal identifiers of other persons will be redacted. Not yet in the Defendant's file. |
| Def. 79 | | | Ruddy (live or by deposition); Coomer | | [May] The settlement agreement between Dr. Coomer and Newsmax, marked as Exhibit 169 at the August 18, 2023 deposition of Christopher Ruddy, which Mr. Ruddy agreed bears his signature dated April 9, 2021 (Ruddy Dep. 46:19-47:15), and the statement concerning Dr. Coomer that Newsmax aired after the settlement, in a clip examining counsel represented to be dated May 8, 2021 (*id.* at 47:16-48:13). Offered to the Court on any reduction for amounts the Plaintiff received for the same injury, a question reserved to the Court after verdict; offered to the jury on causation and apportionment only if the Court denies Part A of the Defendant's Omnibus Motion in Limine. |
| Def. 80 | | | Court only; certified court records (F.R.E. 902(4)) | | [May] Verdict forms and final judgment in *Coomer v. Lindell*, No. 1:22-cv-01129 (D. Colo.), filed as Exhibit G to Dr. Byrne's response in opposition to the Plaintiff's motion for partial summary judgment (Doc. 349-7). Offered to the Court only, on any reduction for amounts the Plaintiff received for the same injury, a question reserved to the Court after verdict, and not to the jury, consistent with the Defendant's motions in limine. |
| Def. 81 | | | Court only | | [May] Plaintiff's First Amended Expert Disclosures, served October 30, 2025, pages 3 and 4, offered to the Court under F.R.E. 104(a) as the foundation for Def. 22 and Joint 14 under F.R.E. 801(d)(2)(B), and not to the jury. |
| Def. 82a | | | Byrne; Penrose; Lenberg; Cotton; Speckin | | [May] The documents produced with the Defendant's supplemental responses to the Plaintiff's requests for production, served October 27, 2025 (PBYRNE0001552-0001972), including the documents listed as Def. 18, 24, 25, 34b through 34j, 34l through 34p, and 34r, and copies of United States patents |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (compare Def. 41a through 41f). |
| Def. 82b | | | Byrne; York | | [May] The documents produced with the Defendant's Rule 26(e) supplemental disclosures of December 5, 2025, January 16, 2026, and May 14, 2026 and with the Defendant's Fourth Supplemental Rule 26 Disclosures (PBYRNE0001973-042819), itemized as Def. 23a through 23i, 29a through 29t, and 76. |
| Def. 83a | | | Coomer | | [May] Documents and recordings produced by the Plaintiff to the Defendant in discovery in this action, by production volume, each document identified on its own line by production number in the schedule served with this list, with the description the Plaintiff gave each range in Section B of his Fourth Amended Disclosures served June 1, 2026: EC 000001-000589, described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "FN Content." EC 000014 is listed as Joint 3. |
| Def. 83b | | | Coomer; Oltmann (by deposition) | | [May] EC 000590-001899, described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "Oltmann content." |
| Def. 83c | | | Coomer | | [May] EC 001900-002221, described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "Other threats/comments re Eric Coomer, Ph.D." |
| Def. 83d | | | Coomer | | [May] EC 002222-002263, audio and video recordings produced in native form, described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "AV files of threats/comments re Eric Coomer, Ph.D." |
| Def. 83e | | | Coomer | | [May] EC 002264-006484, produced September 30, 2024: public-relations documents (EC 002264-002341); transcripts of depositions taken in other actions, with exhibits (EC 002342-004747); SimpliSafe documentation (EC 004748-004758); tax returns for 2016 through 2022 (EC 004759-005686); treatment records (EC 005687-005815, listed as Joint 15b and Joint 16); records the Plaintiff describes as "OAN records" (EC 005816-006309); communications with John Poulos (EC 006310-006428); and indices of hearing exhibits and exhibit lists in other actions (EC 006429-006484). Confidential and attorneys'-eyes-only pages are identified by production number only. |
| Def. 83f | | | Coomer | | [May] EC 006485-008511, produced November 13, 2024: documents produced by Jesse Binall; expert declarations and reports from other actions; a register of actions in a criminal case (EC 006977-007008); public-relations and media electronic mail; the Plaintiff's Dominion personnel file; pleadings in other actions; |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | medical records (EC 007770-007773, listed as Def. 77c); the Plaintiff's guest commentary of December 8, 2020; his separation agreement with Dominion; his declarations; and a retraction demand of April 24, 2023 (EC 008509-008511), which the Defendant excludes from this designation. |
| Def. 83g | | | Coomer | | [May] EC 008512-008647, produced January 28, 2025, described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "Dominion Voting Systems employee file." |
| Def. 83h | | | Coomer; Halderman (adverse); Bania (adverse) | | [May] EC 008648-008844, produced with the Plaintiff's expert disclosures: the declarations of J. Alex Halderman and Mike Rothschild of April 14, 2025 and the report of Doug Bania of October 30, 2025, including the documents listed as Joint 13 and Joint 14. |
| Def. 83i | | | Coomer | | [May] EC 008845-009133, produced January 23, 2026: protective orders entered in other actions; correspondence between the Plaintiff and Dominion; tax returns of T and L; the Plaintiff's trial witness list and the joint trial exhibit list in another action; and text messages with Ronald Morales and with Mr. Stamatovic (EC 009131-009133). |
| Def. 83j | | | Coomer | | [May] EC 009134-009165, video recordings produced June 1, 2026, including Joint 1 (EC 009135), described in the Plaintiff's Fourth Amended Disclosures (June 1, 2026), Section B, as "Additional AV files of threats/comments re Eric Coomer, Ph.D." |
| Def. 83k | | | Coomer; Lucescu (by deposition) | | [May] EC 009166-009506, produced June 1, 2026: social media and publications the Plaintiff describes as additional threats and comments concerning him (EC 009166-009449); treatment records (EC 009450-009505, listed as Joint 15a); and a letter dated May 15, 2026 signed by Steven Lucescu (EC 009506), which the Defendant excludes from this designation and to whose admission he objects. |
| Def. 84 | | | Lucescu (by deposition) | | [May] Documents produced in this action by Steven Lucescu, a former Defendant, bearing the prefix "Lucescu," including those marked as exhibits at his February 18, 2025 deposition and listed as Joint 11 and Def. 2, 5 through 7, 10, 14, and 73, each document offered identified on its own line in the schedule served with this list. The production is not in the Defendant's file in full. |
| Def. 85 | | | Coomer | | [May] All documents, electronically stored information, and tangible things identified in Section B of the Plaintiff's Rule 26(a)(1) disclosures, as amended through his Fourth Amended Disclosures served June 1, 2026, by the production numbers |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| | | | | | |
|---|---|---|---|---|---|
| | | | | | stated there (EC 000001-009506), each category identified on its own line in the schedule served with this list. |
| Def. 86 | | | Byrne | | [May] All documents, electronically stored information, and tangible things identified in the Defendant's Rule 26(a)(1) disclosures and in his supplements under F.R.Civ.P. 26(e) of December 5, 2025, January 16 and 22, 2026, May 14, 2026, and July 20, 2026, by the production numbers stated there (PBYRNE0000001-042819), and the materials served with his expert disclosures of January 15, 2026 and September 3, 2026, each identified on its own line in the schedule served with this list. |
| Def. 87 | | | As the Plaintiff lists them | | [May] All exhibits listed by the Plaintiff. |
| Def. 88 | | | The deponent or the custodian of the exhibit | | [May] All exhibits marked at the depositions taken in this action, including those of Eric Coomer (January 27, 2026), Steven Lucescu (February 18, 2025), Carlito Johnson (November 20, 2025), Joseph Oltmann (June 9, 2026), and Patrick Byrne. |
| Def. 89 | | | Custodians of records of the producing party or non-party (F.R.E. 902(11)) | | [May] All documents produced in discovery in this action by any party, former party, or non-party, including the productions listed as Def. 82a, 82b, 83a through 83k, and 84, each identified on its own line by production number in the schedule served with this list. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ David L. Perry II*
Peter Ticktin, Esquire
Florida Bar No. 887935
David L. Perry II, Esquire
Florida Bar No. 1045902
Serv512@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Counsel for Defendant Patrick Byrne*