IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

Plaintiff,

v.

PATRICK BYRNE,

Defendant.
_________________/

**DEFENDANT PATRICK BYRNE'S NOTICE OF DESIGNATION OF DEPOSITION TESTIMONY TO BE PRESENTED AT TRIAL**

The Defendant, Patrick Byrne, by and through his undersigned counsel, and pursuant to F.R.Civ.P. 26(a)(3)(A)(ii) and 32(a) and paragraph 9 of the Case Management and Scheduling Order [DE 136], gives notice of his designation of the deposition testimony he expects to present at trial, and states:

These designations cover three videotaped depositions taken in this action: that of the Plaintiff, Eric Coomer, Ph.D. ("Dr. Coomer"), taken January 27, 2026 (Schedules A and B); that of Steven Lucescu, taken February 18, 2025 (Schedule L); and that of The America Project, Inc. ("TAP"), through its designee under F.R.Civ.P. 30(b)(6), Carlito Johnson, taken November 20, 2025 (Schedule T). Each schedule lists pages and lines in transcript order. An entry that ends partway through a line says so. The Defendant may present any designation by video

synchronized with the transcript or by reading it.

Dr. Coomer is a party, and the Defendant may use his deposition "for any purpose." F.R.Civ.P. 32(a)(3). The Defendant designates the pages and lines listed in Schedule A. Schedule B lists conditional designations, which the Defendant will offer only if the condition stated beside each occurs.

The Defendant will offer the passages listed in Schedule L if the Court finds Mr. Lucescu unavailable under F.R.Civ.P. 32(a)(4), and, if the Plaintiff offers any part of that deposition, under F.R.Civ.P. 32(a)(6). The Defendant will offer the passages listed in Schedule T only under F.R.Civ.P. 32(a)(6), if the Plaintiff offers part of that deposition, and only on the condition stated beside each. An entry in Schedule L with a further condition will be offered only if that condition also occurs. Nothing in this Notice concedes that the Plaintiff may use either deposition or waives any objection to its use.

An entry marked "Yes" in the last column of Schedule A or Schedule B includes a passage the Plaintiff designated "Confidential" under the Stipulated Protective Order [DE 162-1]. The schedules quote no testimony. This Notice gives the prior notice that section 4(b)(x)(2) of that order requires before a party shows Confidential Information to jurors in open court. Under section 3(d), Confidential Information used in open court loses its confidential status unless the Designating Party applies for and obtains a specific order maintaining it, and counsel must first confer in good faith on procedures to protect it. The Defendant asks to confer on



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

those procedures, including the filing of the color-coded transcripts that paragraph 9 of [DE 136] requires. Nothing in this Notice concedes that any designation is proper.

The Defendant reserves the right to counter-designate in response to any designation by the Plaintiff, to require the introduction of other parts under F.R.Civ.P. 32(a)(6), to object to any designation or counter-designation by the Plaintiff, to use any part of any of these depositions to impeach, to call any of these witnesses in person, to present the designated passages in a different order, and to withdraw any designation. The Defendant will seek leave to amend these designations if the Court's rulings on motions in limine, any errata, or the evidence at trial require it.

**Schedule A: Deposition of Eric Coomer, Ph.D. (January 27, 2026), Designations**

| No. | Pages and Lines | Confidential |
|---|---|---|
| A-1 | 36:22-24 | No |
| A-2 | 67:18-24;<br>69:2-11 | No |
| A-3 | 71:15-72:16 | Yes |
| A-4 | 79:5-16 | No |
| A-5 | 105:8-11 | No |
| A-6 | 107:12-25 | No |
| A-7 | 108:10-19 (to the first period on 108:19);<br>108:25-109:9 | Yes |
| A-8 | 120:17-121:8 | No |
| A-9 | 134:17-135:9 | Yes |
| A-10 | 151:23-152:9;<br>152:13-14 (to the first period on 152:14);<br>152:19-153:21 | Yes |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| No. | Pages and Lines | Confidential |
|---|---|---|
| A-11 | 237:18-238:16;<br>238:24-239:4 | No |

### Schedule B: Deposition of Eric Coomer, Ph.D. (January 27, 2026), Conditional Designations

| No. | Pages and Lines | Offered Only If | Confidential |
|---|---|---|---|
| B-1 | 30:1-31:6 | The Court permits evidence of Dr. Coomer's other lawsuits arising from statements about the 2020 election, for causation or apportionment of damages. | No |
| B-2 | 38:14-39:1 | Same condition as B-1. | No |
| B-3 | 40:13-18;<br>40:21-22 | Dr. Coomer does not testify in person at trial. | No |
| B-4 | 48:9-49:5 | Dr. Coomer does not testify in person at trial. | No |
| B-5 | 52:16-53:13 | The Court permits evidence of Dr. Coomer's political views for the purpose for which the Defendant offers it. | No |
| B-6 | 60:22-62:15 | Ronald Morales testifies at trial. | Yes |
| B-7 | 75:3-24 | Dr. Coomer does not testify in person at trial. | No |
| B-8 | 103:5-7 | Dr. Coomer does not testify in person at trial. | Yes |
| B-9 | 122:5-25 | Ronald Morales testifies at trial. | Yes |
| B-10 | 123:1-125:11 | Dr. Coomer does not testify in person at trial. | Yes |
| B-11 | 128:14-21 | Dr. Coomer's title or position at Dominion is disputed at trial. | No |
| B-12 | 130:2-11 | Ronald Morales testifies at trial. | Yes |
| B-13 | 130:12-20 | Dr. Coomer does not testify in person at trial. | No |
| B-14 | 131:9-18 | Dr. Coomer does not testify in person at trial. | No |
| B-15 | 132:25-133:5 | Dr. Coomer does not testify in person at trial. | No |
| B-16 | 136:17-137:17 | Dr. Coomer does not testify in person at trial. | Yes |
| B-17 | 158:3-159:2 | The Plaintiff offers evidence or argument that the publication at issue caused the loss of his career or earning capacity. | No |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| No. | Pages and Lines | Offered Only If | Confidential |
|---|---|---|---|
| B-18 | 159:20-160:9 | Same condition as B-17. | No |
| B-19 | 167:15-20 | Dr. Coomer does not testify in person at trial. | Yes |
| B-20 | 175:21-176:10 | Dr. Coomer does not testify in person at trial. | No |
| B-21 | 177:4-18 | The Plaintiff attributes the closing of his restaurant to the publication at issue. | No |
| B-22 | 185:1-14 | Chris York testifies at trial and his work with Dr. Coomer at Sequoia is disputed. | Yes |
| B-23 | 203:23-204:17 | Same condition as B-5. | No |
| B-24 | 205:8-207:8;<br>207:14-208:9 | The Court admits Def. 12 or Def. 97. | No |
| B-25 | 208:14-18;<br>208:23-209:6 | Same condition as B-5. | No |
| B-26 | 234:6-25 | Dr. Coomer does not testify in person at trial. | No |
| B-27 | 295:4-19 | The Defendant offers Def. 50a and its authenticity or Dr. Coomer's inventorship is disputed. | No |

## Schedule L: Deposition of Steven Lucescu (February 18, 2025)

| No. | Pages and Lines | Further Condition |
|---|---|---|
| L-1 | 17:4-10 | None |
| L-2 | 21:11-17 | None |
| L-3 | 39:10-40:1 | None |
| L-4 | 56:7-15;<br>57:6-25 | None |
| L-5 | 58:9-20;<br>59:21-60:6 | The Plaintiff offers evidence of the "heavy hand" provision of the Investor's Agreement (Lucescu Dep. Ex. 1). |
| L-6 | 65:15-66:14;<br>66:19-67:11 | None |
| L-7 | 72:24-73:5;<br>73:22-74:10 | The Plaintiff offers any part of 69:20-72:23 (the removal of Sidney Powell from the film). |
| L-8 | 92:8-21;<br>92:24-93:11 | None |
| L-9 | 95:18-96:4 | None |
| L-10 | 99:8-19 | None |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

| No. | Pages and Lines | Further Condition |
|---|---|---|
| L-11 | 118:17-120:14 | The Plaintiff offers evidence that Dr. Byrne chose the on-screen titles of persons appearing in the film (for example, 122:8-123:5). |
| L-12 | 135:5-10 | The Court admits Mr. Lucescu's statement of May 15, 2026 (EC 009506). |
| L-13 | 156:24-157:8 | None |
| L-14 | 192:14-25 | The Plaintiff offers evidence of how Mr. Oltmann came to be interviewed for the film (for example, 143:5-12). |
| L-15 | 219:19-220:12 | The Plaintiff offers evidence that Dr. Byrne approved or could change the version of the film shown on June 26, 2021 (for example, 255:25-257:18). |
| L-16 | 221:10-18 | The Plaintiff offers evidence that a representative of Dr. Byrne attended the editing. |
| L-17 | 233:15-20;<br>234:8-18;<br>235:20-236:12 (to the first period on 236:12);<br>238:7-239:8 | The Plaintiff offers evidence of the number of people who viewed the film. |
| L-18 | 269:5-270:18 | The Plaintiff offers Mr. Lucescu's view-count texts (Lucescu Dep. Exs. 19 and 20) or expert testimony relying on them. |

## Schedule T: Deposition of The America Project, Inc., through Carlito Johnson (November 20, 2025)

| No. | Pages and Lines | Offered Only If |
|---|---|---|
| T-1 | 10:13-17 | The Plaintiff offers any part of this deposition. |
| T-2 | 32:22-25 | The Plaintiff offers any part of this deposition. |
| T-3 | 91:3-7 | The Plaintiff offers any part of 90:21-91:2. |
| T-4 | 95:23-25;<br>96:11-14 | The Plaintiff offers any part of 95:10-22. |
| T-5 | 102:22-25;<br>103:14-17;<br>104:1-13 | The Plaintiff offers any part of 103:18-25. |
| T-6 | 173:12-174:3 | The Plaintiff offers any part of this deposition. |



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

## Certificate of Service

I HEREBY CERTIFY that on October 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ David L. Perry II*
Peter Ticktin, Esquire
Florida Bar No. 887935
David L. Perry II, Esquire
Florida Bar No.: 1045902
Serv512@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Attorneys for Patrick Byrne*