Coomer v. Byrne, Case No. 8:24-cv-00008-TPB-SPF (M.D. Fla.)
Defendant Patrick Byrne's Motion for Determination of Entitlement to Attorneys' Fees and Costs Under Fla. Stat. §§ 768.79, 768.295, and 57.041

# EXHIBIT A

Defendant Patrick Byrne's Proposal for Settlement Pursuant to Fla. Stat. § 768.79 to the Plaintiff (served August 8, 2025)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

Plaintiff,

v.

PATRICK BYRNE, STEVE LUCESCU, and THE AMERICA PROJECT INC.,

Defendants.
______________________/

**DEFENDANT PATRICK BYRNE'S PROPOSAL FOR SETTLEMENT PURSUANT TO FLA. STAT. § 768.79 TO THE PLAINTIFF**

The Defendant Patrick Byrne, by and through his undersigned counsel, hereby serves this, his Proposal for Settlement pursuant to Florida Statute § 768.79 upon the Plaintiff, Eric Coomer (hereinafter "Coomer") and states as follows:

1. This Proposal is made pursuant to Florida Statute § 768.79 and Rule 1.442 of the Florida Rules of Civil Procedure, to the extent that Rule 1.442 is substantive.

2. This Proposal is made by the Defendant Patrick Byrne, and is directed to the Plaintiff, Eric Coomer.

3. The total amount of this Proposal for Settlement is in the amount of FIVE HUNDRED DOLLARS ($500.00) to be paid by the Defendant, Patrick

Byrne, to the Plaintiff. There are no non-monetary terms of this proposal.

4. The Proposal is being made to resolve all damages that would otherwise be awarded in a final judgment in the above styled lawsuit, including for all claims for defamation, intentional infliction of emotional distress, and civil conspiracy.

5. This Proposal for Settlement is to resolve all claims against the Defendant, Patrick Byrne, filed in the above styled lawsuit in the Middle District of Florida, and includes all costs and attorneys' fees, which are part of the legal claim in the account without a basis stated.

6. There is a claim for punitive damages, which is to be included in the settlement of claims to be dismissed.

7. This Proposal for Settlement shall be automatically deemed rejected unless accepted by delivery of a written Notice of Acceptance of Proposal for Settlement within thirty (30) days after service of this Proposal of Settlement.

8. The pending Amended Complaint in the above styled lawsuit also seeks injunctive relief and a retraction. In the event that the Plaintiff should accept this Offer of Judgment, there is no requirement that any claim for any relief which is not damages, needs to be dismissed.



THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2025, the foregoing document, was electronically emailed to all parties listed on the Service List.

*/s/ Peter Ticktin*
Peter Ticktin, Esquire
Florida Bar No. 887935
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv512@LegalBrains.com
Serv514@LegalBrains.com
Telephone: (561) 232-2222
*Attorney for Patrick Byrne*

## SERVICE LIST

Charles J. Cain
Colorado Bar No. 51020
ccain@cstrial.com
Bradley A. Kloewer
Colorado Bar No. 50565
bkloewer@cstrial.com
CAIN & SKARNULIS PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
*Attorneys for Plaintiff*