IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00008-TPB-SPF

ERIC COOMER, Ph.D.,

Plaintiff,

v.

PATRICK BYRNE,

Defendant.
____________________/

**DEFENDANT PATRICK BYRNE'S NOTICE OF SUPPLEMENTAL CONFERRAL UNDER LOCAL RULE 3.01(g)(3)**

The Defendant, Patrick Byrne ("Dr. Byrne"), by and through his undersigned counsel, and pursuant to Local Rule 3.01(g)(3), hereby files this Notice of Supplemental Conferral on his Motion for Determination of Entitlement to Attorneys' Fees and Costs Under Fla. Stat. §§ 768.79, 768.295, and 57.041 (Doc. 398) (the "Motion"), and states:

On November 12, 2026, before filing the Motion, undersigned counsel emailed counsel for the Plaintiff, Eric Coomer, Ph.D. ("Dr. Coomer"), Charles J. Cain and Bradley A. Kloewer, to confer on the relief the Motion seeks and asked whether Dr. Coomer opposes it. Counsel for Dr. Coomer had not responded when the Motion was filed.

On November 13, 2026, Mr. Cain responded by email that Dr. Coomer will oppose the relief the Motion seeks, including on the ground that the Proposal for

Settlement was not made in good faith, and that, if the Court determines entitlement, Dr. Coomer will also oppose the estimated amounts.

Undersigned counsel therefore certifies that the parties conferred by email and have not resolved any part of the Motion. Dr. Coomer opposes the Motion.



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ David L. Perry II*
Peter Ticktin, Esquire
Florida Bar No. 887935
David L. Perry II, Esquire
Florida Bar No. 1045902
Serv512@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Counsel for Defendant Patrick Byrne*