**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC COOMER, Ph.D.,
Plaintiff

v. No. 8:24-cv-00008-TPB-SPF

PATRICK BYRNE,
Defendant

---

# NOTICE OF APPEAL

---

Notice is given that Plaintiff Eric Coomer, Ph.D. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order on Pending Motions (Doc. 391) entered on October 27, 2026, and the Final Judgment in a Civil Case (Doc. 393) entered on October 29, 2026.

Respectfully submitted this 25th day of November 2026.

*/s/ Charles J. Cain*

Charles J. Cain, CO Atty No. 51020
ccain@cstrial.com
Bradley A. Kloewer, CO Atty No. 50565
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Ashley N. Morgan
CO Atty No. 61713
TX Atty No. 24091339
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

David M. Beller, CO Atty No. 35767
david@rklawpc.com
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900/303-446-9400 (Fax)

**ATTORNEYS FOR PLAINTIFF**
**Appearing by Special Admission**